```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 10, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
UNITED STATES OF AMERICA  :
  :
  :   14 Cr. 68 (KBF)
 -v-  :
  :   ORDER
  :
ROSS WILLIAM ULBRICHT,  :
                              Defendant.  :
-------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Pursuant to a proceeding with the Court on 2/7/2014, it is hereby ORDERED as follows:

- Not later than 2/13/2014, defense counsel shall provide the Government with hard drives of sufficient storage size so that the Government can copy the electronic discovery and turn it over to the defendant.

- Not later than 2/27/2014, the Government shall provide to the defendant the above electronic discovery.

- Non electronic discovery shall be provided to the defendant not later than 2/20/2014.

- All discovery is to be completed not later than 2/27/2014.

- Motions relating to the Indictment are to be filed not later than 3/10/2014. Responses are due not later than 3/24/2014. Replies, if any, are due 3/31/2014.

- The next status conference is scheduled for 4/30/2014, at 1:00 p.m. At that conference, defense counsel should be prepared to discuss whether defendant intends to bring any additional motions.

- Trial is scheduled to commence on 11/3/2014, at 9:00 a.m. Six weeks have been allocated at this time.

- A final pretrial conference will be held on 10/28/2014, at 1:00 p.m.

- Upon application of the Government and consented to by defendant, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 2/7/2014, to 4/30/2014. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendant in a speedy trial.

SO ORDERED:

Dated:   New York, New York
         February 10, 2014

_____
KATHERINE B. FORREST
United States District Judge