UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA          :          14 Cr. 68 (KBF)

        - against -          :          **NOTICE OF MOTION**
                                 **IN SUPPORT OF**
ROSS ULBRICHT,          :          **DEFENDANT**
                                 **ROSS ULBRICHT'S**
             Defendant.    :          **PRE-TRIAL MOTIONS**
--------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq.,

and all prior papers and proceedings herein, the defendant, ROSS ULBRICHT, will move before

the Honorable Katherine B. Forrest, United States District Judge for the Southern District of

New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and

date to be set by the Court, or as soon thereafter as counsel may be heard, for the following

relief:

    (a)    dismissal of Counts One, Two and Three, because the conduct charged therein

           does not state an offense under the enumerated statutes, and because even if the

           conduct did state an offense, those statutes would be unconstitutionally vague as

           applied in this case;

    (b)    dismissal of Count Three because the critical statutory term "access without

           authorization" in 18 U.S.C. §1030(a)(2)(C) is undefined, and therefore

           unconstitutionally vague as applied to Mr. Ulbricht in this case;

    (c)    dismissal of Count Four because it fails to allege sufficiently the essential element

           of a "financial transaction[]" that by definition must involve a "monetary

           instrument[];"  and

1

for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
         28 March 2013

                                        /S/ Joshua L. Dratel
                                       JOSHUA L. DRATEL
                                       JOSHUA L. DRATEL, P.C.
                                       29 Broadway, Suite 1412
                                       New York, New York 10006
                                       (212) 732-0707

                                       *Attorneys for Defendant Ross Ulbricht*

To:      CLERK OF THE COURT

         UNITED STATES ATTORNEY
         SOUTHERN DISTRICT OF NEW YORK

         ALL DEFENSE COUNSEL