UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 14 Cr. 68 (KBF) |
| - against - | : | **DECLARATION OF JOSHUA L. DRATEL, ESQ.** |
| ROSS ULBRICHT, | : | **IN SUPPORT OF DEFENDANT ROSS ULBRICHT'S** |
| Defendant. | : | **PRE-TRIAL MOTIONS** |

-------------------------------------------------------X

Joshua L. Dratel, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1. I am an attorney, and I represent defendant Ross Ulbricht in the above-captioned case. I make this Declaration in support of Mr. Ulbricht's pretrial motions challenging the face of the Indictment.

2. The bases for these motions are set forth in detail in the accompanying Memorandum of Law. Also, it is respectfully requested that the facts set forth within the Memorandum of Law be incorporated by reference in this Declaration.

3. Attached as Exhibits to this Declaration, and relevant to Mr. Ulbricht's motion, are the following:

      (a)    Internal Revenue Service Notice 2014-21, attached as Exhibit 1; and

      (b)    FIN-2013-G001, Guidance from the Department of the Treasury Financial Crimes Enforcement Network, issued March 18, 2013, attached as Exhibit 2.

WHEREFORE, it is respectfully requested that the Court grant Mr. Ulbricht's Motions in their entirety.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. Executed March 28, 2014.

                                                /S/ Joshua L. Dratel
                                               JOSHUA L. DRATEL