

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 28, 2014

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 3 1 2014
```

Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

At the pretrial conference held in this matter on February 7, 2014, the Court ordered the Government to advise the Court by March 31, 2014 if the Government required more time to file any superseding indictment in this matter. The Government is continuing to investigate other charges against the defendant and requires additional time to pursue its investigation before determining whether to seek a superseding indictment. The Government therefore respectfully requests that the Court extend the time for the Government to file any superseding indictment by 60 days, i.e., until May 30, 2014. The Government submits that such a schedule will still afford the defense ample time to review any additional discovery and prepare for trial, which is set to begin on November 4, 2014.

I have spoken with defense counsel, who informed me that he consents to this request.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorneys
Southern District of New York

Ordered
Application granted.

K. B. F
USDJ

3/31/14

cc:   Joshua Dratel, Esq.

SO ORDERED
this \_\_\_\_ day of March 2014

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE