

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 16, 2014

By E-mail
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 6 2014
```

Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

On March 29, 2014, the defendant filed a lengthy motion to dismiss the indictment. The Government's opposition is presently due on April 18, 2014. Because of indictment deadlines and pressing matters in other cases, counsel for the Government has not had sufficient time to prepare the Government's opposition papers. Accordingly, the Government respectfully requests that the briefing schedule for the motion to dismiss be extended by 10 days, as follows:

Government's opposition due:          April 28, 2014

Defendant's reply due:                May 5, 2014

This is the Government's first request for an extension of its briefing deadline. I have spoken with defense counsel, who consents to this request.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorneys
Southern District of New York

cc: Joshua Dratel, Esq.

*Ordered*

*Application granted.*

*K. B. Forrest*
*USDJ*
*4/16/14*

*(I did not use the Gov't's proposed order b/c it has the court's signature line on a page by itself -- causing certain concerns).*