UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 13 Civ. 6919 (JPO) |
| Plaintiff, | : | VERIFIED CLAIM AND STATEMENT PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS |
| – v. – | : | |
| ROSS WILLIAM ULBRICHT, | : | |
| Defendant, | : | |
| ANY AND ALL ASSETS OF SILK ROAD INCLUDING BUT NOT LIMITED TO THE SILK ROAD HIDDEN WEBSITE AND ANY AND ALL BITCOINS CONTAINED IN WALLET FILES RESIDING ON SILK ROAD SERVERS ASSIGNED THE FOLLOWING INTERNET PROTOCOL ADDRESSES 46.183.219.244; 109.163.234.40; 193.107.86.34; 193.107.86.49; 207.106.6.25; AND 207.106.6.32; | : | |
| And all property traceable thereto, | : | |
| Defendant-in-rem. | : | |

-----------------------------------------------------------x

STATE OF NEW YORK        )
                                         ) ss:
COUNTY OF KINGS         )

      Claimant Ross William Ulbricht (hereinafter referred to as "Claimant"), being duly sworn, deposes and says:

      1. I submit this Statement pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

      2. Claimant has an interest as owner and/or possessor in the Bitcoins seized from computer hardware belonging to the Claimant, pursuant to the Second Protective Order, as described in the Government's October 25, 2013, letter to the Court requesting unsealing of the Second Protective Order and Second Application.

3. The aforesaid property should be returned to Claimant because the property was and is not subject to seizure or forfeiture pursuant to 18 U.S.C. §981(a)(1)(A), or any other statute or regulation of the United States.

4. This statement and claim is made in good faith and is not frivolous.

5. This statement and claim has been made within the time prescribed by law.

**WHEREFORE,** Claimant herein demands the immediate return of said property.

Ross William Ulbricht

Sworn to before me this day
11th day of December, 2013

_____
Notary Public

Lindsay Lewis
NOTARY PUBLIC, State of New York
No. 02LE6267259
Qualified in New York County
Commission Expires: Aug. 13, 2016

## VERIFICATION

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF KINGS    )

I, Ross William Ulbricht, declare under penalty of perjury that the statements set forth in the attached Statement are true and correct to the best of my knowledge, information, and belief.

_____
Ross William Ulbricht

Sworn to before me this
11th day of December, 2013

_____
Notary Public

Lindsay Lewis
NOTARY PUBLIC, State of New York
No. 02LE6267259
Qualified in New York County
Commission Expires: Aug. 13, 2016