LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                      STEVEN WRIGHT
—                                                                                                       *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 22, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross Ulbricht*
            14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of defendant Ross Ulbricht, whom I represent in the above-entitled case, respectfully requesting an extension until Tuesday, May 27, 2014, for the filing of Mr. Ulbricht's Reply to the Government's Response to the Defendant's Pre-Trial Motions challenging the face of the Indictment, which are currently due tomorrow, May 23, 2014. The requested extension is necessary in light of the fact that I finished a trial earlier this week before this Court in *United States v. Mostafa*, 04 Cr. 356, and have had to tend to the usual cascade of matters than have been awaiting conclusion of the trial, including a sentencing letter due tomorrow for a sentencing that has already been adjourned because of the *Mostafa* trial. Assistant United States Attorney Serrin Turner has informed my associate, Lindsay A. Lewis, Esq., that the government does not object to this request.

      Accordingly, it is respectfully requested that the Court grant an extension until May 27, 2014, for the filing of Mr. Ulbricht's Reply to the Government's Response to the Defendant's Pre-Trial Motions challenging the face of the Indictment. This adjustment in the briefing schedule will not impact the next pre-trial conference in this case, which is currently scheduled

| | |
|---|---|
| LAW OFFICES OF<br>**JOSHUA L. DRATEL, P.C.** | Hon. Katherine B. Forrest<br>United States District Judge<br>Southern District of New York<br>May 22, 2014<br>Page 2 of 2 |

for June 2, 2014, at 2 p.m., and at which time the motions will be fully briefed.  As noted, the government does not object to this application.

                                                Respectfully submitted,

                                                Joshua L. Dratel

JLD/lal

cc:    Serrin Turner
        Assistant United States Attorney