UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| RUSS WILLIAM ULBRICHT, | ) **14 Cr. 68 (KBF)** |
| | ) |
| Defendant. | ) |

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSA Serrin Turner and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
             Southern District of New York

          by:   /s/ Timothy T. Howard
               Timothy T. Howard
               Assistant United States Attorney
               (212) 637-2308

TO:   Joshua Dratel, Esq. (by ECF)