```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

         -v-

ROSS WILLIAM ULBRICHT,

                   Defendant.
------------------------------------------------------X

14 Cr. 68 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On June 2, 2014, a status conference was held in the above-referenced matter. The Court hereby ORDERS the parties to comply with the following schedule for the remainder of this litigation:

- Dispositive motions shall be filed by **July 15, 2014**; oppositions are due **August 15, 2014**, and replies, if any, shall be filed by **August 27, 2014**;

- The parties shall together determine the date by which trial exhibits are to be exchanged to allow adequate time for objections to be interposed (if a date cannot be agreed upon, the Court will set one at the next status conference);

- The parties shall confer as to whether they believe juror questionnaires would be helpful in this case. They shall submit a joint letter setting forth their views on this topic by **August 1, 2014** (if they believe questionnaires would be helpful, the August 1 letter should contain a proposed date for submission of a draft to the Court);

- A status conference shall occur on **September 5, 2014** at **12:00 p.m.**;

- Rule 404(b) motions shall be submitted by **October 3, 2014**;

1

- Motions in Limine shall be submitted by **October 17, 2014**; oppositions are due **October 24, 2014**;

- 3500 material shall be submitted not later than **October 31, 2014**; and

- A final pretrial conference shall occur on **October 29, 2014** at **2:00 p.m.** (the Court has reserved three hours).

SO ORDERED.

Dated:    New York, New York
          June **3**, 2014

_____
KATHERINE B. FORREST
United States District Judge