```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 7 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA  :  14 Cr. 68 (KBF)

    - against -  :  WAIVER OF APPEARANCE

ROSS ULBRICHT,  :

               Defendant.  :
------------------------------------------------------X

    I, Ross Ulbricht, being duly sworn, depose and say:

    1. I have spoken with my attorney, Joshua L. Dratel, Esq., and he has advised me of the nature of the June 27, 2014, Court conference scheduled in the above-captioned matter.

    2. I hereby knowingly waive my right to appear in person June 27, 2014, at 2:30 p.m., before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, in the above-captioned matter.

    3. I authorize my attorneys Joshua L. Dratel, Esq., and Lindsay A. Lewis, Esq., to appear on my behalf at that conference.

Dated: 27th June 2014

                                                        Ross Ulbricht

Sworn to me before this 27th day of
June 2014

Notary Public