

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 14, 2014

By E-mail
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 15 2014
```

Re:   *United States v. Ross William Ulbricht,* **14 Cr. 68 (KBF)**

Dear Judge Forrest:

     The Government and defense counsel respectfully submit this joint letter to update the Court regarding the defendant's access to electronic discovery materials inside the Metropolitan Detention Center ("MDC").

     According to information provided by MDC counsel, Mr. Ulbricht received access to discovery materials during the following times this past week:

| | |
|---|---|
| July 7: | 8:30 a.m. to 11 a.m. |
| July 8: | 9:00 a.m. to 8 p.m. |
| July 9: | 8:30 a.m. to 12:30 p.m. |
| July 10: | 10:45 a.m. to 3:30 p.m. |
| July 11: | 8:10 a.m. to 6:45 p.m. |
| July 12: | Mr. Ulbricht did not request access |
| July 13: | Mr. Ulbricht did not request access |

     MDC has provided Mr. Ulbricht with two accommodations to facilitate his review of discovery materials. First, Mr. Ulbricht now has the option of receiving bagged lunches from the MDC food service to take with him during his review sessions, so that there is no need for him to terminate his sessions in order to obtain his meals. Second, in response to an issue raised by Ms. Lewis concerning the possibility of Mr. Ulbricht's review sessions being interrupted by his need to be present for inmate counts in his housing unit, MDC counsel advises that Mr. Ulbricht is now permitted to stay in the area where he reviews discovery during such counts, and that the relevant correctional officers have been apprised of this accommodation.

    Aside from accommodations provided by MDC, Ms. Lewis has also raised certain technical problems affecting Mr. Ulbricht's ability to access particular files included in the discovery materials. A computer analyst from the FBI visited Ms. Lewis and Mr. Ulbricht today, July 14, 2014, to diagnose these problems and is working to resolve them. In the meantime, Mr. Ulbricht has ample discovery materials that he is able to access effectively.

    The parties are continuing to work amicably to resolve all issues surrounding Mr. Ulbricht's access to discovery materials. Defense counsel will apprise the Court, however, in the event that the defense believes there is any further need to involve the Court in these matters.

    Respectfully,

    PREET BHARARA
    United States Attorney

By: *[signature]*
    SERRIN TURNER
    Assistant United States Attorneys
    Southern District of New York

cc:    Joshua Dratel, Esq.
        Lindsay Lewis, Esq.

*[handwritten notation:]*

Ordered
Post to docket.

K.B. Jou
WDO
7/14/14