USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 25 2014

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

July 24, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Ross Ulbricht*
      14 Cr. 68 (KBF)

Dear Judge Forrest:

  This letter is submitted on behalf of defendant Ross Ulbricht, whom I represent in the above-entitled case, respectfully requesting a two-day extension until Thursday, July 31, 2014, for the filing of Mr. Ulbricht's Discovery Motions, which are currently due Tuesday, July 29, 2014, as well as corresponding extensions of time for the filing of the government's Response and Mr. Ulbricht's Reply. The requested extension is necessary in light of the fact that I was unexpectedly out of the office for a week earlier this month due to an emergency which resulted in my hospitalization for a period of three days and required oral surgery upon my release from the hospital. Although I have been back in my office for a couple of weeks, I spent a good portion of that time in recovery, and I am still catching up. In addition, I am in the midst of preparing for a federal trial, *United States v. Glenn Thomas*, 12 Cr. 626 (ER), which commences August 4, 2014, and I will also be visiting a client in a federal prison in California, Monday through Thursday of next week. Assistant United States Attorney Timothy T. Howard has informed my associate, Lindsay A. Lewis, Esq., that the government does not object to this request.

  Accordingly, it is respectfully requested that the Court grant a two-day extension until Thursday, July 29, 2014, for the filing of Mr. Ulbricht's Discovery Motions, as well as corresponding extensions for the filing of the government's Response and Mr. Ulbricht's Reply.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
July 24, 2014
Page 2 of 2

As noted, the government does not object to this application.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc: Serrin Turner
    Timothy T. Howard
    Assistant United States Attorneys

Ordered
Application granted.

K. B. Forrest
USDJ
7/25/14