USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA                :
:
-v-                                     :          14 Cr. 68 (KBF)
:
ROSS WILLIAM ULBRICHT,                  :          ORDER
:
Defendant.                 :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The Court has received defendant's application for an extension of time to subject a proposed juror questionnaire and accompanying letter motion. Without taking a position on the ultimately utility, if any, of a juror questionnaire in this action, the Court hereby GRANTS defendant's request. The Government is ORDERED to respond to any submission by defendant not later than **September 5, 2014** at **8:30 a.m.**

SO ORDERED.

Dated:    New York, New York
          August  5 , 2014

_____
KATHERINE B. FORREST
United States District Judge