UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                              :

UNITED STATES OF AMERICA,      :        14 Cr. 68 (KBF)
                                              :        Electronically Filed

         – *against* –                :

                                              :        NOTICE OF APPEARANCE
ROSS ULBRICHT                        :        AND REQUEST FOR
                                              :        ELECTRONIC NOTIFICATION

                 Defendant.        :
-------------------------------------------------------x

       Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of ROSS ULBRICHT and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  New York, New York
          August 8, 2014

                                                    Respectfully submitted,

                                                  /s/Lindsay A. Lewis
                                                Lindsay A. Lewis
                                                JOSHUA L. DRATEL, P.C.
                                                29 Broadway, Suite 1412
                                                New York, New York 10006
                                                (212) 732-0707
                                                llewis@joshuadratel.com

                                                *Attorney for Defendant Ross Ulbricht*