UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :

UNITED STATES OF AMERICA,         :         14 Cr. 68 (KBF)
                                                       :         <u>Electronically Filed</u>

           – *against* –                  :

                                                       :         NOTICE OF APPEARANCE
ROSS ULBRICHT                            :         AND REQUEST FOR
                                                       :         ELECTRONIC NOTIFICATION
                    Defendant.         :
-------------------------------------------------------x

       Please take notice that Joshua J. Horowitz, Esq., hereby appears in this action on behalf of ROSS ULBRICHT and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated: New York, New York
        September 8, 2014

                                                      Respectfully submitted,

                                                      /s/Joshua J. Horowitz
                                                      225 Broadway, Suite 1804
                                                      New York, New York 10007
                                                      (212) 203-9011
                                                      joshua.horowitz@techlawny.com


                                                    *Attorney for Defendant Ross Ulbricht*