```
sites-available:
total 16
-rw-r--r-- 1 root root  267 May  3  2013 test-domain
-rw-r--r-- 1 root root 2704 May 14  2013 default
-rw-r--r-- 1 root root  633 Jun  7  2013 live-ssl
-rw-r--r-- 1 root root  375 Jul  6  2013 phpmyadmin

sites-enabled:
total 0
lrwxrwxrwx 1 root root 35 May  3  2013 live-ssl -> /etc/nginx/sites-available/live-ssl
lrwxrwxrwx 1 root root 37 Jun  4  2013 phpmyadmin -> /etc/nginx/sites-available/phpmyadmin
```