```
server {
listen                     443;
server_name localhost;
#server_name_in_redirect off;
root /var/www/market/public;

ssl                        on;
ssl_certificate            /etc/nginx/ssl/ssl.crt;
ssl_certificate_key        /etc/nginx/ssl/ssl.key;

 location / {
    proxy_read_timeout 300;
    try_files $uri $uri/ /index.php;
    allow 127.0.0.1;
    allow 62.75.246.20;
    deny all;
 }

 location ~* \.php$ {
    fastcgi_buffer_size 128k;
    fastcgi_buffers 4 256k;
    fastcgi_busy_buffers_size 256k;
    fastcgi_read_timeout 300;
    include fastcgi_params;
    fastcgi_pass unix:/var/run/php5-fpm.sock;
 }


}
```