```
server {

auth_basic "Restricted Area";
auth_basic_user_file /etc/nginx/.htpasswd;

listen 80;
server_name_in_redirect off;
server_name _;
root /usr/share/phpmyadmin;
index index.php index.html;

 location / {
    try_files $uri $uri/ /index.php;
    allow 127.0.0.1;
 }

 location ~* \.php$ {
    include fastcgi_params;
    fastcgi_pass unix:/var/run/php5-fpm.sock;
 }

}
```