```
No.     Time                              Source
Destination          Protocol Length Info
   6653 2014-09-20 14:46:59.995277000 192.168.1.7
198.51.158.116       TCP      66     56959 > http [ACK] Seq=702
Ack=1516 Win=32256 Len=0 TSval=9117268 TSecr=2675460082

Frame 6653: 66 bytes on wire (528 bits), 66 bytes captured (528 bits)
on interface 0
    Interface id: 0
    Encapsulation type: Ethernet (1)
    Arrival Time: Sep 20, 2014 14:46:59.995277000 EDT
    [Time shift for this packet: 0.000000000 seconds]
    Epoch Time: 1411238819.995277000 seconds
    [Time delta from previous captured frame: 0.000069000 seconds]
    [Time delta from previous displayed frame: 0.000069000 seconds]
    [Time since reference or first frame: 301.594147000 seconds]
    Frame Number: 6653
    Frame Length: 66 bytes (528 bits)
    Capture Length: 66 bytes (528 bits)
    [Frame is marked: False]
    [Frame is ignored: False]
    [Protocols in frame: eth:ip:tcp]
    [Coloring Rule Name: HTTP]
    [Coloring Rule String: http || tcp.port == 80]
Ethernet II, Src: IntelCor_29:bc:79 (4c:80:93:29:bc:79), Dst:
Actionte_5a:2a:2a (00:1f:90:5a:2a:2a)
    Destination: Actionte_5a:2a:2a (00:1f:90:5a:2a:2a)
        Address: Actionte_5a:2a:2a (00:1f:90:5a:2a:2a)
        .... ..0. .... .... .... .... = LG bit: Globally unique
address (factory default)
        .... ...0 .... .... .... .... = IG bit: Individual address
(unicast)
    Source: IntelCor_29:bc:79 (4c:80:93:29:bc:79)
        Address: IntelCor_29:bc:79 (4c:80:93:29:bc:79)
        .... ..0. .... .... .... .... = LG bit: Globally unique
address (factory default)
        .... ...0 .... .... .... .... = IG bit: Individual address
(unicast)
    Type: IP (0x0800)
Internet Protocol Version 4, Src: 192.168.1.7 (192.168.1.7), Dst:
198.51.158.116 (198.51.158.116)
    Version: 4
    Header length: 20 bytes
    Differentiated Services Field: 0x00 (DSCP 0x00: Default; ECN:
0x00: Not-ECT (Not ECN-Capable Transport))
        0000 00.. = Differentiated Services Codepoint: Default (0x00)
        .... ..00 = Explicit Congestion Notification: Not-ECT (Not
ECN-Capable Transport) (0x00)
    Total Length: 52
    Identification: 0x9001 (36865)
```

```
    Flags: 0x02 (Don't Fragment)
        0... .... = Reserved bit: Not set
        .1.. .... = Don't fragment: Set
        ..0. .... = More fragments: Not set
    Fragment offset: 0
    Time to live: 64
    Protocol: TCP (6)
    Header checksum: 0x846b [correct]
        [Good: True]
        [Bad: False]
    Source: 192.168.1.7 (192.168.1.7)
    Destination: 198.51.158.116 (198.51.158.116)
    [Source GeoIP: Unknown]
    [Destination GeoIP: Unknown]
Transmission Control Protocol, Src Port: 56959 (56959), Dst Port: http (80), Seq: 702, Ack: 1516, Len: 0
    Source port: 56959 (56959)
    Destination port: http (80)
    [Stream index: 91]
    Sequence number: 702    (relative sequence number)
    Acknowledgment number: 1516    (relative ack number)
    Header length: 32 bytes
    Flags: 0x010 (ACK)
        000. .... .... = Reserved: Not set
        ...0 .... .... = Nonce: Not set
        .... 0... .... = Congestion Window Reduced (CWR): Not set
        .... .0.. .... = ECN-Echo: Not set
        .... ..0. .... = Urgent: Not set
        .... ...1 .... = Acknowledgment: Set
        .... .... 0... = Push: Not set
        .... .... .0.. = Reset: Not set
        .... .... ..0. = Syn: Not set
        .... .... ...0 = Fin: Not set
    Window size value: 252
    [Calculated window size: 32256]
    [Window size scaling factor: 128]
    Checksum: 0xaa2b [validation disabled]
        [Good Checksum: False]
        [Bad Checksum: False]
    Options: (12 bytes), No-Operation (NOP), No-Operation (NOP), Timestamps
        No-Operation (NOP)
            Type: 1
                0... .... = Copy on fragmentation: No
                .00. .... = Class: Control (0)
                ...0 0001 = Number: No-Operation (NOP) (1)
        No-Operation (NOP)
            Type: 1
                0... .... = Copy on fragmentation: No
                .00. .... = Class: Control (0)
```

```
            ...0 0001 = Number: No-Operation (NOP) (1)
    Timestamps: TSval 9117268, TSecr 2675460082
        Kind: Timestamp (8)
        Length: 10
        Timestamp value: 9117268
        Timestamp echo reply: 2675460082
[SEQ/ACK analysis]
    [This is an ACK to the segment in frame: 6652]
    [The RTT to ACK the segment was: 0.000069000 seconds]
```