```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA                    :
                                            :
              -v-                           :          14 Cr. 68 (KBF)
                                            :
ROSS WILLIAM ULBRICHT,                      :          ORDER
                                            :
              Defendant.                    :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 3 2014

KATHERINE B. FORREST, District Judge:

Defendant has submitted a declaration from Joshua Horowitz in support of his motion and request for an evidentiary hearing.

If the Government has any response to the factual statements (and/or relevance of the factual statements) asserted therein, it should file such response by C.O.B., October 6, 2014 (if possible).

SO ORDERED.

Dated:    New York, New York
          October 3, 2014

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge