```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA        :

             -v-                   :        14 Cr. 68 (KBF)

ROSS WILLIAM ULBRICHT,      :        <u>ORDER</u>

                  Defendant.   :
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      Defendant has submitted a motion dismissing Counts One through Four of the Superseding Indictment and a motion directing the Government to produce the requested Bill of Particulars. The Government shall respond to these motions not later than **Tuesday, October 7, 2014**.

      SO ORDERED.

Dated:      New York, New York
               October 3, 2014

                                                          _____
                                                             KATHERINE B. FORREST
                                                             United States District Judge