```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: OCT 0 7 2014
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :
           -v-                            :   14-cr-68 (KBF)
                                          :
ROSS WILLIAM ULBRICHT,                    :   ORDER
     a/k/a "Dred Pirate Roberts,"         :
     a/k/a "DPR,"                         :
     a/k/a "Silk Road,"                   :
                                          :
                       Defendant.         :
------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

The Court has not received a declaration or affidavit from defendant Ross Ulbricht, demonstrating that he had a subjective expectation of privacy in any of the items seized and as to which his suppression motion relates. The Court has read his counsel's argument as to the order in which they assert that decisions should be made. The potential rationale for not submitting a declaration or affidavit may, however, be different for the servers located in premises operated by third parties, versus the wireless router located on Montgomery Street, the laptop, the Gmail and Facebook accounts.

The Court will give Mr. Ulbricht one final opportunity to submit a declaration or affidavit in support of his motion (which would of course need to have sufficient specificity to establish a subjective expectation of privacy in items to which it relates). However, given that the defendant has had quite a long time already to make such a submission, if he now decides to submit one, the Court must

1

be so notified by 5pm today (October 7) that one shall be forthcoming by tomorrow, and to specify the particular items it will cover.

    SO ORDERED.

Dated:    New York, New York
            October 7, 2014

                                      KATHERINE B. FORREST
                                      United States District Judge