```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                  -v-                                       :       14 Cr. 68 (KBF)
                                                            :
ROSS WILLIAM ULBRICHT,                                      :       ORDER
                                                            :
                          Defendant.                        :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Understanding that Mr. Dratel is currently on trial, the Court would like the parties to meet and confer, and inform the Court as soon as practicable, but in any event, not later than C.O.B., October 13, 2014 on the following:

1. What is the best estimate of the total trial duration -- real estimate – including both direct and cross of witnesses.

2. Will the trial likely run into the Christmas holidays?

3. If it does seem that we will run into the holidays, without in any way suggesting the trial will be delayed, what is the soonest after January 1, 2015, the parties would be able to try the case?

SO ORDERED.

Dated:      New York, New York
            October 8, 2014

                                            _____
                                                KATHERINE B. FORREST
                                               United States District Judge