```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 7 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                    -v-                                      :    14-cr-68 (KBF)
                                                             :
ROSS WILLIAM ULBRICHT,                                       :    ORDER
                                                             :
                    Defendant.                               :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The following schedule will govern the remainder of this action:

1. The Government shall provide a proposed exhibit list to defendant not later than **Monday, December 1, 2014 at 4:00 p.m.**

2. Defendant shall provide a proposed exhibit list to the Government not later than **Friday, December 5, 2014 at 4:00 p.m.**, indicating any objections to the Government's exhibits and setting forth any known exhibits defendant intends to offer.

3. Parties shall file any motions in limine by **Wednesday, December 3, 2014**; opposition briefs are due by **Wednesday, December 10, 2014**; no replies.

4. Parties shall submit final pretrial materials by **Wednesday, December 10, 2014**. Those materials include (a) trial witness lists, in approximate order, with names and expected duration of direct examination; (b) joint proposed voir dire (taking into account the juror questionnaire); (c) joint proposed requests to charge; (d) joint proposed verdict form; (e) exhibit lists; (f) objections to proposed exhibits; and (g) a list of stipulations.

5. The final pretrial conference is now scheduled to occur on **Wednesday December 17, 2014** at **2:00 p.m.** The parties shall set aside three hours.

6. The juror questionnaire shall be filled out by the potential jurors the weeks of **December 22 and 29, 2014**.

7. 3500 materials for non-cooperating witnesses shall be submitted by **Monday, December 29, 2014**. 3500 materials for all other witnesses shall be submitted by **Friday, January 2, 2015**.

8. Upon receipt from the Jury Department, the Government shall work with defense counsel to copy/scan the questionnaires, fill out the juror questionnaire summary spreadsheet, and confer on joint strikes. Not later than **Friday, January 2, 2015** at **10:00 a.m.**, the parties shall file the spreadsheet in both hard copy and electronic format (Excel) and a letter containing (1) jointly agreed-upon strikes; (2) proposed but not agreed-upon strikes.

9. The trial shall commence on **Monday, January 5, 2015**.

SO ORDERED.

Dated:    New York, New York
          October 17, 2014

_____
KATHERINE B. FORREST
United States District Judge