```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
              :
UNITED STATES OF AMERICA    :
              :
     -v-         :         14 Cr. 68 (KBF)
              :
ROSS WILLIAM ULBRICHT,      :         ORDER
              :
         Defendant.    :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The Court has conferred with the Jury Department to implement a process for calling potential jurors to be given the juror questionnaire.

The process shall be as follows:

1. Potential jurors will be given the questionnaire on **Monday, December 29, 2014.**

2. It is anticipated that the parties will have access to the questionnaires by 1:00 p.m. on that day.

3. The parties shall agree as between themselves which side shall take the laboring oar of filling in the spreadsheet based on juror responses. Both sides must agree that the Excel spreadsheet properly reflects the questionnaire responses.

4. The parties shall then confer and present the Court with a list of jointly agreed strikes as well as a list of non-agreed requested strikes not later than **Thursday, January 1, 2015 at 5:00p.m.** (The Court must call prospective jurors who do not need to appear.)

5. The Court shall review all agreed cause-strikes and those proposed by one side but not agreed by the other. The Court may determine that it is appropriate to strike one or more of these (or other) potential jurors.

6. The Court will then separate the remaining jurors into two waves: the first wave will be those jurors who do not have potential or likely cause issues, and the second wave will be all others. The Court intends to proceed with voir dire initially using the first wave of potential jurors. The second wave of potential jurors shall only be called to the courtroom if necessary.

SO ORDERED.

Dated:     New York, New York
           December 1, 2014

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge