

United States v. Ulbricht, 14 Cr. 68 (KBF) -- Motions In Limine & Objections to Government Exhibits

Lindsay Lewis
to:
Forrestnysdchambers, Joseph_Pecorino
12/10/2014 02:07 AM
Cc:
serrin.turner, "Howard, Timothy (USANYS) 1", Joshua Dratel, joshua.horowitz, Whitney Schlimbach
Hide Details
From: Lindsay Lewis <LLewis@joshuadratel.com> Sort List...

To: Forrestnysdchambers@nysd.uscourts.gov, Joseph_Pecorino@nysd.uscourts.gov

Cc: serrin.turner@usdoj.gov, "Howard, Timothy (USANYS) 1" <Timothy.Howard@usdoj.gov>, Joshua Dratel <JDratel@joshuadratel.com>, joshua.horowitz@techlawny.com, Whitney Schlimbach <WSchlimbach@joshuadratel.com>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 10 2014
```

> Ordered
>
> Post to docket. Redacted versions of all docs, which can be filed publicly in such form should be. File redacted versions by COB today.
>
> K.B. For
> UJDJ
> 12/10/14

5 Attachments

NotMot.lit.pdf  JLDDec.pdf  MemoOfLawInSupportOfMotionsInLimine.pdf  Forrest26.ltr.pdf

Exhibit1_Government Exhibit Index_Defense Objections.xlsx

Attached please find the following sets of documents:

(1) Notice of Motion, Declaration of Joshua L. Dratel, and Memorandum of Law in Support of Ross Ulbricht's Motions *In Limine*; and

(2) Letter to the Court and excel spreadsheet containing Mr. Ulbricht's Objections to the government's exhibits (attached thereto as Exhibit 1).

While the letter to the Court and excel spreadsheet will be filed publicly on ECF, Mr. Ulbricht's motions *in limine* are filed under seal (and will not be uploaded to the ECF system) due to the references in the motions to the government's November 21, 2014, letter pursuant to Rule 6(e), Fed.R.Crim.P.

Respectfully Submitted

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com