```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 0 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
           -v-                          :         14 Cr. 68 (KBF)
                                        :
ROSS WILLIAM ULBRICHT,                  :         ORDER
                                        :
           Defendant.                   :
------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

One of the issues defendant raises in his motion *in limine* relates to a currently non-public matter. To discuss and resolve this issue requires (1) receipt of the Government's response, and (2) a conference dedicated to that issue. Accordingly, the Court has set a conference for Monday, December 15, 2014 at 10:00 a.m. for this purpose.

In advance of that conference, the parties shall confer regarding whether (1) the Courtroom should be sealed, or (2) the matter can/should be taken up in the robing room. The parties shall inform the Court not later than C.O.B. Friday, December 12, 2014, as to their views regarding the same.

SO ORDERED.

Dated:    New York, New York
          December 10, 2014

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge