

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 10, 2014

By Hand and ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

  In response to the Court's omnibus pre-trial order, the Government writes to inform the Court of the following:

- The Government does not request any additional *voir dire* beyond the jury questionnaire already approved by the Court.

- The Government will submit the Government's current exhibit list with defense objections and Government responses, along with a DVD containing most of the Government's exhibits, directly to chambers this evening.

- In accordance with the Court's order today on the defendant's request to extend the deadline for filing joint requests to charge, the Government will file submit the joint requests to charge tomorrow, along with a proposed special verdict form.

            Respectfully,

            PREET BHARARA
            United States Attorney

      By: _____
         SERRIN TURNER
         TIMOTHY T. HOWARD
         Assistant United States Attorneys
         Southern District of New York

cc:     Joshua Dratel, Esq.