

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 11, 2014

By Hand and ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

     Please find attached a redline version of the parties' joint requests to charge. Where there are any areas of disagreement, blue text indicates text favored by the Government, while blue strikethrough text indicates text favored by the defense. Unless otherwise indicated, any comments in the margin have been made by the defense.

     The Government will separately submit the document in its native format to the Court via email.

                                                          Respectfully,

                                                         PREET BHARARA
                                                        United States Attorney

                                       By: _____
                                          SERRIN TURNER
                                          TIMOTHY T. HOWARD
                                          Assistant United States Attorneys
                                          Southern District of New York

cc:    Joshua Dratel, Esq.