7UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

   -v.-                                   :       **VERDICT FORM**

ROSS ULBRICHT,                          :       S1 14 Cr. 68 (KBF)
  a/k/a "Dread Pirate Roberts,"
  a/k/a "DPR,"                          :
  a/k/a "Silk Road,"
                                        :
          Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Please answer these questions in the order given.  Do <u>not</u> write anything on this form except to check a response or to sign and date the form.

COUNT ONE<br>(Distribution/Aiding and Abetting the Distribution of Narcotics)

1.    As to Count One, how do you find the defendant, <u>not</u> guilty or ~~not~~ guilty?

        <u>NOT</u> GUILTY     _____            ~~NOT~~ GUILTY     _____

    **[If you answered "guilty" to Question 1, proceed to Question 1A, otherwise proceed to Question 2.]**

1A.   D<u>o you find</u> ~~id~~ the defendant <u>not guilty or guilty of</u> distribut<u>ing</u>~~e~~ and~~or~~ aid<u>ing</u> ~~-and~~~~or~~ abet<u>ting</u> the distribution of any of the following controlled substances in the quantities indicated?  (Check if yes.)

|  | <u>NOT GUILTY</u>~~YES~~ | GUILTY~~NO~~ |
|---|---|---|
| Heroin – amounts totaling one kilogram or more | ____ | ____ |
| Cocaine – amounts totaling five kilograms or more | ____ | ____ |
| LSD – amounts totaling ten grams or more | ____ | ____ |
| Methamphetamine – amounts totaling 500 grams or more | ____ | ____ |

## COUNT TWO
(Distribution/Aiding and Abetting the Distribution of Narcotics by Means of the Internet)

2. As to Count Two, how do you find the defendant, <u>not</u> guilty or <s>not g</s>guilty?

   <u>NOT</u> GUILTY  \_\_\_\_\_  <s>NOT GUILT</s>GUILTY  \_\_\_\_\_

**[If you answered "guilty" to Question 2, proceed to Question 2A, otherwise proceed to Question 3.]**

2A. D<s>oid</s> <u>you find</u> the defendant <u>not guilty or guilty of</u> distribut<s>inge</s> or aid<u>ing and</u><s>or</s> abet<s>t</s>ting the distribution by means of the Internet any of the following controlled substances in the quantities indicated?  (Check if yes.)

|  | <u>NOT GUILTY</u><s>YES</s> | GUILTY<s>NO</s> |
|---|---|---|
| Heroin – amounts totaling one kilogram or more | \_\_\_\_ | \_\_\_\_ |
| Cocaine – amounts totaling five kilograms or more | \_\_\_\_ | \_\_\_\_ |
| LSD – amounts totaling ten grams or more | \_\_\_\_ | \_\_\_\_ |
| Methamphetamine – amounts totaling 500 grams or more | \_\_\_\_ | \_\_\_\_ |

## COUNT THREE
(Conspiracy to Distribute Narcotics)

3. As to Count Three, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

   <u>NOT</u> GUILTY  \_\_\_\_\_  <s>NOT GUIL</s>GUILTY  \_\_\_\_\_

**[If you answered "guilty" to Question 3, proceed to Question 3A, otherwise proceed to Question 4.]**

3A. D<u>o you find</u><s>id</s> the defendant <u>not guilty or guilty of</u> conspir<s>inge</s> to distribute any of the following controlled substances in the quantities indicated?  (Check if yes.)

|  | <u>NOT GUILTY</u><s>YES</s> | <s>N</s>GUILTY<s>O</s> |
|---|---|---|
| Heroin – amounts totaling one kilogram or more | \_\_\_\_ | \_\_\_\_ |
| Cocaine – amounts totaling five kilograms or more | \_\_\_\_ | \_\_\_\_ |
| LSD – amounts totaling ten grams or more | \_\_\_\_ | \_\_\_\_ |

    Methamphetamine – amounts totaling 500 grams or more    \_\_\_\_    \_\_\_\_

### COUNT FOUR
(Continuing Criminal Enterprise)

4. As to Count Four, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_

### COUNT FIVE
(Conspiracy to Commit <s>or Aid and Abet</s> Computer Hacking)

5. As to Count Five, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_

### COUNT SIX
(Conspiracy to Traffic in Fraudulent Identity Documents)

6. As to Count Six, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_

### COUNT SEVEN
(Conspiracy to Commit Money Laundering)

7. As to Count Seven, how do you find the defendant, <u>not</u> guilty or <s>not</s> guilty?

    <u>NOT</u> GUILTY   \_\_\_\_\_     <s>NOT</s> GUILTY   \_\_\_\_\_