

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 19, 2014

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

      Due to a personal family matter affecting one of the attorneys for the Government, which the Government has disclosed to Your Honor's chambers and to the defense, the Government respectfully requests that the trial date be adjourned one week to January 12, 2015. The Government has consulted with defense counsel, who consents to this request. The Government continues to believe that its presentation will not require more than three weeks of trial, and thus the time the Court has already blocked out for the trial should be sufficient to accommodate the change in start date.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _____
      SERRIN TURNER
      TIMOTHY HOWARD
      Assistant United States Attorneys
      Southern District of New York

cc:    Joshua Dratel, Esq.