```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 9 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA

-v-                                        14 Cr. 68 (KBF)

ROSS WILLIAM ULBRICHT,                     ORDER

                    Defendant.
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

In light of the adjournment of the trial to Tuesday, January 13, 2015, at 9:00 a.m., the following schedule shall govern the handling of the juror questionnaire process.

The process shall be as follows:

1. Potential jurors will be given the questionnaire on **Monday, January 5, 2015.**

2. It is anticipated that the parties will have access to the questionnaires by 3:00 p.m. on that day.

3. The parties shall agree as between themselves which side shall take the laboring oar of filling in the spreadsheet based on juror responses. Both sides must agree that the Excel spreadsheet properly reflects the questionnaire responses.

4. The parties shall then confer and present the Court with a list of jointly agreed strikes as well as a list of non-agreed requested strikes not later than

**Thursday, January 8, 2015 at 5:00p.m.** (The Court must call prospective jurors who do not need to appear.)

5. The Court shall review all agreed cause-strikes and those proposed by one side but not agreed by the other. The Court may determine that it is appropriate to strike one or more of these (or other) potential jurors.

6. The Court will then separate the remaining jurors into two waves: the first wave will be those jurors who do not have potential or likely cause issues, and the second wave will be all others. The Court intends to proceed with voir dire initially using the first wave of potential jurors. The second wave of potential jurors shall only be called to the courtroom if necessary.

7. The updated juror questionnaire (reflecting the change in trial start date) is attached.

SO ORDERED.

Dated:   New York, New York
         December 19, 2014

                                                   KATHERINE B. FORREST
                                                 United States District Judge

**Juror ID:** _____

YOUR FULL NAME: _____

(PLEASE PRINT LEGIBLY USING DARK INK)

**United States v. Ross Ulbricht**

**JUROR QUESTIONNAIRE**

**PRELIMINARY INSTRUCTIONS:**

Please print your name and juror number in the space provided at the top of each page. Please answer each question by placing an "X" next to your response or by providing the information requested. Please answer each question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE.** This questionnaire is designed to help simplify and shorten the jury selection process. The purpose of this questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

**ALL INFORMATION CONTAINED IN THIS QUESTIONNAIRE WILL BE KEPT CONFIDENTIAL AND UNDER SEAL.**

Please answer all questions to the best of your ability. If you do not know the answer to a question then write, "I don't know." There are no "right" or "wrong" answers, only <u>truthful</u> answers. Do not discuss the case or your answers with anyone. It is important that the answers be yours alone. Remember, <u>you are sworn to give true and complete answers to all questions</u>.

**DO NOT DISCUSS YOUR QUESTIONS AND ANSWERS OR THE CASE WITH ANYONE, NOW OR UNTIL FURTHER INSTRUCTED BY THE COURT, AND DO NOT DO YOUR OWN RESEARCH ON THE CASE.** The Court instructs you not to discuss the questions and answers with fellow jurors. It is very important that your answers be your own individual answers. Do not discuss the case with anyone, including the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else. You must also avoid reading about the case in newspapers or on the internet, or listening to any radio or television reports about the case.

Juror ID: _____

## SUMMARY OF THE CASE

**The Court is selecting a jury for a four to six-week trial commencing on January 13, 2015.**

The Indictment in this case contains criminal charges against one defendant: ROSS WILLIAM ULBRICHT, who the Government alleges used the aliases "Dread Pirate Roberts," "DPR," and "Silk Road."

The Indictment charges the defendant in seven counts. All of the counts concern the defendant's alleged operation and management of an alleged black-market Internet website known as "Silk Road," from 2011 to 2013. The Government alleges that the defendant deliberately designed and administered Silk Road to enable users to buy and sell illicit drugs and other illegal goods and services, including computer hacking tools and services and false identification documents, and to do so anonymously and outside the reach of law enforcement.

Counts One through Four charge the defendant with various narcotics offenses, based on the illegal drugs that were allegedly sold on Silk Road.

Count Five charges the defendant with conspiring to commit, or help others commit, computer hacking, based on the alleged sale of computer-hacking tools and services on Silk Road.

Count Six charges the defendant with conspiring to traffic in false identification documents, based on the alleged sale of fake IDs, fake passports, and other fraudulent identification documents on Silk Road.

Finally, Count Seven charges the defendant with conspiring to commit money laundering, based on the payment system used on Silk Road, which relied on bitcoins, a form of digital payment. The Government alleges that the defendant designed that payment system to facilitate the illegal transactions conducted on Silk Road and to conceal the proceeds of those transactions from law enforcement.

The defendant denies all of the charges in the Indictment and has pleaded not guilty to all of them.

## HARDSHIP

**Jury selection will begin Tuesday, January 13, 2015.** The trial will commence immediately thereafter. Generally, trial will be in session four days per week, Monday through Thursday, from 9:30 a.m. until 5:00 p.m. **The trial is expected to last four to six weeks (that is, until about February 10-19).**

**Juror ID:** _____

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts. There are no plans to sequester the jury, which means you will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties a citizen owes to the United States. Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror. You must show extraordinary personal or financial hardship to be excused from service.

