```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 9, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA          :
:
-v-                               :    14-cr-68 (KBF)
:
ROSS WILLIAM ULBRICHT,            :    ORDER
:
Defendant.                :
:
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court has reviewed the list of strikes to which both parties have consented.  The Court agrees, and hereby strikes the following prospective jurors: 3, 9, 13, 18, 22, 24, 25, 34, 35, 36, 40, 42, 44, 47, 48, 54, 57, 67, 68, 69, 71, 72, 74, 76, 78, 79, 80, 82, 83, 84, 88, 94, 95, 96, 99, 100, 103, 105, 108, 109, 125, 126, 128, 129, 131, 132, 133, 142, 145, 147, 149, 150, 151, 161, 172, 174, 177, 179, 182.  Based on its review of the questionnaires, the Court also strikes the following prospective jurors: 6, 7, 8, 14, 16, 20, 31, 37, 39, 45, 46, 56, 58, 60, 62, 64, 86, 91, 117, 118, 120, 122, 123, 130, 139, 144, 148, 152, 157, 158, 160, 167, 183.  The parties shall provide the Court with printed copies of all filled-out juror questionnaires, marked with each juror's number, as soon as is practicable, but not later than Saturday, January

10, 2015.

    SO ORDERED.

Dated:    New York, New York
            January 9, 2015

                                          KATHERINE B. FORREST
                                          United States District Judge