

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 13, 2014

By Email
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

The Government respectfully submits this letter in response to the Court's order dated October 8, 2014, instructing the parties to inform the Court concerning (1) their best estimate of the total trial duration; (2) their views on whether the trial will likely run into the Christmas holidays; and (3) the soonest date after January 1, 2015 when the parties could try the case.

The Government believes the total duration of its case, including both direct and cross-examination of witnesses, will likely require approximately 15 trial days. The defense has informed the Government that it may put on an affirmative case requiring as many as 7 trial days. The Government does not believe it is likely that the trial will continue into the Christmas holidays and is prepared to proceed on the current schedule. In the event the Court chooses to adjourn the trial date, the Government is available to try the case as early as January 5, 2015.

Respectfully,

PREET BHARARA
United States Attorney

By: /s/ Serrin Turner
SERRIN TURNER
TIMOTHY HOWARD
Assistant United States Attorneys
Southern District of New York

Ordered
Post to docket.

K. B. Forrest
USDJ
1/12/15

cc:   Joshua Dratel, Esq.