

United States v. Ulbricht, 14 Cr. 68 (KBF) -- Juror Questionnaire Spreadsheet
Lindsay Lewis
to:
Forrestnysdchambers, Joseph_Pecorino
09/19/2014 12:01 PM
Cc:
serrin.turner, "Howard, Timothy (USANYS) 1"
Hide Details
From: Lindsay Lewis <LLewis@joshuadratel.com>

To: Forrestnysdchambers@nysd.uscourts.gov, Joseph_Pecorino@nysd.uscourts.gov

Cc: serrin.turner@usdoj.gov, "Howard, Timothy (USANYS) 1" <Timothy.Howard@usdoj.gov>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 1 2 2015
```

2 Attachments

    

Forrest17.ltr.pdf  JurorQuestionnaireSpreadsheet_9.19.14.xlsx

As per the Court's September 16, 2014, Order, attached please find (1) the Excel spreadsheet prepared from the juror questionnaire submitted on behalf of Mr. Ulbricht in the above-captioned case; and (2) s a cover letter explaining the contents of the spreadsheet. For practical reasons this submission is not being filed on ECF, however, defense counsel is prepared to file via ECF if the Court would like any portion of this filing to be made publicly available.

Respectfully Submitted,

Lindsay Lewis
Attorney
Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006
TEL (212) 732-0707
FAX (212) 571-3792
llewis@joshuadratel.com

Ordered
Post to docket
/s/ B.F.
1/12/15

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 19, 2014

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Ross Ulbricht*,
                    14 Cr. 68 (KBF)

Dear Judge Forrest:

     In accordance with the Court's September 16, 2014, Order, attached please find the Excel spreadsheet prepared from the juror questionnaire. The questions in the spreadsheet are gleaned from the questionnaire submitted on behalf defendant Ross Ulbricht as per the Order. Questions included in the spreadsheet were selected either because they provide notice of hardship or because of their stronger capacity by themselves, without further inquiry, to indicate potential or actual bias.

                                          Respectfully submitted,

                                          Joshua L. Dratel

JLD/lal
Encl.

cc:    Serrin Turner
        Timothy Howard
        Assistant United States Attorneys