**Subject:** memory upgrade
**From:** <staff@silkroadmarket.org>
**Date:** 3/18/2011 4:47 AM
**To:** <support@autovps.net>

```
how do I upgrade my memory for my VPS with autovps?
```