# who.is

Search Domain name or IP address

Search by Name Server | New Features | Log In | Sign Up

## silkroadmarket.org
72.52.4.119 | Record information last updated 18 hours ago

★ Save Domain To Dashboard

### Domain Buying Options for silkroadmarket.org

| Premium com $3587.00 Available | Available co $12.99 Available | Unavailable net $49.95 Backorder | Unavailable org $49.95 Backorder ✓ | Available info $11.00 Available | Available us $10.99 Available | Unavailable biz $29.95 Backorder | Available mobi $10.99 Available |

Purchase Domains | Domain Suggestions | Premium Domains | Powered by name.com

Transfer any COM/NET domain name to Name.com for $8.25 — Transfer Now

| Whois | Website Info | **History** | DNS Records | Diagnostics |

### Domain History Info for silkroadmarket.org

Want this archived information removed?

#### Old Registrar Info March 12, 2011

| | |
|---|---|
| Name | 1API GmbH (R1724-LROR) |
| Status | CLIENT TRANSFER PROHIBITED, TRANSFER PROHIBITED |

**Important Dates**

| | |
|---|---|
| Expires On | February 28, 2012 |
| Registered On | February 28, 2011 |
| Updated On | February 28, 2011 |

**Name Servers**

| | |
|---|---|
| ns1.xta.net | 118.27.1.17 |
| ns2.xta.net | 178.63.62.51 |

#### Registrar Info January 15, 2015

| | |
|---|---|
| Name | Webagentur.at Internet Services GmbH d/b/a domainname.at (R1304-LROR) |
| Status | OK |

**Important Dates**

| | |
|---|---|
| Expires On | May 18, 2015 |
| Registered On | May 18, 2012 |
| Updated On | May 18, 2014 |

**Name Servers**

| | |
|---|---|
| ns1.sedoparking.com | 209.200.164.69 |
| ns2.sedoparking.com | 209.200.165.74 |

#### Old Raw Registrar Data March 12, 2011

```
Registrant Contact Information:
    Name: Richard Page
    Address 1: 11640 Gary St
    City: Garden Grove
    State: CA
    Zip: 92840
    Country: US
    Phone: +1.7146207320
    Email: richardpage@gawab.com

Administrative Contact Information:
    Name: Richard Page
    Address 1: 11640 Gary St
    City: Garden Grove
    State: CA
    Zip: 92840
    Country: US
    Phone: +1.7146207320
    Email: richardpage@gawab.com

Technical Contact Information:
    Name: Richard Page
    Address 1: 11640 Gary St
    City: Garden Grove
    State: CA
    Zip: 92840
    Country: US
    Phone: +1.7146207320
    Email: richardpage@gawab.com

Information Updated: Thu, 15 Jan 2015
19:51:01 UTC
```

#### Raw Registrar Data January 15, 2015

```
Registrant Contact Information:
    Name: Qin Shu Tong
    City: Guangzhou
    Zip: 510623
    Country: CN
    Phone: +86.7713898523
    Email: qtong77@gmail.com

Administrative Contact Information:
    Name: Qin Shu Tong
    City: Guangzhou
    Zip: 510623
    Country: CN
    Phone: +86.7713898523
    Email: qtong77@gmail.com

Technical Contact Information:
    Name: Qin Shu Tong
    City: Guangzhou
    Zip: 510623
    Country: CN
    Phone: +86.7713898523
    Email: qtong77@gmail.com

Information Updated: Thu, 15 Jan 2015
19:51:01 UTC
```

Advertisement

name.com Website Builder — Create the website you've always wanted.