**Turner, Serrin (USANYS)**

---

| | |
|---|---|
| **From:** | ▇▇▇▇, Scott H <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇> |
| **Sent:** | Tuesday, October 15, 2013 11:42 AM |
| **To:** | Turner, Serrin (USANYS) |
| **Subject:** | FW: MtGox – F.R.C.P. Rule 11(f) / F.R.E. 410 Communication - Bradley Information |
| **Attachments:** | Bradley - customer service dialogue.pdf; Bradley account verification materials.pdf |

Serrin,

As discussed, I am forwarding you the materials I provided to ▇▇▇▇▇▇ regarding an account that may have been related to a bitcoin wallet of interest to the government. This is <u>not</u> information about the account in Ulbricht's name, which MtGox only identified as of interest after the Ulbricht indictment. Please see the note below.

Scott

---

**From:** ▇▇▇▇, Scott H
**Sent:** Wednesday, July 24, 2013 9:11 PM
**To:** ▇▇▇▇▇▇@usdoj.gov
**Subject:** MtGox – F.R.C.P. Rule 11(f) / F.R.E. 410 Communication - Bradley Information

▇▇▇▇▇▇,

This e-mail responds to your request for information relating to an individual that MtGox has suspicions may be associated with the largest bitcoin wallet that is perceived by some in the bitcoin community to be associated with Silk Road. Please find attached verification materials provided by a J▇▇▇▇ Bradley. The materials include copies of the following: (i) a copy the Federal Express airbill used to send the materials to MtGox; (ii) a copy of a California Identification Card; (iii) a California Secretary of State Apostille, completed by a notary in Alameda County, for the California Identification Card; (iv) a Comcast bill showing a Chico, California address for Mr. Bradley; and (v) a California Secretary of State Apostille, completed by a notary in Alameda County, for the Comcast bill.

The attached materials were provided by a user for a MtGox account that was originally opened using the e-mail address: davidmaisano@inbox.com. As we described to you during our meeting in Baltimore, it has been possible to open a MtGox account without providing verification materials. Once a user met certain usage thresholds (which, as we described, have changed over time), MtGox required users to verify their identity. The attached materials were provided to MtGox to verify the account opened using the davidmaisano@inbox.com e-mail address. As you are aware, e-mail addresses are not proof of identity, and it is not uncommon for users of the internet to have e-mail addresses that are not their actual names. Once the account was verified, MtGox regarded the account as owned and controlled by J▇▇▇▇ Bradley.

The user deposited a large number of bitcoins into the account. The user used the bitcoins to purchase U.S. dollars, but the account was never linked to a bank account to make a withdrawal. The transactional records for the account are too voluminous to provide via e-mail. I'm happy to discuss a method and format to provide the records to you.

In May 2013, the user contacted MtGox to report that the account was "hacked." MtGox informed the user that the e-mail address associated with the account had been changed pursuant to a proper request to change the address. A copy of the exchange with the user regarding the hack is also attached to this e-mail. Following the exchange attached to this e-mail, the user did not communicate further with MtGox, and MtGox is not aware that the user made any report to law enforcement.

Prior to the user contacting MtGox regarding the "hack", the approximately U.S. $1.9 million had been converted to bitcoins. The bitcoins (7393.49 BTC) were transferred to address 1AsUc3Lw1oDmwimWoGeCfBngzziS98FP5V (7393.49 BTC). MtGox is aware that some of these bitcoin were used, and the balance (6393.49 BTC) currently remain at address 1Mh58EcGSMMscgh5qE5u4BVSL9KRd8GzQK. MtGox believes 1000 BTC were sold on exchange btc-e.com.

Please let me know if you have questions.

Scott



Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮for other important information concerning this message.