```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-

                                          14-cr-68 (KBF)

ROSS WILLIAM ULBRICHT,
    a/k/a "Dread Pirate Roberts,"                 ORDER
    a/k/a "DPR,"
    a/k/a "Silk Road,"

              Defendant.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

        Any party wishing to submit additional materials regarding the jury instructions shall do so not later than **5 p.m. today, January 30, 2015**. This applies to all proposed changes except those that cannot be reasonably anticipated because the evidentiary record has not yet been closed.

        SO ORDERED.

Dated:     New York, New York
             January 30, 2015

                                                               _____
                                                               KATHERINE B. FORREST
                                                               United States District Judge