LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                    STEVEN WRIGHT
—                                                                  *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

January 30, 2015

**BY ELECTRONIC MAIL**

Serrin Turner
Timothy T. Howard
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007


Re:     *United States v. Ross Ulbricht*
        14 Cr. 68 (KBF)

Dear Mr. Turner & Mr. Howard:

        This letter is submitted on behalf of Ross Ulbricht, providing formal notice, pursuant to Rule 16(b)(1)(C), Fed. R. Crim. P.,that the defense plans to call Steven M. Bellovin to provide expert testimony on the following subjects:

   1.      General principles of internet security and vulnerabilities;

   2.      The operation of timestamps in UNIX-based operating systems;

   3.      The import of some lines of PHP code provided to defense counsel in discovery;

   4.      Forensic memory analysis; and

   5.      General principles of public-key cryptography.

   6.      General issues related to linux-based operating systems, including security, implications of various linux kernel versions, differing methods of software installation, etc.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Dr. Bellovin's Curriculum Vitae is attached hereto.

Very truly yours,

Joshua L. Dratel

JLD/