```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
              -v-                                                  :    14-cr-68 (KBF)
                                                                   :
ROSS WILLIAM ULBRICHT,                                             :    OPINION & ORDER
                                                                   :
              Defendant.                                           :
------------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: January 31, 2015

KATHERINE B. FORREST, District Judge:

Any further submissions regarding defendant's proposed expert witness Andreas M. Antonopoulos shall be submitted not later than 2:00 p.m. today, January 31, 2015. Any other motions regarding experts must be received by 4:00 p.m. today, January 31, 2015. Any response to any such new motions shall be submitted not later than 12:00 p.m. tomorrow, February 1, 2015.

SO ORDERED.

Dated:   New York, New York
         January 31, 2015

                                         _____
                                         KATHERINE B. FORREST
                                         United States District Judge