```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
            -v-                    :
                                   :            14-cr-68 (KBF)
ROSS WILLIAM ULBRICHT,             :
    a/k/a "Dread Pirate Roberts,"  :               ORDER
    a/k/a "DPR,"                   :
    a/k/a "Silk Road,"             :
                                   :
                Defendant.         :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The defense shall disclose any exhibits it proposes to use with experts or otherwise to the Government not later than **5 p.m. today, January 31, 2015**.

   SO ORDERED.

Dated:    New York, New York
          January 31, 2015

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge