```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :       14-cr-68 (KBF)
                                                                   :
ROSS WILLIAM ULBRICHT,                                             :       OPINION & ORDER
                                                                   :
            Defendant.                                             :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 31, 2015

KATHERINE B. FORREST, District Judge:

The Court has just learned that on January 30, 2015, defendant noticed an additional expert witness, Mr. Steven M. Bellovin. The Government has moved to preclude Bellovin from testifying. (ECF No. 70.) Defendant shall respond to the Government's motion to preclude Bellovin's testimony not later than **Sunday, February 1, 2015** at **9:00 a.m.** Today's 10:00 p.m. deadline for defendant's response to the Government's motion to preclude the testimony of Andreas M. Antonopoulos (ECF No. 165) remains in place.

SO ORDERED.

Dated:   New York, New York
         January 31, 2015

_____
KATHERINE B. FORREST
United States District Judge