UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
United States of America

                Plaintiff,                1:14 Cr. 68 ( KBF )

    v.

Ross William Ulbricht

                Defendant(s).
-----------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2015
```

## NOTE FROM JURY

### PLEASE PRINT

Message: _The jury has reached_
_verdict_

Print Name: [redacted]

Sign Name: [redacted]

Date: 2/4/15

Time: 3:20 pm

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 1

RECEIVED ON: February, 4, 2015

TIME RECEIVED: 3:23 [ ] a.m. / [✓] p.m.