Court Exhibit __2__

3/4/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  Prosecution.
UNITED STATES OF AMERICA                                    :
                                                            :
         -v-                                                :    14-cr-68 (KBF)
                                                            :
ROSS WILLIAM ULBRICHT,                                      :    VERDICT FORM
         a/k/a "Dread Pirate Roberts,"                      :
         a/k/a "DPR,"                                       :
         a/k/a "Silk Road,"                                 :
                                                            :
                                   Defendant.               :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 05 2015

Please answer these questions in the order given. Do **not** write anything on this form except to check a response or to sign and date the form.

### COUNT ONE
(Distribution/Aiding and Abetting the Distribution of Narcotics)

1. As to Count One, how do you find the defendant, guilty or not guilty?

   GUILTY  ✓       NOT GUILTY  ____

**[If you answered "guilty" to Question 1, proceed to Question 1A, otherwise proceed to Question 2.]**

1A. Has the Government proven beyond a reasonable doubt that the defendant distributed or aided and abetted the distribution of any of the following controlled substances in the quantities indicated? (Check if yes.)

|  | YES | NO |
|---|---|---|
| Heroin – amounts totaling one kilogram or more: | ✓ | |
| Cocaine – amounts totaling five kilograms or more: | ✓ | |
| LSD – amounts totaling ten grams or more: | ✓ | |
| Methamphetamine – amounts totaling 500 grams or more: | ✓ | |

<u>COUNT TWO</u>
(Distribution/Aiding and Abetting the Distribution of Narcotics
by Means of the Internet)

2. As to Count Two, how do you find the defendant, guilty or not guilty?

   GUILTY  ✓   NOT GUILTY  ____

**[If you answered "guilty" to Question 2, proceed to Question 2A, otherwise proceed to Question 3.]**

2A. Has the Government proven beyond a reasonable doubt that the defendant distributed or aided and abetted the distribution by means of the Internet of any of the following controlled substances in the quantities indicated? (Check if yes.)

|  | YES | NO |
|---|---|---|
| Heroin – amounts totaling one kilogram or more: | ✓ | |
| Cocaine – amounts totaling five kilograms or more: | ✓ | |
| LSD – amounts totaling ten grams or more: | ✓ | |
| Methamphetamine – amounts totaling 500 grams or more: | ✓ | |

## COUNT THREE
(Conspiracy to Distribute Narcotics)

3. As to Count Three, how do you find the defendant, guilty or not guilty?

   GUILTY  ✓    NOT GUILTY  ___

**[If you answered "guilty" to Question 3, proceed to Question 3A, otherwise proceed to Question 4.]**

3A. Has the Government proven beyond a reasonable doubt that the defendant conspired to distribute any of the following controlled substances in the quantities indicated? (Check if yes.)

|  | YES | NO |
|---|---|---|
| Heroin – amounts totaling one kilogram or more: | ✓ | ___ |
| Cocaine – amounts totaling five kilograms or more: | ✓ | ___ |
| LSD – amounts totaling ten grams or more: | ✓ | ___ |
| Methamphetamine – amounts totaling 500 grams or more: | ✓ | ___ |

## COUNT FOUR
(Continuing Criminal Enterprise)

4. As to Count Four, how do you find the defendant, guilty or not guilty?

   GUILTY  ✓    NOT GUILTY  ___

## COUNT FIVE
(Conspiracy to Commit or Aid and Abet Computer Hacking)

5. As to Count Five, how do you find the defendant, guilty or not guilty?

   GUILTY  ✓    NOT GUILTY  ___

## COUNT SIX
(Conspiracy to Traffic in Fraudulent Identity Documents)

6.  As to Count Six, how do you find the defendant, guilty or not guilty?

    GUILTY  ✓     NOT GUILTY  _____

## COUNT SEVEN
(Conspiracy to Commit Money Laundering)

7.  As to Count Seven, how do you find the defendant, guilty or not guilty?

    GUILTY  ✓     NOT GUILTY  _____

**After completing the form, each juror who agrees with the verdict must sign below:**