```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :   14 Cr. 68 (KBF)
              -v-                                                 :
                                                                  :        ORDER
                                                                  :
ROSS WILLIAM ULBRICHT,                                            :
                              Defendant.                          :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2015

KATHERINE B. FORREST, District Judge:

The Court requires that post-trial motions be fully briefed one (1) month prior to sentencing, which is currently scheduled for May 15, 2015, at 10:00 a.m.

The parties are directed to confer and not later than February 10, 2015, submit to the Court a schedule in which to accomplish the above. In the absence of a proposed schedule from the parties, the Court will set one.

SO ORDERED:

Dated:   New York, New York
         February 6, 2015

_____
KATHERINE B. FORREST
United States District Judge