

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 9, 2015

By ECF
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 0 2015
```

Re:   *United States v. Ross William Ulbricht*, 14 Cr. 68 (KBF)

Dear Judge Forrest:

The Government writes respectfully to respond to the Court's order directing the parties to propose a briefing schedule for post-trial motions. The parties have not been able to agree to a proposed schedule.

The Government proposes the following schedule, which provides approximately 30 days for each side to file its main brief, and approximately two weeks for the defense to file its reply:

| | |
|---|---|
| Defense motions: | March 6, 2015 |
| Gov't response: | April 3, 2015 |
| Defense reply: | April 15, 2015 |

The defense proposes the following schedule, which provides approximately 6 weeks for the defense to file its brief, approximately 3 weeks for the Government to file its response, and one week for the defense to file its reply:

Defense motions:    March 17, 2015
Gov't response:     April 8, 2015
Defense reply:      April 15, 2015

Respectfully,

PREET BHARARA
United States Attorney

By: *[signature]*
SERRIN TURNER
TIMOTHY HOWARD
Assistant United States Attorneys
Southern District of New York

cc:   Joshua Dratel, Esq.

---

*Ordered*

The Government's schedule is adopted. Briefing shall be:

Defense motions: March 6, 2015
Gov't response: April 3, 2015
Defense reply: April 15, 2015.

2/10/15      /s/ K.B.F.
             USDJ

2