F1EGULB1                        Trial

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

              v.                        14 Cr. 68 (KBF)

ROSS WILLIAM ULBRICHT,

                    Defendant.

------------------------------x

                                        New York, N.Y.
                                        January 14, 2015
                                        9:20 a.m.

Before:

                    HON. KATHERINE B. FORREST,

                                        District Judge

                        APPEARANCES

PREET BHARARA,
      United States Attorney for the
      Southern District of New York
BY:   SERRIN A. TURNER
      TIMOTHY HOWARD
          Assistant United States Attorneys

JOSHUA LEWIS DRATEL
LINDSAY LEWIS
JOSHUA HOROWITZ
      Attorneys for Defendant

          – also present –

Special Agent Vincent D'Agostino
Molly Rosen, Government Paralegal
Nicholas Evert, Government Paralegal
Sharon Kim, Government Legal Intern

F1EGULB1                         Trial

1                  (In open court; jury not present)

2                  THE DEPUTY CLERK:  Continuation of the matter now on

3       trial, United States of America v. Ross William Ulbricht.

4                  Counsel, state your names for the record.

5                  MR. TURNER:  Serrin Turner for the government.  With

6       me at counsel table is Timothy Howard and Nicholas Evert, a

7       paralegal from our office, as well as Molly Rosen, another

8       paralegal.

9                  THE COURT:  Thank you.  Who is the person at the very

10      far end?

11                 MR. TURNER:  I'm sorry.  That's an intern from our

12      office, Sharon Kim.

13                 THE COURT:  Thank you.  Good morning.

14                 MR. DRATEL:  Joshua Dratel for Ross Ulbricht standing

15      next to me, also Lindsay Lewis from my office and Joshua

16      Horowitz is counsel as well.

17                 THE COURT:  Good morning.

18                 I have a couple of things to go over with you folks

19      and then if you have any items that you want to raise, we'll

20      take those up.  One is, I wanted to make sure that everybody is

21      okay with the position of the podium.  I know that, Mr. Turner,

22      in the middle of -- or at the very commencement of your direct

23      yesterday, I had you move it back so that really jurors nos. 5

24      and 6 could have a clear view.  I didn't know if you felt that

25      setting up in that way somehow caused any concern in terms of

1   your voice carrying or anything else.

2           MR. TURNER:  No, your Honor.

3           THE COURT:  Terrific.

4           In terms of the protests and/or people being outside

5   in the front, there is nothing.  As I understand it, it's empty

6   out front in terms of that.  There's just the normal morning

7   traffic.

8           Does anybody have any other information?

9           MR. TURNER:  No, your Honor.

10          THE COURT:  Mr. Dratel?

11          MR. DRATEL:  No, your Honor.

12          THE COURT:  Terrific.  Hopefully, that will be behind

13  us.

14          In terms of the schedule, as you folks know, we don't

15  sit on Fridays.  I forgot to mention that to the jury

16  yesterday, and I will do that this morning.  Has there been any

17  confusion on counsels' part as to that schedule?

18          MR. TURNER:  No, your Honor.

19          MR. DRATEL:  No.

20          THE COURT:  I'll go ahead and mention that to the jury

21  and make sure that they understand:  No trial on Friday.

22          In terms of the defense, obviously, Mr. Dratel, you

23  don't have to preview any evidence at all.  It's not your

24  burden.  But I did note, just in terms in timing, that you

25  hadn't previewed the names or even, generally speaking, the

F1EGULB1                    Trial

1   identity of any particular type of witness, whether there's

2   going to be a computer expert, for instance.  And for my

3   planning purposes, we don't have to say anything to the jury.

4   I'm wondering if there's somebody that you know of who is going

5   to take up at least a week of time.  I don't need to know who

6   they are, but what are you predicting that point?

7              MR. DRATEL:  Obviously, without seeing the rest of the

8   government's case as to whether we'll even call some people

9   because I may get them all done through the government's

10  witnesses, --

11             THE COURT:  Yes.

12             MR. DRATEL:  -- but I think that right now, we're

13  looking at probably a defense case even -- my estimate right

14  now, it's very rough, is probably three or four at the most.

15             THE COURT:  Days?

16             MR. DRATEL:  Yes.  That's probably the most.

17             THE COURT:  That's fine.  I do understand it's fluid.

18             MR. DRATEL:  Depending on when we get done.  It could

19  be two or one depending on when we get done with the

20  government's case.

21             THE COURT:  I understand it's fluid.  Most of it will

22  depend on what happens in what's to come with the government's

23  case, so you're by no means held to that.  I'm just trying to

24  get a sense of whether or not you had a computer expert in your

25  pocket who you were thinking of having on the stand for a week,

F1EGULB1                        Trial

1    in which case, I just wanted to know that.

2           MR. TURNER:  May I speak to that briefly.  The defense

3    is required to give us notice of any expert they plan to use

4    and we have asked for any such notice.  None has been given.

5    So if any expert is sprung on us at the last minute, we will

6    object for lack of notice.

7           THE COURT:  I assume you folks are giving each other

8    all of the required notices that are necessary.  I had just

9    noted yesterday during the opening that there hadn't been a

10   preview of anything in particular, but nor is the defendant

11   required to do so.

12          MR. DRATEL:  Yes.  And we'll provide, as soon as I

13   have a firm intention to call a witness, we will provide it.

14   If it's an expert, we'll do it at the earliest possible rather

15   than at the latest.

16          THE COURT:  Terrific.  Thank you.  Then, did you,

17   Mr. Dratel, want me to give the jury an instruction on ladies

18   and gentlemen, you'll note that there are objections and there

19   will be objections by counsel for both the government and the

20   defendant from time to time, that's perfectly appropriate,

21   indeed that's expected and that's counsel doing their job and

22   you should draw no inference from the fact of objections or the

23   Court's rulings?

24          MR. DRATEL:  I have written something up but you just

25   covered it.

1           THE COURT:  If you have a script, I'm happy to take it

2     to make sure I cover whatever wording you prefer.  Let me just

3     read what you've got and see if the government has any

4     comments.

5           MR. DRATEL:  Mine might be a little long.

6           THE COURT:  This won't take more than 30 seconds to

7     do.

8           MR. DRATEL:  Okay.

9           THE COURT:  I'm happy to do this.

10          Mr. Turner.

11          MR. TURNER:  I have no objection to the language.

12          THE COURT:  I will use your language, Mr. Dratel.

13          MR. DRATEL:  Thank you.

14          THE COURT:  I'll do that at the beginning.  And then

15    lastly, I just wanted to comment, as you folks know, we spoke a

16    little bit pretrial about the fact that this case may involve

17    varying amounts of technology.  As you heard during the voir

18    dire process, I told the jury they don't have to be experts in

19    technology.  They'll be provided with whatever evidence there

20    is that they need to make a decision based on one way or the

21    other during the trial.

22          I did suggest to you folks that a glossary would be

23    helpful or something like that.  I understand you have not been

24    able to reach an agreement, and so be it.  In a criminal case,

25    I am not going to try to come up with something or impose

1    something.

2             I do want to note that to the extent the government

3    has a view about the clarity of yesterday, I think what came

4    out is that there's something called a tor browser.  What that

5    is I think is mumbo jumbo to most people on the jury right now.

6    I think they understand there's a tor browser and another

7    browser and they're different, and that tor is associated with

8    Silk Road, but I think that that's about all that came out.

9             So in terms of -- that will be up for the jury to

10   decide.  They may have heard it differently, but in terms of

11   clarity, I do think clarity of the evidence is important here.

12   The jury I do think needs to understand things.  I wanted to

13   give you a sense that there still is room for clarity.

14            MR. TURNER:  Okay.  What we hoped to convey is that it

15   also hides the IP address of the user; in our view, that's

16   really the essence of what they need to understand.  We're not

17   seeking to try to provide a seminar on how tor works.  We don't

18   think it's really necessary, but I think the point is, it hides

19   an IP address and, therefore, allows people to anonymize their

20   identities and their locations.  That's really all we're trying

21   to get across.

22            THE COURT:  How ever you choose to put on the evidence

23   and whatever points you think are most important is entirely up

24   to you.  I wanted to let you know that sometimes when you're

25   living and breathing a case for so very long and you try to

1    reduce it down to something that's simple, it can even be more

2    complex than you often think, but you folks ultimately will do

3    what you choose to do.

4              That's what I had.  What did you folks have, if

5    anything, that you would like to raise before we bring the jury

6    in?

7              MR. TURNER:  Nothing else.

8              MR. DRATEL:  Nothing, except the instruction.

9              THE COURT:  How are we doing with the jury?  Today is

10   the first day, but we're getting a sense as to the time

11   timeliness of the jury.  We are currently waiting on nine.

12   Hopefully, they'll be here shortly, but there still is jury

13   selection going on in another big case and there are a

14   substantial number of people still coming in downstairs as a

15   result, which can cause some delays.  So let's just take a

16   quick break until we have got more information and hopefully

17   we'll get our entire group here shortly.

18             Thank you.

19             THE DEPUTY CLERK:  All rise.

20             (Recess)

21             THE COURT:  Let's be seated.  We have a decision to

22   make.  We are missing one juror.  We have 15 of the 16.  We

23   have all except for juror no. 3.  So it's the juror in the

24   third seat.  At this point, and we have called his cell phone a

25   couple of times and gotten his voicemail and we have not

1   received any phone calls from him, and they were instructed if

2   they were going to be late to call.

3           At this point, I would be willing to proceed with one

4   of the alternates, but I also don't think it's been such a very

5   long time that if anyone has any opposition to that, that I

6   would hesitate to wait a little bit longer, but we should then

7   talk about how long we wait before we then proceed.

8           Let me also say before people discuss their views on

9   this that it would normally be my practice, barring any reason

10  to do anything differently, that if the alternates are used,

11  the alternates are used in the order in which they're seated.

12  So we would use alternate no. 1 first, alternate no. 3 and then

13  no. 4 so we would proceed along.  So that would mean alternate

14  no. 1 one would come down and sit in the open chair.

15          Views?

16          MR. TURNER:  The parties briefly conferred, your

17  Honor.  I think we both agree we should provide a little more

18  time.  It's the first day after yesterday.  The juror may be

19  unfamiliar with the area, may have gotten lost, there may be a

20  problem with the subway.  Who knows?

21          THE COURT:  Have you folks discussed what amount of

22  time you either individually or mutually agree would be the

23  right amount of time?  And I'll see whether I agree.

24          MR. DRATEL:  We haven't discussed that.

25          THE COURT:  Why don't we say 10:30 then?  They were

1    supposed to be here by 9:15 to be ready.  I think a full hour,

2    if we're unable to reach him on his cell phone and he doesn't

3    call us, then I think that would be the right place to cut it

4    off.

5              MR. DRATEL:  Can we come up for a second.

6              THE COURT:  Sure.  Come on up.

7              (At the side bar)

8              MR. DRATEL:  The reason wanted to do it side bar, I

9    didn't want to draw attention to the juror or embarrass him or

10   anything.  And I can't remember -- I know who juror no. 3 is,

11   but I can't remember right now as to whether he identified

12   where he works.  But is there a possibility we could call there

13   to find out whether, you know, he's got some problem there?

14             I don't know what the situation is with people.

15   Sometimes they don't recognize the implications for being

16   chosen on a case and then all of a sudden, other things come

17   up.  And also, I guess we could maybe we could text him, too,

18   if we have a cell number, sometimes at least -- even on my

19   phone, sometimes texts are much more immediate in terms of my

20   recognition of them than telephone calls.

21             THE COURT:  We have his contact information, including

22   the mobile phone.

23             So have we called only the mobile phone?

24             THE DEPUTY CLERK:  Yes.

25             THE COURT:  So we called the other -- we have one

1    other number.

2              THE DEPUTY CLERK:  No, just the mobile phone.

3              THE COURT:  Have we texted yet?

4              THE DEPUTY CLERK:  Not yet.

5              THE COURT:  We'll text.  And that would be what we do

6    and then we'll see -- I thought yesterday my explanation was, I

7    hoped, clear.  I'll reiterate it this morning that we can't

8    start unless they're all here.  We'll do that right away.  And

9    at 10:30, let's confer and see where we are.

10             MR. DRATEL:  Okay.

11             THE COURT:  All right.  So I'm going to have my deputy

12   text juror no. 3.

13             (In open court)

14             THE COURT:  We're going to take a break until 10:30 or

15   until we have a first array of jurors, whichever comes first.

16   It is likely as a result that our mid-morning break will be

17   truncated, so you folks should just take that into

18   consideration.

19             (Recess)

20             (Continued on next page)

21

22

23

24

25

F1edulb2                              Der-Yeghiayan - direct

1              (Jury not present)

2              THE COURT:  All right.  We now have a full jury and

3    Juror Number 3 has apologized to my deputy profusely for his

4    tardiness.  So we are ready to proceed.

5              THE CLERK:  All rise as the jury enters.

6              (Continued on next page)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Jury present)

2        THE COURT:  All right.  Ladies and gentlemen, let's

3    all be seated.  Thank you.

4        I've just got a couple of housekeeping matters to

5    address and then one other issue.  There is not going to be

6    trial on Fridays unless you are deliberating.  All right?  So

7    Friday is a day that I do everything else, essentially, and

8    counsel prepares to make use of the time most efficiently.  So

9    we won't have trial on Fridays.

10       Now, if you are deliberating -- and there will be a

11   point when you are deliberating -- then we will sit on Friday,

12   but that's not going to be for several weeks.  OK?  So you are

13   not going to have to report for trial this Friday.

14       Also, Monday is Martin Luther King Day and that is a

15   court holiday.  The court is closed on Martin Luther King Day.

16   And so there won't be trial on Friday or Monday, but we will be

17   picking up on every other day of the week.

18       The second matter is that we are going to be serving

19   you breakfast -- a continental breakfast in the morning and

20   giving you folks a coffee service.  When I say "coffee

21   service," it is coffee, it is tea, it is also water that you

22   will have.  So there will be a continental breakfast, and I do

23   know that things happen in terms of people's ability to get

24   here on time but that is an added incentive to try to get

25   people here so that we can start promptly.

F1edulb2                          Der-Yeghiayan - direct

1            Now, the last thing is that you have heard yesterday

2      the beginning of the first witness and you heard counsel

3      objecting, and I wanted to just make sure that you understand

4      that objections and lodging objections by counsel is perfectly

5      appropriate.  It is expected.  You are not to draw any

6      conclusions from the objections made by counsel.  It is part of

7      their job.  And, similarly, don't draw any conclusions from my

8      rulings other than whether the evidence in question or answer

9      is admissible.  The objections relate to legal issues and

10     principles that are within my authority to decide, and making

11     objections to evidence or questions or answers is entirely

12     appropriate regardless of my rulings on any particular

13     objection.  And you will hear throughout the course of the

14     trial both -- all counsel making objections when appropriate.

15     All right?  So I just wanted to make sure you all had heard a

16     little bit about that.

17            Now, without anything further, we are ready to

18     proceed.

19            I want to remind you, sir, that you are under oath

20     from yesterday.

21            THE WITNESS:  Thank you, your Honor.

22      JARED DER-YEGHIAYAN,

23        resumed, and testified further as follows:

24            THE COURT:  All right.  Mr. Turner, you may continue,

25     sir.

1            MR. TURNER:  Thank you, your Honor.

2     DIRECT EXAMINATION (Resumed)

3     BY MR. TURNER:

4     Q.  So, Agent Der-Yeghiayan, we left off yesterday with you

5     explaining that Silk Road was accessible only through a special

6     network on the Internet; do you remember that?

7     A.  Yes, I do.

8     Q.  Could you just remind the jury what that network is called?

9     A.  It's called the Tor network, which is short for the Onion

10    Router.

11    Q.  So what basic advantage does the Tor network give you as a

12    user?  Is it faster?

13    A.  Not necessarily.  It provides anonymity to you so it

14    protects you, your location on the Internet.

15    Q.  You explained a little bit of this yesterday.  But, again,

16    what specific information about you does it protect or conceal?

17    A.  It conceals your Internet protocol address, which is your

18    IP address.

19    Q.  And a website operating on Tor, what is that called again?

20    A.  It's called a hidden service or a dot-onion address.

21    Q.  And what is the advantage of operating a website as a

22    hidden service on Tor?

23    A.  Some of the advantages of doing that is it is harder to

24    identify that website's IP address so it could also remain

25    anonymous on the Internet.

F1edulb2                          Der-Yeghiayan - direct

1   Q.   And at a basic level, how does Tor conceal a user's IP

2   address, if you know?

3   A.   So basically it is a network on the Internet that is made

4   up of a lot of computers, and when you're using that Tor

5   browser that I showed you yesterday, that will allow you to

6   enter into this network, and that network then will rout your

7   traffic on the Internet through multiple computers, which

8   basically protect you each step of the way.  So it's hard for

9   one computer to know who you are and vice versa until you exit

10  the network and visit a regular website as well as if you visit

11  a website within the network itself.

12  Q.   Could you turn to page -- or what has been marked as

13  Government Exhibit 106 in your binder.

14          Do you recognize this exhibit?

15  A.   Yes, I do.

16  Q.   Is it a diagram of some kind?

17  A.   Yes.

18  Q.   Would it aid your testimony, would it help you explain

19  these concepts by showing this exhibit to the jury?

20  A.   Yes, it would.

21          MR. TURNER:  Your Honor, the government requests to

22  publish the exhibit as a demonstrative.

23          MR. DRATEL:  No objection, your Honor.

24          THE COURT:  All right.  Received.

25          (Government's Exhibit 106 received in evidence)

F1edulb2                         Der-Yeghiayan – direct

1   BY MR. TURNER:

2   Q.  OK.  So could you just explain what the diagram shows?

3   A.  Sure.

4   Q.  You can use your laser pointer.  That would be great.

5   A.  So if you are a user with your computer, this would be the

6   entire Tor network itself which is made up of a lot of

7   computers on the inside of it.  Basically, if you want to visit

8   another website, even if it is a hidden service that shows it

9   is outside of Tor, which technically is inside of Tor, you

10  would enter into the Tor network, and what the Tor network

11  would do then is route you between multiple computers before

12  you actually reach that website.

13  Q.  What are those computers called?

14  A.  So these internal computers within the system are called

15  relays, and the ones that are on the external, on the outside,

16  are called nodes.

17  Q.  OK.  And I am going to use my dueling laser pointer here.

18          So this computer, the first node that you hit, does it

19  know your IP address?

20  A.  Yes, it does.

21  Q.  How about this computer here, which IP address does it know

22  that your traffic is coming from?

23  A.  It will only know the computer that it came from and the

24  next computer that it goes to.

25  Q.  Could you just explain?

F1edulb2                          Der-Yeghiayan - direct

1    A.  Let me just -- so this computer would only know this IP

2    address, and then whenever it sends the message along, it will

3    only know the next computer's IP address.

4    Q.  So just to be clear, this computer knows the -- thinks the

5    traffic is coming from that IP address, is that right?

6    A.  Yes.

7    Q.  This computer thinks the traffic is coming from that IP

8    address?

9    A.  Yes.

10   Q.  And so on?

11   A.  Yes.  Each computer has its own IP address internally

12   within the network so it will only know the previous computer

13   and the next computer's IP address.

14   Q.  So by the time that the traffic hits the hidden service at

15   the end of the chain, what IP address does the hidden service

16   believe the traffic is coming from?

17   A.  So the hidden service will only see that last computer,

18   that last IP.

19   Q.  So the original IP address is hidden by multiple layers of

20   other computers in the chain?

21   A.  Yes.

22   Q.  OK.  And you mentioned yesterday that a hidden service has

23   a special kind of Web address?

24   A.  Yes, I did.

25   Q.  Would you remind the jury what those Web addresses are

1    called?

2    A.  It ends in dot-onion.

3    Q.  So, again, what was Silk Road's dot-onion address?

4    A.  It was silkroadvb5piz3r.onion.

5    Q.  Was that the only dot-onion address it ever had or did it

6    change sometimes?

7    A.  It changed.

8    Q.  Was that the last one it had?

9    A.  That was the last one it had.

10   Q.  So when you typed Silk Road's dot-onion address into the

11   Tor browser -- and I should just be clear, you talked about the

12   Tor browser yesterday, right?

13   A.  Yes, I did.

14   Q.  Do you have to have the Tor browser to access the network

15   that we just saw?

16   A.  Yes, you do.

17   Q.  So when you type the dot-onion address of Silk Road into

18   the Tor browser, what would show you up?

19   A.  The first page of the website, which should be basically a

20   user login screen.

21   Q.  Sir, could you turn to what has been marked as Government

22   Exhibit 108.

23   A.  OK.

24   Q.  Do you recognize this document?

25   A.  Yes, I do.

1    Q.  How do you recognize it?

2    A.  I took this screenshot.

3    Q.  And what is it a screenshot of?

4    A.  It is of the first page, the user login page for Silk Road.

5         MR. TURNER:  The government offers Exhibit 108 into

6    evidence, your Honor.

7         MR. DRATEL:  Your Honor, this is of the same character

8    as yesterday's, so --

9         THE COURT:  108 is received.

10        MR. DRATEL:  Thank you, your Honor.

11        (Government's Exhibit 108 received in evidence)

12        MR. TURNER:  Could you publish Government Exhibit 108,

13   Mr. Evert.

14   Q.  So what is shown here, Agent Der-Yeghiayan?

15   A.  So this is the first page -- when you visit the website,

16   this is the first thing that will appear.  And it prompts you

17   to enter in a user name and a pass phrase, which is a password,

18   as well as you have to hit in down below it, which is a

19   CAPTCHA, C-A-P-T-C-H-A.

20   Q.  The user name and pass phrase, do you have to have one to

21   enter this site?

22   A.  Yes, you did.

23   Q.  And if you didn't have a user name and pass phrase, how

24   could you get one?

25   A.  Down below there is the green lettering which says "Click

1    here to join," and it would then take you to another page.

2    Q.  Could anyone click here to join?  Could anyone create an

3    account on this site?

4    A.  Yes.  It was public.

5    Q.  What information did you have to give about yourself in

6    order to join?

7    A.  No information about yourself.

8    Q.  Did it matter what age you were?

9    A.  No.

10   Q.  Did it matter where you were from or what the laws were in

11   your country?

12   A.  No.

13   Q.  Do you have to supply an email address of any kind to

14   register your account?

15   A.  No, you do not.

16   Q.  What did you have to do exactly?

17   A.  It just asked you to create a user name and also just

18   create a password, or pass phrase.

19   Q.  As long as it wasn't one that some other user had chosen

20   before, was that it?

21   A.  If it was something that already existed, then it would ask

22   you to create another user name, something different.

23   Q.  So once you had an account and entered your user name and

24   password, what would show up?

25   A.  The homepage for Silk Road.

F1edulb2                          Der-Yeghiayan - direct

 1  Q.  Could you take a look at Government Exhibit 109, please.

 2          Do you recognize this document?

 3  A.  Yes, I do.

 4  Q.  How do you recognize it?

 5  A.  It is a screenshot I took of the Silk Road.

 6  Q.  Of the homepage specifically?

 7  A.  Yes.

 8  Q.  And what date did you take it on?

 9  A.  This was taken September 27, 2012.

10          MR. TURNER:  The government offers Exhibit 109 into

11  evidence.

12          MR. DRATEL:  The same objection, your Honor.

13          THE COURT:  All right.  Government Exhibit 109 is

14  received.

15          (Government's Exhibit 109 received in evidence)

16          MR. TURNER:  Could you publish Government Exhibit 109,

17  Mr. Evert.  Could you zoom in on the central images on the

18  screen.

19  Q.  OK.  So what are we looking at?  What are the pictures we

20  see in the middle of the screen?

21  A.  So these are listings, various listings that were available

22  on Silk Road.  They will change from time to time.  And it

23  could be any listing within the entire website but these just

24  all happen to be drug listings.

25  Q.  How do these listings compare to the listings that

F1edulb2                           Der-Yeghiayan - direct

1  typically appeared on the Silk Road homepage?

2  A.  This is pretty consistent with what you would see when you

3  login.

4  Q.  Was it typically mostly drugs or some other product?

5  A.  It was mostly drugs.

6  Q.  So could you explain some of the specific offerings we see

7  here, what they are, what type of drugs they reflect?

8  A.  So there is marijuana that is available.  There is also

9  another type of psychedelic, called 25I-NBOMe, and as well as

10  heroin, one gram of it.  You have speed, which is amphetamine.

11  Also have black tar heroin, one gram of high quality cocaine,

12  testosterone.  You also have some more amphetamine.

13  Q.  What type of drug is testosterone?

14  A.  Steroid.  As well as you have methylone, and then you have

15  some marijuana as well as some ecstasy pills, and I'm not

16  exactly sure what that is; it looks like a prescription drug.

17  Q.  Could you take a look at Government Exhibit 101, please.

18  A.  OK.

19  Q.  Do you recognize this document?

20  A.  Yes, I do.

21  Q.  How do you recognize it?

22  A.  This is a screenshot I took.

23  Q.  Of what?

24  A.  Of the Silk Road homepage.

25  Q.  On what date?

F1edulb2                      Der-Yeghiayan - direct

1   A.  This is from April 2, 2012.

2           MR. TURNER:  The government offers Exhibit 101 into

3   evidence, your Honor.

4           MR. DRATEL:  The same objection, your Honor.

5           THE COURT:  Received.

6           (Government's Exhibit 101 received in evidence)

7           MR. TURNER:  Could you publish the exhibit, Mr. Evert.

8   Q.  OK.  So this was an earlier version of the site to the one

9   we just looked at, is that right?

10  A.  That is correct.

11  Q.  Could we zoom in on the "Shop by category" list on the

12  left.

13          OK.  So what are we looking at here?  What was on the

14  "Shop by category" list?

15  A.  So this is the drugs category as well as subcategories for

16  the different various drugs.

17          MR. TURNER:  Mr. Evert, could you actually zoom out

18  and take a look at the whole category list.

19  Q.  Just to be clear, what was the predominant form of goods

20  sold on the site as of this date?

21  A.  It was drugs.

22  Q.  And the numbers on the side of the categories, what do they

23  reflect?

24  A.  Each one of the numbers in parentheses is a listing that is

25  in that category.

F1edulb2                          Der-Yeghiayan - direct

1    Q.  So what does it mean drugs, 2,020?  2,020 what?

2    A.  It means there is 2,020 individual listings for different

3    drugs.

4    Q.  By "listings," what do you mean?  Advertisements?

5    Offerings?

6    A.  It's an offering, yes.

7    Q.  For each offering would there be only one item for sale or

8    would there be more in quantity?

9    A.  Each listing could have, for example, ten pills for that

10   one listing available or 100 pills or multiple grams up to a

11   kilogram or more of a drug.

12   Q.  OK.  And these numbers, did they change over time, the

13   quantities of listings for the various drugs on sale on the

14   site?

15   A.  Yes, they did.

16   Q.  And over the timeline of the site, how did they change?

17   Did they increase?  Decrease?

18   A.  They increased pretty regularly or steadily.

19   Q.  So, again, what was the date of this screenshot?

20   A.  This was April 2, 2012.

21   Q.  Could you take a look at Government Exhibit 132?

22            MR. TURNER:  Mr. Evert, could you put that on the

23   side, please.

24   Q.  Do you recognize what has been marked as Government Exhibit

25   132?

F1edulb2                          Der-Yeghiayan - direct

1    A.  Yes, I do.

2    Q.  How do you recognize it?

3    A.  It is another screenshot I took of the Silk Road homepage.

4    Q.  On what date?

5    A.  This is from October 1, 2013.

6                MR. TURNER:  The government offers Government Exhibit

7    132 into evidence.

8                MR. DRATEL:  The same objection, your Honor.

9                THE COURT:  Received.

10               (Government's Exhibit 132 received in evidence)

11               MR. TURNER:  OK.  So could you publish that,

12   Mr. Evert, and zoom in on the category list.

13   Q.  So, again, what date did you take this screenshot on?

14   A.  This was October 1, 2013.

15   Q.  And how do the numbers compare to the prior shot that you

16   took in, what was it, April 2012?

17   A.  That was April 2012.  They substantially went higher in

18   every category and as well as additional categories were added.

19   Q.  So in total there were 2,020 drug listings in April of

20   2012.  By October how many?

21   A.  There is 13,810.

22   Q.  So if you clicked on one of the links in this category list

23   what would then show up?

24   A.  If you clicked on the drug link, then it would take you

25   into the drug listings.

F1edulb2                          Der-Yeghiayan - direct

1   Q.  So could you take a look at Government Exhibit 110, please.

2          Do you recognize this document?

3   A.  I do.

4   Q.  And how do you recognize it?

5   A.  This is a screenshot I took.

6   Q.  On what date?

7   A.  This is a screenshot of the Silk Road drug page from

8   November -- sorry, September 27, 2012.

9          MR. TURNER:  The government offers Exhibit 110 into

10  evidence.

11         MR. DRATEL:  The same objection, your Honor.

12         THE COURT:  Received.

13         (Government's Exhibit 110 received in evidence)

14         MR. TURNER:  Publish it, Mr. Evert.

15  Q.  So what is depicted in this screenshot?

16  A.  This would be on the drugs category, specifically on the

17  stimulants subcategory of drugs.

18         MR. TURNER:  And, Mr. Evert, could you zoom in on the

19  first couple of listings, for example.

20  Q.  So the first one, it says ".5 grams high quality cocaine,"

21  and then by "seller" it says "Lloydsbrothers."

22         Now, was that typical for a seller name?  Did sellers

23  typically put real names there or some other type of name?

24  A.  Generally it is just an obscure name.

25  Q.  What was that called?

F1edulb2                          Der-Yeghiayan – direct

1   A.  It is a user name.

2   Q.  The user name of the vendor on that site selling that

3   product?

4   A.  Yes.

5   Q.  And "ships from," what did that indicate?

6   A.  That would be where the seller would publicly advertise

7   where they shipped their products from.

8   Q.  Roughly, how many different seller user names would you say

9   you saw during the course of your investigation?  Dozens?

10  Hundreds?  Thousands?

11  A.  Thousands.

12          MR. DRATEL:  Objection to the leading, your Honor.

13          THE COURT:  In general try not to lead, Mr. Turner.

14          MR. TURNER:  OK.

15  Q.  Roughly, how many different seller user names would you say

16  you saw during the course of your investigation?

17  A.  A few thousand.

18  Q.  And in terms of "ships from" and the countries that the

19  vendors would ship from, during your investigation, did you see

20  offerings from many countries or just a few?

21  A.  I saw approximately over 40 countries.

22  Q.  So what would happen if you click on one of those

23  individual listings in the category list there?

24  A.  If you would click on the actual individual list, it would

25  bring up a more detailed description of the listing itself as

F1edulb2                        Der-Yeghiayan - direct

1   well as just some terms basically of the purchase of it.

2   Q.  Could you take a look at Government Exhibit 111, please.

3        Do you recognize this document?

4   A.  Yes, I do.

5   Q.  And how do you recognize it?

6   A.  It was a screenshot that I witnessed being taken.

7   Q.  What is it a screenshot of?

8   A.  This is a screenshot of a listing that was used to buy a

9   controlled purchase of drugs.

