UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 14 Cr. 68 (KBF) |
| - against - | : | **NOTICE OF MOTION IN SUPPORT OF** |
| ROSS ULBRICHT, | : | **DEFENDANT ROSS ULBRICHT'S** |
| Defendant. | : | **POST-TRIAL MOTIONS** |

--------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, ROSS ULBRICHT, will move before the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the following relief:

(a)  an Order of a new trial, pursuant to Rule 33, Fed. R. Crim. P., based upon the government's failure to provide exculpatory material in a timely manner;

(b)  an Order renewing Mr. Ulbricht's suppression motion(s) and granting them in their entirety and/or for a hearing on the suppression motion(s); and,

for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
         6 March 2015

                                         /S/ Joshua L. Dratel
                                         JOSHUA L. DRATEL
                                         JOSHUA L. DRATEL, P.C.
                                         29 Broadway, Suite 1412
                                         New York, New York 10006
                                         (212) 732-0707

*Attorneys for Defendant Ross Ulbricht*

To: CLERK OF THE COURT

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK

ALL DEFENSE COUNSEL