USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 15 2015

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

April 15, 2015

**BY ELECTRONIC MAIL**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Ross Ulbricht*
       14 Cr. 68 (KBF)

Dear Judge Forrest:

   This letter is submitted on behalf of defendant Ross Ulbricht, and respectfully requests that the Court permit a one-day extension of time, until Thursday, April 16, 2015, for the filing of Mr. Ulbricht's Reply Memorandum of Law in Support of His Post-Trial Motions, currently due today, April 15, 2015. I have spoken with Assistant United States Attorney Timothy Howard, who has informed me that the government consents to that modification.

   The additional day for the submission of Mr. Ulbricht's Reply is requested in light of the recent filing in the Northern District of California of the Criminal Complaint against former Special Agent Carl Mark Force, which we needed time to digest and incorporate into our Reply.

   The requested extension is also necessary because Joshua L. Dratel, Esq., who is lead counsel for Mr. Ulbricht, is in California for a long-standing meeting with a client incarcerated there (and which could not be rescheduled), thus making it considerably more difficult and time-consuming to manage logistics related to the preparation of Mr. Ulbricht's Reply.

   Accordingly, it is respectfully requested that the Court grant an additional one day extension, until Thursday, April 16, 2015, for the filing of Mr. Ulbricht's Reply Memorandum of

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
April 15, 2015
Page 2 of 2

Law in Support of His Post-Trial Motions. As noted, the government consents to the one-day extension.

Respectfully submitted,

Lindsay A. Lewis

LAL/

cc: Serrin Turner
Timothy Howard
Assistant United States Attorneys

Ordered,
Application granted.

K.B. For
USDJ

4/15/15