# EXHIBIT 9

| Date | From | To | Subject | Message |
|---|---|---|---|---|
| 4/6/13 18:00 | DeathFromAbove | Dread Pirate Roberts | Dread Pirate Roberts | It's not that easy Anand  |
| 4/10/13 11:54 | DeathFromAbove | Dread Pirate Roberts | so | Do they have a casino there Anand? |
| 4/16/13 5:56 | DeathFromAbove | Dread Pirate Roberts | personal history | Name: Anand Athavale<br>DOB: November 11, 1975<br>POB: India<br>Citizenship: India<br>Sex: M<br>Brown hair, 5'6" tall, Brown eyes, 300 lbs.<br>Residence: 3733 Edgehill Drive, P.O. Box 87, Tappen, BC, Canada V0E 2X0<br>is that enough to get your attention? <br><br>So, $250,000 in U.S. cash/bank transfer and I won't give you identity to law enforcement. Consider it punitive damages.<br>DeathFromAbove |



DEFENDANT'S EXHIBIT E