USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 17, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA          :
:
        -v-               :       14-cr-68 (KBF)
:
ROSS WILLIAM ULBRICHT,            :       ORDER
:
      Defendant.          :
-------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    The Government shall notify the Court as soon as practicable as to whether any victims intend to speak at Mr. Ulbrict's sentencing; and, if so, the number and the likely duration.

    The Government shall update the Court on an ongoing basis until the sentencing.

    SO ORDERED.

Dated:    New York, New York
           April 17, 2015

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge