# EXHIBIT 6

1319
Differences between 4-AcO-DMT and 5-MeO-DMT
Benzodiacepines and driving skills
MDMA and terbinafine interaction
MDMA and piracetam interaction
Long term effects of 2C-X-NBOMe
Neurobiological aspects of "rush"
Paranoid reaction to cocaine
Long term effects of 2C-X-NBOMe (II)
Spiritual use of psychedelics
Morphine detoxification using buprenorphine/naloxone
LSD microdosing
Drugs for lumbar pain
Oxycodone as antidepressant
Clinical and biological death
Alimentation after MDMA

PM:
Testosterone dosage
3-MMC toxicity
Oxycodone as antidepressant
25iNBOMe dosage