# EXHIBIT 15

*Mark L. Taff, M.D.*

FORENSIC PATHOLOGIST
511 Hempstead Avenue, Suite 2
West Hempstead, New York 11552
OFFICE TELEPHONE: (516) 292-2300
HOME TELEPHONE: (516) 887-4691

**Citizenship**   United States

**Medical Licensure**
- State of New York, 1981 No. 148497-1
- State of Michigan, 1983, No. 004704
- State of New Jersey, 1990, No. 56900

**Board-Certification**   Forensic and Anatomic Pathology

**Professional Experience**

**1987-Present**
- **Chief Medical Examiner, Rockland County, New York (10/01/08 - 10/31/12)**
- **Forensic Pathologist Consultant**
- Coroner's Pathologist, Orange, Sullivan, Putnam & Greene Counties, New York
- Forensic Pathologist Consultant, Rockland County Medical Examiner's Office, Pomona, NY
- New York City & New Jersey Transit Authority
- Aetna Life Insurance Company, Hartford, CT
- New York, Kings, Queens Counties and Bergen County, New Jersey District Attorney's Office
- New York Law Department
- New York Attorney General's Office
- New York Housing Authority
- New York, Brooklyn & Queens Legal Aid Societies
- Connecticut, New Jersey, Dutchess County (New York), Pennsylvania & New Hampshire Public Defenders' Offices
  - Performed over 2,000 medicolegal autopsies
  - Testified in court/depositions as an expert witness in forensic pathology over 375 times

**1984-1988**   **Deputy Medical Examiner,** Nassau County Medical Examiner's Office, East Meadow, NY

**Academic Affiliations**
- Clinical Associate Professor of Pathology, Mt. Sinai School of Medicine, New York, NY, 1990-Present
- Adjunct Professor, Department of Criminal Justice, C.W. Post/Long Island University, Brookville, NY, 1998-2003
- Scientist-in-Residence, Metropolitan Forensic Anthropology Team, Department of Anthropology, Lehman College, City University of New York, 1985-2003
- Special Teaching Staff pathologist, Department of Pathology, Long Island Jewish-Hillside Medical Center, New Hyde Park, NY 1987-1993
- Assistant Professor of Forensic Pathology, School of Medicine, State University of New York at Stony Brook, NY 1985-1988
- Lecturer in Forensic Pathology, Queens Medical School at York College, City University of New York, 1987

- Instructor in Pathology, Wayne State University School of Medicine, Detroit, MI, 1983-84
- Instructor in Pathology/Clinical Assistant Pathologist, Mt. Sinai School of Medicine, New York, NY 1982-83

## Education & Training
- **1983-84** Resident in Forensic Pathology, Office of the Medical Examiner of Wayne County, Detroit, MI
- **1979-82** Resident in Pathology, Mt. Sinai School of Medicine, New York, NY
- **1978-79** Resident in Pathology (first-year), Long Island Jewish-Hillside Medical Center, New Hyde Park, NY

## Educational Experience
- **1968-72** University of Maryland, College Park, MD
  - Bachelor of Science Degree
- **1972-78** University of Bologna School of Medicine, Bologna, Italy
  - Doctor of Medicine Degree
- **1975-77** Queens Medical Center & Queens Medical Examiner's Office
  - Pathology Clinical Clerkship
  
  Jewish Hospital & Medical Center of Brooklyn
  - ECFMG-approved Clinical Clerkship

## Professional Activities
- AMA Physician's Recognition Award, 1981-92
- House Staff Representative, Academic Council, Mt. Sinai School of Medicine, 1981-82
- Member, Public Information Network (PIN), College of American Pathologists, 1981-84
- Chairman, "The Young Associates" of the Milton Helpern Library of Legal Medicine, 1982
- Creator, "Residents' Corner," <u>The American Journal of Forensic Medicine and Pathology</u>, 1982
- Feature Editor, <u>The American Journal of Forensic Medicine and Pathology</u>, 1982-91
- Member, Medical Board, International Boxing Writers Association, 1982-93
- Member, Governor's Task Force on Domestic Violence, State of New York, Professional School Curriculum Subcommittee, 1982-83
- Member, Governor's Commission on Domestic Violence, State of New York, 1985-89
- Member, New York City's Task Force on Acquired Immunodeficiency Syndrome (AIDS), 1982-83
- Member, Committee on Public Health, New York City Medical Society, 1982-83
- Member, <u>The Histogram</u>, The Newsletter of the International Study Group in Forensic Sciences, 1984-85
- Editor, <u>Inform</u> - The International Reference Organization in Forensic Medicine, 1984-94
- President & Founder, New York Society of Forensic Sciences at Lehman College, Bronx, NY, 1985-96
- Co-Chairman, National Association of Medical Examiner's Inspection & Accreditation Committee, 1985-87

- Judge, American Institute of Science & Technology of the City of New York, 49th Queens Borough School Science Fair, John Browne High School, Flushing, NY, Mar. 13, 1987
- Fellow, American Society of Clinical Pathologists, 1988-96
- Member, Library Committee, Nassau Academy of Medicine, 1990-93
- Member, Preventive Medicine Section, Nassau Academy of Medicine, 1992-93
- Editorial Board Member, Frontiers in Bioscience, 1995-97
- Vice-President, Society of Medical Jurisprudence, New York, 1997
- Member, Advisory Board, American Foundation for Gender and Genital Medicine and Science (AFGAGMAS), Baltimore, MD, 1997
- Member, Reader Advisory Board, Mayo Clinic Proceedings, Rochester, MN, 1997-1998
- Guest Columnist, Education Update, New York, NY, 1997

