# EXHIBIT 16

**List of Documentary Evidence Reviewed By Dr. Mark L. Taff**

**Jordan Mettee**

(1) Crime Lab Report_Heroin
(2) Crime Lab Report_Diphenhydramine
(3) Bellevue Police Department Case Report_Mettee's Silk Road Usage
(4) BPD Case Report_Metee's Time of Death
(5) BPD Case Report_Roommate 1 Interview
(6) BPD Case Report_Roommate 2 Interview
(7) BPD Case Report_Roommate 3 Interview
(8) BPD Case Report_Roommate 4 Interview
(9) BPD Case Report_Roommate 5 Interview
(10) Mettee Death Summary
(11) Mettee Autopsy
(12) Mettee Property List
(13) 14 Additional Photos

**Bryan Barry**

(1) Barry Death Certificate
(2) Barry Toxicology Report
(3) Barry Computer Forensic Report (Silk Road account and Google search history)
(4) Boston Police Department Case File_Narrative
(5) BPD Case File_Drug Tests
(6) BPD Case File_Property List
(7) Barry Death Summary
(8) 18 Additional Photos

**Alejandro Nunez Avila**

(1) Avila Death Summary
(2) DEA 6 - Proffer Summary_Elijah (Silk Road user; supplied Jesse who supplied Avila)
(3) El Dorado Police Department Case File_Search Warrant Return (Elijah)
(4) El Dorado PD Case File_Narrative
(5) El Dorado PD Case File_Elijah Dosage Notes
(6) El Dorado PD Case File_Property List (Jesse) and Interview (Elijah)_Excerpt (excluded summary of searches and arrests of Jesse and Elijah)
(7) El Dorado PD Case File_Notes (Facebook conversation about dosage, etc.; cell phone video of Avila's overdose)

**Preston Bridge**

(1) Bridge Toxicology Report
(2) Bridge Death Summary
(3) Aimee Bridge (sister) Statement_Excerpt
(4) Aiden D-L (friend) Notes of Statement_Excerpt
(5) Adriana B (friend) Statement_Excerpt
(6) Jeremy P (friend) Statement_Excerpt
(7) Daniel C (friend) Statement_Excerpt

**Jacob Lyon-Green**

(1) Lyon-Green Autopsy and Toxicology Reports
(2) Lyon-Green Silk Road Activity Report
(3) Lyon-Green Death Summary

**Scott Wilsdon**

(1) Wilsdon Autopsy and Toxicology Reports
(2) Wilsdon Silk Road Activity
(3) Wilsdon Death Summary