```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :
            -v-                                                   :
                                                                  :
                                                                  :
ROSS WILLIAM ULBRICHT,                                            :
                              Defendant.                          :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2015

14 Cr. 68 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Please respond by C.O.B. 5/19/2015 or sooner to the following:

1. Does the Government request a Fatico hearing on the facts proffered by the defendant?

   -- Will the Government be offering any responsive factual materials on those topics?

2. The Court assumes the parties understand that even if they waive a Fatico hearing, the Court will make any necessary findings of fact based on the evidence before it as to matters relevant to sentencing.

3. The Court would like information within five (5) days the parties may have as to whether Silk Road transactions typically involved personal use quantities or resale quantities of narcotics.

SO ORDERED:

Dated:   New York, New York
         May 18, 2015

_____
KATHERINE B. FORREST
United States District Judge