### PLEASE ANSWER THE FOLLOWING QUESTIONS:

1. Do you have any <u>unusual</u> financial or other hardship which would prevent you from serving as a juror in this case?

    \_\_\_\_ Yes \_\_\_\_ No  (Even if you answered "yes", you must still answer the entire questionnaire.)

    If yes, please explain briefly the nature of the hardship: _____

2. Do you have any difficulty speaking, reading or understanding English? \_\_\_ Yes \_\_\_ No

    If yes, please explain: _____

3. Do you have any medical conditions that would prevent you from serving in this case?
    \_\_\_ Yes \_\_\_ No

    If yes, please explain: _____

**Whether or not you are claiming a hardship, you
must complete the rest of this questionnaire.**

**Juror ID:** _____

## BACKGROUND

4. Are you: _____ Female _____ Male

5. How old are you? _____

6. What is your place of birth? (If outside the U.S., please tell us the city and country.) _____

7. In what city/ town do you live? _____

8. How long have you lived at your present address? _____

9. In what other cities/towns have you lived in the last 10 years? _____

10. Have you ever lived outside of the U.S.? _____ Yes _____ No

    If yes, where/when:

11. Are you:

    Married for _____ years
    Single never been married ___
    Divorced ___
    Separated ___
    Widowed ___
    Living with someone _____

4

United States v. Ross Ulbricht

**Juror ID:** _____

## EDUCATION

12. What is the highest grade that you have completed in school? Please check all appropriate answers:

Elementary/High School Grades: \_\_\_ 1-7 \_\_\_ 8 \_\_\_ 9 \_\_\_ 10 \_\_\_ 11 \_\_\_ 12
College: \_\_\_ 1 yr. \_\_\_ 2 yrs. \_\_\_ 3 yrs. \_\_\_ 4 yrs.

    Please specify your college major(s):_____

13. If you attended Graduate or Professional School, please specify the area of study and what degree you received, if any:

_____

## EMPLOYMENT/VOCATIONAL TRAINING

14. If you are currently employed, please tell us about your job:

    Do you work more than one job? _____
    What is your job description? _____
    How long have you worked at your job? _____
    If you have held your job for less than 10 years, what did you do previously? _____

15. If your spouse or domestic partner is employed outside the home, please tell us about his or her job:

    What is his or her job description? _____
    How long has he or she worked at this job?_____
    If he or she has worked at this job for less than 10 years, what did he or she do previously?_____

16. If you are retired:

    How long did you work at that job? _____
    What was your title or job description? _____
    What other jobs or occupations did you have during your working years? _____

**Juror ID:** _____

17. If your spouse or domestic partner is retired:

    How long did he or she work at that job? _____
    What was his or her title or job description? _____

18. If you are not employed outside the home, are you:

    ___ A student? Where do you attend school? _____
    How many days a week do you attend? _____

    ___ A homemaker?
    ___ Between jobs? What is your usual employment? _____

    ___ Disabled? What is the nature of the disability that prevents you from working?
    _____

    How long has it been since you were last employed outside the home? _____

19. Have you, a family member or a close friend ever worked in the computer or information technology industries, as a programmer, or for any tech company? ____ Yes ____ No

    If yes, please describe:
    _____
    _____

### CONTACT AND EXPERIENCE WITH LEGAL SYSTEM

20. Have you ever served as a juror? ___ Yes    ___ No

    If yes, please complete as appropriate:

    a.  Civil Cases

        Number of times: _____

        Number of:  _____ Federal cases _____ State cases

        1. For each: Was the jury asked to reach a verdict? (Continue your answer in the space to the right as necessary.)

        ____ Yes    ____ No

6

United States v. Ross Ulbricht

**Juror ID:** _____

2. For each: If so, did the jury reach a verdict? (Continue your answer in the space to the right as necessary.)

____ Yes     ____ No

b.  <u>Criminal Cases</u>

   Number of times: _____

   Number of: _____ Federal cases _____ State cases

   1. For each: Was the jury asked to reach a verdict? (Continue your answer in the space to the right as necessary.)

   ____ Yes     ____ No

   2. For each: If so, did the jury reach a verdict? (Continue your answer in the space to the right as necessary.)

   ____ Yes     ____ No

c.  <u>Grand Jury</u>

   Number of times: _____

   Number of: _____ Federal cases _____ State cases

21. If you have previously served as a juror, was there anything about your jury experience that would make you unable to be fair and impartial in this case?