10  Q.  Does that mean like an undercover buy?

11  A.  Yes.

12  Q.  What date is this screenshot from?

13  A.  I believe it was -- there is no other date on there but it

14  was around March 6, 2013.

15        MR. TURNER:  The government offers Government Exhibit

16  111 into evidence.

17        MR. DRATEL:  The same objection, your Honor.

18        THE COURT:  All right.  Government Exhibit 111 is

19  received.

20        (Government's Exhibit 111 received in evidence)

21        MR. TURNER:  Mr. Evert, would you publish it.

22  Q.  OK.  So what was it an offering for?

23  A.  This was for .5 grams of uncut crack cocaine.

24        MR. TURNER:  Could we zoom in on the product

25  description all the way down to the bottom, please.

 1  Q.  OK.  It says:  "Description:  Uncut crack cocaine.

 2          "Product will be send within 12 hours after order is

 3  placed.

 4          "It is possible to ship from Belgium (ask for info).

 5          "I destroy all your information after the order has

 6  been furnished.

 7          "Info:  I am aware of the latest stealth packaging.

 8          "Using the best quality materials.  My packaging is

 9  professional and up to date.

10          "Working with bitcoins only.  No payments outside of

11  escrow.  Shipping worldwide."

12          Could we zoom out, please.

13          And then could you zoom in on the top half of the

14  page.

15          So in the gray box there, again, could you just

16  briefly summarize what information is displayed there?

17  A.  To the right of the image?

18  Q.  Yes.

19  A.  So it lists the seller's user name followed by their

20  feedback rating.  In this case, the name is happytimezz, with a

21  feedback rating of 100.  And it also details where that

22  particular vendor would be shipping that product from.  Their

23  advertising they're shipping from the Netherlands.  And they

24  would also tell you where they would ship the products to.  In

25  this case this vendor is offering this product shipping

1    worldwide.  And then it is in the category, or subcategory, of

2    crack.

3    Q.  And then up above, it says, "Add to cart."  And there is

4    "1.65" next to a B with a line through it.  Do you see that?

5    A.  I do.

6    Q.  What is that?  What is the number?

7    A.  The symbol is a symbol for bitcoins.

8    Q.  So what does it reflect?  1.65, what is that for?

9    A.  It is a price for the items.  It is 1.65 bitcoins.

10   Q.  So through your investigation did you become familiar with

11   bitcoins?

12   A.  Yes, I did.

13   Q.  And at a general level, what are bitcoins?

14   A.  Bitcoins are a -- it is a virtual currency that is used

15   that you could use to buy and sell things and trade things

16   electronically on the Internet.

17   Q.  Was there any form of payment accepted on Silk Road besides

18   bitcoins?

19   A.  No, there was not.

20   Q.  And what is the advantage of using bitcoins for a purchase?

21   A.  Bitcoins themselves are sort of like Tor.  It anonymizes

22   you.  Bitcoins also have sort of the same properties where it

23   would be something that also helps anonymize who you are.  It

24   doesn't really lead directly back to you.

25   Q.  So when you paid for items on Silk Road or when you pay for

F1edulb2                    Der-Yeghiayan - direct

1   items with bitcoins generally, is there any identifying

2   information attached to those bitcoins?

3   A.  No, there is not.

4   Q.  How does that compare to like payment with a credit card,

5   for example, when you shop on an ordinary website?

6   A.  With a credit card, if you are online and you are buying

7   something, that usually requires that you enter information

8   about yourself -- your name, your address, zip code -- and that

9   information is usually checked against the credit card itself,

10  too, and it verifies against it.

11  Q.  And to be clear, is there anything illegal in and of itself

12  about using bitcoins?

13  A.  No, there is not.

14  Q.  Did you ever conduct -- you mentioned before you conducted

15  undercover buys on Silk Road?

16  A.  Yes, I did.

17  Q.  Why did you do that?

18  A.  It was to match up the drugs that we were receiving in at

19  Chicago O'Hare to try to match the envelopes that we were

20  receiving to who we suspected were shipping those drugs.

21  Q.  And as part of those undercover buys did you learn how to

22  acquire and use bitcoins?

23  A.  Yes, I did.

24  Q.  So how can you buy bitcoins?  How can you acquire them?

25  A.  There is a number of ways.  Generally, you have to buy it

F1edulb2                         Der-Yeghiayan – direct

1    from a Bitcoin exchanger that will basically take your real

2    money and exchange it for bitcoins.

3    Q.   And where can you find an exchanger of bitcoins?

4    A.   You could find it -- it is available -- readily available

5    online.  So there is numerous exchanges you can go to online

6    that will accept your money, real money, for bitcoins.

7    Q.   How does buying bitcoins compare to exchanging dollars for

8    foreign currency, for example?

9    A.   It's similar in the essence that when you trade it, the

10   actual exchanges themselves will make money on you just as a

11   currency converter will make money on you with some commissions

12   when you are transferring, say, dollars to Euro, dollars to

13   pounds.  Also, Bitcoin exchanges will also make commissions on

14   you as well, so when you are buying bitcoins they will earn

15   money off of that.

16   Q.   And what is the exchange rate for a Bitcoin?  How much does

17   it cost to buy a single Bitcoin?

18   A.   It fluctuates pretty rapidly, usually.

19   Q.   How much did the price of bitcoins change over the time

20   period at issue in this case, 2011 to 2013?

21   A.   When I started my investigation, it was in October 2011.

22   Bitcoins were roughly like 2 to $4 a bitcoin.  And then by the

23   end of -- well, throughout the investigation, even going into

24   April 2013, bitcoins hit a value of $250 a bitcoin, and then by

25   the time that we shut the site down in October 2013 it was

F1edulb2                              Der-Yeghiayan - direct

1   about $100 -- a little bit over a $100 a bitcoin.

2   Q.  Do you have a document on how you would buy bitcoins as

3   part of your undercover buys?

4   A.  Yes, I do.

5   Q.  Could you take a look at Government Exhibit 113, please.

6        There are a series of pages in this exhibit.  Could

7   you explain what they are?  Do you recognize them?

8   A.  I do recognize it.  It's -- this is -- I'm sorry.  It is a

9   purchase of bitcoins that we did, or that I did, and it's a

10   series of screenshots that demonstrate the different websites

11   we had to visit in order to purchase the bitcoins as well as

12   screenshots I took of Silk Road.

13        MR. TURNER:  The government offers Government Exhibit

14   113 into evidence.

15        MR. DRATEL:  No objection, your Honor.

16        THE COURT:  All right.  Government Exhibit 113 is

17   received.

18        (Government's Exhibit 113 received in evidence)

19        MR. TURNER:  Publish the first page of the exhibit,

20   Mr. Evert.

21   Q.  So could you just walk us through slowly through each page

22   of the exhibit and what it reflects, and you can just tell

23   Mr. Evert what to zoom in on.

24   A.  You are actually right, so if you can zoom in there, that

25   is perfect.

1            So we just zoomed in on this portion from -- this is
2    an undercover Bank of America account that we established
3    within HSI.
4    Q.  HSI is your agency?
5    A.  Yes.
6    Q.  Let me just be clear, the circles in these documents, where
7    did these come from?
8    A.  I added these circles to the images.
9            And so this is demonstrating the first initial wire
10   transfers, that we have $7,000 in our bank account that we are
11   transferring to it's an online bitcoin exchange that is called
12   Mt. Gox at the time.
13   Q.  So Mt. Gox is the exchanger here?
14   A.  Yes.
15   Q.  OK.
16   A.  So this is showing on April 5th of 2013 we are making a
17   wire transfer, and the information for the wire transfer is
18   provided by Mt. Gox on their page to say to initiate a wire
19   transfer, send it to this bank and to this routing number.  And
20   then also included in the transfer description, which is below,
21   this is a unique -- this M03291196X is unique to our Mt. Gox
22   profile that we had already established.
23   Q.  So you are transferring $7,000 of real currency to Mt. Gox?
24   A.  Yes.
25   Q.  Go to the next page.

A.   So if you zoom up on the top part, this is the Mt. Gox

page.  So this is, again, an undercover account that we

established.

        And what this reflects is after the wire transfer went

through, it displayed that we had $6,989.34 in our account,

that our fees that are assessed in the wire transfer, that we

lost some money, but what it did is it credited our Mt. Gox

account online with the money that we transferred.

Q.   Do you want to go to the next page.

A.   In the center here, now that we have our money that is in

our account, we are going to try to purchase bitcoins using

that money.  And we want to use the entire balance that we have

of cash to purchase bitcoins.  And so the website -- the amount

value in bitcoin fluctuated very rapidly, so we were trying to

do the math very quickly to purchase the exact amount of

bitcoins that would equal the amount in our balance.  So this

is showing us putting in a buyer request for bitcoins using

that money.

Q.   All right.  So you had $6,989 and you were trying to spend

it all to buy as many bitcoins as you could?

A.   Yes.

Q.   Which is how many bitcoins?

A.   It came out to 27.4306907 bitcoins.

Q.   Then you clicked "buy bitcoins"?

A.   I'm sorry?

1   Q.  Then you clicked "buy bitcoins"?

2   A.  Yes.  As soon as you put in the information for how many

3   you want to buy and at what value amount, then you click "buy

4   bitcoins."

5   Q.  The next page, please.

6   A.  This is -- it reflects up in the right-hand corner now,

7   after the order went through for our purchase, that we received

8   27.26610656 of bitcoins, and we also had a balance remaining in

9   our account of $206.52 and some extra decimals that was

10  reflected because the value of bitcoins changed in the middle

11  of our order when we placed it.  That is how fast it changed on

12  us.

13  Q.  So now you have 27.26 bitcoins.  What did you do next?

14  A.  After this then I logged into our Silk Road account.

15          MR. TURNER:  Next page, please.  Could you go all the

16  way over, Mr. Evert, to capture the user name.  Thank you.

17  Q.  All right.  So this is an undercover account you had on

18  Silk Road?

19  A.  Yes.  This is an account that I took over.

20  Q.  What was the user name of the account?

21  A.  The account was "dripsofacid."

22  Q.  Reflected over here?

23  A.  Yes.

24  Q.  Go ahead.

25  A.  So this is just showing beforehand, before we actually

1     transferred our bitcoins, how much was in our account.

2          On the left-hand side I circled in red, and it shows

3     that we had now -- I should explain this, too, is that Silk

4     Road had the option to display to you various currencies.  So

5     it wouldn't just show in bitcoins.  You could set it to show

6     you in dollar amounts or show in Euro or show in various

7     currencies.  So this account when we took it over it was

8     already set to display in U.S. currency.  So up in the top it

9     is showing that we had a-dollar-89 already in that account and

10    that was in there once we took it over.

11    Q.  Next page, please.

12    A.  And so after clicking the account but in that, where I just

13    showed you where the 1.89 was, it would take you to a page like

14    this where I circled -- if I wanted to make a deposit of

15    bitcoins, you would simply have to click on those green words,

16    "Click here to make a deposit."

17    Q.  Next page, please.

18    A.  And then this page would come up after you click that, and

19    down below I circled what it is telling me is once basically

20    you are ready to send the bitcoins, send it to this bitcoin

21    address.

22    Q.  We haven't heard this term before.  Could you explain what

23    a bitcoin address is?

24    A.  So a bitcoin address, which is up here on the screen, it is

25    essentially like a bank account number.  You can think of it

1   that way, where it is a unique number that is what allows

2   basically the bitcoin network to transfer bitcoins to and from.

3   Q.   Is it an account at a bank?

4   A.   No, it is not an account in a bank.

5   Q.   What is it an account on?

6   A.   It is an account that exists so the bitcoin has it's called

7   a block chain and it's what is its internal ledger that

8   basically documents all transactions to and from.  That is how

9   it keeps track of basically who has what money where and what

10  accounts and what money where.  It is basically using these

11  addresses, and they are all part of what's called, it is the

12  block chain.

13  Q.   So let's just back up.  Is bitcoin controlled by like a

14  government?  Is it a government-issued currency?

15  A.   No, it is not.

16  Q.   Is it controlled by a single company?  Is there a

17  bitcoin.inc that controls the whole thing?

18  A.   It's not one company.  It is completely decentralized.

19  Q.   When you say "decentralized," what does that mean?

20  A.   That means that it is not owned by any government or one

21  entity.

22  Q.   So the computers that run the bitcoin network, who are they

23  owned by?

24  A.   It is public.  It is something that you could download, and

25  once you download the program you become a part of the network

1   itself.  And the block chain itself is contained within that

2   program.

3   Q.  So if you have a transfer of money from one bank to

4   another, who keeps tracks of that information in the ordinary

5   financial world?

6   A.  Generally the bank does.

7   Q.  So if you have money transferred from one bitcoin address

8   to another, how is that information kept track of if there is

9   no one central authority like a company or country?

10  A.  So the transactions are recorded within the network.  It's

11  recorded within that block chain, and since the block chain

12  exists on every computer that runs that program, it constantly

13  self-updates.  So every transaction it will self-update the

14  block chain on everyone's computer, basically.  So the block

15  chain is constantly updated with every transaction.

16  Q.  Is there a single block chain that is used throughout the

17  network or are there multiple ones?

18  A.  It is a universal single block chain that everybody uses.

19  Q.  All right.  So the screen says "Once you are ready send

20  your bitcoins to this address."  What did you do next?

21  A.  So from this page I copied that bitcoin address, and then I

22  went back to my Mt. Gox page that I had to initiate a wire --

23  initiate a transfer.

24  Q.  Turn to the next page, please, Mr. Evert.

25          Could you just walk the jury through this page?

1   A.  So this is back on the Mt. Gox page.  I then took that same

2   address that Silk Road gave me to deposit the bitcoins.  I

3   entered it in to where it asked for a bitcoin address.  And

4   then I entered in the amount that I want to transfer, which is

5   the entire balance that was in our account at the time.  And we

6   also clicked an option to pay a fee so we would have faster

7   processing so it wouldn't remain there for -- the transaction

8   would basically go quicker.

9           And then once you entered that information, you click

10  "confirm."  And what it says is the transaction -- that's

11  what's down below in the green -- it says "Transaction is

12  underway" and it gives you a transaction ID number.

13  Q.  That transaction ID number, what is that an ID number for?

14  A.  The long string is a unique transaction ID number that is

15  created and generated and it is also on the block chain as

16  well.

17  Q.  OK.  So you said before that every time you do a bitcoin

18  transaction, remind me, what happens to the block chain?

19  A.  The block chain updates.

20  Q.  So could you turn to the neck page, please.  What are we

21  looking at here?

22  A.  So this is a public website.  It is blockchain.info.  This

23  is one of several websites that you could use to actually

24  search the block chain.  It is a way that it basically

25  visualizes what transactions actually are on there.  So from

F1edulb2                    Der-Yeghiayan - direct

1    block chain all you have to simply do is search the bitcoin

2    address that you just -- you transfer any bitcoin address and

3    it will tell you all the transactions in it.

4              MR. TURNER:  I'm sorry.  Mr. Evert, could you actually

5    back out of there.  Could you zoom up here, please?

6              That's fine.

7    Q.  So this address right here, what is that address?

8    A.  That is the same address that Silk Road provided us.  And

9    this is an example of what would display normally on

10   blockchain.info after you searched for a bitcoin address.

11   Q.  So you searched for that address -- back out, please -- and

12   do you see your transaction from Mt. Gox reflected anywhere in

13   the block chain here?

14   A.  Yes, I do.

15   Q.  Which one is it?

16   A.  It's -- so the second arrow from the top down, or the

17   second arrow up in the middle there, that would be our

18   transaction that we did that day.  It is the same transaction

19   ID number on the upper left.

20   Q.  There?

21   A.  Yes.  It is same date that we initiated the transfer, which

22   is April 10, 2013, as well as the same bitcoin amount that is

23   27.26 and some change bitcoins.

24   Q.  So where is the address that you sent the money to?

25   A.  It's where the arrow is pointing to.  Blockchain.info will

F1edulb2                        Der-Yeghiayan - direct

 1    try to make it as user friendly as possible.  So it will tell

 2    you from what account or accounts bitcoins were transferred to

 3    another account.  In this instance it is showing that there are

 4    four accounts that actually made that transfer of 27 bitcoins

 5    to our Silk Road account.

 6    Q.  So there are four addresses on the side.  Who did those

 7    addresses belong to?  Who are they controlled by?

 8    A.  Those are Mt. Gox's.

 9    Q.  And this one was controlled by what?

10    A.  This would be Silk Road.

11    Q.  On the block chain itself, was there any -- is there any

12    information that ties those addresses on the left to Mt. Gox?

13    A.  No, there is not.

14    Q.  Or this one to Silk Road?

15    A.  No, there is not.

16    Q.  Is there any information on the block chain itself that

17    ties any of this money to you?

18    A.  No, there is not.

19    Q.  The next page, please.

20    A.  And so this is showing, after we initiated the transfer,

21    the account history -- there is an account history page on Silk

22    Road that will tell us that we in this case deposited bitcoins

23    into the address that is provided, the bitcoin address, and it

24    is reflecting that total of 27.27 bitcoins were credited.  It

25    also rounds up on that page; it doesn't show the entire

1    balance.  And then it shows the date, which is April 10th,

2    2013.  And up above that I also circled -- it shows what the

3    value is in your account at the time, which is $6,522.

4    Q.  So by this point have all the bitcoins that you bought from

5    Mt. Gox been transferred over to Silk Road?

6    A.  Yes.

7    Q.  Again, as part of that, has Silk Road received any

8    identifying information about you?

9    A.  No, they have not.

10   Q.  Next page, please.

11   A.  And this is a screenshot, then, that we took of the item

12   that we were going to try to purchase and we did purchase.  It

13   was a thousand pills of ecstasy that it was -- the cost of it,

14   since we asked for it to display in dollars, was $5,499.99, and

15   this was particularly coming from a vendor by the name of

16   supertrips who was advertising that he shipped from Germany and

17   shipped worldwide.

18   Q.  How did you initiate the purchase?

19   A.  So once you find a product within Silk Road, such as we did

20   here, all we had to do was click on right next to the dollar

21   amount, the "Add to cart."

22   Q.  And then what happened?

23        MR. TURNER:  Would you go to the next screen,

24   Mr. Evert.

25   A.  And then after you hit "Add to cart," on the upper

F1edulb2                         Der-Yeghiayan - direct

1   right-hand side there is a -- let me use my laser pointer --

2   there is a shopping-cart-like image, and it is now reflecting

3   that we have one item in our shopping cart.  And if you click

4   on that it would take you to a page such as this that then

5   would list the product that you added to your shopping cart,

6   and we added in this instance the thousand pills of ecstasy.

7           It gives you options on how you want it shipped.

8   There is different shipping.  In this case there is free

9   worldwide shipping offered by this vendor.  The only thing that

10  we had to do is down below enter in a name and address and then

11  a PIN number and then click "Place order."

12  Q.  And the name that you provided, was that a real name?

13  A.  That was an undercover name.

14  Q.  Did users have to verify their name in any way in making

15  Silk Road purchases?

16  A.  No, they did not.

17  Q.  All right.  The next page, please.

18  A.  So this is a page that we took then after the transaction

19  was complete, and it displays an order that we placed that has

20  been verified.  It assigned us a transaction ID number, which

21  is that TX pound number, and it also gives you a status for

22  your order, which in this case it is processing.  And then up

23  above you could see that our account now has been debited the

24  amount of $5,499.

25  Q.  So after you placed the order, would the purchase money

1   immediately be transferred to the seller?

2   A.   No, it would not.

3   Q.   And why not?  What would happen to it?

4   A.   Once an order was placed, it would go into an escrow

5   account that Silk Road maintained.

6   Q.   What does "escrow" mean?

7   A.   Escrow is just -- it is basically a middleman between you

8   and the vendor, and Silk Road would act as that, the middleman.

9   Q.   And what was the function of putting it into escrow?

10  A.   It was a way to help protect, I guess, the vendors and the

11  buyers.  So basically once that order was placed, the vendor

12  would be notified that an order was placed and that would

13  trigger them to ship the product, and once the actual buyer

14  received it, then they would then tell Silk Road that they

15  received the order and then they would release the funds

16  basically to them.  If they never got the item, then they could

17  dispute it within Silk Road to get their money back.

18  Q.   And if you did get the product, what would you do to send

19  the money to the vendor?

20  A.   It's called "finalizing" on the website, that you would

21  click a button which says "Finalize."  So you have the option

22  of doing that almost right away.  You could finalize an order

23  and give the vendor the money right away if you really trusted

24  them, or if there is an instance where the vendor might require

25  it, that would be something that you had the option of doing at

F1edulb2                         Der-Yeghiayan – direct

1    any time.

2    Q.  Could you go to Government Exhibit 114, please.

3         Do you recognize this document?

4    A.  Yes, I do.

5    Q.  How do you recognize it?

6    A.  It is a screenshot I took.

7    Q.  Of what?

8    A.  Actually, I'm sorry, it is a screenshot that I was present

9    for, that I witnessed being taken.

10   Q.  And what is it a screenshot of?

11   A.  This is a screenshot of the order page -- orders that we

12   placed during an undercover purchase of drugs.

13        MR. TURNER:  The government offers Government Exhibit

14   114 into evidence.

15        MR. DRATEL:  No objection.

16        THE COURT:  GX-114 is received.

17        (Government's Exhibit 114 received in evidence)

18        MR. TURNER:  Could you pull the first three or four

19   orders, Mr. Evert.

20   Q.  What does this page show?

21   A.  These were orders that we placed during one of our

22   undercover buys, and this reflects multiple orders that we

23   placed all at the same time.

24   Q.  This includes, for example, the uncut crack cocaine that we

25   saw before?

1    A.   Yes, it does.

2    Q.   OK.

3    A.   And this is -- so what it is showing us is each one is an

4    individual transaction from a different vendor.  And, for

5    instance, the top one is -- we purchased one LSD blotter from a

6    vendor by the name of fredthebaker, and the status of the order

7    was in transit, which means that they had marked it as being

8    shipped and mailed to us.  And it was notifying us that that

9    order went out and finalized within 17 days and that we had an

10   option on the right-hand side to finalize or try to resolve an

11   issue with the order.

12   Q.   Again, just to be clear, if the product comes, you click

13   "Finalize"?

14   A.   That would then release the funds to the vendor.

15   Q.   And if you click "Resolve," what happens?

16   A.   The resolve option, once available, you could then go into

17   almost like arbitration with the -- between Silk Road and the

18   vendor, so basically you are going to try to resolve an issue

19   that you have with the vendor.

20   Q.   Who were the arbitrators?

21   A.   That would be Silk Road.

22   Q.   Was there like customer support staff that would do that?

23   A.   There was customer support staff that was within Silk Road.

24   Q.   So if I am a buyer and I say that I don't get my drugs,

25   what would the support staff do?

F1edulb2                    Der-Yeghiayan - direct

1    A.  They would then do their own investigation into the

2    transaction and review whatever history --

3              MR. DRATEL:  I object, your Honor.

4              THE COURT:  Sustained.  You need to build a foundation

5    for that.

6              MR. TURNER:  Sure.

7    BY MR. TURNER:

8    Q.  Do you know what a customer support staff member would do

9    in the event of a dispute?

10   A.  Yes, I do.

11   Q.  How do you know?

12   A.  I -- I was working as an administrator for a few months.  I

13   also kept routine, constant contact with other administrators

14   that ran the customer support and would discuss those matters

15   with them.

16   Q.  So based on that experience, what do you know that would

17   happen in the event of a customer resolution dispute?

18   A.  They would look into the transaction itself.  They would

19   review private messages between the buyer and the vendor, and

20   they would try to -- they would also do, similar to what we

21   did, which is go onto blockchain, see if everything matches,

22   and basically see if the transaction was -- actually did occur

23   the way it did.  And then they would also probably review

24   previous history, as well, with the vendor.  If there is a

25   history with them maybe not shopping product, then they may,

F1edulb2                    Der-Yeghiayan – direct

1    you know, side against them.  If there is a history of the

2    buyer constantly claiming they never got something, then they

3    would probably side with the vendor.

4    Q.  And how, if at all, would Silk Road make any money from

5    these sales?

6    A.  Silk Road made a commission on every transaction.

7    Q.  How do you know that?

8    A.  Because it was publicly talked about by the people that --

9    the person that ran Silk Road as well as it was -- I tested it

10   using a vendor account that I took over that I was able to

11   create a listing and set a price for it, and once I looked at

12   that same item then from a public standpoint, the value of that

13   item went up to -- and it went up enough that matched what the

14   advertised commission rates were.

15   Q.  So after a vendor would get paid, the payment would be in

16   bitcoins, right?

17   A.  Yes.

18   Q.  What could the vendor do to then convert the bitcoins into

19   real currency?

20   A.  The vendor then would have to find an exchanger, and in

21   almost the reverse of purchasing bitcoins, would have to then

22   exchange the bitcoins for real currency.

23   Q.  And where could they do that?

24   A.  The same exchange that we used, Mt. Gox, you could do that.

25   There was various other exchangers that you could use, other

1   companies similar to Mt. Gox.  There is also options of selling

2   the bitcoins.  Even on the Silk Road site itself, you could

3   sell them, exchange them for U.S. currency.  You could exchange

4   them for gold.  You could exchange them for other things of

5   item value.  And you could even resell the bitcoins yourself on

6   Silk Road as a vendor and exchange -- get cash in the mail.

7   Q.  So did you prepare any sort of flow chart to boil down how

8   this whole payment system works that we have been talking about

9   for the past half hour?

10  A.  Yes, I did.

11  Q.  Could you take a look at Government Exhibit 113A.

12  A.  OK.

13  Q.  Do you recognize this document?

14  A.  Yes, I do.

15  Q.  What is it?

16  A.  It's an example of how a Silk Road payment would be

17  conducted.

18  Q.  Would it aid your testimony in explaining these concepts to

19  show this chart to the jury?

20  A.  Yes, it would.

21          MR. TURNER:  We would ask to show the demonstrative to

22  the jury, your Honor.

23          MR. DRATEL:  No objection.

24          THE COURT:  All right.  You can go ahead and do that.

25  It is received as a demonstrative.

1              (Government's Exhibit 113A received in evidence)

2              MR. TURNER:  Mr. Evert, could you publish the exhibit.

3    Q.   Could you just walk us through step-by-step?

4    A.   Sure.  So starting up on this up here on the left-hand

5    side, this basically reflects, again, as you saw with our

6    example, when we have money in our bank account and you want to

7    purchase bitcoins, if you have real currency, then you would go

8    to an exchanger and you would exchange your money for bitcoins.

9    And then once you exchange it, you then transfer it to your

10   buyer account on Silk Road.  And then you place an order for

11   whatever item that you wish to buy from the website.

12             Once that order is placed, the bitcoins themselves are

13   held in escrow by Silk Road.  From that point, once the order

14   is received and the buyer marks it as being finalized, he will

15   then -- then Silk Road will get its commission rate, and then

16   the vendor is paid their money so the bitcoins are released to

17   the vendor.

18             From the vendor, then if they want to now get their

19   money or transfer their bitcoins and make it into money, they

20   would do something similar where they would then go to an

21   exchanger and they would receive their cash.

22             (Continued on next page)

23

24

25

F1EGULB3                        Der-Yeghiayan - direct

1           MR. TURNER:  Your Honor, I have another transition

2     point if the Court wants to take a break.

3           THE COURT:  Let's go ahead and take a mid-morning

4     break.  Ladies and gentlemen, let me give you a sense as to how

5     the schedule will work this morning so you'll predict when your

6     breaks are.

7           We'll take a break now for about seven- to eight

8     minutes, how ever long it takes you folks to get

9     yourselves -- stretch your legs and then get back in order to

10    come back into the room.  Then we're going to take lunch today

11    and every day from 12:45 until 2:00, about an hour and 15

12    minutes for lunch.  So we won't take a break unless somebody

13    needs to after this one this morning until we take our lunch

14    break.  Obviously, if you need to take a break at any time,

15    make eye contact with me or Joe and we'll take an extra break

16    if we need to.

17          That's the schedule.  Let's take a short break now.  I

18    want to remind you not to speak to each other or anybody else

19    about anything having to do with this case.

20          Thank you.

21          (Jury excused)

22          (Continued on next page)

23

24

25

1              (In open court; jury not present)

2              THE COURT:  Let's all be seated.

3              I have one matter I want to raise.  I want to note

4    that for the evidentiary objections, most of the -- all of them

5    have so far been dealt with in my motion *in limine* ruling and I

6    just wanted to make sure that I had connected what the receipt

7    of those materials connects to.

8              There's an exception, which is Government Exhibit 108

9    had not been objected to as part of the pretrial process,

10   nevertheless, as I had indicated pretrial, if there are things

11   which arise which change what you might not have thought was an

12   objectionable document and it becomes an objectionable

13   document, then I'm nonetheless willing to entertain that, but

14   in general, I'll be following the objections lodged on the

15   pretrial order and if it becomes important to do so or

16   appropriate to do so, I'll be questions why there's been a

17   change.  Sometimes it's just an oversight because there's a

18   long list of similar documents and 108 was of that type.

19             That is what I had wanted to put on the record.  Let

20   me just state I think that, so that's it's clear, that the

21   listings that are coming on were referred to by the government

22   as listings that indicated particular narcotics, etc., not as

23   simply text on a page which had the word for those narcotics

24   and therefore, they fall under the coconspirator exception of

25   the hearsay rule and that's the basis for allowing them in for

F1EGULB3                          Der-Yeghiayan – direct

1    the truth.  They're obviously directly relevant to the

2    government's charges in this case:  So that connects up to the

3    *in limine* ruling which went through the rationale and case law

4    in some more depth.

5                Is there anything that you folks would like to put on

6    the record at this time or otherwise raise?

7                MR. TURNER:  No.  Thank you.

8                MR. DRATEL:  No, your Honor.  Thank you.

9                THE COURT:  Let's take our own brief break.  Thank

10   you.

11               THE DEPUTY CLERK:  All rise.

12               (Recess)

13               (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

1                   (In open court; jury present)

2                   THE COURT:  Let's be seated.

3                   Mr. Turner, you may proceed, sir.

4                   MR. TURNER:  Thank you.

5    Q.  So Mr. Der-Yeghiayan, you mentioned before you did some

6    undercover buys on Silk Road?

7    A.  Yes, I did.

8    Q.  Approximately how many did you do?

9    A.  Over 50.

10   Q.  Did you focus on vendors selling from outside the United

11   States or inside the United States?

12   A.  Mostly outside the United States.

13   Q.  Why was that?

14   A.  Being that we were working at the international mail hub

15   and we were receiving in so many international shipments,

16   that's what we were focused on.

17   Q.  Can you take a look at what's been marked as Government

18   Exhibit 103A.  Do you recognize the pages in this document?

19   Tell me when you're there.

20   A.  103A?  Yes.

21   Q.  How do you recognize them?

22   A.  As a screen shot that I took and as well as photographs

23   that I was -- I witnessed.