## Memberships

- American Medical Association
- American Society of Clinical Pathologists
- Public Information Network (PIN), College of American Pathologists, 1981-82
- New York Academy of Sciences
- Committee on Public Health, Medical Society of the County of New York
- Milton Helpern Society of Legal Medicine
- American Society of Law & Medicine
- American Association of Suicidology
- Medical Society of the County of New York
- University of Maryland Alumni Association
- New England Pathology Residents' Society, 1980-83
- National Association of Medical Examiners
- The Hastings Center
- American Academy of Forensic Sciences
- Society for the Scientific Study of Sex, Inc., 1983-84
- Michigan Society of Pathologists
- Nassau County Medical Society
- Nassau County Society of Pathologists
- New York Pathological Society
- New York Society of Forensic Sciences at Lehman College, Bronx, NY
- New York Association of County Coroners & Medical Examiners
- Society of Medical Jurisprudence
- Friends of the John N. Snell Library, Inc.
- International Society of Clinical Forensic Medicine
- American Society of Forensic Odontology
- American Suicide Foundation
- American College of Sports Medicine

**Grants**   New York Society of Forensic Sciences at Lehman College, The Research Foundation of the City University of New York, 9/85-12/96

## Awards

- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1994
- Distinguished Member, The International Society of Poets, Owings Mills, MD, 1995

- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1995
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1996
- Editor's Choice Award for Outstanding Achievement in Poetry, Best Poems of the '90s, The National Library of Poetry, Owings Mills, MD, 1996
- Slogan Winner, *Education Update*, New York, NY, 1997
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1998
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1998
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999
- Listed in Index of Forensic Pathology Experts In, Forensic Sciences. Vol. 5. Wecht, CH (Ed.). Matthew Bender, 1999, p.41-69.
- Editor's Choice Award for Outstanding Achievement in Poetry, The National Library of Poetry, Owings Mills, MD, 1999

### Publications

1. *Taff, ML:* Right on target [letter]. <u>NY Times</u>, Dec. 13, 1981, p. S2.
2. *Taff, ML:* "Supply-Side Theory" and house-staff physicians [letter]. <u>NEJM</u> 1982; 306:180.
3. *Taff, ML:* Interview with Russell S. Fisher, M.D., Chief Medical Examiner, Baltimore, MD. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
4. *Taff, ML:* Interview with Michael M. Baden, M.D., Deputy Chief Medical Examiner, Suffolk County, NY. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
5. *Taff, ML:* Interview with Joseph H. Davis, M.D., Chief Medical Examiner, Dade County, FL. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
6. *Taff, ML,* Siegal, FP: Acquired immune deficiency syndrome. <u>Medcom Teaching Series</u>, New York, 1983.
7. *Taff, ML:* "The Young Associates" of the Milton Helpern Library for Legal Medicine. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
8. *Taff, ML:* Interview with William A. Tari, Dean, American Academy McAllister Institute of Funeral Service, New York. <u>Am J Forensic Med Pathol</u> (Submitted for Publication).
9. *Taff, ML,* Siegal, FP, Geller, SA: Outbreak of an acquired immunodeficiency syndrome associated with opportunistic infections and Kaposi's sarcoma in male homosexuals. An epidemic with forensic implications. <u>Am J Forensic Med Pathol</u> 1982; 3:259-264.
10. Perlow, LS, *Taff, ML,* Orsini, JM, Goldsmith, MA, Hruza, ZT, Gerber, MA, Geller, SA: Kaposi's sarcoma in a young homosexual man: association with angiofollicular lymphoid hyperplasia and a malignant lymphoproliferative disorder. <u>Arch Pathol Lab Med</u> 1983; 107:510-513.
11. Waxman, J, Subietas, A, Malowany, M, *Taff, ML:* Overwhelming mycobacteriosis in an immunodeficient homosexual. <u>Mt Sinai J Med</u> 1983; 50:19-21.
12. Gordon, RE, *Taff, ML,* Schwartz, IS, Kleinerman, J: Malignant retroperitoneal paraganglioma: unusual light and electron microscopic findings. <u>Mt Sinai J Med</u> 1983; 50:507-513.
13. Leslie, J, *Taff, ML,* Patel, I, Sternberg, A, Fernando, MM: Self-inflicted ocular injuries: a rare form of self-mutilation. <u>Am J Forensic Med Pathol</u> 1984; 5:83-88.
14. Unger, PD, *Taff, ML,* Song, S, Schwartz, IS: Sudden death in a patient with von Recklinghausen's neurofibromatosis. <u>Am J Forensic Med Pathol</u> 1984; 5:175-179.
15. Brunetti, LL, *Taff, ML:* The premenstrual syndrome. <u>Am J Forensic Med Pathol</u> 1984; 5:265-268.
16. Shen-Schwarz, S, *Taff, ML,* Strauss, L: Iatrogenic lesions in the fetus and newborn. <u>Medcom Teaching Series</u>, Garden Grove, CA, 1984.
17. *Taff, ML:* Deaths associated with products designed for use by infants and children. <u>Mecap News</u> 1984; 9:2.
18. *Taff, ML:* Deaths associated with products designed for use by infants and children. <u>Mecap News</u> May, 1984; 9:3.
19. Reich, L, *Taff, ML:* Deaths involving other products. <u>Mecap News</u> May, 1984; 9:3.
20. *Taff, ML:* Deaths involving other products. <u>Mecap News</u> June, 1984; 9:4.
21. Reich, L, *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisonings. <u>Mecap News</u> June, 1984; 9:2.
22. *Taff, ML:* Deaths associated with household structures. <u>Mecap News</u> July, 1984; 9:5.