   ____ Yes     ____ No

7

<u>United States v. Ross Ulbricht</u>

**Juror ID:** _____

22. Have you ever appeared or testified as a witness in any investigation or legal proceeding?

    \_\_\_\_ Yes    \_\_\_\_ No

    If yes, state the type of proceeding and your role:
    _____
    _____

23. Have you or anyone close to you, including a family member, friend or acquaintance, ever been a victim of a crime? \_\_\_\_ Yes \_\_\_\_ No

    If yes, please provide (1) the date of the crime, (2) whether it was you or someone close to you, and (3) the nature of the crime:_____
    _____
    _____

24. If you or someone close to you has been a victim of a crime, is there anything about that experience that makes you believe you would not be able to be fair and impartial in this case?

    \_\_\_\_ Yes    \_\_\_\_ No

25. Have you or anyone close to you, including a family member, friend or acquaintance ever worked for any private, local, state or federal law enforcement agency?

    \_\_\_\_ Yes    \_\_\_\_ No

    If yes, please identify who, the employer agency, and the position and length of employment: _____
    _____

**Juror ID:** _____

## KNOWLEDGE & OPINIONS OF CASE AND PARTIES

26. Have you seen, heard or read anything about Ross Ulbricht?

    ____ Yes     ____ No

    If yes, what? _____

    _____

    _____

27. Have you seen, heard or read anything about the Silk Road website?

    ____ Yes     ____ No

    If yes, what? _____

    _____

    _____

28. Have you seen, heard or read anything about Dread Pirate Roberts or "DPR," <u>other than</u> specifically and only in relation to the movie or the book, "The Princess Bride"?

    ____ Yes     ____ No

    If yes, what? _____

    _____

    _____

29. Have you heard or read anything about this case?

    ____ Yes     ____ No

    If yes, what? _____

    _____

    _____

**Juror ID:** _____

30. Have you drawn any conclusions or opinions about this case based on what you have seen, heard or read that you think would impact your ability to be a fair and impartial juror in this case?

    ____ Yes   ____ No

    If yes, please explain: _____

## INTERNET AND COMPUTER HABITS

31. How often do you use a computer?   ____ Never   ____ Rarely   ____ Monthly   ____ Weekly
    ____ Daily   ____ Hourly   ____ Constantly
    ____ Only on weekdays

32. Do you use a computer for ____ personal use ____ business (check all that apply)

    If you use a computer for business purposes, does your business have a website?

    ____ Yes   ____ No

33. How often do you use the Internet?   ____ Never   ____ Rarely   ____ Monthly   ____ Weekly
    ____ Daily   ____ Hourly   ____ Constantly
    ____ Only on weekdays

34. Do you use the Internet for ____ personal use ____ business (check all that apply)

    If you use the Internet for business purposes, have you ever advertised on the Internet?

    ____ Yes   ____ No

35. For which of the following activities do you use the Internet and/or a computer? (Check all that apply)

    ____ Reading news   ____ Reading books   ____ Reading magazines
    ____ Streaming movies/ videos/ content
    ____ Shopping   ____ Banking   ____ Email   ____ Social Media

36. For which of the following is the Internet your primary source?

    ____ Reading news   ____ Reading books   ____ Reading magazines
    ____ Watching movies/ videos   ____ Shopping
    ____ Banking   ____ Correspondence   ____ Socializing

**Juror ID:** _____

37. Have you ever purchased anything on the internet?

  \_\_\_\_ Yes    \_\_\_\_ No

  If yes, please describe the nature of the item(s) you purchased and the website(s) you used:

  _____

  _____

38. Have you formed any opinions based on your experiences with computers and the Internet that you think would impact your ability to be a fair and impartial juror in this case?

  \_\_\_\_ Yes    \_\_\_\_ No

  If yes, please explain:_____

  _____

## **BITCOIN**

39. Have you ever seen, heard or read anything about bitcoin?  \_\_\_\_ Yes  \_\_\_\_ No

  If yes, what? _____

  _____

40. Have you ever had any personal experience with bitcoin? \_\_\_\_ Yes   \_\_\_\_ No

  If yes, please describe: _____

  _____

41. Have you formed any opinions based on your experiences with bitcoin that you think would impact your ability to be a fair and impartial juror in this case?

  \_\_\_\_ Yes    \_\_\_\_ No

  If yes, please explain:_____

  _____

United States v. Ross Ulbricht

**Juror ID:** _____

## IDENTITY THEFT

42. Have you ever been the victim of identity theft?

   \_\_\_\_ Yes   \_\_\_\_ No

   If yes, please describe: _____
   _____
   _____

## FINAL QUESTION

43. This questionnaire has tried to invite your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from anything you have disclosed above, is there any fact, circumstance, opinion, impression, attitude of mind, personal or other experience, or identification or membership with any group or organization <u>that you believe would prevent you</u>, if you are accepted as a juror in the trial of this case, from listening to the evidence with an open mind and deciding every issue fairly and impartially, solely upon the evidence and in accordance with the Court's instructions as to the law?

   \_\_\_\_ Yes   \_\_\_\_ No

   If yes, please explain: _____
   _____
   _____
   _____