24   Q.  And what are they screen shots and photographs concerning?

25   A.  Screen shot of a purchase of drugs that we did, undercover

1   purchase from Silk Road and also the drug that we received.

2              MR. TURNER:  Your Honor, the government offers

3   Government Exhibit 103A into evidence.

4              MR. DRATEL:  Just the previous objection.

5              THE COURT:  All right.  Government Exhibit 103A is

6   received.

7              (Government's Exhibit 103A received in evidence)

8   Q.  Could you walk us through what these pages reflect.

9   A.  So this is a screen shot from Silk Road of an item that we

10  purchased, that I purchased that was from a seller that was

11  from the Netherlands.  The seller went by the name of uglydoll,

12  and we were purchasing brown heroin, and it's .2 grams.

13  Q.  Next page.

14  A.  This is a photograph of an envelope that I retrieved from

15  our undercover P.O. box that was addressed as we -- same name,

16  same address that we put in our order.  And I also know this

17  came from the Netherlands, that's in the next photograph, based

18  upon the stamp that's on there, and that it's also -- there was

19  a stamp over it that shows it came from the Netherlands.  The

20  next page.

21  Q.  What did you find inside?

22  A.  So inside of it, once we opened up the envelope, there was

23  a blue piece of paper that was in there that was taped

24  together.  So the next photograph shows us after we cut into

25  the blue piece of paper, and behind that or inside of it, I

F1EGULB3                          Der-Yeghiayan - direct

1   should say, was a vacuum-sealed clear plastic bag that also

2   contained multiple other plastic bags that had a brown powder

3   substance that later tested positive for heroin.

4   Q.  Go on to Government Exhibit 103B.  Do you recognize these

5   pages?

6   A.  Yes, I do.

7   Q.  What are they?

8   A.  It's a screen shot that I witnessed for a control buy and

9   then also photographs that I witnessed when we seized some

10  drugs.

11          MR. TURNER:  The government offers Government

12  Exhibit 103B into evidence.

13          MR. DRATEL:  Same objection.  Can we just get a date

14  on this?

15          MR. TURNER:  Sure.

16  Q.  Do we have a time frame for these photos?

17  A.  The screen shot was taken March 6, 2013 and then the

18  photographs were taken on March 19, 2013.

19          THE COURT:  All right.  Government Exhibit 103B as in

20  boy is received.

21          (Government's Exhibit 103B received in evidence)

22  Q.  Is this the same crack cocaine that we saw earlier?

23  A.  This is the same.

24  Q.  Did you try to purchase the product?

25  A.  Yes, we did.

F1EGULB3                        Der-Yeghiayan - direct

1    Q.  What happened?

2    A.  So, this order was placed.  And then shortly thereafter, it

3    was about two weeks later, we received this envelope in the

4    mail and it came from Germany, so those are German stamps on

5    the outside.

6           The vendor himself advertised actually that they would

7    ship from the Netherlands, but what we found inside was the

8    addressee -- I'm sorry, two screen shots, the next one -- the

9    addressee had a German address and they're a German company.

10   It says company Indoor Play.

11   Q.  Is this the return address?

12   A.  This is the return address on the package on the outside.

13   But if you turn to the next page, this is also found inside the

14   envelope that showed that the item was mailed through Postnl,

15   which is for the Netherlands mail system.

16   Q.  They used a German stamp and mailed it through the

17   Netherlands mail system?

18   A.  Yes.  And it was addressed to our undercover name and our

19   undercover P.O. box.

20   Q.  Next page, please.

21   A.  So this is the reverse side of the envelope showing you the

22   envelope and then the next photograph shows you just sort of

23   size, we put a pen there that wasn't with the package, as well

24   as what was inside of it, which was -- showed several sheets of

25   paper.  And the next shot shows us, when you open the piece of

1   paper, there was a piece of black foil that was in there that

2   appeared to have items inside of it.

3   Q.  Was this sealed in any way?

4   A.  It was vacuum-sealed.  And the next photograph, once you

5   cut open into this black vacuum-sealed foil, it had a clear

6   plastic baggie, which contained a white, crystal-like substance

7   that later on tested, and that's the next photograph,

8   field-tested positive for cocaine using the reagent test kit.

9   Q.  So how many undercover purchases in total, again, like this

10  did you make?

11  A.  Over 50.

12  Q.  And how many different dealers did you order from?

13  A.  At least over 40.

14  Q.  And how many different countries were they from?

15  A.  From approximately about ten or so.

16  Q.  And how many of the orders resulted in shipments being sent

17  to the address you supplied?

18  A.  Nearly all of them.

19  Q.  How many contained what appeared to be drugs?

20  A.  Nearly all of them.

21  Q.  Did you send what you received to the lab for testing?

22  A.  Yes, we did.

23  Q.  And how many tested positive for the drug they were

24  supposed to be?

25  A.  Nearly all with I think an exception of one or two.

1   Q.  Could you turn to Government Exhibit 801, please.

2   A.  108?

3   Q.  801.

4            MR. TURNER:  Your Honor, actually, this is just a

5   stipulation.

6            THE WITNESS:

7   A.  I don't --

8            MR. TURNER:  I'd like to read in a stipulation between

9   the parties marked as Government Exhibit 801A.  It concerns

10  another Exhibit 801.

11           THE COURT:  Let me just explain to the ladies and

12  gentlemen of the jury what a stipulation is.  A stipulation is

13  an agreement reached between the government and the defendant

14  and his counsel regarding certain facts and you can accept

15  those facts as stated in the stipulation as true.

16           You may proceed, Mr. Turner.

17           MR. TURNER:  Can you publish Government Exhibit 801A,

18  Mr. Evert.

19           It is hereby stipulated and agreed by and between -- a

20  little bigger so I can read it, thank you -- by and between the

21  United States of America, by Preet Bharara, United States

22  attorney for the Southern District of New York, Serrin Turner

23  and Timothy Howard, Assistant United States Attorneys, of

24  counsel, and Ross Ulbricht, by and through his counsel, Joshua

25  Dratel, Esq., as follows:

1          If called to testify, Heather M. Miller, a senior

2   forensic chemist with the Drug Enforcement Administration,

3   would testify that:

4          1.  Government Exhibit 801 is a summary chart

5   reflecting 52 substances that were submitted for laboratory

6   testing to the DEA North Central Laboratory in Chicago,

7   Illinois by Homeland Security Investigations Special Agent

8   Jared Der-Yeghiayan.

9          (a) The column labeled "Seizure Number" indicates the

10  seizure number associated with the substance.

11         Mr. Evert, can you put up Government Exhibit 801

12  underneath here.  Zoom in in the first few lines.

13         (b) The column labeled "Seizure Number" indicates the

14  seizure number associated with the substance.

15         (c) The column labeled "Date Analyzed" indicates the

16  date the substance was laboratory tested.

17         (d) The column labeled "Net Weight" indicates the

18  weight of the substance submitted for testing, after removal of

19  any packaging.

20         And to the next page.  You can zoom in past paragraph

21  two there.  That's fine.

22         (e) The column labeled "Drug Detected" indicates any

23  illegal drugs the substance was found to contain through

24  testing a sample of the substance, using reliable laboratory

25  procedures.

1           (f)  The columns labeled "Purchase Date" and "Vendor"

2    reflect information provided by Special Agent Der-Yeghiayan

3    concerning the date when each substance was purchased from the

4    Silk Road website and the vendor from whom the purchase was

5    made.

6           2.  As reflected in Government Exhibit 801, all but

7    one of the 52 substances tested positive for illegal drugs.

8           So taking a look at Government Exhibit 801, can you

9    confirm that in the second and third columns "purchase date"

10   and "vendor" accurately reflect the dates of your purchases and

11   the vendors you purchased them from?

12   A.  They do.

13          MR. TURNER:  So the government moves 801 and 801A into

14   evidence, your Honor.

15          MR. DRATEL:  No objection.

16          THE COURT:  Received.

17          (Government's Exhibits 801 and 801A received in

18   evidence)

19   Q.  Now, besides illegal drugs, were there any other illegal

20   goods sold on the Silk Road website as well?

21   A.  Yes, there was.

22   Q.  And in particular, do you know whether fake IDs were

23   offered for sale on Silk Road?

24   A.  Yes, they were.

25   Q.  And where were those offers found?

1   A.  There was a forgeries category on Silk Road.

2   Q.  Can you take a look at what's been marked as Government

3   Exhibit 116A, please.

4   A.  Okay.

5   Q.  Do you recognize this exhibit?

6   A.  Yes, I do.

7   Q.  How do you recognize it?

8   A.  It is a screen shot that I took from the forgery section of

9   Silk Road on August 4, 2012.

10          MR. TURNER:  The government offers Exhibit 116A into

11   evidence.

12          MR. DRATEL:  The same objection.

13          THE COURT:  Government Exhibit 116A is received.

14          (Government's Exhibit 116A received in evidence)

15   Q.  So you said this was from a forgery section of the website.

16   Where is that located on this page?

17   A.  In the upper left-hand corner under the categories list, it

18   reflects that there's a forgery section which included fake IDs

19   and passports.

20   Q.  And could you just walk us through what's reflected on the

21   right-hand side, what sort of offerings are there?

22          MR. TURNER:  Can you zoom in a little bit, Mr. Evert.

23   A.  I can read off here, too.  There's the, like, the top

24   listing is for a UK driver's license, which also advertises

25   that there's holograms on it and it's scannable, as well as

1  forged prescription labels that can be customized, as well as

2  it says 100-percent tested working, printable coupon

3  collection, and then an official UK passport, as well as UK

4  driver's license photo card and that comes with, it says, it

5  advertises with a UV as well as hologram and a Polish national

6  ID card.

7  Q.  How common was it for you to see listings like this for

8  fake IDs, passports?

9          MR. DRATEL:  Objection.

10          THE COURT:  Why don't you restate.

11          MR. TURNER:  Sure.

12  Q.  Was this the only time you saw offerings like this on the

13  website or not?

14  A.  No.  From the beginning of my investigation until the end,

15  there was a forgery section.

16  Q.  Did you come across -- did you ever come across any

17  offerings relating to computer hacking on Silk Road?

18  A.  Yes, I did.

19  Q.  Where on the website would you see those?

20  A.  Under various categories.  There's a digital section as

21  well as, like, other, like, computer equipment type of

22  sections.

23  Q.  Anything else in the other sections that it would appear

24  in?

25  A.  If I had -- let's see here.  I think it was digital goods

1    and electronics.

2    Q.  Could you take a look at what's been marked as Government

3    Exhibit 116B.  Do you recognize this exhibit?

4    A.  Yes, I do.

5    Q.  How do you recognize it?

6    A.  It's a screen shot that I took from Silk Road of a hacking

7    tools listing.

8              MR. TURNER:  The government offers Government

9    Exhibit 116B into evidence.

10             MR. DRATEL:  The same objection.

11             THE COURT:  Government Exhibit 116B is received.

12             (Government's Exhibit 116B received in evidence)

13             MR. TURNER:  Can you zoom in up at the top, Mr. Evert.

14   Q.  Okay.  So, it says huge hacking pack, 150 plus hacking

15   tools and programs.

16             MR. TURNER:  Then, Mr. Evert, can you scroll down.

17   That's fine.

18   Q.  The description is huge 3GB plus action pack, it's probably

19   the best deal on Silk Road to date, no, this is not a pack full

20   of outdated, ineffective programs, all software files have been

21   updated in the past two months and are guaranteed to work.

22   I'll read a few of them account creator, admin page finder,

23   aircracking for Windows, anonymous high orbit canon.

24             Can you go all the way down.

25             This pack includes almost every hacking-related tool

1    available from white-hat (clean code) to black-hat (SpyEye,

2    ZeuS, etc.)  I will continuously be compiling and updating this

3    pack.  I will also be raising the price of this pack to $50 in

4    the next month.

5            To the only person that gave something other than 5/5.

6            1/5 got virus in it.

7            Are you serious?  You purchased a hacking pack loaded

8    with keyloggers, RATS, banking Trojans and other various

9    malware.  If that doesn't set off AV, I don't know what will.

10   If you're still unsure of the programs, run in a VM or

11   Sandboxed.  Please don't purchase my listings if you lack

12   common sense.  If you have any questions, feel free to send a

13   message.  sniffsniff.

14           Do you know, by the way, what malware means?

15   A.  Yes, I do.

16   Q.  What does it mean?

17   A.  It's a program that it's, like, a virus basically that will

18   be placed on a computer.

19   Q.  What does AV mean in this context?  Do you have any idea?

20   A.  I don't know -- or antivirus, I guess, actually.  Sorry.

21           MR. DRATEL:  Objection.  Well --

22           THE COURT:  Hold on.  Is it withdrawn?

23           MR. DRATEL:  Yes.

24           THE COURT:  All right.  Thank you.

25           You may proceed.

F1EGULB3                          Der-Yeghiayan - direct

1    A.  Sorry.  Antivirus.  A lot of acronyms.

2    Q.  So you said -- we covered all transactions on Silk Road had

3    to be paid for in bitcoins.  And I think you mentioned earlier

4    that -- well, I'll just ask you, was there anywhere on Silk

5    Road that you could go to in order to exchange bitcoins for

6    cash or currency?

7    A.  Yes, there was.

8    Q.  And where were those exchange services offered on the site?

9    A.  There was a money section on Silk Road.

10   Q.  So, take a look at what's been marked as Government

11   Exhibit 116C, please.  Do you recognize this exhibit?

12   A.  Yes, I do.

13   Q.  How do you recognize it?

14   A.  It's a screen shot that I took of the money section, money

15   category of Silk Road.

16   Q.  Time period do you have?

17   A.  It's from August 4, 2012.

18           MR. TURNER:  The government offers Government

19   Exhibit 116C into evidence.

20           MR. DRATEL:  Same objection, your Honor.

21           THE COURT:  Government Exhibit 116C is received.

22           (Government's Exhibit 116C received in evidence)

23   Q.  Can you show us where the money categories is reflected

24   here?

25   A.  Again, on the upper left-hand side of the category, it

1  shows that there's money, as well as subcategories within the

2  money section of bullion, digital currencies and loans.

3          MR. TURNER:  And can you zoom in, Mr. Evert, on the

4  first two.

5  Q.  So did you look at the descriptions of offerings like

6  these?

7  A.  Yes, I did.

8  Q.  And what sort of offerings -- what sort of things did they

9  offer?

10 A.  Well, for instance, this top listing here it says 20-dollar

11 bill and that's -- essentially they'll -- you're buying a

12 20-dollar bill of bitcoins, so basically you're exchanging out

13 your bitcoins for 20-dollar bills being mailed to you and the

14 other --

15 Q.  To be clear, was it one 20-dollar bill being offered or

16 could you just order as many as you like?

17 A.  You can order as many as you like, but the price set was

18 2.35 bitcoins per 20-dollar bill, so you can buy multiple.

19 There's an option to put multiple numbers when you're buying

20 your listing depending on how many is available, of course.

21 Q.  And the next listings says "I will buy your extra

22 bitcoins."  To be clear, what's on the side there, what kind of

23 coins?

24 A.  The image is really hard to see here.

25 Q.  Are they actual bitcoins?

F1EGULB3                         Der-Yeghiayan - direct

1   A.  No, they're not.

2   Q.  Bitcoins are purely digital, right?

3   A.  Yes.

4   Q.  So it says "I will buy your extra bitcoins."  What did

5   offerings like that offer?

6   A.  So this is a vendor that's offering to purchase bitcoins.

7   So if there's any extra bitcoins remaining in someone's account

8   after they boxed something and they don't want them anymore or

9   they don't -- they can't use it to buy something else, then

10  they could go to a vendor like this on Silk Road and basically

11  transfer their bitcoins and they'd give them something of

12  equivalent cash or something through the mail.

13  Q.  So if you're a drug dealer on Silk Road, what did offerings

14  like this allow you to do?

15  A.  So something like this would allow you to basically

16  liquidate or launder your own proceeds that you were making as

17  a vendor on Silk Road.

18              MR. DRATEL:  Objection.

19              THE COURT:  Sustained.

20  Q.  Without using legal characterizations, what did offerings

21  like this allow a drug dealer on the site to do?

22              MR. DRATEL:  Objection.

23              THE COURT:  Sustained.

24              You can approach it differently, but you can't

25  approach it that way.

1              MR. TURNER:  Okay.

2    Q.  If you're a vendor on the site and you have a lot of

3    bitcoins from your activity on the site, what did these

4    offerings allow you to do with those bitcoins?

5              MR. DRATEL:  I still object.

6              THE COURT:  I'll allow this.

7    A.  So, as a vendor on the site, a listing like this would be

8    utilized to, if you earned bitcoin proceeds, to -- which every

9    transaction is bitcoins, so all the money you're receiving for

10   your drugs, you could then, instead of taking it offline off

11   Silk Road and moving it to an exchange, you could just simply

12   find a vendor like this on Silk Road and give them your

13   bitcoins and they would then give you cash.  You never really

14   have to take your money off the website.

15             THE COURT:  Let me just ask you whether or not you

16   ever exchanged bitcoins for cash using Silk Road?

17             THE WITNESS:  I never used it, but my other -- there

18   are people that we -- accounts we took over that were doing

19   that.

20             THE COURT:  So in the course of performing your duties

21   and responsibilities, you became familiar with the exchange of

22   bitcoins for cash through Silk Road?

23             THE WITNESS:  Yes.

24             THE COURT:  You may proceed.

25   Q.  Just to elaborate on that a little more, you took over an

1    account that was engaged in this sort of activity?

2    A.   Took over several accounts that were doing this.

3    Q.   And did you review the private -- did you review the

4    activity reflected in that account after taking it over?

5    A.   Yes, we fully recorded the account.

6    Q.   And how could you tell they were engaged in this sort of

7    activity?

8    A.   So, a few of the vendors that we took over, they had either

9    direct listings that they would do things such as this or they

10   would be buying from other vendors that were offering to

11   purchase bitcoins, and we could see the transactions occur

12   directly right on the site through their history as well as

13   through their -- there's, like, private messages that they

14   have.

15   Q.   Let's talk about those private messages.  Besides enabling

16   users to purchase items on the site, did Silk Road have any

17   features that allowed users to communicate with one another?

18   A.   Yes, there was.

19   Q.   And what was that system called?

20   A.   It was called the private message system.

21   Q.   And how did it work?

22   A.   It was a internal messaging, sort of similar to, like,

23   emailing or sending messages between users.

24   Q.   Can you take a look at what's been marked as Government

25   Exhibit 117A.

1    A.   Okay.

2    Q.   Do you recognize this document?

3    A.   Yes, I do.

4    Q.   How do you recognize it?

5    A.   It's a screen shot that I took of an account that I took

6    over on Silk Road.

7    Q.   What part of the account?

8    A.   This is the overview of and the in box of that user's

9    messaging -- the messaging system.

10              MR. TURNER:  The government offers Government

11   Exhibit 117A into evidence.

12              MR. DRATEL:  No objection.

13              THE COURT:  Government Exhibit 117A is received.

14              (Government's Exhibit 117A received in evidence)

15   Q.   Actually, let me clarify.  You talked about taking over

16   account it, right?

17   A.   Yes.

18   Q.   And among the accounts you took over were vendor accounts?

19   A.   Yes.

20   Q.   And what did you do with those vendor accounts that you

21   took over?

22   A.   When we took over the vendor accounts, we'd fully document

23   them, so we'd go through all of the different available options

24   and all of the information, the history that was on the

25   account.  Sometimes we'd leave it up for a day or two, but we

1    wouldn't actually -- after that, we would then shut it down.

2    Q.  You never used the accounts actually to sell drugs in an

3    undercover capacity?

4    A.  No, we did not.

5    Q.  All right.  Could you explain what is reflected in

6    Government Exhibit 117A.

7            MR. TURNER:  Mr. Evert, can you zoom in a little bit

8    and include the in box on the side there.  Thank you.

9    A.  So on the left-hand side, it's bold, sort of hard to see.

10   The in box, it just reflects that we're in an in box right now.

11   There was also a section for unread messages and those are

12   usually highlighted bold as well on your in box.  And then

13   there was a sent section, as well as a bulk reply section.  So

14   if you want to reply to multiple users at the same time, you

15   could reply to multiple users.

16   Q.  And if you clicked on one of the messages, what would show

17   up?

18   A.  On this instance, if you click on the message, the message

19   that was sent from that user would appear.

20   Q.  Take a look at Government Exhibit 117B.  Do you recognize

21   this document?

22   A.  Yes, I do.

23   Q.  How do you recognize it?

24   A.  As a screen shot that I took, again, in the same account

25   that I took over from May 17, 2013.

1           MR. TURNER:  The government offers Government

2   Exhibit 117B into evidence.

3           MR. DRATEL:  The same objection.

4           THE COURT:  Government Exhibit 117B is received.

5           (Government's Exhibit 117B received in evidence)

6   Q.  What's reflected here?

7   A.  This is logged in as that same user that was on the

8   previous.

9   Q.  To be clear, where is that username located?

10  A.  On the upper right-hand corner it says hi and then the

11  username in bold.  This is -- once clicked into one of the

12  messages, this one in particular on the upper left-hand corner

13  it says from the user SuperTrips, so this is a dialogue between

14  that user account and SuperTrips.

15          And basically, there's a dialogue box that you can

16  enter your message and then there's a history of messages below

17  it.  And the history is basically from the most recent received

18  which is at the top down to the oldest message at the bottom.

19  Q.  It's like an email chain basically?

20  A.  It's like an email chain; yes.

21          MR. TURNER:  Can you zoom out.

22  Q.  And if you want to reply to the email chain, what do you

23  do?

24  A.  In the dialogue box up above, you would just simply enter a

25  message and then click the button go.

F1EGULB3                    Der-Yeghiayan - direct

1   Q.  In what other ways did Silk Road use to communicate with

2   one another?

3   A.  There was also the forum that were available from Silk

4   Road.

5   Q.  And what do you mean by forums?

6   A.  So there was a totally separate website that was a forum,

7   an online forum where you could post messages and threads and

8   you could discuss anything basically with other users.

9   Q.  What do you mean by threads?  Can you just explain to the

10  jury what that concept is.

11  A.  So basically, as a user on an online forum, you could sign

12  up to become a user.  And if you ever wanted to post a message

13  to everybody, it's called a thread.  So you basically start a

14  dialogue box with the entire community and so you create a

15  thread.  You can say whatever you want and then any user could

16  reply to that thread in what's referred to usually as posts.

17  So posts would follow in a thread.

18  Q.  So your public conversation?

19  A.  Yes.

20  Q.  How would you get to these forums?

21  A.  The forums, there was a link on the marketplace to get to

22  it at the bottom.

23  Q.  So when you say marketplace, what do you mean?

24  A.  Silk Road itself generally referred to as marketplace and

25  then the Silk Road forums were referred to as Silk Road forums.

F1EGULB3                         Der-Yeghiayan - direct

1   Q.  The marketplace -- let's take a look back at Government

2   Exhibit 132.

3           Is this the marketplace?

4   A.  This is the marketplace.

5   Q.  Why don't you just -- up in the top left corner there's a

6   green camel sort of logo.  Was that affiliated with Silk Road?

7   A.  Yes, it was.

8   Q.  Was it on every page of their website?

9   A.  Yes, it was.

10  Q.  And where is the link to the community forums, the

11  discussion forums?

12  A.  Bottom right-hand corner that says community forums and

13  that would be a link to take you to the forums, which were also

14  another hidden service on Tor.  It's another dot-onion URL.

15  Q.  Can you take a look at what's been marked as Government

16  Exhibit 118, please.

17  A.  Okay.

18  Q.  Do you recognize this document?

19  A.  Yes, I do.

20  Q.  How do you recognize it?

21  A.  It's a screen shot that I took of the Silk Road forums.

22  Q.  What date?

23  A.  From December 27, 2012.

24          MR. TURNER:  The government offers Government

25  Exhibit 118 into evidence, your Honor.

1           MR. DRATEL:  The same objection, your Honor.

2           THE COURT:  Government Exhibit 118 is received.

3           (Government's Exhibit 118 received in evidence)

4    Q.  So what's reflected here?

5    A.  So this is -- these are the forums and each one of those

6    yellow lists or yellow categories is a separate subforum.  So

7    the first one is Silk Road discussion and there are subforums

8    on security, subforums on shipping, drug safety and so on.  And

9    these -- each one of those subforums would contain the threads

10   that users wanted to post in that -- in those particular

11   arenas.

12   Q.  And was membership on the forums included when you signed

13   up for an account on the Silk Road marketplace or did you have

14   to create a separate account on the forums?

15   A.  The forums themselves weren't connected to the marketplace

16   by username.  You would have to create another username and

17   password to access the forums.

18   Q.  And did you yourself have any accounts in the forums during

19   your investigation?

20   A.  Yes, I did.

21   Q.  Did you familiarize yourself with the sort of postings that

22   appeared there?

23   A.  Yes, I did.

24   Q.  So just explain a little more.  What sort of things would

25   people post about in these various categories?

1   A.   So, for instance, like, the Silk Road discussion forum

2   would have general discussions about the Silk Road, anything

3   that had to do with the market for the most part, any type of

4   gossip that revolved around the market, there would be pretty

5   much an overview type of discussion, or anything that was

6   really popular, that's where you'd generally find a lot of the

7   dialogue, in that forum.

8        And the security subforum, you'd find topics or as it

9   says in there about Tor, about bitcoins, about trying to keep

10  your computer secure in the sense of trying to still remain

11  anonymous while operating online.

12       There's also a shipping category where you'd find a

13  lot of different threads talking about how to ship things

14  safely to your house or how to not be detected, different ways

15  to conceal packages, different ways to avoid Customs, different

16  ways to avoid law enforcement, what to do if law enforcement

17  does deliver something to you and how to react.

18       And then there was also a drug safety forum where they

19  try to discuss how to use drugs safely and how to -- just

20  different affects of different types of drugs.

21       As well as a philosophy section, and it's economics

22  and law where there was a lot of different philosophical

23  discussions, all based around different things.

24       And then an off-topic section where there were a lot

25  of posts about -- and threads about pretty much anything.

F1EGULB3                          Der-Yeghiayan - direct

1    Anything pretty much was okay there.

2              MR. TURNER:  Can you scroll down, please.

3              THE COURT:  Can you date when this screen shot was

4    taken?

5              THE WITNESS:  Yes, your Honor.  It was December 27,

6    2012.

7              THE COURT:  All right.  Where do you get that

8    information from?

9              THE WITNESS:  It's from the meta data that's on the

10   next page on the right-hand side, so the picture properties.

11             THE COURT:  All right.  Thank you.

12   Q.  Just briefly, let's take product offers in the middle, what

13   was posted there?

14   A.  In product offers, the vendors from Silk Road, a lot of

15   them had accounts on here on the forums that would post

16   different products that they would either have for sale, they'd

17   write up their own reviews, they'd discuss them on there, they

18   liked to have threads that are up there for people to ask

19   questions about.

20   Q.  Can you take a look at Government Exhibit 118A.  Do you

21   recognize this document?

22   A.  This is another screen shot I took of the forums.  This is

23   inside the product offers subcategory or subforum taken

24   December 27, 2012.

25             MR. TURNER:  The government offers Government

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   Exhibit 118A into evidence.

2               MR. DRATEL:  Same objection, your Honor.

3               THE COURT:  All right.  Government Exhibit 118A is

4   received.

5               (Government's Exhibit 118A received in evidence)

6   Q.  Briefly, could you explain how the structure of the forums

7   worked here.  Where are we in the forums?

8               MR. TURNER:  Go ahead, Mr. Evert.

9   A.  This would be after clicking into one of the subforums.  If

10  we clicked on the product offer forum, it would take us to a

11  page that would look like this that then would display the most

12  recent threads from top to bottom.

13              And so, if a user would post a message on any

14  particular thread, that thread would automatically go to the

15  top of the page.  There were threads that were referred to as

16  being sticky, which then were stuck to the top and in this

17  instance, that was reflected in the yellow color.  So that

18  first thread that's up on there, it says "to list offers in

19  product offered section of forums," that was a sticky thread by

20  one of the moderators of the forum; and then there was

21  also -- then all of the threads underneath it were ones that

22  were the most recent threads.

23  Q.  So then you click on a thread, then what happens?

24  A.  You click on a thread and it opens up and there would be

25  the first initial post of the thread.  And you can read through

1   and if there's multiple pages, it would be indicated sort

2   of -- on this page, too, you can see "1, 2, 3...14," that means

3   there's 14 pages of posts in that particular thread.

4           MR. TURNER:  Let's look at Government Exhibit 118B,

5   please.

6           THE COURT:  Before we leave Government Exhibit 118A,

7   did you yourself click on some of these threads.

8           THE WITNESS:  Yes, I did.

9           THE COURT:  And they performed as you stated?

10          THE WITNESS:  Yes, I did.

11          THE COURT:  And if you turn back to Government

12  Exhibit -- I'm sorry.  That was Government Exhibit 118A.  If

13  you turn back to Government Exhibit 118, did you, in fact,

14  determine whether or not the content of any of these topical

15  references, in fact, contained words that were consistent with

16  that content?

17          THE WITNESS:  Yes, I did, your Honor.

18          THE COURT:  All right.  Thank you.

19          Now, you can proceed, Mr. Turner.

20  Q.  Along those lines, how many hours would you say you spent

21  on the Silk Road forums?

22  A.  Probably thousands.

23  Q.  Can you take a look at Government Exhibit 118B, please.  Do

24  you recognize this document?

25  A.  Yes, I do.

F1EGULB3                    Der-Yeghiayan - direct

1   Q.  How do you recognize it?

2   A.  It is a screen shot that I took of a thread that was in the

3   rumor mill section of the forum.

4          MR. TURNER:  We offer Government Exhibit 118B into

5   evidence.

6          MR. DRATEL:  Objection also, your Honor, with respect

7   to the date.

8          THE COURT:  Yes.  Let's hold on 118B.  Can you come

9   back to that, Mr. Turner, or we can take a side bar if it's

10  going to be difficult for you to do that.

11         MR. TURNER:  Sure.

12         (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (At the side bar)

2              THE COURT:  For a number of the most recent exhibits,

3      which I was going to take up at the break there actually

4      haven't been objection that had been noted on the pretrial

5      order.  So you've been saying objection, same objection, but,

6      for instance, for 116A, for 116B, for 117A and for 117B there

7      hadn't been objections on the pretrial order.

8              MR. DRATEL:  Right.

9              THE COURT:  So we can talk about if you have a new

10     objection.

11             MR. DRATEL:  I didn't want to --

12             THE COURT:  -- at a break.

13             MR. DRATEL:  That's fine.

14             THE COURT:  Now, which brings me to 118B, which hadn't

15     been part of what I had reviewed as part of the pretrial order.

16     So I had not had an opportunity to go over this particular

17     document yet or to discuss what the issues might be.  It's a

18     little bit different from some of the others because from my

19     very quick glance, it appears to have additional discussion, so

20     I need to evaluate whether or not there are any hearsay issues

21     or each if there's a hearsay objection.