23. *Taff, ML:* Deaths associated with other products. Mecap News July, 1984; 9:6.
24. Reich, L, *Taff, ML:* Deaths associated with other products. Mecap News July, 1984; 9:6.
25. *Taff, ML:* Deaths associated with household structures and equipment. Mecap News Aug., 1984; 9:3.
26. *Taff, ML:* Deaths associated with products designed for use by infants and children. Mecap News Dec., 1984; 9:5.
27. *Taff, ML,* Reich, L: Deaths attributed to electrocution. Mecap News Dec., 1984; 9:5.
28. Desai, A, *Taff, ML,* Kamino, H, Siegal, FP: The acquired immunodeficiency syndrome. Medical Grand Rounds 1984; 3:196-205.
29. Danto, BL, *Taff, ML,* Mirchandani, HG: Cases of self-destructive behavior involving multiple methods during a single episode. Am J Forensic Psychiatry 1985; 6:38-45.
30. Leslie, J, *Taff, ML,* Mulvihill, M: Forensic aspects of fraternity hazing. Am J Forensic Med Pathol 1985; 6:53-67.
31. Nunez, AE, *Taff, ML:* A chemical burn simulating child abuse. Am J Forensic Med Pathol 1985; 6:181-183.
32. Lawrence, RD, Spitz, WU, *Taff, ML:* Suicidal electrocution in a bathtub. Am J Forensic Med Pathol 1985; 6:276-278.
33. Spitz, WU, *Taff, ML:* Intrapleural golf ball size loose body: an incidental finding at autopsy. Am J Forensic Med Pathol 1985; 6:329-331.
34. Hardwicke, MB, *Taff, ML,* Spitz, WU: A case of suicidal hanging in an automobile. Am J Forensic Med Pathol 1985; 6:362-364.
35. Russo, S, *Taff, ML,* Mirchandani, HG, Montforte, JR, Spitz, WU: Scald burns complicated by isopropyl alcohol intoxication: a case of fatal child abuse. Am J Forensic Med Pathol 1986; 7:81-83.
36. *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisoning. Mecap News May, 1985; 10:3.
37. *Taff, ML:* Deaths caused by electrocution. Mecap News June, 1985; 10:5.
38. *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisoning. Mecap News Oct., 1985; 10:4.
39. *Taff, ML:* Deaths due to other causes. Mecap News Oct., 1985; 10:7.
40. *Taff, ML:* Deaths due to other causes. Mecap News Nov., 1985; 10:5.
41. McQuillen, EN, *Taff, ML:* Forensic pathologist exchange program. Am J Forensic Med Pathol 1986; 7:90.
42. Puff, M, *Taff, ML,* Spitz, WU, Eckert, WG: Syncope and sudden death caused by mitral valve myxomas. Am J Forensic Med Pathol 1986; 7:84-86.
43. Katanick, D, *Taff, ML,* Spitz, WU: A work-related death due to a penetrating chest injury. Am J Forensic Med Pathol 1986; 7:163-164.
44. *Taff, ML:* Residents' Corner - Editor - Herman, GE, Kanluen, S, Montforte, J, Husain, M, Spitz, WU: Fatal thyrotoxic crisis: a case report. Am J Forensic Med Pathol 1986; 7:174-176.
45. *Taff, ML:* New York Society of Forensic Sciences. Am J Forensic Med Pathol 1986; 7:180.
46. Eckert, WG, Bell, JS, Stein, RJ, Tabakman, MB, *Taff, ML,* Tedeschi, LG: Clinical forensic medicine. Am J Forensic Med Pathol 1986; 7:182-185.
47. Wolodzko, AA, *Taff, ML,* Lukash, LI: Herniation of the heart: a death following intrapericardial pneumonectomy. Am J Forensic Med Pathol 1986; 7:260-262.
48. Russo, SS, *Taff, ML,* Ratanaproeska, O, Spitz, WU: Sudden death resulting from chicken bone perforation of the esophagus. Am J Forensic Med Pathol 1986; 7:263-265.