22             MR. TURNER:  To be clear, we're not offering any of it

23     for the truth.  All we're doing is providing a tour of the

24     website so the jury understands what we're going to be talking

25     about later when we talk about forum posts of the Dread Pirate

1    Roberts.  So we would be fine with your Honor instructing the

2    jury that this has not been offered for the truth.

3              THE COURT:  All right.

4              Mr. Dratel, tell me the nature of your objection so we

5    have it on the record.

6              MR. DRATEL:  One is what your Honor recognizes, that

7    is, we don't know whether any of these people are

8    coconspirators who are posting in it, so there's a hearsay

9    objection.  The other is the date is markedly different on this

10   one.  This one is actually from 2015 on meta data.

11             MR. TURNER:  Maybe because it was transferred to

12   different drive.  We can get it from the original and correct

13   it.

14             MR. DRATEL:  Or if he just testifies to that.

15             MR. TURNER:  Sure.

16             MR. DRATEL:  If it's the same time as the December 12,

17   you know, that's fine, just so that it's --

18             MR. TURNER:  It may be different -- this is one of the

19   ones we updated.

20             MR. DRATEL:  Okay.

21             MR. HOWARD:  I'm sorry if you didn't get that copy.

22             MR. DRATEL:  I'm working off a disk.

23             THE COURT:  Hold on.  Is the only remaining objection

24   a hearsay objection?

25             MR. DRATEL:  Yes, that's correct.

F1EGULB3                          Der-Yeghiayan - direct

1          THE COURT:  Okay.  So having reviewed this, I can, I

2    believe, properly instruct the jury this is not offered for the

3    truth.  And I'll instruct the jury they're not the take it for

4    whether or not so and so, in fact, tested a particular product

5    or, in fact, received the particular product, just for the fact

6    people are saying these things.

7          MR. DRATEL:  What appears on the site.

8          THE COURT:  Let's go back.  Thank you.

9          (Continued on next page)

1              (In open court)

2              THE COURT:  I apologize for that interruption.  I try

3     to do side bars as infrequently as possible with counsel

4     because I do understand it takes time.

5              Here I wanted to work out just where things stood with

6     respect to a particular document.  So, the government has

7     offered Government Exhibit 118B.  I'm going to receive that

8     document into evidence.  I'm going to give you a particular

9     instruction on this.

10             On this document, you'll see there are a bunch of

11    words about people saying a variety of things:  I have only

12    tested X, Y or Z.

13             This document is not being offered for the truth as to

14    whether or not any particular person, in fact, tested or did

15    any of the things that they're saying; it's for the fact that

16    somebody wrote the words onto the page.  So it's to give you a

17    sense of what's on the forum.  Whether or not these people did

18    what they're saying they did is not the purpose of the

19    document.  So it's received for that purpose only.

20             You may proceed, Mr. Turner.

21             MR. TURNER:  Thank you.

22             (Government's Exhibit 118B received in evidence)

23             MR. TURNER:  We would move the exhibit into evidence.

24             THE COURT:  Yes.  It's received in the manner that I

25    suggested.

1          MR. TURNER:  Thank you.

2          Can you publish, Mr. Evert.  Can you zoom into the

3     first post with the category included, actually.  That's good.

4     Thank you.

5     Q.  So, is this an example of how a post would appear on the

6     forum?

7     A.  Yes, it is.

8     Q.  And where does the thread -- the discussion thread start?

9     A.  It starts at the top, so there's the very first post is the

10    beginning of the new thread.

11    Q.  And what section of the forum are we in here?

12    A.  Right now, it's in the rumor mill subforum.

13    Q.  So the subject of this post is what?

14    A.  It's "MDMA quality, from sellers on SR, please post

15    reviews."

16    Q.  And who is the author of the post?

17    A.  It's on the left-hand side, it's a user -- by the username

18    of kuddo, K-U-D-D-O.

19    Q.  And under that it says newbie.  What does that mean?

20    A.  It was a ranking system that was built into Silk Road and

21    the forum software.

22    Q.  And then over here under the subject, there's a date and

23    time.  What does that reflect?

24    A.  So this shows that that thread was created on July 17, 2011

25    at 2:52 p.m. and that was usually consistent with UTC time.

F1EGULB3                          Der-Yeghiayan - direct

1   Q.   Besides enabling users to post public messages to one

2   another, did the discussion forums allow users to communicate

3   in any other fashion?

4   A.   Yes, it did.

5   Q.   How so?

6   A.   There were also on the option besides posting public

7   threads like this and having a discussion, that you could send

8   private messages between one user and another.

9   Q.   Let's take a look at an example of that.   Could you take a

10  look at Government Exhibit 118C, please.

11  A.   Okay.

12  Q.   Do you recognize this document?

13  A.   Yes.   It's a screen shot that I took from Silk Road forums

14  of an account that I operated that was from the private

15  messaging to private message overview.   It was taken on

16  August 20, 2013.

17              MR. TURNER:   The government moves Exhibit 118C into

18  evidence for the same purpose, your Honor.

19              MR. DRATEL:   With the same limiting instruction.

20              THE COURT:   Ladies and gentlemen, the Court is going

21  to receive Government Exhibit 118C.

22              Similar to the document that you just saw in 118B, the

23  words are not being offered for the truth of whether or not

24  these people, in fact, did whatever it is they're talking about

25  on 118C, just for the fact that somebody is posting those

1    words.

2              All right.  You may proceed, Mr. Turner.

3              MR. TURNER:  Can you post the exhibit, Mr. Evert.

4    Q.  Okay.  Can you zoom into the top left.

5              What does this reflect?

6    A.  This reflects being logged in, I was logged in under the

7    username cirrus, and it shows a different -- the different

8    features that are available to me.

9    Q.  And it says "my messages" here?

10   A.  Yes.

11             MR. TURNER:  Can you back out please, take a look at

12   the in box, top half.

13   Q.  Briefly, what does this reflect?

14   A.  We're currently looking at the in box for my private

15   messages and those are the individual -- each one of them is an

16   individual message, if you will.

17   Q.  And just to be clear, is this the same private message

18   system that we were looking at earlier or is it a different

19   private messaging system?

20   A.  This message system was built into the forums.  This is

21   separate from what was on the marketplace.

22   Q.  So can we agree to call the one from the marketplace the

23   marketplace private message system and this one the forum

24   private message system?

25   A.  That would be accurate.

F1EGULB3                         Der-Yeghiayan - direct

1    Q.   Okay.   And then down below, what's reflected in this half?

2    A.   This reflects that -- one of the messages being open, which

3    is the top message that was on the message list and it's the,

4    again, the most recent message followed by to the oldest

5    message.

6    Q.   So the chain starts at the bottom?

7    A.   It starts at the bottom and then the most recent messages

8    at the top.

9              MR. TURNER:   Again, just to walk the jury how to read

10   through it, can you zoom back in, Mr. Evert.

11   Q.   So the bottom message, who is it from?

12   A.   This message was sent from a username astor.

13   Q.   What was the subject?

14   A.   The subject?   There was no subject.

15   Q.   And it was sent to who?

16   A.   It was sent to my account, to cirrus.

17   Q.   The time and date of the message?   Where is that reflected?

18   A.   It's sent on August 3, 2013, at 8:35 a.m. UTC.

19   Q.   Can we go back to Government Exhibit 132, please.   Can we

20   zoom into the bottom-right corner.

21             So we look at the community forums and there's this

22   link, Wiki.   What did that link to?

23   A.   It led to a Wiki page that was available for Silk Road.

24   Q.   And what is a Wiki page?

25   A.   A Wiki page is -- it's similar to, like, Wikipedia.   It's

1   an online with add words.  It's like an encyclopedia type of

2   thing where the Silk Road built its own Wiki page, which is a

3   tutorial effort that you can ask questions, it had guides, it

4   had ethical information on it for users and for vendors.

5   Q.   Can you look at Government Exhibit 119, please.

6   A.   Okay.

7   Q.   Do you recognize this document?

8   A.   Yes, I co.

9   Q.   How do you recognize it?

10  A.   It is a screen shot that I took on August 4, 2012 of the

11  Silk Road Wiki page.

12  Q.   And what part of the Wiki page exactly?

13  A.   This one is on the buyer's guide.

14             (Continued on next page)

15

16

17

18

19

20

21

22

23

24

25

1   Q.  And what sort of guidance did the buyer's guide offer?

2   A.  The buyer's guide was something available to all users that

3   would provide information on various things, such as like how

4   to connect to the website as well as how to get bitcoins, and

5   sort of step-by-step tutorials on how to navigate the site such

6   as getting to the shopping cart, placing your order, payment.

7            MR. TURNER:  The government would move Government

8   Exhibit 119 into evidence, your Honor.

9            MR. DRATEL:  No objection.

10           THE COURT:  All right.  Government Exhibit 119 is

11  received.

12           (Government's Exhibit 119 received in evidence)

13  BY MR. TURNER:

14  Q.  I would like to read from some of this document.

15           So it starts:  "Buyer's guide.  The currency used to

16  buy stuff on Silk Road are bitcoin.  Bitcoin uses encryption

17  and a system of peer-to-peer double-checking to create a

18  completely digital currency.  No personal information is

19  associated with your bitcoins at all, making them ideal for

20  anonymous transactions.  Additionally, Silk Road employs a

21  built-in tumbler that mixes all incoming bitcoins through a

22  series of dummy transactions before they ever leave.  Click

23  here for instructions on how to get bitcoins, or visit

24  bitcoin.org to learn more."

25           Are you familiar with the term "tumbler" in the

F1edulb4                          Der-Yeghiayan – direct

1    context of bitcoins?

2    A.  Yes, I am.

3    Q.  How are you familiar with it?

4    A.  I tested it out, trying to trace transactions that I put

5    into Silk Road and out of Silk Road.

6    Q.  So what is a tumbler?  What is a bitcoin tumbler?

7    A.  A tumbler is, sort of as is described there, where it is a

8    way to try to mask your transactions on the block chain.

9    Instead of being just a one transfer from one account to

10   another, they try to put a lot of accounts in between that to

11   try to throw you off from being able to see one transaction to

12   another, basically.

13   Q.  Just to be clear, if I have a bitcoin address and I want to

14   transfer to your bitcoin address and don't do it through a

15   tumbler, how does it appear on the block chain?

16   A.  It would be just a direct transfer.  It would be from your

17   account to my account.

18   Q.  So it would just be like one green arrow like we saw

19   earlier on the block chain?

20   A.  Yes.

21   Q.  If we run it through a tumbler, how does it appear on the

22   block chain?

23   A.  Instead of going from your contract to mine, it would be

24   split up.  So the money would split up and go to multiple other

25   accounts and then split up again go to multiple other accounts.

F1edulb4                        Der-Yeghiayan - direct

1   This could basically balloon out to a lot of accounts before it

2   starts coming back in together again and eventually hits my

3   account.  So it had a lot of accounts in between it, basically.

4   Q.  What is the advantage of using a tumbler?

5   A.  It allows in this instance with law enforcement that I

6   would know that --

7               MR. DRATEL:  Objection.

8               MR. TURNER:  I can rephrase, your Honor.

9               THE COURT:  Rephrase.

10  Q.  Let's say that law enforcement -- as a law enforcement

11  officer, you know a bitcoin address that I happen to be

12  associated with and you know a bitcoin address of somebody else

13  who I am sending bitcoins to.  How does a tumbler affect your

14  ability to trace my transfer of money to the other bitcoin

15  address?

16  A.  As I demonstrated earlier, the block chain is public.

17  Everything is public.  All transactions are public.  You could

18  see that by going to a website like blockchain.info.  I could

19  go to a website like blockchain.info that I could view those

20  transactions between one account and another account, and if

21  there was a tumbler in between it, I wouldn't know who it's

22  going to.  I wouldn't be able to trace the money as easily.

23  Q.  OK.  Let's keep reading.

24             "Silk Road employs a escrow system for all

25  transactions.  This means that when you make a order, the

F1edulb4                    Der-Yeghiayan - direct

bitcoins are deducted from your wallet, moves into a temporary

escrow account, and after the vendor sends the order they

confirm it being sent.  When you receive the package, you

confirm it being received, and the vendor receives the coin.

          "If for whatever reason you do not receive the

package, you can send the order into resolution, where you and

the vendor can resolve the problem, or should that not work,

Silk Road will step in and resolve the issue.  Keep in mind,

this system is to prevent fraud on both the end of the seller

and the buyer."

          Can you scroll down, please.

          "Connecting to hidden services.

          "If you are reading this now, you have at least

figured out how to access a Tor hidden service, good job.  You

have either installed for and configured your browser to use

it, or you are using a proxy such as tor2web."

          Let me keep scrolling down, please.

          Let me read, "Receiving address."

          "From the moment you submit your order, to the moment

it is displayed to your vendor, the information is fully

encrypted and totally unreadable.  Then, as soon as your vendor

marks your package with the address and confirms shipment, the

address is deleted forever and is not retrievable.  For the

extra cautious, you can encrypt your information yourself with

your vendor's public key so that even we at Silk Road would be

F1edulb4                          Der-Yeghiayan – direct

```
 1    unable to view it even if we wanted to.  See below for more

 2    ways to be safe."

 3              Keep scrolling down, please.

 4              Stop.

 5              "Tumbler.  Just when you thought Silk Road couldn't be

 6    more secure, we went one step further.  The tumbler sends all

 7    payments through a complex, semi-random series of dummy

 8    transactions, each with a new, one-use receiving address,

 9    making it nearly impossible to link your payment with any coins

10    leaving the site.  The quantity, frequency, and number of

11    transactions are all varied chaotically in a way that mimics

12    the transactions of the bitcoin economy as a whole."

13              Is this what you were referring to earlier in terms of

14    the effect of the tumbler?

15    A.  Yes.

16              MR. TURNER:  OK.  Could you scroll down, please.

17    Q.  "Receiving packages.

18              "Use a different, unrelated address than the one where

19    your item will be kept, such as a friend's house or P.O. box.

20    Once the item arrives, transport it discreetly to its final

21    destination.  Avoid abandoned buildings or anyplace where it

22    would be suspicious to have mail delivered.

23              "Do not sign for your package.  If you are expecting a

24    package from us, do not answer the door for the postman, let

25    him leave it there and then transport it as described above.
```

1  Do not use your real name.  This tactic doesn't work in some

2  places because deliveries won't be made to names not registered

3  with the address.  If you think this is a problem, send

4  yourself a test letter with a fake name and see if it arrives.

5          If you follow these guidelines, your chances of being

6  detected are minimal.  In the event that you are detected, deny

7  requesting the package.  Anyone can send anyone else anything

8  in the mail."

9          Besides the buyer's guide, did Silk Road also have a

10 guide for sellers?

11 A.  Yes, it did.

12 Q.  Could you look at Government Exhibit 120, please?

13 A.  OK.

14 Q.  Do you recognize this document, this set of documents?

15 A.  Yes, I do.

16 Q.  What are they?

17 A.  A series of screenshots that I took of the seller's guide

18 from a vendor account that I took over.

19 Q.  And the date you took those screenshots is what?

20 A.  It was September 18, 2012.

21         MR. TURNER:  The government submits or offers

22 Government Exhibit 120 into evidence.

23         MR. DRATEL:  No objection.

24         THE COURT:  Received.

25         (Government's Exhibit 120 received in evidence)

1              MR. TURNER:  Could you zoom in a little bit, please.

2    Q.  "Seller's guide.

3              "Client anonymity.

4              "You and you alone will have your client's shipping

5    address.  This information must be destroyed as soon as it is

6    used to label their package.  When you click 'confirm

7    shipment,' the address will be deleted forever and

8    irretrievable.  Never ask your clients for personal

9    information.  Under no circumstances should you save a copy of

10   your client's address.  Publish a public encryption key in your

11   user description on your settings page so that customers can

12   send you their info encrypted if they wish."

13             Briefly, what does "encrypted" mean?

14   A.  Encrypted means just protected, basically.

15   Q.  In what way?

16   A.  From being read by anyone except for the user that it is

17   intended to read it.

18   Q.  Then underneath that, it says:  "Listing.

19             "Choose the category that most specifically matches

20   your listing, as this makes it much easier for your customers

21   to find your listing.  Your listing will appear in this, and

22   all parent categories above it, though these pages are cached

23   so it can take up to an hour for your listings to appear.

24             "If you think your item could belong in more than one

25   category, choose the one that suits it best and let us know

1    about the ambiguity.  We may be able to reorganize the

2    categories in a more clear

3           "way.  If your listing doesn't fit in any of the

4    categories, it may be on our restricted items list.  See below

5    for details."

6           Then it says:  "Notice:  Do not create listings that

7    instruct customers to pay outside of escrow, or are used for

8    any" other "purpose" -- excuse me, "or are used for any purpose

9    other than to list an item to be sold for the listed price

10   using the site checkout system.  If you instruct your buyers to

11   pay you in any other way, or to contact you off-site, your

12   seller privileges will be revoked.  You may provide backup

13   contact methods in the case of site failure."

14          Are you familiar with the phrase "selling out of

15   escrow"?

16   A.  Yes, I am.

17   Q.  As used in Silk Road?

18   A.  Yes, I am.

19   Q.  And what does selling out of escrow mean?

20   A.  Selling out of escrow would basically be instead of using

21   Silk Road as your platform to buy from one vendor, that you

22   would do the order basically off line, that you wouldn't go

23   through Silk Road.

24   Q.  So what does that mean if I'm a seller and I sell you

25   drugs, let's say, out of escrow on Silk Road, how would that

1    work?

2    A.   So, for instance, if a user sees an item advertised that

3    they want to buy off Silk Road, they would hypothetically

4    contact that vendor, send him a message and say --

5    Q.   How could they send him a message?

6    A.   Through private messaging that is built into the

7    marketplace or the forum, and contact him and say I'll buy this

8    item from you.  Will you give me a lower rate if I just send

9    you the money directly without doing it through Silk Road, and

10   the vendor could comply with that --

11   Q.   What would be in it for them if they did that?

12   A.   The buyer can obviously pay less than what the price is

13   because they are not paying the commissions from Silk Road.

14   The vendor then can also then benefit by getting more customers

15   and be able to undercut prices from other vendors because they

16   don't have to pay -- their product doesn't have the commissions

17   on top of it.

18   Q.   And this rule against selling out of escrow, is this the

19   only time you saw that rule, or was that a regular feature of

20   the site?

21   A.   That was talked about quite a bit on the forums, and it was

22   something that came up quite a bit as discussion.

23            THE COURT:  All right.  Is this a good time to break?

24            MR. TURNER:  Yes, your Honor.

25            THE COURT:  Ladies and gentlemen, we are going to take

F1edulb4                          Der-Yeghiayan - direct

1    our lunch break now.  We are going to resume promptly at

2    2 o'clock.  So I'd ask you to get back into the jury room at

3    maybe ten minutes before 2 so that you can get everything

4    organized to be able to come out right at 2 o'clock.

5              I want to remind you not to talk to anybody about this

6    case and not to review any media.  You know, if you go onto

7    your phone and you are looking at news reports and you see

8    anything that may relate to this case, you are instructed that

9    you are not to read it.  You are not to review any content

10   relating to this case at all, whether it be in newspapers or

11   blogs or anything at all on the Internet or on any TV or radio

12   station.  OK?  It is very, very important that you -- if you

13   hear something, see something, you turn the channel, you turn

14   off the radio, you advert your eyes.  All right?  And not to

15   speak with anybody about this case at all.

16             Thank you.  We'll see you after lunch.

17             THE CLERK:  All rise as the jury leaves.

18             (Continued on next page)

19

20

21

22

23

24

25

1          (Jury not present)

2          THE COURT:  You can step down also and take a lunch

3     break and we will pick up again at 2 o'clock.

4          THE WITNESS:  Thank you, your Honor.

5          THE COURT:  Thank you.

6          Ladies and gentlemen, let's all be seated.

7          THE COURT:  I am just waiting for the witness to

8     leave.

9          (Witness not present)

10         MR. TURNER:  I did want to now -- having had

11    additional testimony from the witness relating to screenshots

12    regarding computer hacking and fraudulent identification

13    documents along with the narcotics, I did want to further

14    indicate that the Court has made the findings that would be

15    supportive of the co-conspirator exception with respect to the

16    screenshots that had text that indicated either the word

17    "forgery" or something else.

18         In each case, as the government had proffered before

19    trial and as reflected in the Court's decision on the motions

20    in limine, the government's theory is that the defendant is in

21    one or more conspiracies.  As the law is clear, the conspiracy

22    charged does not have to be the conspiracy to which something

23    relates for purposes of the co-conspirator exception.  I do

24    find that there has been a sufficient showing of evidence

25    supportive of a conspiracy in each of the instances where we

1    have been reviewing the screenshots to support the finding of

2    the conspiracy and then the material being in furtherance of.

3    The reason that I say that is because it doesn't make any sense

4    to have a listing on a website for purposes of buying and

5    selling the item in question unless in fact the item is in fact

6    what it purports to be.  And so, therefore, it would be in

7    furtherance of a conspiracy to engage in the activity

8    indicated, either a narcotics conspiracy or computer hacking

9    conspiracy or the fraudulent ID conspiracy.

10         This is by no means any kind of ultimate finding on

11   any of these conspiracies.  This is a different type of

12   evidentiary finding simply for purposes of the hearsay

13   objection, and I am required to make such findings in order to

14   determine that the hearsay objection has been appropriately

15   dealt with, and that's the reason for the Court taking the time

16   to do that now.

17         As I had indicated earlier at the sidebar, Mr. Dratel,

18   there were a number of times when you had objected to documents

19   where there were not objections that were indicated in the

20   Pretrial Order.

21         THE DEFENDANT:  Your Honor --

22         THE COURT:  I want us to understand what the

23   objections were.

24         MR. DRATEL:  Sure.  My client wishes to clarify

25   something.

1          THE COURT:  Yes.

2          THE DEFENDANT:  To your previous point, I just wanted

3   to clarify something.

4          THE COURT:  Yes.

5          (Pause)

6          THE DEFENDANT:  Thank you, your Honor.

7          THE COURT:  All right.  Thank you.  Mr. Dratel, on

8   Exhibits 116A and 116B --

9          MR. DRATEL:  Let me just go back and look at my notes.

10         THE COURT:  These are the screenshots of the --

11         MR. DRATEL:  What you were just talking about, right.

12  Hearsay, not part of -- not a conspiracy, not necessarily true.

13  I mean, it is coming in for the truth when we have no idea

14  whether these people are actually offering these items for

15  sale, scamming the customers.  There is no basis to believe

16  that just based on a screenshot.

17         THE COURT:  I understand that position.  I just note

18  that you had not reflected that objection in the Pretrial

19  Order, and it is of the type of objection that would have been

20  the kind of thing you could have anticipated.  Nevertheless, I

21  am not going to find that you have waived that objection.  I

22  think it is of the type that you had elsewhere asserted.  But

23  if there are other places where, upon reflection, you think

24  that we should include an objection, I am happy to think about

25  that but I would like to have some advance notice --

1          MR. DRATEL:  Sure.

2          THE COURT:  -- if you've got an objection.  That is

3     the purpose of the Pretrial Order.

4          The Court does understand that those are the

5     objections up to this point.  They are in the nature of the

6     prior objections, similar to those which the Court has already

7     dealt with, and then they were similarly overruled for the same

8     reasons as set forth in the Court's in limine ruling and also

9     elsewhere on the record today.

10         All right.  So that is also for 117A and 118 -- 117A,

11    117B.

12         MR. DRATEL:  Right.

13         THE COURT:  The same thing?

14         MR. DRATEL:  Just let me look at it.

15         THE COURT:  I believe 117B is not in for the truth.

16         MR. DRATEL:  Right.  That's really for the truth,

17    again, the question of hearsay.  Also, the question of whether

18    all the people who are posting messages there are not

19    conspirators so it can't come in for the truth.  I mean, there

20    is no proof that they ever bought or sold --

21         THE COURT:  Right.  That is done with the purpose of

22    my limiting instruction, and I will go back -- if you believe

23    that there are some as to which there should be a limiting

24    instruction in addition to that which I have already given,

25    provided to the jury, I am happy to entertain that request.

F1edulb4                          Der-Yeghiayan - direct

1          MR. DRATEL:  OK.

2          THE COURT:  You Will let me know.

3          MR. DRATEL:  Yes, your Honor.  Thank you.

4          THE COURT:  I wanted to clarify that for Government

5     Exhibit 801A, you did not object to it being received.  There

6     were objections noted in the Pretrial Order that I believe were

7     simply to the underlying documents which we've elsewhere dealt

8     with; is that right?

9          MR. DRATEL:  That is correct, your Honor.  Once -- I

10    think the condition of our stipulation is if the Court admitted

11    it, we were not going to object, but obviously we object to the

12    underlying connection for the same reasons that we did,

13    obviously, in the pretrial proceedings.  We objected on the

14    basis of its connection to the charged conspiracies and things

15    like that.

16         THE COURT:  All right.  Is there anything else that

17    that you folks would like to deal with right now?

18         MR. TURNER:  No, your Honor.

19         MR. DRATEL:  No, your Honor.

20         THE COURT:  So if there is any other limiting

21    instruction, Mr. Dratel, that you think the Court should

22    provide, let me know and I will consider it; otherwise, I think

23    I have done what I intended to do.

24         MR. DRATEL:  It is probably more in the nature of

25    going back and looking at the exhibits to determine whether we

F1edulb4                          Der-Yeghiayan - direct

1     will ask the Court to add certain exhibits to the instruction,

2     to include them within the instruction that the Court gave.

3              THE COURT:  Just let me know if you want to make an

4     application in that regard.

5              MR. DRATEL:  Thank you, your Honor.

6              THE COURT:  We are adjourned until 2 o'clock.

7              I have a matter in here at 1:30.  I will try to do it

8     in the robing room, if I can.  But otherwise, just for purposes

9     of giving me the opportunity to do it out here, why don't we

10    just leave two spots on the far right, which seem to have less

11    on it than the other tables.  You can leave the Elmo where it

12    is.

13             MR. DRATEL:  Do you want us to clear?

14             THE COURT:  Not everything.  Only the two spots to my

15    right.

16             THE CLERK:  All rise.

17             (Luncheon recess)

18

19

20

21

22

23

24

25

F1edulb4b                        Der-Yeghiayan - direct

1                    **A F T E R N O O N   S E S S I O N**

2                                2:03 p.m.

3              (Jury not present)

4              THE COURT:  I understand the jury is ready so let's

5      get them out.

6              THE CLERK:  All rise as the jury enters.

7              (Jury present)

8              THE COURT:  All right.  Ladies and gentlemen, let's

9      all be seated.

10             And for your planning purposes, typically, although

11     things come up and change the schedule a little bit, typically

12     we take our mid-afternoon break around 3:20 to 3:30, and then

13     when we come back we go 'til just before 5.  Just so that you

14     have that in your mind.

15             Again, if anybody needs a break on any other schedule,

16     just make eye contact with Joe or with me.  All right?  Thank

17     you.

18             Mr. Turner, you may proceed, sir.

19             MR. TURNER:  Thank you.

20     JARED Der-Yeghiayan,

21        Resumed, and testified further as follows:

22     DIRECT EXAMINATION (Resumed)

23     BY MR. TURNER:

24     Q.  Agent Der-Yeghiayan, when we left off we were talking about

25     selling out of escrow.  Do you remember that?

1   A.  Yes, I do.

2          MR. TURNER:  Mr. Evert, could you put 113A back on the

3   screen.

4   Q.  So, briefly, just to clarify, when you are talking about

5   selling out of escrow, could you explain how it differs from

6   the model shown on this chart?

7   A.  Sure.  It would essentially be skipping this entire

8   section, and the money just goes straight to the vendor but

9   outside of Silk Road.

10  Q.  Was there an abbreviation ever used commonly on Silk Road

11  to refer to out of escrow sales?

12  A.  It's "OOE."

13         MR. TURNER:  Could we go back to Exhibit 120, please,

14  page 4, and could you zoom in at "Images."

15  Q.  It says:  "Images.

16         "Some cameras" -- just to clarify, can you remind the

17  jury what exhibit we are reading here, what the nature of this

18  exhibit is?

19  A.  It is from the seller's guide from Silk Road.

20  Q.  So it says:  "Some cameras record information about you in

21  an image's metadata such as GPS location.  If you link to an

22  image in your listing, be sure to remove all metadata from the

23  file that could reveal details about your identity."

24         Could you explain what's being referred to here?

25  A.  So what they're saying is basically there is data that's

1    contained sometimes within an image, things such as the date it

2    was taken, the time it was taken, as well as sometimes there

3    could be GPS.  So it is like satellite coordinates could even

4    be included in an image if you use like a mobile phone.  So it

5    is called tagging your image.  And basically they could locate

6    you.  So those coordinates would be where you took that image

7    from.

8    Q.   What sort of images would be posted on a Silk Road vendor

9    page?

10   A.   A vendor could have an image that is for them as well as

11   for the listings they are posting up so there would be

12   potentially information in those images that basically law

13   enforcement or someone else could find out who they are or

14   where they are at.

15            MR. TURNER:  Could you go on to page 5, please.

16   "Packaging," the entire section.

17   Q.   It says:  "Packaging.

18            "Every precaution must be taken to maintain the

19   secrecy of the contents of your client's package.  Creatively

20   disguise it such that a postal inspector might ignore it if it

21   was searched or accidentally came open.

22            "Ship USPS if within the United States.  They must

23   obtain a search warrant to open any packages.

24            "If the contents of the package have an odor or can be

25   detected by canine or electronic sniffers, you must vacuum seal

1    the package.  Do not use odor masking agents such as coffee"

2    beans -- excuse me, "such as coffee because dogs are trained to

3    sniff for these, too.  Check that the vacuum seal bag is

4    holding tight around its contents otherwise there is probably a

5    leak.

6          "Make sure the exterior of the package raises no

7    suspicion.  Look as professional as possible.  The idea here is

8    blend in as much as possible with the rest of the mail stream,

9    which is mostly "business reply mail."  Please print your

10   labels, as handwritten labels can be a give away.

11         "Protect the contents of your package.  If your item

12   is brittle (such as pills), it needs to be sent in padded

13   packaging (such as a bubble mailer).  Do not send pills or any

14   bulky items in envelopes.  Envelopes get flattened in automated

15   sorting machines and their contents get crushed.

16         "Do not reveal the details of the packaging you use.

17   You can be tracked this way."

18         How do these packaging practices compare to those you

19   saw in the shipments that you seized at O'Hare?

20   A.  It was -- they appeared to take this advice because a lot

21   of the packages did have --

22              MR. DRATEL:  Objection.

23              THE COURT:  Hold on one second.

24              Sustained.

25   BY MR. TURNER:

F1edulb4b                         Der-Yeghiayan - direct

1    Q.  Just in terms of the appearance, rather than anybody's

2    intent, could you explain how the shipping practices you saw

3    resembled the practices described here?

4    A.  They did have -- they did take steps to try to mask the

5    odor.  They did take steps to try to put foil around it under

6    the belief that that would potentially block x-ray.  So there

7    is -- and as well as doubling up packaging as well.