49. Wolodzko, AA, *Taff, ML,* Ratanaproeska, O, Spitz, WU: An unusual case of compression asphyxia and smothering. Am J Forensic Med Pathol 1986; 7:354-355.
50. *Taff, ML:* Deaths associated with other recreational vehicles and activities. Mecap News Feb., 1986; 11:3.
51. *Taff, ML:* Deaths resulting from fires, thermal burns, or carbon monoxide poisoning. Mecap News Feb., 1986; 11:6.
52. Yelin, G, *Taff, ML,* Sadowski, GE: Copper toxicity following massive ingestion of coins. Am J Forensic Med Pathol 1987; 8:78-85.
53. Stephens, PJ, *Taff, ML:* Rectal impaction following enema with concrete mix. Am J Forensic Med Pathol 1987; 8:179-182.
54. Boglioli, LR, *Taff, ML,* Lukash, LI: Harness racing injuries and deaths: a report of a fatal case and review of 178 cases. Am J forensic Med Pathol 1987; 8:185-207.
55. Jason, DR, Kessler, SC, *Taff, ML,* Boglioli, LR: Casino-related deaths in Atlantic City, New Jersey: 1982-86 [abstract]. Program of 1988 Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, PA, Feb. 20, 1988.
56. *Taff, ML:* Libel and slander protection for the dead: another problem for medical examiners [letter]. Am J Forensic Med Pathol 1988; 9:1-4.
57. Rimarenko, S, Finkel, L, *Taff, ML,* Weiss, MF, Schwartz, IS, Federman, Q, Boglioli, LR: Fatal complications related to diagnostic barium enema. Am J Forensic Med Pathol 1988; 9:78-84.
58. Boglioli, LR, *Taff, ML,* Green, AS, Lukash, LI, Lane, R: A bizarre case of vehicular suicide. Am J Forensic Med Pathol 1988; 9:169-178.
59. Boglioli, LR, *Taff, ML:* Sudden death due to ruptured pancreaticoduodenal artery aneurysm. Am J Forensic Med Pathol 1988; 9:267-270.
60. *Taff, ML,* Boglioli, LR: Strangulation: a conceptual approach for courtroom presentation. Am J Forensic Med Pathol 1989; 10:216-220.
61. Boglioli, LR, *Taff, ML:* Religious objection to autopsy: an ethical dilemma for medical examiners. Am J Forensic Med Pathol 1990; 11:1-8.
62. Boglioli, LR, *Taff, ML:* Deaths at the workplace: accidents or homicides? Am J Forensic Med Pathol 1990; 11:66-70.
63. Jason, DR, *Taff, ML,* Boglioli, LR: Casino-related deaths in Atlantic City, New Jersey: 1982-86. Am J forensic Med Pathol 1990; 11:112-123.
64. *Taff, ML,* Wolodzko, AA, Boglioli, LR: Sudden death due to delayed rupture of hepatic subcapsular hematoma following blunt abdominal trauma. Am J Forensic Med Pathol 1990; 11:270-274.
65. *Taff, ML,* Wolodzko, AA, Lukash, LI, Kubic, TA, Bruno, CN, Boglioli, LR: M-80 fireworks explosion: a bizarre case of suicide. Am J Forensic Med Pathol (In Press).
66. Boglioli, LR, *Taff, ML,* Stephens, PJ, Money, J: A case of autoerotic asphyxia associated with multiplex paraphilia. Am J Forensic Med Pathol 1991; 12:64-73.
67. *Taff, ML,* Schwartz, IS, Boglioli, LR: Sudden asphyxial death due to prolapsed esophageal fibrolipomata. Am J Forensic Med Pathol 1991; 12:85-88.
68. *Taff, ML,* Schwartz, IS, Churg, J, Boglioli, LR: Sudden death due to thrombotic thrombocytopenic purpura [letter]. Am J Forensic Med Pathol 1991; 12:89-90.
69. *Taff, ML:* Book Review: DiMaio, DJ, DiMaio, VJM: Forensic Pathology. Elsevier Science Publishing Co., Inc., New York, NY, 1989. Am J Forensic Med Pathol 1991; 12:91-92.

70. Boglioli, LR, *Taff, ML*, Spitz, WU, Gordon, RE: Sudden death of an elderly man with multiple malignant neoplasms. Am J Forensic Med Pathol 1991; 12:265-271.
71. *Taff, ML*, Boglioli, LR: Variants of the long scarf syndrome [letter]. Am J Forensic Med Pathol 1991; 12:359.
72. *Taff, ML*: Exhumed Presidents' Society [letter]. Am J Forensic Med Pathol 1992; 13:89.
73. *Taff, ML*, Boglioli, LR, Wright, ME, Gamma, SJ: Sudden death due to self-treatment of peripheral edema with rubberband tourniquet. Am J Forensic Med Pathol 1992; 13:135-136.
74. *Taff, ML*, Boglioli, LR: Homicidal traumatic asphyxia associated with pebble impaction of the upper airway. Am J Forensic Med Pathol 1992; 13:271-274.
75. Danto, BL, *Taff, ML*, Boglioli, LR: Graveside suicide [abstract]. Symposium Abstracts of the American Institute of Life-Threatening Illness and Loss. Vol. 10, No. 1, Sept. 8-10, 1992.
76. Meschutt, D, *Taff, ML*, Boglioli, LR: Life masks and death masks. Am J Forensic Med Pathol 1992; 13:315-319.
77. Behrmann, CH, *Taff, ML*, Boglioli, LR, Micheels, PA: NYC firefighting rose from the spectre of disaster. Hudson Valley Fireighter, Vol. 1, Sept. 1992, pp. 21,24.
78. *Taff, ML*: Poem: White rap. NY Amsterdam News, Oct. 3, 1992, p. 13.
79. Behrmann, CH, *Taff, ML*, Boglioli, LR, Micheels, PA: Fire investigations keep NYC blazes down. Hudson Valley Fireighter, Vol. 1, Nov. 1992, p. 14.
80. *Taff, ML*, Boglioli, LR: Long-scarf syndrome still claims lives [letter]. NY Times, Nov. 5, 1992, p. A34.
81. Behrmann, CH, *Taff, ML*, Boglioli, LR, Micheels, PA: Past, present honored by New York City Fire Museum. Hudson Valley Fireighter, Vol. 1, Dec. 1992, pp. 19-20.
82. *Taff, ML*, Boglioli, LR: Discussion of "Practical approach to investigative ethics and religious objections to autopsy." J Forensic Sci 1993; 38:234.
83. *Taff, ML*, Boglioli, LR: Fraternity hazing revisited through a drawing by George Bellows. JAMA 1993; 269:2113-2115.
84. *Taff, ML*: Poem: Black on the outside/white on the inside. Poetic Voices of America, sparrowgrass Poetry Forum, Inc., Spring, 1993, p. 12.
85. *Taff, ML*, Boglioli, LR: Hazing remains secret and dangerous [letter]. NY Times, Feb. 9, 1993, p. A20.
86. *Taff, ML*, Boglioli, LR: Images of death: morbid curiosity versus the law [letter]. NY Times, May 23, 1993, p. H4.
87. Danto, BL, *Taff, ML*, Boglioli, LR: Graveside suicide [abstract]. Program of 45th Annual Meeting of American Academy of Forensic Sciences, Psychiatry & Behavioral Science Section, Feb. 18, 1993, p. 154.
88. Baker, PR, *Taff, ML*: The murder of Stanford White [abstract]. Program of 45th Annual Meeting of American Academy of Forensic Sciences, Last Word Society, Feb. 19, 1993, pp. 182-183.
89. *Taff, ML*, Boglioli, LR: My View: Doctors should not be involved in executions [letter]. Times Herald Record, June 26, 1993, p. 41.
90. *Taff, ML*: George meets Marge [letter]. Newsday, July 19, 1993, p. 33.
91. *Taff, ML*: Poem: Jazz music. The Coming of Dawn. The National Library of Poetry, Owings Mills, MD, 1993, p. 388.
92. *Taff, ML*: DA's can't stomach crime scenes [letter]. Sunday Record, Middletown, NY: Nov. 7, 1993, p. 65.
93. *Taff, ML*, Spitz, WU, Boglioli, LR: A discussion of a suicide by self-decapitation [letter]. J Forensic Sci 1994; 39:304.