8    Q.  In terms of the professional appearance of the envelopes

9    that you seized?

10   A.  The packages did appear to be commercialized and

11   businesslike in that they used printed labels and they used

12   business logos most of the time, too.

13   Q.  So how could you become a seller on Silk Road, if you know?

14   A.  There is -- off the profile that you would have after you

15   create an account, a user name, there would be a link on the

16   account page to say "Become a seller," and you would simply

17   click on that.

18   Q.  Would you look at Government Exhibit 121A, please.

19   A.  OK.

20   Q.  Do you recognize this document?

21   A.  Yes, I do.

22   Q.  How do you recognize it?

23   A.  This is a screenshot that I took from an account I took

24   over on May 1, 2013.

25              MR. TURNER:  The government offers Exhibit 121A into

 1 | evidence, your Honor.

 2 |            MR. DRATEL:  No objection, your Honor.

 3 |            THE COURT:  Received.

 4 |            (Government's Exhibit 121A received in evidence)

 5 | BY MR. TURNER:

 6 | Q.  Could you zoom in on the account links on the side.

 7 |            Do you see the link you were just describing?

 8 | A.  Yes, I do.

 9 | Q.  So where is it?

10 | A.  It's at the bottom.  It says, "Become a seller."

11 | Q.  If you clicked on that link, what would show up?

12 | A.  It would come up to a seller's contract on another page.

13 | Q.  Could you take a look at Government Exhibit 121B.  Do you

14 | recognize this document?

15 | A.  Yes, I do.

16 | Q.  How do you recognize it?

17 | A.  It was a screenshot that I took from my account, and it is

18 | from October 23, 2012.

19 | Q.  And what is it a screenshot of?

20 | A.  It is of the seller's contract.

21 |            MR. TURNER:  The government offers Government Exhibit

22 | 121B into evidence.

23 |            MR. DRATEL:  No objection.

24 |            THE COURT:  Received.

25 |            (Government's Exhibit 121B received in evidence)

1        MR. TURNER:  Could you zoom in under "Shop by

2   category" down to "I agree," please.  There you go.

3   Q.  OK.  It says:  "Get your products to your customers

4   quickly, easily, and anonymously, as a Silk Road independent

5   seller.  Please read the following contract and the seller's

6   guide carefully.  By clicking 'I agree' at the bottom, you

7   agree to abide by the guidelines and terms below when selling

8   on Silk Road.

9        "Seller contract.

10        "Client anonymity.

11        "You and you alone will have your client's shipping

12   address.  This information must be destroyed as soon as it is

13   used to label their package.

14        "Packaging.

15        "Every precaution must be taken to maintain the

16   secrecy of the contents of your client's package.  It is your

17   responsibility to stay up to date on the latest stealth

18   shipping methods.  Describe your items accurately and

19   truthfully.  Treat your customers with respect.  Go above and

20   beyond with them.  Read the seller's guide.  Don't skip this

21   step, as it includes further information you will be held

22   accountable for as a vendor.  If you have used this account as

23   a buyer, stop now.  You want to use a fresh, clean account.

24   Remember, violating the rules here will result in your vendor

25   account being banned.  I agree."

1          Did you ever test out what would happen if you click

2     on "I agree"?

3     A.  Yes, I did.

4     Q.  And what would happen?

5     A.  It would take you to another page that then would instruct

6     you to pay a fee to become a vendor.

7     Q.  Could we go back to Government Exhibit 132, please.

8          Down at the bottom again there are links.  We looked

9     at "Community Forums" and the "Wiki."  What was the "Support"

10    link for?  What did that lead to?

11    A.  That would lead to a customer support page for Silk Road.

12    Q.  And what could be found there?

13    A.  There would be a frequently asked -- it would be steps

14    basically trying to provide the user information about if they

15    had a question, it would link you to a frequently asked page, a

16    questions page, as well as give you a link to have direct

17    contact with a customer support representative.

18    Q.  What was that called when you would submit something to

19    customer support?

20    A.  It is called submitting a ticket.

21    Q.  And what sort of issues would be submitted to the customer

22    support on Silk Road?

23    A.  Anything from like an order that didn't go right or

24    something, a problem with a vendor.

25    Q.  Now, did anyone on Silk Road purport to be in charge of the

1    site?

2    A.  Yes.

3    Q.  And how is that user known?

4    A.  As "Silk Road" or as "Dread Pirate Roberts."

5    Q.  Was he known by any shorter nickname as well?

6    A.  As "DPR."

7    Q.  Was the Dread Pirate Roberts a target of your investigation

8    of Silk Road?

9    A.  Yes, he was.

10   Q.  Could you go back to Exhibit 132, please.  Up at the top of

11   the screen there is "A few words from Dread Pirate Roberts."

12   What would happen if you clicked on that?

13   A.  If you clicked on that, it would take you to another page

14   where you would have a message for the users on there.

15   Q.  What type of message?

16   A.  Like a greeting message.

17   Q.  How else did Dread Pirate Roberts, or DPR, communicate with

18   the site's users?

19   A.  Through the forums.

20   Q.  Could you take a look at Government Exhibit 123, please.

21       Do you recognize this document?

22   A.  Yes, I do.

23   Q.  How do you recognize it?

24   A.  It's a screenshot that I took of Dread Pirate Roberts'

25   profile in the forums on April 2, 2012.

1          MR. TURNER:  The government offers Government Exhibit

2     123 into evidence.

3          MR. DRATEL:  No objection, your Honor.

4          THE COURT:  Received.

5          (Government's Exhibit 123 received in evidence)

6     BY MR. TURNER:

7     Q.  I just want to make sure, is this the exhibit that you are

8     looking at?

9     A.  Yes.

10         (Pause)

11         No.  123 -- oh, I'm sorry.  I was looking at 123A.

12    Q.  OK.

13    A.  But this is also a screenshot that I took on 123.

14    Q.  So you are looking at what we see on the screen here?

15    A.  This is Dread Pirate Roberts' profile page on Silk Road.

16    Q.  When did you take this screenshot?  Is it indicated

17    anywhere on the screen here?

18    A.  I took it at 2:30 -- around 2:34 a.m. UTC on May 9, 2013.

19    Q.  Let's just be clear, 2:34 a.m. or 5:17 a.m.?

20    A.  I'm sorry.  That's 5:17 a.m.

21    Q.  So this is the forum profile of the Dread Pirate Roberts.

22    Could you explain what that means?  What was the forum profile?

23    A.  So each user would have a profile page on the forums that

24    would be associated to their account.

25    Q.  And what was it for?

F1edulb4b                    Der-Yeghiayan - direct

1    A.  It was to -- it was basically to communicate with another

2    user.  If you wanted to, you could also check some statistics

3    about the user or information or share information about a

4    particular user from that page.

5    Q.  OK.  And it says -- first of all, it says, "Date registered

6    here."  Actually, let's start over on the left.

7             "Dread Pirate Roberts," is that his user name?

8    A.  Yes.

9    Q.  Then under that it says "Administrator."  What did that

10   refer to?

11   A.  It referred to as that user's title on the forum.

12   Q.  Is that something -- well, strike that.

13            Underneath there is a little image of it looks like a

14   pirate.  Was that something that -- how was that determined,

15   the image associated with your profile?

16   A.  That was referred to as the avatar, and it's basically a

17   feature within the forum when you create a user account, that

18   you could upload an image that you could use to use on your

19   profile.

20   Q.  All right.  Now look at the "Date registered" in the middle

21   there.  What does that refer to?

22   A.  "Date registered" would be the time that that account was

23   registered, date and time in UCC.

24   Q.  Registered on the forum?

25            THE COURT:  What does "UTC" mean?

1          THE WITNESS:  Universal Time, which is Greenwich Mean

2    Time.

3          THE COURT:  All right.

4    Q.  How does that compare to the Eastern time zone?

5    A.  It is four or five hours off, depending on the time of the

6    year.

7    Q.  Depending on the time of the year?

8    A.  Yeah, Daylight Savings Time.

9    Q.  OK.  Where is it?  Where is UTC or Greenwich Mean Time?

10   A.  Closest to England, pretty much.

11   Q.  So this is the date the account was registered on the

12   forum?

13   A.  Yes.

14   Q.  And then it says "Local time."  What does that refer to?

15   A.  That refers to the local time on the server.

16   Q.  Was this the time that you were on the page?

17   A.  Yes.

18   Q.  And then "Last active," what does that mean?

19   A.  That would be the last time the account was active on the

20   forum.

21   Q.  What does it mean for the account to be active on the

22   forum?

23   A.  The last time they actually took some time of step like

24   click on something or was online or doing something on the

25   forum.

1              MR. TURNER:  Then can you zoom in on the signature on

2     the bottom.

3     Q.  What was the signature for?

4     A.  That was a feature that any user can add a signature at the

5     bottom of their profile.  They could be anything that they

6     want.

7     Q.  Like what sorts of things?

8     A.  It could be quotes.  It could be that people would put

9     sometimes their listings or links to their vendor profiles,

10    things of that nature.

11    Q.  And was this something that the user that is associated

12    with the profile would choose him or herself?

13    A.  Yes.

14    Q.  And this signature here, you took this shot when, again?

15    A.  This was May 9, 2013.

16    Q.  Was this typical when you would view DPR's forum profile,

17    was this typically the signature you would see below?

18    A.  You would have this or other things usually related to that

19    particular website.

20    Q.  Which particular website?

21    A.  It's the mises.org website.

22    Q.  Can we take a look at Government Exhibit 123A, the one you

23    were looking at before.  Do you see it in front of you?

24    A.  Which one?

25    Q.  123A.

1   A.  123A, yes.

2   Q.  OK.  Do you recognize that?

3   A.  I do.  It is a screenshot again from Dread Pirate Roberts'

4   administrator account from April 2, 2012.

5   Q.  So the one we just looked at was from July 2013.

6   A.  May.

7   Q.  Did I mess that up?

8   A.  The last one was from May 2013.

9   Q.  And this was from April the year earlier?

10  A.  Yes.

11          MR. TURNER:  The government offers Exhibit 123A into

12  evidence.

13          MR. DRATEL:  No objection.

14          THE COURT:  Received.

15          (Government's Exhibit 123A received in evidence)

16          MR. TURNER:  Could you go back down to the signature.

17  Q.  OK.  So there it links to mises.org there?

18  A.  Yes.

19          MR. TURNER:  Now, could you zoom out, Mr. Evert.

20  Q.  Was there a way of pulling up all of the posts of the Dread

21  Pirate Roberts on the forum at one time?

22  A.  Yes.

23  Q.  How did you do that?

24  A.  It's whatever is available to your account, you could click

25  on the left-hand side, underneath the avatar there is a feature

1    called "Show posts."

2    Q.  Right there.  And did you ever review all of Dread Pirate

3    Roberts' poses?

4    A.  Yes, I did.

5    Q.  How often?

6    A.  Pretty regularly over the course of the investigation.

7    Q.  From reviewing Dread Pirate Roberts' posts on the forum,

8    what did you understand his role on the site to be?

9    A.  That he was in charge of the site, that he was operating

10   the site.

11   Q.  Could you take a look at Government Exhibit 125A, please.

12           Do you recognize this screenshot, or this document?

13   A.  Yes, I do.

14   Q.  How do you recognize it?

15   A.  It's a screenshot that I took, or, actually, that -- yeah,

16   that I took that was in the forum of Dread Pirate Roberts --

17   one of Dread Pirate Roberts' posts, October 6, 2013.

18           MR. TURNER:  The government offers Government Exhibit

19   125A into evidence.

20           MR. DRATEL:  125A is -- no objection.

21           THE COURT:  All right.  Received.

22           (Government's Exhibit 125A received in evidence)

23   Q.  OK.  So it says at the top, is this the topic -- you tell

24   me, where is the topic or the subject of the post?

25   A.  It is up at the top.  It says, "Business as usual."

F1edulb4b                          Der-Yeghiayan – direct

1   Q.  And the date is June 18, 2011?

2   A.  Yes.

3   Q.  And it says:  "Hey, gang, really sorry for the dead time

4   there.  Hopefully most of you got the message on the bitcoin

5   forum or at silkroadmarket.org.  The only major change is this

6   forum.  We have it running on a separate server with its own

7   URL so that if the main site ever goes down again, first check

8   here for updates.  Unfortunately, this means we have separate

9   logins for the main site and the forum.

10          "As we mentioned before, everything was backed up and

11   totally restored, but if for some reason a deposit didn't make

12   it into your account or something like that, just let us know

13   and we'll track it down and credit you.  Also, we're giving

14   everyone a 4 day grace period on taking orders to the

15   resolution center before they are auto-resolved, so sellers,

16   you may see some orders past due for a few days.

17          "Thanks everyone for hanging in there with us.  This

18   work is scary and exciting all at the same time, and I'm really

19   very happy to be on this journey with all of you.

20          "Cheers, Silk Road staff."

21          So could you explain when this post was announced?

22   A.  This is the first post that Dread Pirate Roberts, or the

23   Silk Road at the time, made on the forums.

24          (Continued on next page)

25

F1EBULB5                         Der-Yeghiayan - direct

1    Q.  And what was it announcing?

2    A.  It was announcing that he created another -- created the

3    forum basically to help get messages out if there was downtime

4    on the market.

5    Q.  So we saw before that the Dread Pirate Roberts account was

6    registered when approximately?

7    A.  It was around June 2011.

8    Q.  And this is the very first post by that account?

9    A.  Yes.

10   Q.  And it's signed Silk Road staff, is that right?

11   A.  Yes.

12   Q.  So at that point, was the name Dread Pirate Roberts

13   associated in any way with this administrator account?

14   A.  It was.  Oh, at this time?

15   Q.  In July 2011?

16   A.  No, it was not.

17   Q.  When did that change?

18   A.  That changed approximately January or so of 2012, I

19   believe.

20   Q.  Can you take a look at Government Exhibit 125B.  Do you

21   recognize the pages of this exhibit?

22   A.  Yes, I do.

23   Q.  How do you recognize it?

24   A.  Screen shots that I took of more posts made by Silk

25   Road/Dread Pirate Roberts on October 6, 2013.

1           MR. TURNER:  The government offers Government

2   Exhibit 125B into evidence.

3           MR. DRATEL:  The previous objection, your Honor.

4           THE COURT:  Hold on one second.

5           GX 125B is received.

6           (Government's Exhibit 125B received in evidence)

7           MR. TURNER:  Can you put it on the screen, please.

8   Q.  Okay.  So the subject is let's play the name game.  The

9   date is January 31, 2012.  And it says, who is Silk Road?  Some

10  call me SR, SR admin or just Silk Road.  But isn't that

11  confusing?  I am Silk Road, the market, the person, enterprise,

12  everything.  But Silk Road has matured and I need an identity

13  separate from the site and the enterprise of which I am now

14  only a part.  I need a name.  Actually, I already have a name

15  picked out.  It is a great name.  You are going to love it.  It

16  is perfect on so many levels.  But, I'm not going to reveal it

17  until this weekend, when our customer appreciation sale is in

18  full swing.

19          And let's go to the next page, please.

20          It this is approximately six days later, and it says

21  drum roll please, and my new name is Dread Pirate Roberts.

22          So after this, how did the username associated with

23  this forum account appear?

24  A.  After this date, it was Dread Pirate Roberts on the forums.

25  Q.  And it says at the top here "Begin PGP signed message."

1   And then at the end "Begin PGP signature, end PGP signature."

2            Are you familiar with PGP?

3   A.  Yes, I am.

4   Q.  Have you used PGP before?

5   A.  Yes, I have.

6   Q.  Can you explain at a general level what a PGP signature is

7   and what it's used for?

8   A.  PGP stands for pretty good privacy, and it's basically a

9   system that -- it's like stamping -- an electronic way of

10  putting a signature or an electronic way to verify who you are

11  that it's like putting a seal on something or stamping

12  something as yours.

13  Q.  So what does it mean, "verify who you are"?  Are you

14  talking about a new identity or something else?

15  A.  No.  Meaning, like, verify that the user that you

16  originally know that person as as being that same user online,

17  I guess.

18  Q.  So, what would you need -- if you see this, how do you

19  verify that the user who sent this is the Dread Pirate Roberts?

20  A.  With this, what you'd have to do is you would have to have

21  what's called a public key.  So with this PGP software, when

22  you use it, you give out other people your public key and

23  people can put that into their PGP program.

24            And something like this, if you wanted to verify if

25  this message was signed by that person that you know who gave

1    you that public key, it will verify it and tell you it's a good

2    signature.

3    Q.  Can you take a look at Government Exhibit 133.

4    A.  Okay.

5    Q.  Do you recognize this document?

6    A.  Yes, I do.

7    Q.  How do you recognize it?

8    A.  It's a screen shot that I took from the Silk Road

9    marketplace of Dread Pirate Roberts' profile.

10   Q.  And what date did you take that?

11   A.  August 19, 2013.

12   Q.  And what does it contain?  What information does it contain

13   on the page?

14   A.  On his profile page, it contains Dread Pirate Roberts', his

15   public key.

16           MR. TURNER:  Government offers Government Exhibit 133

17   into evidence.

18           MR. DRATEL:  Objection based on the same ground, based

19   on the same.

20           THE COURT:  All right.  Government exhibit 133 is

21   received.  GX 133 is received.

22           (Government's Exhibit 133 received in evidence)

23           MR. TURNER:  Can you zoom in on the text and above

24   starting with "The following PGP key."

25   Q.  So it says the following PGP key can be used to verify

1    messages signed by the Silk Road administrator Dread Pirate

2    Roberts.

3              Now, again, you took this screen shot when?

4    A.  I took it August 19, 2013.

5    Q.  So if you wanted to verify that a message sent by -- that a

6    message posted by the Dread Pirate Roberts on some later date

7    was posted by the same user who put this -- who controlled this

8    public key as of August 19, 2013, how would you do it?

9    A.  Using this information here --

10             MR. DRATEL:  Objection.  Object to the form of the

11   question.

12             THE COURT:  Why don't you restate the question.

13             MR. TURNER:  Sure.

14   Q.  Just explain.  What is the point of this information?  You

15   see it August 19, 2013.  What does it allow you to do?

16   A.  Using the public key, what I would do is basically copy

17   that entire block from the beginning PGP public key to the end,

18   PGP public key, and you would import it or bring it into your

19   program, and then you could use that then to verify messages

20   that are signed by that user.

21   Q.  And when you say verify the messages, as a practical

22   matter, what does that mean?  What does it assure you of?

23   A.  It assures you that the person that has that public key

24   wrote that message that they signed.

25             MR. DRATEL:  Objection.  Foundation.

1        THE COURT:  Sustained.  You'll need to come at it

2   differently for that.

3        The jury will disregard the last answer.

4        MR. TURNER:  I'll come back to it later.

5   Q.  Take a look at Government Exhibit 125C, please.  Do you

6   recognize this document?

7   A.  I'm still navigating.

8   Q.  Sure.

9   A.  Yes, I do.

10  Q.  How do you recognize it?

11  A.  It's a screen shot that I took of other posts made by Dread

12  Pirate Roberts on the forum on October 6, 2013.

13  Q.  And what is the post about?

14  A.  On which post?  There's multiple posts.

15  Q.  What do they generally concern, the posts?

16  A.  There's multiple posts on the screen shot that demonstrate

17  when the site -- the Silk Road site was down for maintenance.

18       MR. TURNER:  The government offers Exhibit 125C into

19  evidence.

20       MR. DRATEL:  Objection for the reasons previously

21  stated.

22       THE COURT:  Government Exhibit 125C is received.

23       (Government's Exhibit 125C received in evidence)

24  Q.  Were there times when Silk Road would go down for

25  maintenance?

A.  Yes, there was.

Q.  And when it did, how would users be notified about it?

A.  Generally through the forum such as a post that would be
made by Dread Pirate Roberts.

Q.  So, if we could -- where does this begin, which is the
oldest post in the list?

A.  The oldest post would be at the bottom.

        MR. TURNER:  Mr. Evert, can you scroll to the text
there.

Q.  The top says main site down for maintenance, date July 22,
2011.  It says we are down to fix a problem that has been
causing intermittence over the past couple of days.  So sorry
for the trouble, we'll keep you posted if anything develops and
hopefully we'll be back online asap.

        Would you please scroll up.

        The next couple of days later:

        We're live again, hopefully with no more problems,
though if your fix didn't work, we may have to go down again
sometime in the next few hours.

        Yeah, it looks like the fix didn't work, stay tuned
for updates.  Ok I think we got it, the recent feedback display
on the homepage was the problem.  We were displaying it -- the
way we were displaying it was inefficient and using up all of
the server resources, took it down and it seems to be fixed
now.

1           Could you remind the jury was a server means?

2   A.   A server is just basically a computer that can host a

3   website.

4   Q.   Did Dread Pirate Roberts ever post anything about the

5   servers used to run the Silk Road website?

6   A.   Yes, he did.

7   Q.   From reading those messages, who did you understand who

8   controlled those servers?

9   A.   Dread Pirate Roberts.

10  Q.   Can you take a look at Government Exhibit 125D.

11           THE COURT:  "D" as in David?

12           MR. TURNER:  Yes.

13  A.   Okay.

14  Q.   Do you recognize this screen shot?

15  A.   I do.

16  Q.   How do you recognize it?

17  A.   It's a screen shot I took of another post made by Dread

18  Pirate Roberts that I took on October 6, 2013.

19           MR. TURNER:  The government offers the exhibit into

20  evidence, your Honor.

21           MR. DRATEL:  Objection for the reasons previously

22  stated, your Honor.

23           THE COURT:  All right.  Government Exhibit 125D as in

24  David is received.

25           (Government's Exhibit 125D received in evidence)

1   Q.  This is dated October 19, 2011, the title is "site outage".
2   And it says we are terribly sorry for the sudden outage today.
3   We will be back up as soon as possible.  Thank you for your
4   patience.  Update, we are having to rebuild the site from a
5   backup.  All bitcoins in user accounts and the escrow are
6   accounted for and all site data has been saved except for
7   roughly the last 30 minutes of activity preceding the outage.
8   Any messages you sent or activity you engaged in during that
9   window will have to be re-done except for deposits and
10  withdrawals.  Also, all of the pictures were not backed up, so
11  sellers will need to re-upload them.
12          There was no security breach or anything to worry
13  about that led to this situation.  We lease server space in
14  different locations around the globe through unaware third
15  parties.  We do this to hide the identities of those that run
16  Silk Road in the event of a security breach in one of the
17  servers.  Unfortunately, this means we have to deal with some
18  unreliable people who, without revealing too much detail,
19  didn't keep their promises and led to our servers being shut
20  down.
21          Do you know what it means to lease server space from a
22  third party?
23  A.  I'm sorry.  Could you repeat?
24  Q.  Do you know what it means to lease server space from a
25  third party?

1   A.  Yes, I do.

2   Q.  How are you familiar with that?

3   A.  In the course of the investigation, we have leased server

4   space from providers.

5   Q.  What does that mean?  What does that mean to lease server

6   space?

7   A.  It means going to a company that provides servers and

8   basically leasing the server or leasing space on a server to

9   host a website.

10  Q.  So does this mean, like, getting an actual, physical server

11  delivered to you or does it mean something different than that?

12  A.  It means getting remote access to one through the Internet.

13  Q.  And where are the servers themselves hosted generally?

14  A.  Usually in various locations around the world.

15  Q.  All right.  So besides -- besides Silk Road's technical

16  infrastructure, what about the goods that were sold on the

17  site?  Were any of DPR's posts about that?

18  A.  Yes.

19  Q.  Could anything be sold on Silk Road or were there rules

20  about that?

21  A.  There were some restrictions of items that could be sold.

22  Q.  And who appeared to set those rules?

23  A.  Silk Road itself, Dread Pirate Roberts.

24  Q.  Can you take a look at Government Exhibit 125H.  Do you

25  recognize -- I'll wait for you.

1    A.   Yes.

2    Q.   Do you recognize this document?

3    A.   I do.

4    Q.   How do you recognize it?

5    A.   It's another screen shot of a post from the forums that I

6    took on October 6, 2013 of posts from DPR.

7              MR. TURNER:  The government moves Exhibit 125H into

8    evidence.

9              MR. DRATEL:  Previous objection, your Honor.

10             THE COURT:  GX 125H is received.

11             (Government's Exhibit 125H received in evidence)

12   Q.   The title is forgeries and the date is August 5, 2011 and

13   it says we are happy to announce a new category in the

14   marketplace called forgeries.  In this category, you will find

15   offers for forged, government issued documents including fake

16   IDs and passports.

17             This category comes with some restrictions, however.

18   Sellers may not list forgeries of any privately issued

19   documents such as diplomas/certifications, tickets or receipts.

20   Also, listings for counterfeit currency are still not allowed

21   in the money section.

22             What did Dread Pirate Roberts' posts reflect, if

23   anything, about who controlled the commissions charged for

24   sales in the website?

25   A.   It reflected that Dread Pirate Roberts did set the

 1   commission rate.

 2   Q.  Take a look at Government Exhibit 125G -- excuse me --

 3   125J, please.

 4   A.  Okay.

 5   Q.  Do you recognize this document?

 6   A.  Yes, I do.

 7   Q.  How do you recognize it?

 8   A.  It's a screen shot that I took from DPR's posts on the

 9   forum that was taken on October 6, 2013.

10          MR. TURNER:  The government moves 125J into evidence,

11   your Honor.

12          MR. DRATEL:  The previous objection, your Honor.

13          THE COURT:  GX 125J is received.

14          (Government's Exhibit 125J received in evidence)

15   Q.  The subject is re: State of the Road Address.

16          So is this post a response to something else?

17   A.  The "re" would stand for a reply to a thread, and that

18   thread would have been, in this case, the State of the Road

19   Address.

20   Q.  Are you familiar with the context of this post?

21   A.  Yes, I am.

22   Q.  What was it?

23   A.  In the state of the road -- State of the Road Address,

24   Dread Pirate Roberts talked about different things that he was

25   planning on doing with the website, as well as he set a new

F1EBULB5                        Der-Yeghiayan - direct

1   commission rate from a fixed rate that they previously had to a

2   tiered commission rate.

3   Q.   And were there some Silk Road users who were not happy

4   about the change in the commission rates?

5   A.   There were replies that were in the original thread that

6   were not as supportive of the changes.

7   Q.   Okay.  From January 10, 2012, it says thank you, everyone

8   for your comments and suggestions.  One suggestion I especially

9   like is the one about commission being affected by trade

10  volume.  To those of you that are either supportive of the

11  change, or have faith in what I'm doing regardless of whether

12  you see the point or not, thank you for your support!  I have

13  done everything I can to earn that trust and I cherish it.

14          To those of you chalking my actions up to pure greed

15  and ignoring the context for the changes, I say shame on you.

16  When have I lied?  When have I cheated or stolen from anyone

17  here?  When have I treated anyone unfairly?  When have I led

18  you astray?  Why do you turn on me now when I have poured my

19  heart and soul into this community and project?  Ten percent on

20  50-dollar orders, we're talking about an extra $1.88.  A

21  ten-dollar order, an extra 38 cents.  Do you think this site

22  built itself?  Do you think it runs itself?  Do you have any

23  clue what goes on behind the scenes to keep this going?  Do you

24  have any idea the risk the people operating this site are

25  taking?  Do you have any clue what we've been through to get

1    here today?  Do you have any clue what it's going to take to

2    get through the next year?

3           Whether you like it or not, I am the captain of this

4    ship.  You are here voluntarily and if you don't like the rules

5    of the game, or you don't trust your captain, you can get off

6    the boat.  For those that stay, we at Silk Road will continue

7    to do everything in our power to keep this market running

8    smoothly and safely, and thank you again for your support!

9           Can you take a look at Government Exhibit 125K.  Do

10   you recognize this document?

11   A.  Yes, I do.

12   Q.  How do you recognize it?

13   A.  It's another screen shot from Dread Pirate Roberts' forum

14   account of a post he made and I took it October 6, 2013.

15           MR. TURNER:  The government offers 125K into evidence.

16           MR. DRATEL:  The previous objection, your Honor.

17           THE COURT:  Government Exhibit 125K is received.  I'm

18   just hesitating because I'm trying to determine whether or not

19   the statements -- why don't you have the witness talk about who

20   is saying what to whom?  There are shaded areas, what they're

21   referring to, and I'll see if there's an issue.

22           MR. TURNER:  Okay.

23           THE COURT:  But 125K is received subject to the Court

24   confirming certain pieces of it, which I believe will be

25   confirmed through additional testimony.

1            MR. TURNER:  I'm just going to be focused on the last

2      quarter of the document under quote number four, except for

3      that quote.

4            THE COURT:  I see.  Government Exhibit 125K is

5      received.

6            (Government's Exhibit 125K received in evidence)

7      Q.  So the subject line here is, again, re: State of the Road,

8      this time, re: State of the Road comment.

9            MR. TURNER:  Can you zoom into this area, Mr. Evert.

10     Q.  Again, is the context of this thread, this post, still the

11     State of the Road Address where his commission changes were

12     announced?

13     A.  Yes, it is.

14     Q.  And it starts off, it says -- this little blue shaded area

15     and it says, quote from paperchasing on January 11, 2012,

16     7:29 p.m., problem number four, what about the BTCs I send out

17     to exchangers?  Is that taxed?

18            First of all, this is a formatting issue.  What does

19     it mean the quote from the blue shading?

20     A.  Within a post or reply you make, you could also quote other

21     users or quote anything really for that matter by either

22     selecting the previous post and pressing a button that would

23     automatically quote it.

24     Q.  Down here?

25     A.  Yes.

1    Q.   "Quote"?

2    A.   Or enter it in by hand, you can enter in a quote like that

3    Q.   So it's the username paperchasing that's being quoted here?

4    A.   The user is paperchasing that's being quoted.

5    Q.   And it was a post paperchasing made that said what about

6    the BTCs.  I send out those exchanges.  Is that taxed?

7          Right?

8    A.   The section in blue that follows after paperchasing on

9    January 11, 2012 is the comment that was made by paperchasing

10   or is being quoted from paperchasing.

11   Q.   Now, before you testified that there were bitcoin

12   exchangers that operated on Silk Road itself, right?

13   A.   Yes.

14   Q.   So it says here underneath, this text here, who posted

15   that?

16   A.   That would be from Dread Pirate Roberts.

17   Q.   It says I'm not sure exactly what you are talking about

18   here, but the practices of bitcoin exchangers on that site are

19   not affected by the new policies.  Again, the site was never

20   designed to support bitcoin exchange, but since people want to

21   use it that way, we will accommodate and are presently working

22   on a solution.

23          Also, you are misusing the word tax, which I think is

24   why you were accused of acting like Silk Road is a government.

25   What you are referring to is more appropriately called a

1    commission or a broker's fee.  It would be a tax if I tried to

2    take money from you based on a transaction I wasn't involved

3    in.  You are free to sell whatever you want to whomever you

4    want without my interference, but if you are going to use the

5    Silk Road platform to meet your customers and advertise your

6    wares, you will need to pay a commission.

7              Thank you everyone for your support!

8              Going back to the seller's guide for a minute, we

9    talked about the rule that banned Silk Road sellers from

10   selling OOE or out of escrow.