94. Boglioli, LR, *Taff, ML:* LA morgue goes Hollywood [letter]. J Forensic Sci 1994; 39:598-599.
95. Boglioli, LR, *Taff, ML,* Ingrassia, AJ: The crash of an 83-year-old civilian pilot in Upstate New York. J Am Geriatr Soc 1994; 42:670-671.
96. *Taff, ML,* Boglioli, LR: Commentary: Pathologists as executioners. Bull NY Acad Med, Summer, 1994; 71:1-3.
97. Danto, BL, *Taff, ML,* Boglioli, LR: Death in the cemetery. Am Cemetery, May, 1994; 67:28,30,36-37.
98. *Taff, ML:* A most unusual case: no-fly zone. Cortlandt Forum 1994; 7:41.
99. Boglioli, LR, *Taff, ML:* Chapter 6: The medicolegal investigation of autoerotic asphyxial deaths. In, Krivacska, JJ, Money, J (Eds.): The Handbook of Forensic Sexology: Biomedical & Criminological Perspectives. Amherst, NY: Prometheus Books, 1994, pp. 155-165.
100. Boglioli, LR, *Taff, ML:* Death due to late postpartum eclampsia. Hosp Physician 1994; 30:49-51.
101. Boglioli, LR, Bahr, GS, *Taff, ML,* Kutnick, RA: Pulmonary artery pseudoaneurysm secondary to Swan-Ganz catheterization. Hosp Physician 1994; 30:18-22,47.
102. *Taff, ML:* Experts for the poor [letter]. J Forensic Sci 1995; 40:4-5.
103. *Taff, ML:* A most unusual case: Deadly rites of passage. Cortlandt Forum 1995; 8:40.
104. Schwartz, EA, Vallaro, KE, Pool, TM, Adamo, TA, *Taff, ML,* Boglioli, LR: Optical analyses of eyeglass lens fragments and the unexpected detection of oral sperm in a homicide case. J Forensic Sci 1995; 40:306-309.
105. Boglioli, LR, *Taff, ML:* Death by fraternity hazing. Am J Forensic Med Pathol 1995; 16:42-44.
106. *Taff, ML:* Reply to letters about 'A most unusual case: no-fly zone.' Cortlandt Forum 1995; 8:12.
107. *Taff, ML,* Boglioli, LR: Minister's death suggests car crash as suicide [letter]. NY Times, Apr. 6, 1995, p. A30.
108. Boglioli, LR, *Taff, ML:* "The Santa Claus Syndrome": entrapment in chimneys. J Forensic Sci 1995; 40:499-500.
109. *Taff, ML,* Boglioli, LR: Autopsies prevent exhumations [letter]. Times Herald Record, June 9, 1995; 39:53.
110. *Taff, ML,* Boglioli, LR: Elderly pilots, too, need more stringent testing [letter]. NY Times, July 19, 1995, p. A18.
111. *Taff, ML:* Poem: Amerigun people. In, Stevens, C, Sullivan, C (Eds.): Best Poems of 1995. The National Library of Poetry, Owings Mills, MD, 1995, p. 156.
112. *Taff, ML,* Boglioli, LR: Casinos need better health care. Times Herald Record, Aug. 26, 1995, p. 38.
113. *Taff, ML,* Boglioli, LR: Physicians as judicial hangmen [letter]. Radiol 1995; 196:614.
114. *Taff, ML,* Boglioli, LR: Authors' reply to Drs. Cohen et al., Rabl, and Magid [letter]. Radiol 1995; 196:616.
115. Baker, PR, *Taff, ML:* The murder of Stanford White. LI Historical J 1995; 8:39-55.
116. Lazoglu, AH, Boglioli, LR, *Taff, ML,* Rosenbluth, M, Macris, NT: Serum sickness reaction following multiple insect stings [abstract]. Program of Third Lenox Hill Hospital Research Conference, New York, NY, Nov. 1, 1995, p. 99.
117. *Taff, ML:* Caution urged when stating interval between onset of a condition and death...[letter]. N.A.M.E. News 1995 (Dec.); 3:2.