11             Do you remember that?

12   A.  Yes.

13   Q.  Did DPR ever post anything about that rule on the forums?

14   A.  DPR would remind users if there was a vendor that did this,

15   that it's prohibited.

16   Q.  Could you take a look at Government Exhibit 125G.

17   A.  Okay.

18   Q.  Do you recognize this document?

19   A.  Yes, I do.

20   Q.  How do you recognize it?

21   A.  It is a screen shot that I took of DPR's posts from the

22   forum which I took on October 6, 2013.

23             MR. TURNER:  The government offers 125G into evidence.

24             MR. DRATEL:  Same objection, your Honor.

25             THE COURT:  Government Exhibit 125G is received.

 1          (Government's Exhibit 125G received in evidence)

 2   Q.  It says here vendor roundtable/the rules are like gravity.

 3          What section of the forum was this in?

 4   A.  This was in a restricted -- it was a hidden forum within

 5   the forum that was only available to verified vendors from the

 6   Silk Road marketplace.

 7   Q.  And the topic is "The rules are like gravity," the date is

 8   November 25, 2012.  Each week I get a report from my reps.

 9   Part of that report is the vendors who were demoted that week.

10   There is always at least one, with the most common offenses

11   being asking customers to pay directly, going around the escrow

12   system, and scamming customers by asking them to finalize

13   early.  One demoted vendor this week was pleading for his

14   account back over and over and wouldn't take no for an answer.

15   I hate seeing that kind of thing, but for a rule to have any

16   meaning, it has to apply in all cases all the time, like the

17   laws of physics.

18          Gravity doesn't care if your intention was to fly or

19   jump, or how important or insignificant you are.  It will pull

20   you down every time in the same way.  Just like that, we will

21   enforce the rules every time, in the same way, to everyone.  If

22   you are breaking the rules, it is only a matter of time before

23   you will be demoted.

24          Please have the integrity to play by the rules of the

25   game you signed up for so we don't have to keep ruining

1    people's businesses and dealing with the fallout of scams.

2    It's not worth it.

3           To those honoring the contract you signed up with

4    (99.9 percent of you), thank you for your shining example!

5           You testified earlier that most of the drugs -- excuse

6    me -- most of the goods on sale on Silk Road were illegal

7    drugs?

8    A.  Yes, they were.

9    Q.  Now, based on DPR's posts, did DPR seem to be aware of

10   that?

11   A.  Yes, he was.

12          MR. DRATEL:  Objection.

13          THE COURT:  Hold on one second.  Sustained, and that

14   answer is struck.

15   Q.  Take a look at Government Exhibit 125L.  Do you recognize

16   this document?

17   A.  I do.

18   Q.  How do you recognize it?

19   A.  It's a screen shot of a post from DPR that I took on

20   October 6, 2013.

21          MR. TURNER:  The government offers 125L.

22          THE COURT:  125L as in Larry.

23          MR. DRATEL:  The previously stated objection.

24          THE COURT:  All right.  GX 125L is received.

25          (Government's Exhibit 125L received in evidence)

1   Q.  The subject is just "re: chat" and it says it's great

2   enough -- excuse me -- it's great to see that my words are

3   resonating with so many of you.  It's a privilege to have a

4   stage to speak from here.  It doesn't get said enough, and it

5   is hard to get across in this medium but...I love you.

6           Who knew that a softy could lead an international

7   narcotics organization?  Behind my wall of anonymity, I don't

8   have to intimidate thankfully, but, yeah, I love you guys.

9   Thank you for being here.  Thank you for my comrades.  Thank

10  you for being yourselves and bringing your unique perspectives

11  and energy.  And on a personal note, thank you for giving me

12  the best job in the world.  I've never had so much fun.  I know

13  we've been at it for over a year now, but really, we are just

14  getting started.  I'm so excited and anxious for our future, I

15  could burst.

16          Did Dread Pirate Roberts run the site alone or did he

17  have a support staff?

18  A.  He had a support staff.

19  Q.  How do you know that?

20  A.  Because I took over the account that was one of the support

21  staff's.

22  Q.  And when you say "took over," remind the jury what you

23  mean.

24  A.  That means that either through interview or arrests, I was

25  given consent to utilize an account that belonged to his

1   support staff.

2               THE COURT:  Could you explain that a little bit more.

3               THE WITNESS:  Sure.  So, through the course of the

4   investigation, identified someone that was a support staff

5   member that through interviewing and through talking to the

6   person, they were -- they gave us authorization, the

7   government, to use that account by giving us the username and

8   password to all the different marketplace and forum that

9   account had.

10              THE COURT:  All right.

11  Q.  What was the username associated with the support staff

12  account that you took over?

13  A.  It was cirrus.

14  Q.  How do you spell that?

15  A.  C-I-R-R-U-S.

16  Q.  And approximately, when did you take over the cirrus

17  account?

18  A.  It was late July 2013.

19  Q.  And was this an account on the Silk Road marketplace or the

20  Silk Road forum or both?

21  A.  It was both.

22  Q.  When you got access to these accounts, did that access

23  include the private message in boxes associated with the

24  accounts?

25  A.  Yes, it did.

F1EBULB5                          Der-Yeghiayan - direct

1   Q.  And when you took over the accounts, were there any

2   messages in those in boxes already?

3   A.  Yes, there was.

4   Q.  Could you take a look at Government Exhibit 126A.  Do you

5   recognize this document?

6   A.  Yes, I do.

7   Q.  How do you recognize it?

8   A.  It was a screen shot of one of the private messages that

9   was in the account that I took.  I took the screen shot on

10  September 30, 2013.

11  Q.  And when you say private messages, are you talking about

12  the forum private message system or the marketplace private

13  message system?

14  A.  This was a forum private message.

15  Q.  And this was the cirrus account on the forum?

16  A.  Yes, it was.

17          MR. TURNER:  The government offers 126A into evidence.

18          MR. DRATEL:  The previously stated objection.

19          THE COURT:  All right.  Government Exhibit 126A is

20  received.  Hold on for just one moment if you would, please.

21          (Government's Exhibit 126A received in evidence)

22          THE COURT:  What was the approximate date when you

23  took over the account, sir?

24          THE WITNESS:  Approximately July 26, 27th of 2013.

25          THE COURT:  Thank you.

1              You may proceed, Mr. Turner.

2              MR. TURNER:  Thank you.

3              Can you publish the exhibit, Mr. Evert.

4    Q.  Where does the chain begin?  Top or bottom?

5    A.  The post in the bottom is the oldest post.

6    Q.  Okay.  It was sent July 12, 2013 a.m.  So was this already

7    in the in box by the time you took it over?

8    A.  Yes, it was.

9    Q.  And it's from Dread Pirate Roberts, and who is it to?

10   A.  It was sent to the other staff support administrators and

11   also the account that I took over.

12   Q.  It was sent to cirrus?

13   A.  Yes.

14   Q.  And the other usernames were --

15              MR. TURNER:  Could you blow that up Mr. Evert?

16   A.  It was samesamebutdifferent, inigo and libertas.

17   Q.  Okay.  And it says hey, gang, we have a new moderator going

18   by the name cirrus.  We used to know him as scout.  Cirrus has

19   always been dedicated to our common goals and the community at

20   large and we put what happened surrounding Mr. Wonderful behind

21   us so he can come back onto the team.  The scout persona is

22   still off limits and should not be discussed, so we'll always

23   refer to cirrus as cirrus, even though we know the same person

24   is behind both accounts.

25              And then it says -- there was a reply from cirrus.  Is

1   this by you or the person who previously controlled the

2   account?

3   A.  No.  It was by the person who previously controlled the

4   account.

5   Q.  It says thank you for the introduction!  I'm really excited

6   to be back and working with you guys.  Missed you all!

7        So you said these other individuals -- other usernames

8   here samesamebutdifferent, inigo and libertas, were they also

9   support staff members?

10  A.  Each of them did different roles within the forum and the

11  marketplace, but they were all part of the support staff.

12  Q.  And it says that we have a new moderator going by the name

13  cirrus.

14       Did you actually start performing the duties of a

15  moderator after you took over the cirrus account?

16  A.  Yes, I did.

17  Q.  Could you explain what those duties were and what you spent

18  most of your time doing.

19  A.  So, as a moderator over the forums, it would be basically

20  trying to keep the forum clean in the way that DPR wanted it to

21  be.

22  Q.  Clean how?

23  A.  Clean in that making sure that posts that were new threads

24  that were in certain subforums were moved to the appropriate

25  subforums.  So if someone posted something about security in

1    the main discussion forum, I would move it to the security

2    forum.

3    Q.  When you say clean, you mean organized?

4    A.  Organized; yes.

5    Q.  Okay.

6    A.  As well as if there was something that was posted, such as

7    they call it spam where a -- either a computer or some other

8    person might be posting messages on the forum that was

9    advertising or trying to put a lot of things on there that was

10   unrelated to Silk Road, we would be, as moderator, responsible

11   for removing those posts and deleting them.

12   Q.  What other things?

13   A.  In addition, answering customer support issues and there's

14   a customer support forum that was at the bottom of the forums.

15   And so, Dread Pirate Roberts wanted support staff and the

16   moderators to respond to every one of those support threads

17   that were on there.

18   Q.  So what were some of the comment -- support questions you

19   answered?

20   A.  A lot of the support questions I'd answer would be things

21   about how do I get to the site or how do I get help with this

22   or this vendor didn't help me or didn't get my product or my

23   bitcoins didn't show up in my account, how long should I wait,

24   those types of questions.

25   Q.  How many hours a day would you spend working undercover as

1   a Silk Road moderator when you took over the account?

2   A.  Anywhere from ten to 12.

3   Q.  Ten to 12 hours?

4   A.  A day.

5   Q.  Were you paid as part of your position?

6   A.  Yes, I was.

7   Q.  By the hour or the week?  What?

8   A.  By the week.

9   Q.  What was your salary?

10  A.  Salary was paid in bitcoins, and it was roughly about a

11  thousand dollars a week.

12  Q.  And who paid you?

13  A.  It was Dread Pirate Roberts.

14  Q.  How would you receive payment?

15  A.  It would be sent to my market account that I had, so it

16  would be credited from the admin to my account from Dread

17  Pirate Roberts.

18  Q.  When you say the market account, you mean the Silk Road

19  marketplace?

20  A.  Yes.

21  Q.  Can you take a look at Government Exhibit 126C.

22  A.  Okay.

23  Q.  Do you recognize this document?

24  A.  I do.

25  Q.  How do you recognize it?

 1  A.  It's a screen shot that I took of the account history page

 2  from my undercover account.  I took it on September 26, 2013.

 3          MR. TURNER:  The government offers 126C into evidence,

 4  your Honor.

 5          MR. DRATEL:  The same objection, your Honor, as

 6  previously stated.

 7          THE COURT:  GX 126C is received.

 8          (Government's Exhibit 126C received in evidence)

 9          MR. TURNER:  Publish it, Mr. Evert.

10  Q.  What are we looking at here?  Which account is this?

11  A.  This is my cirrus account.

12  Q.  Where is that reflected?

13  A.  Up in the upper right-hand corner.

14  Q.  What's on the left side?

15  A.  On the left-hand side, it's just the account history

16  summary.  So this would be a roughly a two-month history of the

17  account of what it received.

18  Q.  So where is -- can you just point us to a sample payment of

19  your salary.

20  A.  So the most recent payment that was received in the account

21  on this history page would have been the one at the very top

22  where the action came from admin.  And in the notes, that

23  number there is the user number that's for Dread Pirate Roberts

24  that I recall.  And the amount shows that I got transferred

25  from admin eight bitcoins and that the balance in my account

F1EBULB5                         Der-Yeghiayan - direct

1    was eight bitcoins.

2    Q.  How much was eight bitcoins worth at that point?

3    A.  It was about, like, $120 a bitcoin or so at that point.

4    Q.  So how much in total?  A thousand dollars?

5    A.  Roughly, yeah, like a thousand dollars.

6    Q.  And beyond just knowing the user number there corresponding

7    with Dread Pirate Roberts, how else would you know that Dread

8    Pirate Roberts was the one sending you this salary payment?

9    A.  Some of the times when I received these, I would send a

10   reply on the forum to Dread Pirate Roberts telling him thank

11   you for the payment and he'd reply back you're welcome or

12   something to that effect.

13   Q.  Can you take a look at Government Exhibit 126D, please.  Do

14   you recognize this exhibit?

15   A.  Yes, I do.

16   Q.  How do you recognize it?

17   A.  This is one of the private messages that I sent from my

18   cirrus account on the forums to Dread Pirate Roberts.

19            MR. TURNER:  The government offers 126D into evidence.

20            MR. DRATEL:  The same objection.

21            THE COURT:  All right.  Government Exhibit 126D is

22   received.

23            (Government's Exhibit 126D received in evidence)

24   Q.  Going down to the first message down at the bottom it says

25   from you to Dread Pirate Roberts, right?

1    A.   That's correct.

2    Q.   August 9, 2013, thanks for the bitcoins.  And then the

3    reply is you're welcome!  Thanks for looking after the forums.

4         As a moderator, did you have any access to parts of

5    the site that ordinary users couldn't see?

6    A.   I did.

7    Q.   Like what?

8    A.   There were restricted forums that were -- that I was able

9    to see, such as a vendor roundtable forum and there was also a

10   recycle bin that I could see.

11   Q.   Did you have any permissions and abilities that ordinary

12   users didn't have?

13   A.   Yes, I did.  I had -- on the forums, I had administrative

14   rights, unlimited administrative rights that I could search for

15   different users and search through the databases that we had of

16   users, that wasn't something openly available as a general

17   user, as well as the ability to edit, delete and move threads

18   and posts on the forum.

19   Q.   Were there any limits on your administrative powers?

20   A.   Yes, there were.

21   Q.   How do you know?

22   A.   Because just knowing that there was other features that I

23   couldn't access within the admin panels and there was areas

24   that I couldn't see that from discussing it with other people

25   such as Dread Pirate Roberts would tell me that there's other

1   things that's available basically.

2   Q.  So who set the restrictions on your abilities, your

3   administrative powers?

4   A.  Dread Pirate Roberts.

5           MR. TURNER:  Going back to 126A, can you bring that

6   back up, Mr. Evert.

7   Q.  This message is from samesamebutdifferent, inigo and

8   libertas, do you know what the roles of these users was on the

9   site?

10  A.  Yes, I do go.

11  Q.  Beyond what you've already told us?

12  A.  Yes.  Would you like me to go into that?

13  Q.  Yes.  But you know what, let me go back to one thing before

14  we leave the bitcoin payments.

15          What did you do with the bitcoins you received as

16  salary as an administrator?

17  A.  Back on the history page, you'll see that after every time

18  we received a payment from bitcoins --

19          MR. TURNER:  126C, Mr. Evert.

20  A.  After every payment was received, withdraw it either the

21  next day or the same day of, as soon as we could, and withdraw

22  it to another undercover bitcoin wallet and then also transfer

23  that, then, to an exchange that was also registered with an

24  undercover account where we would convert the bitcoins into

25  dollars and then seize them.

1    Q.   So what agency did the bitcoins or the dollars from the

2    bitcoins ultimately end up with?

3    A.   With HSI.

4    Q.   So let's go back again to 126A.  You were about to

5    say -- what were the roles of inigo, libertas and

6    samesamebutdifferent on the site and how do you know?

7    A.   Samesamebutdifferent was a -- primarily a forum moderator

8    for a little bit.  He did have access over the marketplaces and

9    admin, but that didn't last long.  Instead, he focused

10   primarily on trying to answer customer support tickets or

11   customer support issues in the forum.

12   Q.   How do you know this?

13   A.   Because from talking to samesamebutdifferent as well as

14   sending a lot of private messages between himself and I, we

15   would split the work that was done because he was located in

16   Australia, I was located in Chicago, and there were times that

17   generally I'd be asleep, he would cover the customer support

18   and vice versa.

19   Q.   And how about inigo?

20   A.   With inigo, inigo was primarily over vendor support on the

21   marketplace, also had administrative capabilities on the

22   forums.

23   Q.   What do you mean by vendor support?

24   A.   Vendor support was a feature of support that was available

25   to vendors that they could contact vendor support if they had

1    an issue that they needed to resolve.

2    Q.  Like what?

3    A.  Such as like an order that a buyer hadn't paid them for or

4    an order where there was a problem with the listings or a

5    problem with a withdrawal that the vendor needed help with,

6    they would give more priority to the vendors.

7                MR. DRATEL:  Object just on grounds with respect to

8    forum violation.

9                THE COURT:  Hold on one second.  Let me just read the

10   answer.

11               What's the basis for that answer that you just gave

12   about the vendor support?

13               THE WITNESS:  It was through my direct chats that I

14   had had with inigo.

15               THE COURT:  All right.  I will allow it.

16               When you reach a logical breaking point, I know it's a

17   little early, but there are a couple of things I just want to

18   go over so it will be good to take it a few minutes early if we

19   can.

20               MR. TURNER:  Three more minutes, your Honor.

21               THE COURT:  Sure.

22   Q.  So inigo was in charge of vendor support.  How about

23   libertas?

24   A.  But also going back to inigo, in addition to vendor

25   support, he also had access to customer support, which is just,

1   again, the same thing but for customers.

2   Q.  Buyers?  By customers you mean buyers?

3   A.  Yes.  So he would do a little bit of both.  And then

4   libertas was also customer support primarily on the

5   marketplace, so he would handle the tickets that would come in

6   for customer support on the market and respond to those and

7   would sometimes also cover some of the duties of vendor

8   support.

9   Q.  Did you know whether the other members of the support staff

10  were paid like you were?

11  A.  Yes, they were.

12  Q.  How do you know?

13  A.  From direct chats with them.  Sometimes when I wasn't paid,

14  either when we were expecting to get paid, my conversations

15  with them would also reflect that they didn't get paid, too,

16  and they were telling me they didn't get paid.

17  Q.  Samesamebutdifferent, did he have any other nicknames?

18  A.  He did.

19  Q.  What were they?

20  A.  He also went by, for short while, symmetry, which was his

21  administrative name on the marketplace; and then also had

22  batman73, which was his account that he used primarily on the

23  market; and he was also commonly referred to as SSBD, which is

24  short for samesamebutdifferent.

25          MR. TURNER:  Your Honor, I can stop there.

1            THE COURT:  Let's take our mid-afternoon break.

2    Ladies and gentlemen, we'll take about 15 minutes, and then

3    we'll resume.  We'll go then until just a couple minutes before

4    5:00.

5            Thank you.  I want to remind you not to talk to

6    anybody about this case, including each other.  Thank you.

7            THE DEPUTY CLERK:  All rise.

8            (Jury excused)

9            (Continued on next page)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Why don't you step down and take a break

2     as well.

3          (Witness temporarily excused)

4          THE COURT:  Let's all be seated.  I wanted to go over

5     on the record the basis for a number of my rulings because the

6     record I think is developing and I want to make sure that the

7     record is clear as to the basis for the ruling.

8          Now, let's go back to the government exhibits.  These

9     are all government exhibits that I'm talking about so they all

10    begin with the prefix GX.  But for a number of them, there are

11    portions of what we have just been going over that are not

12    offered for the truth, but there are some portions which are

13    offered for the truth.  Sometimes it might just be a snippet.

14    So we'll go over a couple of those in terms of where they would

15    fall within the hearsay rule.

16         I would note that for the *Vayner* objections, I have

17    found specifically as the government had proffered pretrial,

18    that there has been a sufficient foundation laid and

19    authenticity for the various documents through this witness who

20    has personal, firsthand knowledge and has now laid an

21    appropriate evidentiary foundation.  So the *Vayner* objections

22    are overruled.

23         Starting with 125B and let's go through a couple of

24    these.  While the government had said in the pretrial materials

25    I think that this was -- let's make sure that I've got the

1    right one, see response to 125A, which puts us back to 123 --

2    which is that *Vayner* is inapposite and not offered for truth.

3             I think that 125B, there's a portion of it which could

4    be considered as being offered for the truth, which is the

5    portion and only the portion "I am Silk Road, the market, the

6    person, the enterprise, the everything," to the extent that is

7    offered for the truth, these, and there are a series of them,

8    would come in under 803 as a business record relating to Silk

9    Road or 801, subject to connection ultimately, because the

10   ultimate factual issue as to who this is is to be determined,

11   but based upon the government's theory, it would be 803 and

12   801.  That actually is the same for a number of these exhibits.

13            Now, for Government Exhibit GX 133, this is another

14   one where there had not been an objection previously noted, and

15   part of the reason for that is because it wasn't on the

16   original pretrial order.  So I just wanted to make sure that we

17   had noted for the record, Mr. Dratel, what your objection is.

18            Obviously -- well, I won't say "obviously" anything.

19   Why don't you tell me what the basis for your objection is for

20   GX 133?

21            MR. DRATEL:  It's hearsay.  And also with respect to

22   the business record aspect of this, there hasn't been a witness

23   in this -- and I don't think this witness has done it at all --

24   which is to lay the foundation of business records in the

25   context of contemporaneous record-keeping, verifiable.  This is

1    all coming after-the-fact.  These are all posts and other

2    things that he's coming in a year, a year or two later.  I

3    don't think that it meets the criteria for a business record,

4    and 133 would qualify in the same way as well.

5          THE COURT:  I have a response, but why don't I give

6    the government an opportunity to address that if they choose to

7    do so.

8          MR. TURNER:  We can lay a foundation.  He used the

9    forum extensively and could explain every time he posted a

10   message, it would show up on the forums with the

11   characteristics that have been displayed in the various

12   exhibits.  But we do think these are all, most of them are not

13   really offered for the truth.  They're just things that DPR did

14   that show his leadership role over the site.

15         As your Honor pointed out, to the extent they do

16   reflect statements offered for the truth, they're party

17   admissions we would argue.

18         THE COURT:  That would be under the other portion of

19   the rule and some of them are under 801.  Let me also, in

20   addition to the government's response which I would agree in

21   terms of the hearsay, I would make the additional points that

22   as custodians of records for purposes of 803 business records

23   are often custodians who come into business records

24   after-the-fact, and the question is whether or not the

25   particular business appears to have been run in all ways and in

1    a similar fashion.

2            Here, this individual who is testifying based upon

3    firsthand knowledge is also testifying based upon being an

4    undercover albeit, but a staff member of the very business

5    here.

6            It's as if he went into a brick and mortar business

7    and was working as a customer service representative in a brick

8    and mortar business answering a telephone.  Instead, he's at a

9    computer screen.  In any event, it's, as I said, subject to

10   connection ultimately in terms of the admission of Dread Pirate

11   Roberts because we have to connect that if the government does

12   at all through the testimony and other evidence to come.

13           As we know, the Court's evidentiary rulings are not on

14   the same -- they don't have the same burdens as a criminal

15   verdict would.  It's not a beyond-a-reasonable-doubt standard;

16   it's a preponderance of the evidence and/or, for certain

17   rulings, just whether or not it's supportive, more supportive

18   than other inferences.  So the Court does find for purposes at

19   this point that there's a sufficient basis.

20           But let me go through a couple of the others because

21   there are a number of these:  125D was not offered for the

22   truth.  That's about maintenance, and it doesn't really matter

23   what was, in fact, happening, whether these maintenance issues,

24   in fact, occurred or did not occur, so it's not a hearsay issue

25   at all.  As to the *Vayner* issues there, that is, I have

1    overruled the *Vayner* issue as to all of these documents.

2              In terms of 125H, there is a possibility and, indeed,

3    I would suggest that the way the questions came out, the

4    government was asserting that the forgeries were for the truth.

5    125H, to the extent forgeries is offered for the truth, that

6    falls under the business record and issue that I just talked

7    about.

8              In terms of GX 125J relating to commissions, the

9    government has discussed the fact of commissions as being among

10   the points it's intending to make at this trial; therefore, to

11   the extent that any of it is offered for truth, there's not

12   quite a clear statement saying "I take commissions," but that's

13   the overall inference of that entire piece.  That would be a

14   business record.

15             126C, that's a business record of salary of Silk Road

16   administrators.  126D is not for the truth.  125K is not for

17   the truth.  125G is not for the truth in the sense that it's

18   not being necessarily offered for whether or not Dread Pirate

19   Roberts receives reports from his reps, but to the extent it

20   is, it would be a business record subject to connection.  125L

21   is in part offered for the truth.  That's the statement about

22   leading an international narcotics organization, as well as the

23   time frame of having been at it for over a year.  125L would

24   fall under 801 or 803, those portions which are potentially in

25   fact offered for the truth there.  There is a lot of 125L that

1    is not offered for the truth.

2            In terms of 126A, that is, in large part, a

3    coconspirator statement.  126A was drafted, as I understand it,

4    by an administrator of Silk Road prior to the time that the

5    witness on the standard, Mr. Der-Yeghiayan, had actually taken

6    over; therefore, it would have been between two individuals

7    working on Silk Road and it would therefore fall under the

8    coconspirator statement, as well as dealing with administrative

9    matters and therefore being a business record.  So to the

10   extent that any portion of that is for the truth, it's not

11   clear that any of it is, it's really for the fact that it was

12   said, it would fall under those exceptions and provisions.

13           Those are, I think, give you a sense as to the

14   rulings.  They're all of the same type.  So if I have missed

15   one, I think it's relatively straightforward to understand

16   based upon those rulings the similar bucket that it would fall

17   under.

18           Is there anything that you folks wanted to raise or to

19   further comment on?  No, your Honor.

20           MR. DRATEL:  Just a couple of things, your Honor.

21   Obviously, we preserve our objection on that regard.

22           THE COURT:  Yes.

23           MR. DRATEL:  A couple of things, one is 125A.  I think

24   I mistakenly said no objection, and we had previously objected

25   to that and I would like to reassert that objection.

1          THE COURT:  Let me just doublecheck.  All right.  You

2     did have an objection on the pretrial order.

3          Does the government have a view as to Mr. Dratel's

4     assertion now and objection that he otherwise had waived?

5          MR. TURNER:  I think it's of the same character as the

6     exhibits that your Honor just covered.  It's not really offered

7     for the truth.  It's just offered to show -- to reflect, it's

8     an exhibit that reflects DPR's control over the infrastructure

9     on Silk Road.

10          THE COURT:  There were two objections for 125A set

11     forth on the pretrial order.  One was a *Vayner* objection.  For

12     the same reasons that I have already described with respect to

13     the other *Vayner* objections, that objection is overruled.

14          I agree with counsel that 125A is not offered for the

15     truth; it's about the fact that these words were said.  There

16     are not particular factual assertions within them and therefore

17     it would not be considered hearsay and falls outside of the

18     hearsay rules.

19          Was there something else, Mr. Dratel?

20          MR. DRATEL:  Yes, two things that are related:  One is

21     that, and I'm not saying this was intentional, but Mr. Turner

22     did, in reading, missed some words and misread a couple of

23     times.  Remind the jury that it's what's written there and not

24     what counsel said, not so much to cast aspersions, but really

25     it's just about when you read long blocks of texts, sometimes

1    that happens.

2           The other issue on the reading is there was some

3    inflection of particular words, the word physics.  So I just

4    think that that is not necessary obviously.  And that's one of

5    the problems with the whole issue of reading versus reading

6    aloud and there was an emoticon on one of those which wasn't

7    referred to at all, so I hope the jury was reading it.

8           They should be instructed they should be reading

9    what's on the screen.

10          THE COURT:  I can refer them, if you want me to, to

11   the emoticons and be sure that they follow them for each of the

12   documents.  Do you want me to do that?

13          MR. DRATEL:  I think they should be instructed that

14   they should be reading along when someone is reading it out

15   loud because there may be symbols or other nonverbals, and the

16   way chats are written --

17          THE COURT:  I'll draw their attention to the symbols

18   because of the consistency over time with the symbols.  Do you

19   want me to do that?

20          MR. DRATEL:  I just would like the Court to just --

21          THE COURT:  I'll give them an instruction --

22          MR. DRATEL:  Instruct them that they should be reading

23   because these were originally written.  And while they're being

24   read aloud as an aid, the fact is, the written word is the real

25   evidence.  And occasionally counsel will make mistakes or

1    misread, not intentionally again, but they should be looking at

2    it and there may also be nonverbal symbols and things like that

3    that they should be looking for and recognize.

4              THE COURT:  Mr. Turner, do you have any objection to

5    the Court giving that kind of instruction?

6              MR. TURNER:  No, your Honor.  Two things:  If counsel

7    wants to make a correction if I've slipped up after I'm done

8    reading a paragraph, I have no problem with that.  I'm

9    certainly not infallible.  And I'm happy to say "smiley face"

10   if there's an emoticon like that on the screen if counsel would

11   like that read into the record.  I didn't do that just because

12   I thought counsel had an objection to doing that.

13             THE COURT:  Do you want, Mr. Dratel, for counsel to

14   pull out the emoticons specifically when they appear or just to

15   leave it after I have given my general instruction?

16             MR. DRATEL:  I think if someone is reading something

17   aloud, they should say there's an emoticon, and let the jury

18   decide what it means rather than characterizing it.

19             THE COURT:  All right.  I think that's what we'll do.

20   So I'll give that instruction and make some comments consistent

21   with our conversation just now.  Is there anything else that

22   you folks would like to go over?

23             MR. TURNER:  No.

24             MR. DRATEL:  Just a cautionary about the emphasis

25   issue.

1              THE COURT:  Yes.  I think with physics, it was more of

2    what I would call a pregnant pause.  It was only a nanosecond,

3    but I understand.  So to the extent, Mr. Turner, you can avoid

4    anything like that, that would be helpful so that we don't run

5    into any other issues.

6              MR. TURNER:  Yes.

7              THE COURT:  Anything else?

8              MR. DRATEL:  I think that's it.

9              MR. TURNER:  Yes.

10             THE COURT:  Let's take our own very brief break now

11   that we have already taken 15 minutes and come back to get the

12   jury out here.

13             THE DEPUTY CLERK:  All rise.

14             (Recess)

15             (Continued on next page)

16

17

18

19

20

21

22

23

24

25

F1edulb6                          Der-Yeghiayan  - direct

1              (Jury not present)

2              THE COURT:  On the prior -- can you pull that door

3     closed?  There we are.

4              On the prior evidentiary rulings, I had talked about

5     the Commission document -- which one was it, do you folks

6     remember?  I can find it.  125J.

7              MR. DRATEL:  It is 125J, yes.

8              THE COURT:  OK.  No, I don't need to add anything

9     other than what I have already said.

10             OK.  Joe, why don't you get the jury.

11             THE CLERK:  OK.

12             (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              THE CLERK:  All rise as the jury enters.

2              (Jury present)

3              THE COURT:  All right.  Ladies and gentlemen, as you

4    get to your seats, let's all be seated.

5              All right.  Mr. Turner, you may proceed, sir.

6              MR. TURNER:  Thank you.

7    BY MR. TURNER:

8    Q.  Agent Der-Yeghiayan, the whole time while you were working

9    as a moderator in an undercover capacity, who was your boss?