118. *Taff, ML:* Poem: Baldness. In, Stevens, CA, Walstrum, N (Eds.): <u>Beyond the Stars</u>. The National Library of Poetry, Owings Mills, MD, 1995, p. 135.
119. *Taff, ML,* Boglioli, LR: Cemetery security needs update [letter]. <u>Times Herald Record</u>, Dec. 21, 1995; 39:52.
120. Lazoğlu, AH, Boglioli, LR, *Taff, ML,* Rosenbluth, M, Macris, NT: Serum sickness reaction following multiple insect stings. <u>Ann Allergy asthma Immunol</u> 1995; 75:522-524.
121. *Taff, ML,* Boglioli, LR: Suicide weapons of choice [letter]. <u>Newsday</u>, Jan. 12, 1996; 56:A35.
122. *Taff, ML,* Boglioli, LR*: Child abuse issue complex [letter]. <u>Times Herald Record</u>, Jan. 22, 1996; 40:31. (*name inadvertently omitted from publication)
123. *Taff, ML,* Boglioli, LR: Trends in shaking baby syndrome (SBS) [opinion]. <u>NY Amsterdam News</u>, Feb. 3, 1996; 87:13,44.
124. *Taff, ML,* Boglioli, LR: Endoscopy is not autopsy [letter]. <u>Am J Forensic Med Pathol</u> 1996; 17:86-88.
125. *Taff, ML,* Boglioli, LR: The politics of death investigation [letter]. <u>Am J Forensic Med Pathol</u> 1996; 17:88.
126. *Taff, ML:* Poem: Tribute to Dr. John Money. <u>Institute for Advanced Study of Human Sexuality Alumni Association News</u> 1996; 14:8-9.
127. *Taff, ML:* Death watch [letter]. <u>Village Voice</u>, Apr. 17-23, 1996; 41:4,6.
128. *Taff, ML,* Boglioli, LR: Responsible pictures [letter]. <u>NY Times</u>, Apr. 21, 1996, pp. H6,33.
129. *Taff, ML:* Compensation of medical examiners for telephone calls. <u>Am J Forensic Med Pathol</u> 1996; 17:174-175.
130. *Taff, ML,* Boglioli, LR: Artist outsiders often criticized [letter]. <u>Times Herald Record</u>, June 11, 1996, p. 37.
131. *Taff, ML:* Published and perished. <u>JAMA</u> 1996; 275:1862.
132. *Taff, ML:* The meaning of the O.J. Simpson verdict [letter]. <u>J Forensic Sci</u> 1996; 41:552.
133. *Taff, ML:* Book Review: "An Unquiet Mind: A Memoir of Moods and Madness." <u>Suicide & Life-Threatening Behav</u> 1996; 26:315-316.
134. *Taff, ML:* Poem: Getting ready for school. In, Stevens, CA (Ed.): <u>Carvings In Stone</u>. The National Library of Poetry, Owings Mills, MD, 1996, p. 59.
135. *Taff, ML,* Boglioli, LR: Only doctors know how much to charge for calls [letter]. <u>Med Economics</u> 1996; 73:16,22.
136. *Taff, ML,* Boglioli, LR, DeFelice, JF: Commentary on controversies in shaken baby syndrome and on Gilliland, MGF and Folberg, R., Shaken babies - some have no impact injuries (J Forensic Sci 1996 Jan; 41(1):114-16) [letter]. <u>J Forensic Sci</u> 1996; 41:729-730.
137. *Taff, ML:* The business of forensic pathology [letter]. <u>J Forensic Sci</u> 1996; 41:1090-1091.
138. *Taff, ML,* Boglioli, LR, Danto, BL: Commentary on Meloy JR. Pseudonecrophilia following spousal homicde. J Forensic Sci 1996 Jul; 41(4):706-8 [letter]. <u>J Forensic Sci</u> 1996; 41:1091-1092.
139. *Taff, ML,* Boglioli, LR: Gay violence must be studied [letter]. <u>Times Herald Record</u>, Nov. 15, 1996, p. 56.
140. *Taff, ML,* Boglioli, LR: Gay homicides and 'overkill' [letter]. <u>Am J Forensic Med Pathol</u> 1996; 17:350-351.
141. *Taff, ML,* Boglioli, LR*: Needed: trained hunters [letter]. <u>Newsday</u>, Dec. 14, 1996, p. A22. (*name inadvertently omitted from publication)
142. *Taff, ML,* Boglioli, LR: An accident waiting to happen [letter]. <u>Times Herald Record</u>, Dec. 15, 1996, p. 45.

143. Danto, BL, *Taff, ML,* Boglioli, LR: Graveside deaths. <u>Omega (J Death & Dying)</u> 1996; 33:265-278.
144. *Taff, ML:* Poem: Winter blues. In, Ely, H (Ed.): <u>Best Poems of the '90s</u>. The National Library of Poetry, Owings Mills, MD, 1996, p. 214.
145. *Taff, ML,* Boglioli, LR: Cyril H. Wecht, M.D., J.D., 1996 career Achievements Award Honoree of the New York Society of Forensic Sciences at Lehman College. <u>J Forensic Sci</u> 1997; 42:160-161.
146. *Taff, ML:* Kunstler's legacy most important [letter]. <u>Times Herald Record</u>, Jan. 10, 1997, p. 35.
147. *Taff, ML,* Boglioli, LR: Deaths in the workplace: looking beyond the numbers [letter]. <u>NY Times</u>, Jan. 26, 1997, p. F17.
148. *Taff, ML,* Boglioli, LR: Do not try this at home [letter]. <u>Wall St J</u>, Jan. 28, 1997, p. A17.
149. *Taff, ML,* Boglioli, LR: Rodeo helmets make sense [letter]. <u>Am Med News</u>, Feb. 24, 1997; 40:52.
150. *Taff, ML:* Author's reply: Compensation for medical examiners for telephone calls [letter]. <u>Am J Forensic Med Pathol</u> 1997; 18:109.
151. *Taff, ML:* Book Review: "The Architect of Desire: Beauty and Danger in the Stanford White Family." <u>LI Historical J</u> 1997; 9:254-257.
152. *Taff, ML,* Boglioli, LR: Harness racing is dangerous [letter]. <u>Times Herald Record</u>, May 10, 1997, p.42.
153. *Taff, ML,* Boglioli, LR: Historical note and notice: The New York Society of Forensic Sciences at Lehman College, City University of New York, 1985 to 1996. <u>Bull NY Acad Sci</u> 1997; 74:148-150.
154. Boglioli, LR, Gardiner, J, Gerstenblith, G, *Taff, ML,* Cameron, DE: Carcinoid heart disease with severe hypoxia due to interatrial shunt through patent foramen ovale <u>Tex Heart Inst J</u> 1997; 24:125-128.
155. *Taff, ML,* Boglioli, LR: On telephone services [letter]. <u>Health Care Business Digest</u> 1997; 2:15.
156. *Taff, ML,* Boglioli, LR: Obituary: George Furst, D.D.S <u>Am J Forensic Med Pathol</u> 1997; 18:319-320.
157. *Taff, ML,* Boglioli, LR*: Dramshop laws and the death of Princess Di [letter]. <u>Education Update</u> 1997; 3:10.(*name inadvertently omitted).
158. *Taff, ML:* Princess Diana's death brings to light the dangers of drinking and driving. <u>The Chronicle</u> (Hofstra University) Oct. 9, 1997; Vol. 63, p.13.
159. *Taff, ML:* Poem: The Civil War in living color. In, Zeiger, D (Ed.): <u>The Isle of View</u>. The National Library of Poetry, Owings Mills, MD, 1997, p. 19.
160. *Taff, ML:* Book Review: "Stanford White: Letters to His Family." <u>LI Historical J</u> 1997; 10:123-125.
161. *Taff, ML,* Boglioli, LR: Gay homicides and 'overkill' [letter]. <u>Am J Forensic Med Pathol</u> 1997; 18:411-412.
162. *Taff, M:* Shaking baby syndrome. <u>Education Update</u> 1998; 3:17.
163. *Taff, ML,* Boglioli, LR: Elderly gamblers and health risks [letter]. <u>NY Times</u>, Feb. 22, 1998, p.LI27.
164. *Taff, ML:* Evidence to the contrary [letter]. <u>Newsday</u>, March 19, 1998, p.A52.
165. *Taff, ML:* Sprewell's misinterpretation of forensic evidence [letter]. <u>Education Update</u> 1998; 3:2.
166. *Taff, ML:* Street crime: the trade-off for peace [editorial in 'Special: Violence in Youth: Part I']. <u>Education Update</u> May, 1998; 3:19.
167. *Taff, ML,* Boglioli, LR, Danto, BL: Planned complex suicide: an unusual suicide by hanging and gunshot [letter]. <u>Am J Forensic Med Pathol</u> 1998:19:194