10   A.  Dread Pirate Roberts.

11   Q.  And in what way was Dread Pirate Roberts your boss?

12   A.  He would be the one that paid me.  He would be the one that

13   would grant me new authorities on the website.  He would be the

14   one that would give direction and make the final say on a lot

15   of either issues we would bring up, or if there was a

16   discrepancy or an error or something with the site, we would

17   bring it up with him to fix.

18   Q.  And was he the boss over the rest of the support staff,

19   too?

20   A.  Yes.

21   Q.  How do you know?

22   A.  Because whenever I would bring up an issue or discuss

23   something with other support staff, it would always be deferred

24   to Dread Pirate Roberts, or it would be decided by Dread Pirate

25   Roberts in front of all the rest of the support staff, too.

F1edulb6                    Der-Yeghiayan  - direct

1    Q.  And by "in front of," what do you mean?

2    A.  In conversation, that would be sort of like the private

3    message that you would see between all the moderators and

4    staff.

5    Q.  And when Dread Pirate Roberts would communicate with you

6    directly, how would he do so?  Through what system?

7    A.  He would -- there was a -- it was referred to as staff chat

8    that he set up, and it was a live chat server that he set up on

9    Tor that would allow the staff to communicate in a live-like

10   manner.

11   Q.  So let's back up.  We've already seen private messages

12   between you and Dread Pirate Roberts, right?

13   A.  Yes.

14   Q.  On the Silk Road forum?

15   A.  Yes.

16   Q.  Are you talking about something different now?

17   A.  There is private messaging on the marketplace.  There is

18   private messaging on the forums, and then, yes, this is

19   something different that we referred to as staff chat.

20   Q.  Is staff chat a part of Silk Road or was it something

21   separate?

22   A.  It was completely separate from Silk Road.

23   Q.  When you -- well, was it -- did it involve chatting over

24   the ordinary Internet or was it chatting over Tor?

25   A.  It was still a Tor hidden service but it was still a

1    tor.onion address.

2    Q.  How did you know how to set up this ability to communicate

3    with DPR through the Tor chat system?

4    A.  The instructions that were provided by DPR to the original

5    operator of the account that I took over was in private

6    message.  So I was able to set up the same configuration on my

7    computer to have that type of chat capabilities.

8    Q.  Could you take a look at Government Exhibit 127.

9            Do you recognize this document?

10   A.  I do.

11   Q.  How do you recognize it?

12   A.  It was a screenshot that I took on September 30, 2013 of a

13   private message that was in the Cirrus account that I was

14   operating.

15   Q.  When you say it was in there, was this a private message

16   that was already in the Cirrus in box by the time you took the

17   account over?

18   A.  Yes.

19           MR. TURNER:  The government offers Exhibit 127 into

20   evidence, your Honor?

21           MR. DRATEL:  Objection.  Hearsay, your Honor.

22           THE COURT:  GX-127 is received.

23           (Government's Exhibit 127 received in evidence)

24           THE COURT:  Now, are you going to read from that

25   document?

F1edulb6                    Der-Yeghiayan  - direct

1            MR. TURNER:  I am partially, your Honor.

2            THE COURT:  All right.  So let me just -- I meant to

3    just mention to the ladies and gentlemen of the jury a couple

4    of things about documents.

5            When you hear the Court receive a document into

6    evidence, it is the document that is the evidence.  Counsel may

7    read things, parts of it, but if the entire document is in

8    evidence, it is the document in evidence.  So, for instance, if

9    a word gets skipped over, "it" or, you know, some word is

10   skipped over, it is the document that is actually in evidence

11   and the text on the page.

12           Similarly, you have seen in a couple of these

13   documents that there are emoticons, and so you should note that

14   and that is part of the evidence of the document.  So you can

15   note whatever nonverbal statements may be made on the page in

16   terms of punctuation and things of that nature.

17           All right.  You can go ahead and proceed, Mr. Turner.

18           MR. TURNER:  Thank you.

19           Can you publish Exhibit 127, Mr. Evert.

20           Could you zero in on the -- whoops -- the bottom

21   message, please, down a third of the way.

22           That is good.

23   Q.  So this was a message sent from Dread Pirate Roberts to

24   Cirrus on July 20, 2013.  This is about a week before you took

25   over the account?

1    A.  That is correct.

2    Q.  It says:  "Hey, we are all on a more secure chat channel.

3    Here are the instructions for joining in:

4              "1.  Download and install Pidgin."

5              Do you know what "Pidgin" refers to?

6    A.  Yes.  It's a program that you could use to do Internet

7    chat.

8    Q.  Would you go down, please.

9              And then, 13, it says:  "Add buddy 'dread@'" and then

10   there is a long string of text ".onion.  If I'm online we'll

11   connect.  There are a few more steps to finalize OTR, but those

12   can be done once we're chatting."

13             What does "add buddy" mean in this context?

14   A.  Add buddy would be like adding a favorite or a friend to

15   your account, someone you could easily connect to.

16   Q.  Could you just explain generally what is like Internet chat

17   and how does it compare to like private messages that we had

18   been looking at?

19   A.  Private message would be similar sort of to I guess email

20   where you would send a message, wait for a reply.  That person

21   could reply whenever they are back online, they would see the

22   message.  Whereas, Internet chat would be something where both

23   users are online at the same time and they communicate in

24   realtime in the same like box in front of you.

25   Q.  And "box," you mean like window?

1    A.  Yes.  The window box, yes.

2    Q.  So did you -- I'm sorry, could you go back to 127,

3    Mr. Evert.

4              Could you go up to Cirrus' reply.

5              This reply was sent July 20, the same day.

6              "I'll get it set up ASAP.  Using Adium on Mac, which

7    has a few other fields, so it'll take a short bit of trial and

8    error.  Be there when I can!"

9              What does Adium refer to?

10   A.  Adium is similar to Pidgin, which is another program you

11   can use to do Internet chat.

12   Q.  What kind of computer were you using in your undercover

13   capacity?

14   A.  It was a MacBook.

15   Q.  So what program did you install to chat with Dread Pirate

16   Roberts?

17   A.  I used Adium as well.

18   Q.  So once you got the program set up, how often would you

19   chat with DPR?

20   A.  It would be probably every few days or so.  Sometimes it

21   might be a week before I would chat again with him.

22   Q.  How did DPR initiate a chat with you?

23   A.  DPR would be able to see since -- I would be able to see if

24   he was online because I would buddy him and it would notify me

25   when he was online or available to chat.  And the same thing;

1    he would see if I was online and available to chat, too.  So

2    you just simply have to click on the user's name and you could

3    then initiate a chat with them.

4    Q.  Could you take a look at Government Exhibit 127A.

5    A.  OK.

6    Q.  Do you recognize this exhibit?

7    A.  Yes, I do.

8    Q.  How do you recognize it?

9    A.  It is a screenshot I took of my entire computer screen.

10   Q.  On what date?

11   A.  I took this on September 22, 2013.

12   Q.  And what does the computer screen reflect?

13   A.  It is everything available on the screen that I could see.

14   It is not just the window that I normally take a screenshot of.

15   Q.  Does it include the chat window we had been discussing?

16   A.  Yes, it does.

17            MR. TURNER:  The government offers 127A into evidence,

18   your Honor.

19            MR. DRATEL:  The previously stated objection, your

20   Honor.

21            THE COURT:  Overruled.  GX127A is received.

22            (Government's Exhibit 127A received in evidence)

23   BY MR. TURNER:

24   Q.  So what are we looking at here?

25   A.  So this is -- in the background I have the Silk Road forum

1    up on Dread Pirate Roberts' profile page.

2    Q.  That we have seen before, right?

3    A.  Yes.

4    Q.  So where is the chat window?

5    A.  So on the right-hand side it's -- that's the chat that I

6    opened up the profile in the chat box for Dread Pirate Roberts.

7    So that shows what his profile looked like in the staff chat.

8    And then on the left-hand side it is sort of hard to see, it

9    was transparent but it was the buddy list that I had on my

10   staff chat which I had the people that I had buddied, which is

11   the other staff from Silk Road.

12   Q.  So you could speak to those other staff members that you

13   talked about earlier?

14   A.  Yes.

15   Q.  Inigo, libertas and samesamebutdifferent?

16   A.  Yes.

17   Q.  Could you back out.

18       OK.  The different times that appear on this screen,

19   could you focus in on this side of the screen, Mr. Evert.

20       Up top it says 3:23 a.m.  What time zone is that set

21   to?

22   A.  My computer, I had it set for UTC time.

23   Q.  Universal Time?

24   A.  For the universal time, yes.

25   Q.  That is Greenwich Mean Time, like you mentioned before?

1    A.   Yes.

2    Q.   Then in the chat window here, local time, 20:23:05, what

3    does that refer to?

4    A.   That refers to whenever Dread Pirate Roberts would be

5    online, it would show what the local time is for him, and as I

6    understand it, that would be what time was on their computer.

7    Q.   And what time zone was that reflected in?

8    A.   That would be Pacific Standard -- Pacific Time.

9    Q.   Did you set that to Pacific Standard Time, or is that the

10   way it automatically appeared?

11   A.   That is the way it automatically appeared every time you

12   login.

13   Q.   When you chatted with people in other time zones, what time

14   zones did it appear in?

15            MR. DRATEL:  Objection.

16            THE COURT:  Why don't you rephrase that.

17   BY MR. TURNER:

18   Q.   Would you talk to other staff members through chat?

19   A.   I would.

20   Q.   How would their time zones appear?

21   A.   So when I would talk to samesamebutdifferent, I knew he was

22   in Australia.  He would tell me he was in Australia.  It would

23   reflect a time zone in Australia.  And the same thing with

24   inigo, through the course of the investigation we believed that

25   he might have been East Coast, and it was actually showing an

East Coast time zone.

Q.   Throughout the time when you chatted with DPR through the system, what time zone was shown when you chatted with him or for his local time entry?

A.   Every time I chatted with him it would show Pacific Time Zone.

Q.   Now, how could you tell from this window when DPR was online and available for chat?

A.   From this one, it would say the status.  This one would tell you if he is available or if he was away or if he was offline.

Q.   OK.  Here it is.  When you chatted with DPR, how, if at all, did you document the chats?

A.   It would be saved in the Adium program.  There is a transcript that it would run automatically in the background and log the entire chat.

Q.   Is there a common term used for those transcripts?

A.   The transcript log.

Q.   Is it a log?

A.   A log.

Q.   OK.  Did DPR know that you were logging these chats?

A.   I think he did not.

Q.   Should you -- I mean, I'm sorry.  Could you take a look at Government Exhibit 127B, please?

A.   OK.

F1edulb6                         Der-Yeghiayan  - direct

1   Q.  Do you recognize this exhibit?

2   A.  I do.

3   Q.  How do you recognize it?

4   A.  It's a copy of the chat log that I had between myself and

5   Dread Pirate Roberts on July 29, 2013.

6           MR. TURNER:  The government offers Government Exhibit

7   127B into evidence, your Honor.

8           MR. DRATEL:  The same objection, your Honor, as

9   previously stated.

10          THE COURT:  All right.  Overruled.

11          And 127B is received.

12          (Government's Exhibit 127B received in evidence)

13          MR. TURNER:  Could you include the date up at the top,

14  Mr. Evert.

15  Q.  So where is the date notated?

16  A.  Up above.

17  Q.  July 29, 2013.  And could you explain how to read these

18  chat logs?

19  A.  Sure.  So each time that a user would post a message, it

20  would be in a different color.  Mine was in green in this

21  instance with Cirrus, and then Dread would be in blue.  And

22  basically it would annotate the time that you would send the

23  message as well as what was said, and it basically goes from

24  oldest to newest.

25  Q.  OK.  So it starts oldest at the top and then it goes down

F1edulb6                        Der-Yeghiayan  - direct

1    from there?

2    A.  It works down, yes.

3    Q.  And, again, the time, what time zone is it reflected in?

4    A.  This would be UTC time.

5    Q.  And your communications are green in Cirrus and Dread is

6    Dread Pirate Roberts?

7    A.  Dread is Dread Pirate Roberts.

8    Q.  OK.  So I will read it.  It is starting at 6:11 p.m.

9            Cirrus says:  Sorry, my Internet has been crappy

10   today.

11           Dread:  No worries.

12           Cirrus:  What's going on?

13           Dread:  I had a little task but inigo is on it.

14           Cirrus: I'm sorry, if you have anything else don't

15   hesitate to ask.

16           Dread: no worries, I will

17           Cirrus: I don't know if you saw on the tech forum

18   there were a few people reporting errors being received when

19   trying to enter in their pin while moving bitcoins?

20           Dread: didn't see

21           Dread: recent?

22           Cirrus: yes, let me send you the link

23           Dread: I actually just moved btc from one SR acct to

24   another without problem.

25           Cirrus: okay, well here is the thread…. probably just

F1edulb6                            Der-Yeghiayan   - direct

1    isolated stupidity.

2              And then there is some link there.

3              So, briefly, can you explain what this conversation

4    was about?

5    A.  This was Dread had previously sent me a message asking for

6    me to chat with him on the staff chat and so I wasn't online at

7    the time.  So I got online.  As soon as I saw it, I got on the

8    staff chat and I sent him that message asking him what he

9    needed from me.  I think he told me he had a task originally

10   for me.

11   Q.  Could you take a look at Government Exhibit 127C.

12             Do you recognize this document?

13   A.  Yes, I do.

14   Q.  How do you recognize it?

15   A.  It was another chat that happened between myself and Dread

16   Pirate Roberts on August 19, 2013, using the staff chat.

17             MR. TURNER:  The government offers Exhibit 127C into

18   evidence.

19             MR. DRATEL:  Objection on the previous grounds, your

20   Honor.

21             THE COURT:  All right.  127C is received.  The

22   objection is overruled.

23             (Government's Exhibit 127C received in evidence)

24             MR. TURNER:  Could you zoom in on the top third of the

25   document, Mr. Evert, including the date.

1    Q.   So this is from August 19, 2013, right?

2    A.   In UTC, yes.

3    Q.   What is the chat about?  Give me an overview.

4    A.   This was just a normal chat that we just started talking to

5    Dread Pirate Roberts, and it goes into him giving me more

6    access on the marketplace.

7    Q.   Did he show you anything in this chat online?

8    A.   Yes, he did.  He had just recently set up a new feature on

9    the marketplace which was a new messaging system that was on

10   there.  And he was granting me access to -- it was like a admin

11   panel on the marketplace.  So he was -- to help moderate those

12   new posts that would be placed on the marketplace, so he was

13   going to walk me through setting that up, set up my access, as

14   well as describing how he wanted me to moderate that section of

15   the marketplace.

16   Q.   By "moderate," do you mean keep it organized like you

17   described before?

18   A.   Yes.

19   Q.   So let's take a look, starting at 1:06:

20           Cirrus: Hey, how are you?

21           Dread: I'm good, you?

22           Cirrus: Doing okay, what's up?

23           Dread: Sorry, can you hang tight 5-10 min?

24           Cirrus: Of course.  Smiley face.

25           Dread: Ok...

F1edulb6                         Der-Yeghiayan  – direct

1          Dread: Are you logged into SR?

2          Dread: If you are, please log otu.

3          Dread: Out.

4          Cirrus:  Okay.  I'm out

5          Dread: Now go to --

6          And then there is a link, and is that the Silk Road

7    dot-onion website address?

8    A.   That is.

9    Q.   And then after that, it says "support/landing," right?

10   A.   Correct.

11   Q.   So now go to that address and enter your user and pass.

12   Let me know what happens.

13          Cirrus:  OK, standby.

14          Got invalid login.

15          Disregard.

16          I'm good.

17          What was going on there?

18   A.   Once I went to that URL and with my account --

19   Q.   What is a URL?

20   A.   I'm sorry.  The address of the Silk Road that he put in

21   this post here, the support landing page, there was two boxes

22   on there that -- and he told me to enter in my username and

23   password.  So the first box I entered my username and the

24   second box I entered my password and then hit "go" on it.

25   Q.   Were you having trouble at first?

1   A.  At first, yeah.  It wasn't working the first time I tried

2   it, but then I realized that I think I hit in the password

3   wrong.

4   Q.  Then it says:  Dread, are you in this support panel.

5           Cirrus:  It's loading.  OK, it loaded.

6           At that point what came on to your screen?

7   A.  At that point a new page appeared that I had never seen

8   before.  It was a page that had various boxes on there that

9   appeared that I could do a number of things or that you could

10  search a number of things, just different options I had never

11  seen from Silk Road before.

12  Q.  Could you take a look at Government Exhibit 127D.

13          MR. TURNER:  Mr. Evert, could you move that to the top

14  of the screen.

15  A.  OK.

16  Q.  Do you recognize this document?

17  A.  I do.

18  Q.  How do you recognize it?

19  A.  This is a screenshot that I took of that support panel on

20  August 19, 2013.

21          MR. TURNER:  The government offers 127D into evidence.

22          MR. DRATEL:  The same objection, your Honor, as I had

23  previously stated.

24          THE COURT:  All right.  There isn't one on the

25  Pretrial Order.

1           MR. DRATEL:  I'm sorry.  I am looking at the wrong

2     one.

3           Hearsay, your Honor.

4           THE COURT:  All right.  So that objection is

5     overruled.  127D is received.

6           (Government's Exhibit 127D received in evidence)

7     BY MR. TURNER:

8     Q.  OK.  So this is the support screen that came up when you

9     said, "OK, it loaded."

10    A.  Yes, it was.

11    Q.  And there are some boxes here.  One says "Customer

12    support."  The other says "Vendor Support."  Another says

13    "Resolutions."  And then there is "Vendors," "Items" and

14    "Posts" over here.

15          Do you see that?

16    A.  Yes.

17          MR. TURNER:  OK.  Could you go back into the chat,

18    Mr. Evert, and go down a little bit.

19    Q.  OK.  The next line, it says:

20          Dread:  OK.  Click on the number next to unread under

21    customer support.  Should say no access.

22          MR. TURNER:  Could you zoom in, Mr. Evert, in here.

23          Nope.  Over here.  OK.  Go back into the chat.  All

24    right.

25    Q.  Should say no access.

1                Cirrus:  Yes, it does.

2                Could you explain what was going on in the chat during

3      this time?

4      A.  So as he instructed me to click on that number, which is

5      the green number, in this case the 107 next to unread, when I

6      clicked on it, I got the result that said that I had no access

7      to that.

8                MR. TURNER:  Could you back out, Mr. Evert.

9      Q.  Now, the next line of the chat says:  Now click vendors,

10     top right.  Should say no access.

11               MR. TURNER:  Could you zoom into this entire thing

12     over here, Mr. Evert.

13     Q.  OK.  Yep, same thing.

14               So what happened next?

15     A.  Again, I clicked on the number next to "unread," which is

16     the 39 in this case, and it came back also as no access.

17     Q.  Then it says -- the next line is:

18               Dread:  Now click posts.  Should load a page.

19               Cirrus:  OK.  I see it.

20               So did you click on "posts" over here?

21     A.  I clicked on posts.

22     Q.  And what came up?

23     A.  When I clicked on posts, then it took me to another page

24     that I had never seen before on Silk Road that was -- it was

25     like -- it was a result of messages that were flagged in that

1    new messaging system.

2    Q.  Could you take a look at Government Exhibit 127E.

3    A.  OK.

4    Q.  Do you recognize this document?

5    A.  I do.

6    Q.  How do you recognize it?

7    A.  It is a screenshot that I took on August 19, 2013 of the

8    flagged messages.

9             MR. TURNER:  The government offers 127E into evidence,

10   your Honor.

11            THE COURT:  There is no objection noted, Mr. Dratel.

12   Do you have an objection?

13            MR. DRATEL:  No, your Honor.

14            THE COURT:  All right.  Received.

15            (Government's Exhibit 127E received in evidence)

16            MR. TURNER:  Put it down to the bottom panel,

17   Mr. Evert.  Zoom in a little bit.  That is good.

18   Q.  OK.  So what did you see exactly?

19   A.  This is the page that I would have seen.

20   Q.  Well, let's keep reading, actually.

21            Cirrus:  OK, I see it.

22            Dread:  These are flagged posts from the new

23   discussion boards.  You're going to be our quality control

24   expert on this.

25            Cirrus:  OK.  Is this connected at all to the other

F1edulb6                            Der-Yeghiayan  - direct

1   forums?

2            Dread:  No, it's all on SR.

3            What was meant by "SR"?

4   A.  SR was generally the way we referred to the market.  It

5   would just be SR, Silk Road.

6   Q.  Cirrus:  OK.

7            Dread:  You can now click discuss on items, vendors

8   and categories.  We're going to be pretty strict about what

9   gets through.  So if it's off topic or inflammatory, basically

10  anything that isn't calm, polite, etc., and on topic gets

11  pulled.

12           Cirrus:  That's easy enough.  So a lot more strict

13  than we handle the other -- go to page 2 -- the other forum?

14           Dread:  Yes.

15           Cirrus:  Who's the people on this?

16           Dread: The forum is the backyard party.

17           Cirrus: Anyone?

18           Dread: This is the storefront.

19           Cirrus: Alright.

20           Dread: Right now as long as you've spent $100 or more

21  you can post or if you are a vendor.

22           Cirrus: I see, so this is the moderator functions for

23  the discussions on the main site?

24           Dread: Yep.  Flagged posts go here.  They are sorted

25  by weight.  Weight is the total weight of all the users who

1     flagged it.  Count is the number of users who've flagged the

2     post.

3               Cirrus:  So basically the discussions have to be

4     related to the products, etc., and is not for random

5     discussions or bitching.  I got it

6               Dread:  Yes, that's right.

7               What is going on here?  What was this is flags page

8     used for?

9     A.  This flag page was used to alert basically staff or myself

10    if there is a message on a new post -- a message system that

11    was inappropriate or shouldn't belong on the marketplace.

12    Q.  Can you take a look at Government Exhibit 127F.

13    A.  OK.

14    Q.  Do you recognize this document?

15    A.  I do.

16    Q.  How do you recognize it?

17    A.  It is a screenshot that I took from my account of the Silk

18    Road marketplace of one of the vendors, that new discussion

19    page that would be available, and I took it on August 29, 2013.

20              MR. TURNER:  The government offers 127F into evidence.

21              MR. DRATEL:  Hearsay, your Honor.

22              THE COURT:  That objection is overruled.

23              127F, as in Frank, is received.

24              (Government's Exhibit 127F received in evidence)

25              MR. TURNER:  Could you exit out of this?  That is

1   fine, and then put that up top.  All the way over.

2   Q.  All right.  So this is this new type of message board that

3   was on the Silk Road marketplace?

4   A.  Yes.

5   Q.  And it was -- there would be a single board for each vendor

6   on the marketplace?

7   A.  Yes.  There would be a page like this attached to every

8   vendor.

9   Q.  So who is the vendor here?

10  A.  The vendor in this case is supertrips.

11  Q.  And then people can just post a message on this page?

12  A.  Yes.  So long as they met the requirements that DPR

13  discussed in that previous chat.

14  Q.  If they had spent more than $100?

15  A.  Right, or they are another vendor.

16  Q.  Then to the side there is a little flag button?

17  A.  That would be where you would report as a user on the site

18  a post such as this, and that would then reflect on that page

19  on this support panel.

20  Q.  So if I am a user and I click on "flag," what happens to

21  this support panel that we were looking at earlier?

22  A.  Then that message would be reported on the flag message

23  page that we saw earlier.

24  Q.  OK.  All right.  So how long did you continue working as a

25  moderator for the Dread Pirate Roberts?

1    A.  From July -- late July 2013 to the time that we shut down

2    the site.  So October 1st, basically once we arrested the

3    defendant.

4    Q.  When you first started working for DPR in an undercover

5    capacity in July 2013, were you investigating the defendant,

6    Ross Ulbricht, in any way at that time?

7    A.  No, I was not.

8    Q.  Had you ever heard of the defendant at that point?

9    A.  No, I had not.

10   Q.  When did the defendant, Ross Ulbricht, first come to your

11   attention?

12   A.  It was approximately around September 10th, September 11th,

13   2013.

14   Q.  And who brought the defendant to your attention?

15   A.  It was Special Agent Gary Alford with the Internal Revenue

16   Service.

17   Q.  And does Gary Alford work for any other federal agency?

18   A.  He was assigned -- I think he is still aside to the OCDETF

19   Strike Force in New York, Organized Crime Division, I think,

20   Task Force.

21   Q.  It is A drug task force?

22   A.  Essentially, yes.

23   Q.  So without telling me what Agent Alford told you about the

24   defendant, how, if at all, did his information change the focus

25   of your investigation?

F1edulb6                          Der-Yeghiayan  - direct

1    A.   The defendant that they brought out looked like a pretty

2    good match potentially.

3    Q.   Who did you begin investigating after you received

4    information from Gary Alford?

5    A.   Ross Ulbricht.

6    Q.   And at that point in time, September 2013, were you working

7    in partnership with any other law enforcement agency personnel?

8    A.   I was.

9    Q.   Who were you working with?

10   A.   I was working with, in addition to Special Agent Gary

11   Alford, I was working with an FBI separate group in New York.

12   Q.   Did the FBI also begin investigating the defendant as a

13   result of Agent Alford's information?

14   A.   Yes, they were.

15   Q.   At some point did the FBI obtain a warrant for the

16   defendant's arrest?

17   A.   Yes, they did.

18   Q.   Approximately when was that?

19   A.   It was sometime late September 2013.

20   Q.   And did you take part in the planning for that arrest?

21   A.   Yes, I did.

22   Q.   And what was the plan that was developed?

23   A.   The plan was to try to get in a position where we could

24   have the defendant in a public setting, in a public place, such

25   as an Internet cafe or somewhere where they would be required

1    to use Internet and that we would be able to initiate a chat

2    with them.

3    Q.   Initiate a chat with who?

4    A.   With the defendant.

5    Q.   OK.  In terms of -- let's see.  So the plan was to observe

6    Mr. Ulbricht --

7              MR. DRATEL:  Objection, your Honor.

8    Q.   I just want to be clear.  When you are talking about

9    initiating a chat, who were you in a position to initiate a

10   chat with?

11   A.   I was going to utilize my access to the staff chat with DPR

12   to start a chat with DPR once -- if we could get Ross Ulbricht

13   into an area where he would be in a public setting.

14   Q.   I just want to distinguish throughout this discussion the

15   DPR you are seeing with any surveillance, physical surveillance

16   of the defendant.  Can you agree to do that?

17   A.   Yes.

18   Q.   OK.  So what was the point of the plan?  What was the

19   purpose of planning the arrest that way?

20   A.   The purpose of that was to -- if indeed Ross Ulbricht was

21   Dread Pirate Roberts, if I was to initiate a chat with him

22   while I was in a public setting, that we would try to get his

23   computer in a nonencrypted -- in an open state where we could

24   then observe the same chat on his computer that I would be

25   having with Dread Pirate Roberts.

1   Q.  When you say "unencrypted," get the laptop in an

2   unencrypted state, what do you mean?

3   A.  What I mean by that is if it's protected by a password, get

4   in a place where he has already logged in with that password so

5   that the computer is open then.

6   Q.  When you say "open," what do you mean?

7   A.  Open and all of the files are available that are on the

8   computer.

9   Q.  What could cause a computer to lock up?

10  A.  Just by shutting it down, just by closing -- if it is a

11  laptop, by closing the lid, by -- you could set up other type

12  of triggers that could cause it to then turn on the password.

13  So there could be hot keys you could set up that could turn it

14  on, or you could actually just click shut down on it as well.

15  Q.  So where was the defendant living at this time?

16  A.  In San Francisco, California.

17  Q.  Where did the defendant's arrest take place?

18  A.  In San Francisco, California, at the Glen Park library.

19  Q.  Glen Park is a suburb or a part of San Francisco?

20  A.  I believe so.  I'm not sure, though.

21          MR. DRATEL:  Objection.

22          MR. TURNER:  Withdrawn.

23  Q.  On what date, again, did the arrest take place?

24  A.  The arrest took place on October 1, 2013.

25  Q.  And approximately what time of day did the arrest occur?

1   A.  It occurred around like 3 p.m., 3:15-ish.

2   Q.  When did you arrive in San Francisco for the arrest?

3   A.  I arrived September 30, 2013.

4   Q.  The day before?

5   A.  The day before.

6   Q.  And in October 1st, 2013, where did you go to meet the

7   arrest team?

8   A.  That day, around -- probably around noontime Pacific Time I

9   met up with the rest of the arrest team a few blocks away from

10  Mr. Ulbricht's home.

11  Q.  Why were you told to -- where did you meet specifically?

12  A.  It was the Bello -- it was right outside the Bello Cafe.

13  It was an Internet cafe that was there.

14  Q.  Why were you told to go there?

15  A.  That's where the team was assembling.

16  Q.  Do you know why they were assembled there?

17  A.  It was far away enough from the home where we were not --

18  if we were going to be seen in a group together, that might be

19  unusual or to try to -- it might gain his attention.  And,

20  also, that area was somewhere where he was observed the day

21  beforehand in a public Internet cafe on his computer.

22  Q.  And how many members of the arrest team were there,

23  approximately, do you know, roughly?

24  A.  There might have been five or six at the time.

25  Q.  Were the people in plainclothes or official law enforcement

1    gear, or what?

2    A.   They were -- everyone was in street clothes that day.

3    Q.   Did you see everybody there with you, or were they spread

4    out in the area?

5    A.   I didn't know everyone that was there that day.  They were

6    spread out in different locations.  There was people in

7    different cafes up and down the area.

8    Q.   Was the plan definitely to arrest him that day, or was

9    there flexibility built into the plan?

10   A.   There was flexibility.  I mean, there was --

11   Q.   What was the contingent on in terms of the decision to

12   arrest him that day?

13   A.   Based upon the previous day and seeing him in the cafe, we

14   decided that it would be better to try to see if -- return to

15   that same cafe and use his computer as well so I could initiate

16   the chat on that day.  If he hadn't gone anywhere that day,

17   then we would wait until the next day or even the day later.

18   Q.   What ability did you have to monitor whether the Dread

19   Pirate Roberts was online at the time you were in this area

20   setting up the arrest?

21   A.   I had my laptop computer on me the entire day.  Pretty much

22   had it on almost 24 hours at that point, and I was connected to

23   the Internet using a mobile hot spot that was with me.  So I

24   had my laptop with me and my Internet connection that I could

25   take with me anywhere.

1    Q.  And so how were you monitoring him, DPR?

2    A.  Through the staff chat primarily because -- and the forum

3    as well.  The forum would show when he was online, and the

4    staff chat would tell me, too, if he was online.

5    Q.  Can you take a look at Government Exhibit 128A?

6    A.  OK.

7    Q.  Do you recognize this document?

8    A.  I do.

9    Q.  What is it?

10   A.  It is an overview of the area where the arrest took place

11   around the Glen Park library.

12   Q.  And based on your experience there, can you say whether the

13   map fairly and accurately depicts the area surrounding the

14   place of arrest?

15   A.  Yes, it does.

16          MR. TURNER:  The government offers Exhibit 128A into

17   evidence.