168. Boglioli, LR, *Taff, ML*: Sudden asphyxial death complicating infectious mononucleosis. Am J Forensic Med Pathol 1998; 19:174-177.
169. *Taff, M*, Boglioli, L: Autopsies needed to catch serial hospital murderers [letter]. Education Update June/July 1998; 3:2.
170. *Taff, ML*: Poem: Farewell Father. In, Ely, H (Ed.):Best Poems of 1998. The National Library of Poetry, Owings Mills, MD, 1998, p. 203.
171. *Taff, ML*, Boglioli, LR: Will G.E. replace the M.E.? [letter]. J Forensic Sci 1998; 43:918.
172. Boglioli, LR, *Taff, ML*, Funke, S, Mihalakis, I: Sudden death due to sarcoid heart disease. J Forensic Sci 1998; 43:1072-1073.
173. *Taff, M*, Boglioli, L, Maris, R: In appreciation: Bruce L. Danto, M.D. - a street smart forensic psychiatrist. News Link (newsletter of American Association of Suicidology) 1998; 24:4.
174. *Taff, ML*, Boglioli, LR: Autopsies needed to uncover doctor impostors and serial hospital killers [letter]. Am Med News, Vol. 41, Sept. 7, 1998, pp.31-32.
175. Boglioli, LR, *Taff, ML*, Harleman, G: Child homicide due to commotio cordis. Pediatr Cardiol 1998; 19:436-438.
176. *Taff, ML*, Boglioli, LR: Open communication helps doctors serve patients better [letter]. The Chronicle (Hofstra University) Oct. 15, 1998; Vol. 64, p.12.
177. *Taff, ML*: Poem: Poetry. In, Schaub, R (Ed.): Dawn of Silence. The National Library of Poetry, Owings Mills, MD, 1998, p. 55.
178. *Taff, ML*, Boglioli, LR: Science and politics of cutting and stabbing injuries in the USA. J Clin Forensic Med 1998; 5:80-84.
179. *Taff, ML*: Poem: Last moments of the Titanic. In, Stokes, AR, Hughes, A: Of Time and Tide. The National Library of Poetry, Owings Mills, MD, 1998. p.15.
180. *Taff, ML*: Poem: Subway over Harlem. In, Mitchell, MS: Outstanding Poets of 1998. The National Library of Poetry, Owings Mills, MD, 1998. p.235.
181. *Taff, ML*: In Memoriam: Bruce L. Danto, M.D. Omega: J Death & Dying 1998; 37:88.
182. *Taff, ML*: Poem: Hyphe-Nation. Rhymes of Greatness: Famous Poets Society. French, M (Ed). Los Angeles, CA, 1998, p.213.
183. *Taff, ML*, Boglioli, LR: Don't take a chance: don't drink and drive [letter]. Newsday, Fri. Jan. 8, 1999, Vol. 59, p.A47.
184. *Taff, ML*: Wake-up call for Libby Zion law [letter]. Education Update, Jan. 1999, Vol. 4, p.2.
185. *Taff, ML*, Boglioli, LR: Obituary: Bruce L. Danto, M.D.: A street smart forensic psychiatrist. J Forensic Sci 1999; 44:235-236.
186. Boglioli, LR, *Taff, ML*: Death during percutaneous insertion of intraaortic balloon pump. J Forensic Sci 1999; 44:425-427.
187. Boglioli, LR, *Taff, ML*, Carlucci, MA: Fatal epinephrine overdose during treatment for angioedema. J Forensic Med Toxicol 1998;15:10-11.
188. *Taff, ML*: Poem: Subway Over Harlem. In, Outstanding Poets of 1998: The National Library of Poetry. Mitchell, MS (Ed.). Owings Mills, MD, 1998, p.235.
189. *Taff, ML*: Poem: War cemeteries. In, Searching for Answers: The Poetry Guild. Troon, T: Finalist Publishing Center, Bath, Ohio, 1999, p.292.
190. *Taff, ML*: Teeth can inflict grave injuries on people [letter]. Times Union, Albany, NY, May 22, 1999.
191. *Taff, ML*: Body parts can inflict grave injuries on people [letter]. J Forensic Sci, 1999; 44:1091.
192. Boglioli, LR, *Taff, ML*: A report of two hunting-related fatalities in the State of New York. Am J Med & Sports 1999; 1:201-204.