18          MR. DRATEL:  No objection, your Honor.

19          THE COURT:  Received.

20          (Government's Exhibit 128A received in evidence)

21   Q.  Could you point with your laser pointer?  Do you still have

22   it up there?

23   A.  Yes.

24   Q.  Where did you go to initially set up for the arrest?

25   A.  OK.  So this is the Cafe Bello, and we were standing

1   primarily most of the time around that corner right there.

2   Q.  Which corner?

3   A.  I'm sorry.  Right on the edge, right there in front of Cafe

4   Bello, which is right next to the Glen Park library.

5   Q.  When you say "we," who were you with?

6   A.  I was with a computer specialist from FBI Tom Kiernan as

7   well as Special Agent Chris Tarbell of the FBI.

8   Q.  And Kiernan, K-i-e-r-n-a-n, is that how you spell that?

9   A.  I believe so.

10  Q.  So approximately when did you arrive in that area?

11  A.  Around like later in the afternoon, so like around 12:40,

12  1 o'clock p.m.

13  Q.  What happened next?  What happened after you arrived?

14  A.  After I arrived, I was instructed to go to the cafe where I

15  was the previous day and to wait there to see if he would show

16  up during the day.

17  Q.  And did he?

18  A.  No, he did not.

19  Q.  And were you monitoring DPR's online activity during this

20  time?

21  A.  Yes, I was.

22  Q.  What was the status of that?

23  A.  He was online at the time.  DPR was online on the staff

24  chat, and he remained online through the time that I was in

25  that cafe.

F1edulb6                         Der-Yeghiayan  - direct

1    Q.  OK.  So what happened next?

2    A.  The cafe closed around 2 p.m. and so I left there.  I went

3    back to -- or outside that Cafe Bello, in the same area.

4    Q.  Could you just make clear, you went to a different area in

5    that cafe.  Approximately where was that?

6    A.  It was down the street.  It is not on the map.  It is a

7    little bit down from that --

8    Q.  So you walked back to Cafe Bello and then what happens?

9    A.  So I was outside Cafe Bello for a little bit, and my

10   computer was running low on power.  So I went inside the Cafe

11   Bello to charge my computer.  It was around like 2/2:40 or so,

12   like 2:45 p.m.  At that time, or really close to that time, DPR

13   also went offline on the staff chat so he signed off.

14   Q.  Did you take a screenshot of that?

15   A.  I did.

16   Q.  Could you take a look at Government Exhibit 129A.

17   A.  OK.

18   Q.  Do you recognize that?

19   A.  Yes, I do.

20   Q.  How do you recognize it?

21   A.  It is, again, a capture of my entire computer screen on my

22   computer at that time on October 1, 2013.

23           MR. TURNER:  The government offers Exhibit 129A into

24   evidence.

25           MR. DRATEL:  Just as I had previously stated, your

F1edulb6                    Der-Yeghiayan  - direct

1    Honor.

2                  THE COURT:  All right.  The objection is overruled.

3             129A is received.

4             (Government's Exhibit 129A received in evidence)

5             MR. TURNER:  Publish the exhibit, please, Mr. Evert.

6             Could you zoom in on this area.

7    Q.  OK.  Could you explain what is shown in the exhibit?

8    A.  So this is again that staff chat on Dread Pirate Roberts'

9    profile, and I took the screenshot right after he signed off

10   from the staff chat, which then it is reflected on there as

11   saying signing off 16 seconds ago.

12   Q.  So it says 9:47 p.m.  What time zone is that in?

13   A.  That one is UTC.

14   Q.  So I thought before you said that you saw DPR's time zone

15   in Pacific Time?

16   A.  I did.

17   Q.  When would that happen?

18   A.  That was only when he was online and actually active

19   online.  When he would go offline, it would revert back to my

20   time zone and into UTC.

21   Q.  So how many hours ahead was UTC compared to your local time

22   in San Francisco?

23   A.  It was seven hours ahead.

24   Q.  So the actual local time was 2:47 p.m.?

25   A.  Yes.

1           MR. TURNER:  OK.  And back out, Mr. Evert.

2     Q.  You said your computer was low in power.  Is that reflected

3     anywhere?

4     A.  On the upper right-hand corner.  I was at 18 percent.

5     Q.  OK.  So you are in the Internet cafe, Cafe Bello, at this

6     point?

7     A.  Yes.

8     Q.  What happens next?

9     A.  I then -- I'm charging my computer.  It was hard to find

10    someplace to charge.  It was completely full inside the cafe.

11    So I was off on the side and I found an outlet, and I was

12    notified that Ulbricht had left his home and that he was headed

13    in the direction of the cafe.  And so I unplugged my computer

14    and went out of the cafe and crossed the street to join up with

15    computer scientist Tom Kiernan.

16    Q.  Could you take a look at 128B, please.

17          Do you recognize this exhibit?

18    A.  128B?

19    Q.  Yes.

20    A.  Yes, I do.

21    Q.  How do you recognize it?

22    A.  It's a photograph of San Francisco in the area we were at

23    on the street, where the Cafe Bello is at as well as the area

24    where I crossed the street that day.

25    Q.  Did you take this photograph?

1   A.  No, I did not.

2   Q.  Does it fairly and accurately depict the area you were in

3   at the time you were just describing?

4   A.  Yes, it does.

5           MR. TURNER:  The government moves Exhibit 128B into

6   evidence.

7           MR. DRATEL:  No objection.

8           THE COURT:  Received.

9           (Government's Exhibit 128B received in evidence)

10  Q.  So what are we looking at here?

11  A.  On the left-hand side --

12  Q.  You can use your laser pointer if it would help.

13  A.  Over here is the Cafe Bello.  You see the door entrance to

14  it.

15          And as soon as I was notified that Mr. Ulbricht had

16  left his home and was headed in this direction, I exited out of

17  that door, went across the street to a bench similar to that,

18  where Tom Kiernan was at, and I sat down beside him.

19  Q.  Do you know who Tom Kiernan is?

20  A.  The FBI computer scientist.

21  Q.  And what happened next?

22  A.  So I sat down on the bench, and I had my computer with me.

23  It was still open.  It was still on.

24          At that time DPR was not online when I was sitting

25  there, and I asked Tom if he knows where the person was at,

F1edulb6                         Der-Yeghiayan  - direct

1    where Ulbricht was at at the time.

2    Q.   Without telling me what he said in response, keep going,

3    what did you observe?

4    A.   Then so while I was sitting there, I looked to my right,

5    which is at that -- this corner right here, and I then saw

6    Mr. Ulbricht on the corner standing there and facing this

7    direction over on this side, waiting for the light basically to

8    turn so he could cross the street.

9    Q.   Did you -- was he alone or with others?

10   A.   He was by himself.

11   Q.   Was he carrying anything?

12   A.   Yes, he was.

13   Q.   What was he carrying?

14   A.   He had a small shoulder bag.

15   Q.   Where did you see him go?

16   A.   So the light turned so that he could cross the street.  So

17   he crossed the street, and then he proceeded to come up the

18   street and entered the Cafe Bello.

19   Q.   What did you observe next?

20   A.   It was probably about 30 seconds later Mr. Ulbricht came

21   back out of the Cafe Bello, looked to his right, and then

22   proceeded down the street in that direction.

23   Q.   Had you just been in the Cafe Bello?

24   A.   I had.

25   Q.   Was it crowded?

F1edulb6                          Der-Yeghiayan  - direct

1   A.  It was.

2   Q.  All right.  So what did you observe next?

3   A.  Mr. Ulbricht continued to -- after he turned -- after he

4   exited out of the Cafe Bello, he turned right and then entered

5   into the Glen Park library.

6   Q.  Could you take a look at Government Exhibit 128C.

7   A.  OK.

8   Q.  Do you recognize this photograph?

9   A.  I do.

10  Q.  How do you recognize it?

11  A.  It's a photograph of the Cafe Bello and the Glen Park

12  library in San Francisco.

13              MR. TURNER:  Your Honor, we offer 128C into evidence.

14              MR. DRATEL:  No objection.

15              THE COURT:  Received.

16              (Government's Exhibit 128C received in evidence)

17  Q.  So what does this photo depict?

18  A.  This would be the entrance of the Cafe Bello, where I

19  observed Mr. Ulbricht exit out and then turn to his right and

20  then enter into this door right here, which is the Glen Park

21  library.

22              MR. TURNER:  Your Honor, I probably have an hour of

23  questioning left.  I don't know if this might be a good point

24  to stop.

25              THE COURT:  Let's go ahead and continue and go until a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

F1edulb6                          Der-Yeghiayan  – direct

1   few minutes before 5, around 5 to 5.

2   Q.  So during this time when you observed him walking on the

3   street, go into the cafe, into the library, what was DPR's

4   online status?

5   A.  He was still offline on the staff chat and the forum.

6   Q.  So what happened after you observed the defendant enter the

7   library?

8   A.  And as soon as Mr. Ulbricht entered the library, the

9   computer scientist Tom Kiernan let me in into the library as

10  well.  Special Agent Chris Tarbell, who had been walking down

11  the street at the time, after he came and rejoined me by the

12  bench where I was sitting.

13                  (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

 1    BY MR. TURNER:

 2    Q.  So Tom Kiernan went in -- he followed Mr. Ulbricht into the

 3    library?

 4    A.  He did.

 5    Q.  What happened after that?

 6    A.  After that, Special Agent Tarbell was giving out directions

 7    to the rest of the arrest team, telling them that.

 8    Q.  How was he giving directions?

 9    A.  Through email.

10    Q.  Were you on those email chains?

11    A.  Yes, I was.

12    Q.  Okay.

13    A.  The directions included make sure to pull the laptop first,

14    then arrest, and he also said to make sure to give time for the

15    UC, which is the undercover, which would be me, to chat with

16    him once he logs on before anyone initiates arrest on him.

17    Q.  Was there -- were there any agents in the library?

18    A.  There were other people in there.  I wasn't aware of all

19    the people that were in the library.

20    Q.  Okay.  So what happened after Mr. Ulbricht entered the

21    library and those instructions were given?

22    A.  So not too long after, maybe a few minutes later or within

23    a few minutes, Dread Pirate Roberts came online on the staff

24    chat.  And as soon as I saw him come online, I then initiated a

25    chat with him, trying to ask him to go into a specific place on

F1EGULB7                              Der-Yeghiayan - direct

1   the Silk Road -- into the admin panel to log in to check

2   something.

3   Q.   How did you see him come online in the first place?

4   A.   It reflected on the staff chat.  It showed that he was

5   available.  It showed that he was online.

6   Q.   Did you take a screen shot of that?

7   A.   I did.

8   Q.   Can you take a look at Government Exhibit 129B.  Do you

9   recognize this exhibit?

10  A.   I do.

11  Q.   How do you recognize it?

12  A.   It was, again, a screen shot of my entire screen at the

13  time when Dread Pirate Roberts came online.

14           MR. TURNER:  The government offers 129B into evidence.

15           MR. DRATEL:  No objection, your Honor.

16           THE COURT:  Received.

17           (Government's Exhibit 129B received in evidence)

18           MR. TURNER:  Can you zoom in the same part of the

19  screen as before, Mr. Evert.

20  Q.   The computer is up to 22 percent now?

21  A.   I got a little bit of juice.  It didn't last very long.

22  Yeah.

23  Q.   How does this reflect Dread Pirate Roberts coming online?

24  A.   On the profile it says the status turned to available and

25  then the timezone turned back towards Pacific time.

F1EGULB7                          Der-Yeghiayan - direct

1   Q.  Just to make sure so we understand, it says 15:08:41.  What

2   does that mean?  What sort of time is that?

3   A.  It's military time, so it would be the 15th hour of the

4   day, so that would be 3:00 p.m.

5   Q.  So it's now 3:08 San Francisco time, correct?

6   A.  Yes.

7   Q.  So what did you do after you saw Dread Pirate Roberts

8   online?

9   A.  I initiated a chat with him.

10  Q.  And did you take a screen shot of that chat?

11  A.  Yes, I did.

12  Q.  Or rather, did you make a log of that chat as we saw

13  before?

14  A.  I did.

15  Q.  Can you take a look at Government Exhibit 129B.

16  A.  "B" as in boy?

17  Q.  Yes.  129C.  Excuse me.

18  A.  Okay.

19  Q.  Do you recognize this document?

20  A.  Yes, I do.

21  Q.  How do you recognize it?

22  A.  It's the chat log that I had with Dread Pirate Roberts on

23  October 1, 2013.

24          MR. TURNER:  The government offers 129C into evidence,

25  your Honor.

1          THE COURT:  129C is received.  Hearing nothing --

2          MR. DRATEL:  I'm sorry.  No objection.

3          THE COURT:  All right.  Thank you.

4          (Government's Exhibit 129C received in evidence)

5          MR. TURNER:  Can you zoom in to about here, Mr. Evert.

6  Actually, I'm sorry, go out a little bit.  Start here and go

7  all the way down.  Great.

8  Q.  There's an entry for exchanged status to offline, 9:47 p.m.

9  Changed status to online, 10:08 p.m.  Again, what does that

10 reflect?

11 A.  As long as I'm still online and as long as my chat box that

12 I have initiated with Dread Pirate Roberts is open, it will log

13 every time he logs off and logs on.  So this is reflecting that

14 Dread Pirate Roberts' status had changed to offline at

15 9:47 p.m, which would have been 2:47 Pacific and that he

16 changed back to online at 10:08 which would have been 3:08 p.m.

17 Q.  And then about 30 seconds later you, you write hi?

18 A.  Yes.

19 Q.  And about a minute later, you write are you there?

20 A.  I didn't get a response for about a minute, so I asked if

21 he was there.

22 Q.  And then about 30 seconds later, there's a response:

23          dread: hey

24          cirrus: How are you doing?

25          dread: im ok, you?

1        cirrus: Good, can you check out one of the flagged

2   messages for me?

3        dread: sure

4        dread: let me log in

5        cirrus: ok

6        dread: you did bitcoin exchange before you started

7   working for me, right?

8        cirrus: yes.. but just for a little bit

9        dread: not any more then?

10       cirrus: no, I stopped because of the reporting

11   requirements

12       dread: damn regulators, eh?

13       dread: ok, which post?

14       cirrus: lol yep

15       cirrus: there was the one with the Atlantis

16       So how long had you been chatting by this point by the

17   time you reached the last line there?

18   A.   It was about four minutes.

19   Q.   And what did you mean when you say can you check one of the

20   flagged messages for me?

21   A.   What I was asking him to do was to log in to that support

22   panel and that flagged message section where he gave me the

23   access rights to administer on the marketplace.

24       And what that would cause him to do is to force him to

25   log in under another administrator account, which presumably

1    would be his Dread Pirate Roberts account and would force him

2    then to access that page; so basically trying to get him online

3    as Dread Pirate Roberts in the marketplace as well as chatting.

4    Q.   When you told him to go to that flagged messages screen,

5    did you yourself have that screen full pulled up on your

6    computer at the time?

7    A.   Yes, I did.

8            MR. TURNER:  Can you go back to 129C, please, or 129B.

9    Q.   Can you point the jury to where that flagged messages page

10   was on your screen.

11   A.   Sorry.  I have a lot of things going on at the same time.

12           So there is in the background here, you see the outer

13   edge of the market place and that flag message page up.

14   Q.   Did you also take a screen shot of that window in and of

15   itself?

16   A.   I did.

17   Q.   So would you take a look at what's been marked as

18   Government exhibit 129D.

19   A.   Okay.

20   Q.   Do you recognize that document?

21   A.   I do.

22   Q.   How do you recognize it?

23   A.   It is a screen shot that I took later on that evening of

24   that flagged message page.

25           MR. TURNER:  The government offers Exhibit 129D into

F1EGULB7                          Der-Yeghiayan - direct

1    evidence.

2               MR. DRATEL:  No objection, your Honor.

3               THE COURT:  All right 129D is received.

4               (Government's Exhibit 129D received in evidence)

5    Q.  You said the end of your chat -- actually, can you pull it

6    back up, Mr. Evert, to the top of the screen, 129C, the chat

7    right around the bottom there.

8               You mentioned at the end there was the one with the

9    Atlantis.  What were you referring to?

10   A.  There's another marketplace which I'm referring to as

11   Atlantis that there was a lot of, we call it, spam

12   advertisements that were affecting our marketplace or the Silk

13   Road marketplace, and that was something that was

14   constantly -- something of attention, something that we

15   discussed.  So there was a flagged message that was on there

16   from Atlantis advertisement.

17   Q.  Okay.  So what happened towards the end of this chat?

18   A.  They -- so as I'm asking to go in, he asked me about

19   the -- about whether or not I did the bitcoin exchange before.

20   And I was waiting for basically a sign that he was logged in at

21   the time of the market.  And as soon as he said "okay, which

22   post," then I knew that he was -- he was on that page, that he

23   was viewing it.  So I knew that he was logged into that flag

24   message page, which then I gave a signal to Special Agent Chris

25   Tarbell that they should effect the arrest, and I continued

 1    typing after that.

 2    Q.  So what happened after that?

 3    A.  As soon as I got done with that last message Agent Tarbell

 4    and myself got up and walked to -- walked over to the library.

 5    I didn't close my laptop or didn't shut it down, I left it

 6    online --

 7    Q.  Let me back you up.  You said you gave a signal to Agent

 8    Tarbell around this point.  Do you know what Agent Tarbell did

 9    in response?

10    A.  Agent Tarbell gave a signal to the team through email to go

11    do the rest.

12            MR. DRATEL:  Objection.

13            THE COURT:  Let me think for one second.  How do you

14    know that?

15            THE WITNESS:  I was on the email chain.

16            THE COURT:  I'll allow it.

17    Q.  And at what point in the chat was that, just to be clear?

18    A.  That was right at when the last thing that Dread said, so

19    around 10:14, which would have been around, like, the

20    3:14 mark.

21    Q.  So 3:14:19, Dread says "okay, which post," after that, you

22    give the signal, after that, Agent Tarbell gives the signal to

23    effectuate the arrest?

24    A.  Correct.

25    Q.  Was it your understanding there were agents inside the

1  library at that point?

2  A.  Yes.

3  Q.  So how much longer were you online available to receive

4  chat messages from Dread Pirate Roberts?

5  A.  I kept the computer online.  I walked into the library --

6  Q.  How far was the library from where you were?

7  A.  Maybe 50 feet, and so I entered the library with Agent

8  Tarbell and we went up the first flight of stairs, we didn't

9  fully enter into the library, we stayed sort of -- it's an

10 upstairs --

11 Q.  What do you mean it's an upstairs library?

12 A.  The library is located upstairs in the building.  So we

13 went up half the flight of stairs and waited there and they

14 brought Mr. Ulbricht -- the agents that arrested him to us at

15 the stairs.  At that point in time, I shut my computer and put

16 it in my book bag and that was reflected on there at 10:16 p.m.

17 so it would have been 3:16.

18 Q.  Would you like me to keep going, your Honor.

19         THE COURT:  We can end for the afternoon now.

20         Ladies and gentlemen, we're going to end for today.

21 We're going to pick up tomorrow morning and, again, we'll start

22 at 9:30 and if you all can be on time, that would be really

23 helpful.

24         If you have any transit issues, let Joe know.  You've

25 got his numbers already so that we know where to -- know where

1    you are and how long you're going to be.  But if at all

2    possible, please try to get here since we'll all be waiting.

3            I want to remind you not to talk to anybody about this

4    case, including each other or anybody in your life to avoid any

5    news articles either on the Internet or in print or anything

6    that might be on the TV.  If you happen to be watching the TV

7    and something comes on, I instruct you that you may not listen

8    to it or watch it.  You must turn it off.

9            You can turn it back on as soon as it's over.  And

10   after all of this is over, after the whole trial is over,

11   you'll be able to go back at that point later on and look back

12   over things, but right now, I need you not to look at anything

13   at all, all right?

14           We'll see you tomorrow morning.  Thank you very much.

15           (Jury excused)

16           (Continued on next page)

17

18

19

20

21

22

23

24

25

1          (Jury not present)

2          THE COURT:  Let's all be seated.

3          I wanted to state for the record some of the further

4     rulings.  There had been some conversations with inigo that

5     were talked about relating to the type of support that had been

6     provided.  To the extent that the type of support is offered in

7     any way for the truth in terms as opposed to the fact of

8     providing support, which is the far more likely use those would

9     be the conversations and communications of a coconspirator as

10    we have previously discussed.

11         In terms of GX 127, that is either not for the truth

12    or it would be under the hearsay exception of coconspirator

13    statements of the staff chat.  That's really not particularly

14    for the truth.

15         127A is 801, Rule 801.  127B is not for the truth.

16    127C is not for the truth.  127D is not for the truth.  129A,

17    there was a *Vayner* objection only.  That was a screen shot.  It

18    was appropriately authenticated.  And 127 is not for the truth.

19         Does anybody want to comment?  Those were the bases

20    for my rulings.  So the hearsay objections, which you made two

21    types of objections, hearsay and *Vayner:  Vayner* I have dealt

22    with before.  Hearsay, if it's not for the truth of the

23    statement asserted, then it's not hearsay, so that doesn't

24    apply.

25         MR. DRATEL:  Also 117, the 117A and B this morning,

1    and you asked if we wanted additional ones under the rubric of

2    "not for the truth."  I think they would qualify as well.

3              THE COURT:  Let me take a look for a moment.  Right.

4    117A is not for the truth and 117B, which is the amount, the

5    alleged -- or the cost of a certain number of pills is not for

6    the truth.

7              MR. DRATEL:  I think you already told the jury about

8    118.

9              May I ask, let me consider this overnight whether to

10   ask the Court to instruct the jury as to the specific exhibits

11   that you have just listed for this afternoon as to whether we

12   want the instruction on that or to leave that for another time.

13             THE COURT:  All right.  I'll wait for your application

14   and then depending on what it is, I'll obviously consider it.

15             Is there anything that you folks wanted to put on the

16   record at this point in time?  And why doesn't the government

17   give us a sense as to what is coming up.

18             I heard you say, Mr. Turner, you have an hour left.

19   And how long, Mr. Dratel, do you think you'll have with this

20   witness?  Is it about an hour still or less than that?

21             MR. TURNER:  An hour or less, I'd say.

22             THE COURT:  Forty-five minutes to an hour, something

23   like that.

24             MR. TURNER:  That's probably right.

25             THE COURT:  Mr. Dratel, based upon that?

1          MR. DRATEL:  I could take him the whole day tomorrow,

2     the whole rest of the day.  I can't say for sure because

3     cross-examination being what it is, but it's conceivable that

4     it could go the rest of the day.

5          THE COURT:  Fine.  In terms of the next witness, what

6     we'll do is at a break tomorrow afternoon or some point, we'll

7     get a sense of how much more time you have left so that the

8     government can bring over whomever is next, because I'll want

9     to continue on with the next person right away.

10         MR. DRATEL:  I will do two things:  When I come in

11    tomorrow, after I have gone over everything again and see where

12    I want to go, I'll give them a better sense and the Court a

13    better sense, but also, by lunchtime I'll know.  And then if

14    you put in redirect and recross that's not extensive, we'll

15    have a better sense.

16         THE COURT:  You folks can confer and make sure we get

17    people lined up.

18         Is the next person going to be the person who was

19    second on the government's witness list?

20         MR. TURNER:  If your Honor has the most recent one, it

21    should be Tom Kiernan, Thomas Kiernan.

22         THE COURT:  That is the next name I have, so it would

23    be Mr. Kiernan?

24         MR. TURNER:  Correct.

25         THE COURT:  Who would be next?  And he is anticipated

1    to be slightly shorter than this witness?

2             MR. TURNER:  Correct.

3             THE COURT:  We'll proceed as we have all discussed for

4    tomorrow.  Is there anything else we should go over right now?

5             MR. TURNER:  Not from the government.

6             MR. DRATEL:  There is one thing I wanted to clarify

7    with respect to our objection on the business records issue,

8    it's not only about contemporaneous knowledge or

9    contemporaneous verification, but also the reliability of the

10   record itself.  So we would say in this context in an Internet

11   context particularly when you have a witness who was

12   masquerading at the time that the reliability of communications

13   can't be validated in a way that is necessary for a business

14   record.

15            THE COURT:  I think part of the issue is simply

16   whether or not -- well, Mr. Turner, why don't you respond.

17            MR. TURNER:  I think you're mixing apples and oranges

18   here.  In terms of the reliability of the software, the agent

19   testified that he spent thousands of hours on the system, knew

20   how it worked and knew that when people would post, the time of

21   the posts would show up, where the timestamp is and the name of

22   the poster would show up where the username is, etc.

23            There's no reason to believe that the system was

24   somehow unreliable in that regard.  The fact that he's an

25   undercover, quote, masquerading as another user has nothing to

1    do with the technical reliability of the software and what it

2    displays.

3              THE COURT:  Go ahead, Mr. Dratel.

4              MR. DRATEL:  One is, is that doesn't verify the

5    substance of the communications made in those exhibits.  Also,

6    he's not a business records person for the software.

7              THE COURT:  Let's put it this way:  He's an individual

8    who participated directly in both reviewing the communications

9    for accounts he had taken over of administrators and also

10   creating communications himself.  There's no indication in the

11   record currently, there's no factual indication of

12   unreliability that things were not recorded and retained in the

13   manner in which they appear to be.

14             If such information develops, we'll take that up at

15   the right time there's no indication right now that the posts

16   weren't appropriately recorded, appropriate being simply that

17   the key strokes resulted in the letters on the page indicating

18   what those words were in the English language.

19             MR. TURNER:  To add one more factor to the record:  He

20   was a moderator of the forum so he was responsible for keeping

21   it organized and have the ability to do searches and that sort

22   of thing that ordinary users couldn't do so he was in some way

23   a caretaker of the forum and many ways like a custodian of

24   record.

25             THE COURT:  All right.

1         MR. DRATEL:  I was more concerned, I believe, when I

2    was objecting about messages that occurred before he even got

3    to that stage that he was validating that he had not been part

4    of that he was just looking at retrospectively; but also that

5    it's not for the truth because the business record aspect, it

6    has to be reliable, the information in there.  So the fact that

7    it's reliable that that's what appeared on the screen doesn't

8    mean the substance of the communications were reliable.

9         THE COURT:  I hear your point.  The witness indicated

10   that based upon his testimony, which you'll take up at

11   cross-examination, is that when he took over an account, the

12   account would have resident on it, if you will, whatever

13   historical information continued to exist on it.  Some of

14   it -- there may be certain things that were gone or not gone.

15        But I think we hear each other's positions.  You've

16   got my ruling on this.  At this point in time, I don't have any

17   basis to believe that the information that was recorded were

18   not statements made as they appear to be indicated.  They

19   appear to be accurate reflections of words that were put on the

20   page.

21        MR. TURNER:  Not to belabor the point, but for the

22   record, our position is that virtually all of these

23   communications are not offered for the truth, things like chat

24   instructions, these were not offered for the truth value; it's

25   just to document the role of DPR on the site as the boss of

f1egulb7                          Trial

1       these employees.  That's all.

2                   THE COURT:  I understand that.  And I think I tried to

3       indicate when certain things were not for the truth, but there

4       are certain statements which certainly overlap with assertions

5       that the government is attempting to prove.  So whether or not

6       you're going to turn back to some of those statements, for

7       instance, involvement in transactions, that will be something

8       that, if you do, I'll have made an appropriate ruling one way

9       or the other.

10                  Let's all take our break.  We'll pick up tomorrow

11      morning at 9:00 a.m.

12                  THE DEPUTY CLERK:  All rise.

13                  (Adjourned to January 15, 2015 at 9:00 a.m.)

14                                   * * *

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXAMINATION

Examination of:                              Page

JARED DER-YEGHIAYAN

Direct By Mr. Turner . . . . . . . . . . . . . 135

GOVERNMENT EXHIBITS

Exhibit No.                              Received

106   . . . . . . . . . . . . . . . . . . . . 136

108   . . . . . . . . . . . . . . . . . . . . 140

109   . . . . . . . . . . . . . . . . . . . . 142

101   . . . . . . . . . . . . . . . . . . . . 144

132   . . . . . . . . . . . . . . . . . . . . 146

110   . . . . . . . . . . . . . . . . . . . . 147

111   . . . . . . . . . . . . . . . . . . . . 149

113   . . . . . . . . . . . . . . . . . . . . 154

114   . . . . . . . . . . . . . . . . . . . . 167

113A   . . . . . . . . . . . . . . . . . . . 172

103A   . . . . . . . . . . . . . . . . . . . 177

103B   . . . . . . . . . . . . . . . . . . . 178

s 801 and 801A   . . . . . . . . . . . . . . 183

116A   . . . . . . . . . . . . . . . . . . . 184

116B   . . . . . . . . . . . . . . . . . . . 186

116C   . . . . . . . . . . . . . . . . . . . 188

117A   . . . . . . . . . . . . . . . . . . . 193

117B   . . . . . . . . . . . . . . . . . . . 195

118   . . . . . . . . . . . . . . . . . . . . 198

 1    118A . . . . . . . . . . . . . . . . . 201

 2    118B . . . . . . . . . . . . . . . . . 207

 3    119 . . . . . . . . . . . . . . . . . . 213

 4    120 . . . . . . . . . . . . . . . . . . 218

 5    121A . . . . . . . . . . . . . . . . . 234

 6    121B . . . . . . . . . . . . . . . . . 234

 7    123 . . . . . . . . . . . . . . . . . . 238

 8    123A . . . . . . . . . . . . . . . . . 242

 9    125A . . . . . . . . . . . . . . . . . 243

10    125B . . . . . . . . . . . . . . . . . 246

11    133 . . . . . . . . . . . . . . . . . . 248

12    125C . . . . . . . . . . . . . . . . . 250

13    125D . . . . . . . . . . . . . . . . . 252

14    125H . . . . . . . . . . . . . . . . . 255

15    125J . . . . . . . . . . . . . . . . . 256

16    125K . . . . . . . . . . . . . . . . . 259

17    125G . . . . . . . . . . . . . . . . . 262

18    125L . . . . . . . . . . . . . . . . . 263

19    126A . . . . . . . . . . . . . . . . . 266

20    126C . . . . . . . . . . . . . . . . . 271

21    126D . . . . . . . . . . . . . . . . . 272

22    127 . . . . . . . . . . . . . . . . . . 292

23    127A . . . . . . . . . . . . . . . . . 296

24    127B . . . . . . . . . . . . . . . . . 300

25    127C . . . . . . . . . . . . . . . . . 302

1    127D   . . . . . . . . . . . . . . . . . . 306

2    127E   . . . . . . . . . . . . . . . . . . 308

3    127F   . . . . . . . . . . . . . . . . . . 310

4    128A   . . . . . . . . . . . . . . . . . . 318

5    129A   . . . . . . . . . . . . . . . . . . 321

6    128B   . . . . . . . . . . . . . . . . . . 323

7    128C   . . . . . . . . . . . . . . . . . . 325

8    129B   . . . . . . . . . . . . . . . . . . 328

9    129C   . . . . . . . . . . . . . . . . . . 330

10   129D   . . . . . . . . . . . . . . . . . . 333

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25