193. *Taff, ML*: Poem: Mirror images. In, The Dawn of Inspiration. Mitchell, MS (Ed.). The National Library of Poetry, Owings Mills, MD, 1999.
194. *Taff, ML*: Poem: A death scene remembered. In, Through Oceans of Time. Hughes, AC (Ed.) The International Library of Poetry. Owings Mills, MD, 1999.
195. *Taff, ML*: Poem: Sidewalks of salvation. In, Journey to Infinity. Olsen, MC (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.80.
196. *Taff, ML*: Poem: War inside a rectangle. In, The Fountain of Peace. Olsen, MC (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.250.
197. *Taff, ML*: Poem: Martin Luther King, Jr. Day: January 18, 1999. In, The Fires of Sunset. Sullivan, JC (Ed.). International Library of Poetry, Owings Mills, MD, 2000, p.19.
198. *Taff, ML*: Poem: Sunrise. In, Chorus of the Soul. Keenan, EL (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.69.
199. Boglioli, LR; *Taff, ML*; Turkel, SJ, Taylor, JV, Peterson, CD: Unusual infant death: dog attack or postmortem mutilation following child abuse? Am J Forensic Med Pathol 2000; 21:389-394.
200. *Taff, ML*: Poem: Obituary. In, America at the Millennium: The Best Poems and Poets of the 20th Century. Ely, H (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.41.
201. *Taff, ML*: Poem: References. In, An Hour at Sunrise. Petri, EW (Ed.). The International Library of Poetry, Owings Mills, MD, 2000, p.80.
202. *Taff, ML*, Boglioli, LR: Primo Levi's death: physicians and the ruling of suicide [letter]. Suicide & Life-Threatening Behav 2000; 30:386-387.
203. *Taff, ML*: Poem: Summer. In, Timeless Mysteries. Hairfield, V (Ed.). The International Library of Poetry, Owings Mills, MD, 2001, p.150.
204. *Taff, ML*, Danto, BL, Boglioli, LR: Cemetery deaths: historical, social anthropologic & psychodynamic perspectives. Memory, Guilt, Anger & Depression in Bereavement (Accepted for Publication).
205. *Taff, ML*: Poem: Poetry. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).
206. *Taff, ML*: Death, society, and the medical examiner. J Am Inst Life-Threatening Ill & Loss (Accepted for Publication).
207. *Taff, ML*: Let's get the voir dire outta here. J Forensic Sci (Submitted for Publication).
208. *Taff, ML*: A case of homicide nullified by medicolegal politics and the Grand Jury. J Forensic Sci (Submitted for Publication).
209. *Taff, ML*: Poem: Farewell father. Education Update (Accepted for Publication).
210. *Taff, ML*: Poem: Poetry. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).
211. *Taff, ML*: Poem: Asphyxiated. The International Library of Poetry, Owings Mills, MD (Accepted for Publication).
212. *Taff, ML*, Boglioli, LR: Autopsies needed to stop serial hospital murders [letter]. Am J Forensic Med Pathol (Submitted for Publication).
213. *Taff, ML*: Poem: The abyss of domestic bliss. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).
214. *Taff, ML*: Poem: Childhood memories. The National Library of Poetry, Owings Mills, MD (Accepted for Publication).

## Acknowledgements

1. Gordon, RE: The effects of $NO_2$ on ionic surface charge on type I pneumocytes of hamster lungs. Am J Pathol (In Press).
2. Eckert, WG: Medicolegal investigation in New York City: history and activities 1918-1978. Am J Forensic Med Pathol 1983; 4:33-54.
3. Pervez, NK: Forensic pathology and related sciences. A model for teaching students. Am J Forensic Med Pathol 1985; 6:293-295.
4. Eckert, WG, Noguchi, TT; Chao, TC: Geographic forensic medicine and forensic sciences. Am J Forensic Med Pathol 1985; 6:343-346.
5. Eckert, WG: The Editor steps down. Am J Forensic Med Pathol 1991; 12:277.
6. Sante, L: Evidence. New York: farrar, Straus & Giroux, 1992.
7. Nuwer, H: Broken Pledges: The Deadly Rite of Hazing. Atlanta, GA: Longstreet Press, 1990.
8. Pienciak, RT: Deadly Masquerade: A True Story of High Living, Depravity and Murder. New York: Dutton Book/Penguin Books, 1990.
9. Weller, S: Marrying the Hangman. New York: Onyx Book/Penguin Books, 1991.
10. Jones, W: Free courses for hunters. Newsday, Dec. 30, 1996, p. A27.
11. Connecticut Public Defender Newsletter: Judgement for the Defense: Recent Courtroom Victories. Discovery, Fall, 1996, p. 9.
12. Rosen, P: Slogan contest winner!. Education Update 1997; 3:1,2.
13. Blanco-Pampin, JM: Planned complex suicide: Author's reply [letter]. Am J Forensic Med Pathol 1999; 20:304.

## Reprints of Articles

1. Taff, ML: Exhumed Presidents' Society. Reprinted with permission in Bull Muscogee County Med Soc (Columbus, GA), Aug., 1992; 39:11.

## References     Available upon request