**Silk Road**
*anonymous market*

messages 0 | orders 0 | account ฿0.0000

a few words from
the Dread Pirate Roberts

Search [ ] Go

Hi, FBINY
logout

🛒 0

Shop by Category

**Drugs** 13,802
　**Stimulants** 1,644
　　**Cocaine** 643
　　　Candies 3
　　　Coca leaves 12
　　　Crack 32
　　2-DPMP 1
　　3,4DMMC 17
　　4-EMC 3
　　4-MEC 24
　　6-APB 36
　　A-PVP 35
　　Caffeine 11
　　D2PM 2
　　Dimethocaine 2
　　Ephedrine 39
　　Ethylphenidate 10
　　FAs 40
　　FMAs 22
　　FMCs 1
　　Khat 1
　　MDPPP 8
　　MDPV 60
　　Mephedrone 101
　　Meth 261
　　MOPPP 1
　　Pentedrone 17
　　Speed 266
　**Cannabis** 2,906
　**Dissociatives** 203
　**Ecstasy** 1,304
　**Intoxicants** 71
　**Opioids** 365
　**Other** 82
　**Precursors** 62
　**Prescription** 4,650
　**Psychedelics** 1,746
　**Tobacco** 218
**Apparel** 753
**Art** 14
**Books** 1,322
**Collectibles** 26
**Computer equipment** 100
**Custom Orders** 87
**Digital goods** 892
**Drug paraphernalia** 496
**Electronics** 239
**Erotica** 584
**Fireworks** 34
**Food** 13
**Forgeries** 156
**Hardware** 35
**Home & Garden** 28
**Jewelry** 104
**Lab Supplies** 30
**Lotteries & games** 169
**Medical** 56
**Money** 269
**Musical instruments** 7
**Packaging** 91

sort by: [ bestselling ]　☐ Domestic only　[ update ]

discuss this category 57

GOVERNMENT EXHIBIT
911 A
14 Cr. 68 (KBF)

**COCAINE 1G**
seller: dispater 0.0
ships from: United Kingdom
5 4 3 2 1
฿0.7996
add to cart

**1 gram high quality cocaine**
seller: Lloydsbrothers 0.0
ships from: United Kingdom
5 4 3 2 1
฿1.3394
add to cart

**GRAND OPENING SALE! PURE UNCUT COCA FISHSCALE 3.5G**
seller: JustSmuggledN 0.0
ships from: United States of America
5 4 3 2 1
฿2.3522
add to cart

**1G Pure Cocaine Cristal !!!!!!**
seller: c63amg 0.0
ships from: Netherlands
5 4 3 2 1
฿0.7388
add to cart

**Symbiosis - 1g high quality uncut Cocaine flake**
seller: Symbiosis 0.0
ships from: United Kingdom
5 4 3 2 1
฿1.3132
add to cart

**8Ball (3.5g) of Cocaine**
seller: CheapestCocaine 0.0
ships from: United States of America
5 4 3 2 1
฿1.5893
add to cart

**1g Clean Columbian Cocaine - beautiful**
seller: DrCol 0.0
ships from: United Kingdom
5 4 3 2 1
฿1.3064
add to cart

**1 gram PURE RAW COLUMBIAN COCAINE - HQ GEAR**
seller: Meerkovo 0.0
5 4 3 2 1
฿1.2937
add to cart

Electronics 239
Erotica 584
Fireworks 34
Food 13
Forgeries 156
Hardware 35
Home & Garden 28
Jewelry 104
Lab Supplies 30
Lotteries & games 169
Medical 56
Money 269
Musical instruments 7
Packaging 91
Services 171
Sporting goods 3
Tickets 4
Writing 7



### 1g Clean Columbian Cocaine - beautiful

seller: DrCol 0.0
ships from: United Kingdom

5
4
3
2
1

**฿1.3064**
add to cart



### 1 gram PURE RAW COLUMBIAN COCAINE - HQ GEAR

seller: Meerkovo 0.0
ships from: United Kingdom

5
4
3
2
1

**฿1.2937**
add to cart





### GRAND OPENING SALE! PURE UNCUT COCAINE, FISHSCALE

seller: JustSmuggledN 0.0
ships from: United States of America

5
4
3
2
1

**฿0.8214**
add to cart



### 1 GR. Pure Cocaine

seller: FrankMatthews 0.0
ships from: Netherlands

5
4
3
2
1

**฿0.8594**
add to cart



### 1 gram Cocaine Powder High Quality Peru Import

seller: OZconnection 0.0
ships from: Australia

5
4
3
2
1

**฿2.4297**
add to cart



### 5G Pure Cocaine Cristal !!!!!!

seller: c63amg 0.0
ships from: Netherlands

5
4
3
2
1

**฿3.1278**
add to cart



### 1g (1000mg) Pure Peruvian Cocaine (Zero Cutter)

seller: dryice 0.0
ships from: Australia

5
4
3
2
1

**฿3.3907**
add to cart



### 1gr UNCUT Crystal Cocaine!!

seller: HappyTimezz 0.0
ships from: Netherlands

5
4
3
2
1

**฿0.7551**
add to cart



### 1 GRAM ULTRA PURE COCAINE- LAB TESTED 90%+ PURITY

seller: shine69 0.0
ships from: United Kingdom

5
4
3
2
1

**฿1.3132**
add to cart



### 1 Gr Premium Fishscale Cocaine

seller: lexq 0.0
ships from: Canada

5
4
3
2
1

**฿0.9017**
add to cart

### 1 Gr Premium Fishscale Cocaine

seller: lexq 0.0
ships from: Canada



5
4
3
2
1

฿0.9017
add to cart

### 3.5g of Cocaine **FAST SHIPPING**

seller: nationchemz 0.0
ships from: United States of America

5
4
3
2
1

฿1.4188
add to cart

### 7g of Amazing uncut Fishscale Cola

no image

seller: JustSmuggledN 0.0
ships from: United States of America

5
4
3
2
1

฿4.4803
add to cart

### 3.5 GRAMS OF GOOD QUALITY COCAINE CHEAPEST IN UK!

seller: shine69 0.0
ships from: United Kingdom



5
4
3
2
1

฿2.2169
add to cart

### COCAINE 3.5G

seller: dispater 0.0
ships from: United Kingdom



5
4
3
2
1

฿2.5533
add to cart

### 10G Pure Cocaine Cristal !!!!!!

seller: c63amg 0.0
ships from: Netherlands



5
4
3
2
1

฿6.1074
add to cart

### 3.5 GRAMS ULTRA PURE COCAINE- LAB TESTED 90%+

seller: shine69 0.0
ships from: United Kingdom



5
4
3
2
1

฿3.8710
add to cart

### 1 gram ***HIGH GRADE PREMIUM QUALITY COCAINE***

seller: BestPricePills 0.0
ships from: United States of America



5
4
3
2
1

฿1.1452
add to cart

### 1Gr High Quality Cocaine from UK delivery 2 days

seller: FPUK 0.0
ships from: United Kingdom



5
4
3
2
1

฿1.1719
add to cart

### 3.5 grams High quality cocaine

seller: Lloydsbrothers 0.0
ships from: United Kingdom



5
4
3
2
1

฿4.0125
add to cart

1 2 3 > Last ›

# Silk Road
*anonymous market*

a few words from
the Dread Pirate Roberts

messages **0** | orders **0** | account **฿0.0000**

Search [                    ] **Go**

Hi, **FBINY**
*logout*

🛒 **0**

**Shop by Category**

- Drugs *13,802*
  - Opioids *365*
    - Heroin *205*
      - Black tar *13*
      - Brown *48*
      - White *23*
    - AH-7921 *16*
    - Kratom *18*
    - Opium *44*
  - Cannabis *2,906*
  - Dissociatives *203*
  - Ecstasy *1,304*
  - Intoxicants *71*
  - Other *82*
  - Precursors *62*
  - Prescription *4,650*
  - Psychedelics *1,746*
  - Stimulants *1,644*
  - Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *87*
- Custom Orders *100*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: [ bestselling ]   ☐ Domestic only   [update]

discuss this category *22*

**GOVERNMENT
EXHIBIT
911 B
14 Cr. 68 (KBF)**

### Heroin China White One Gram
seller: **supremesmoke** 0.0
ships from: United States of America

5
4
3
2
1

**฿1.8303**
add to cart

### HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY
seller: **gotsitall** 0.0
ships from: United States of America

5
4
3
2
1

**฿1.6858**
add to cart

### East Coast Style Heroin Stamps x10 (3 FREE!!!)

no image

seller: **deezletime** 0.0
ships from: United States of America

5
4
3
2
1

**฿0.7388**
add to cart

### 0.5g Golden Triangle Heroin #4 AUSTRALIAN DEALER
seller: **ozexpress** 0.0
ships from: Australia

5
4
3
2
1

**฿1.9105**
add to cart

### 1G Afghan Heroin (Light Brown Powder #3) Strong!
seller: **c63amg** 0.0
ships from: Netherlands

5
4
3
2
1

**฿0.8089**
add to cart

### 1g Golden Triangle Heroin #4 AUSTRALIAN DEALER
seller: **ozexpress** 0.0
ships from: Australia

5
4
3
2
1

**฿3.6248**
add to cart

### 2.5G Afghan Heroin (Light Brown Powder #3) Strong!
seller: **c63amg** 0.0
ships from: Netherlands

5
4
3
2
1

**฿1.8544**
add to cart

### Gram of Heroin
seller: **DieselTherapy** 0.0

5
4
3

**฿0.5228**



### Gram of Heroin

seller: DieselTherapy 0.0
ships from: United States of America

5
4
3
2
1

฿0.5228
add to cart

### Heroin China White 1/2 Gram

seller: supremesmoke 0.0
ships from: United States of America

5
4
3
2
1

฿1.2261
add to cart

### Blue Diamond Heroin 1 Gram

no image

seller: DieselTherapy 0.0
ships from: United States of America

5
4
3
2
1

฿0.8588
add to cart

### 1/2 GR- # 4 AFGHAN HEROIN - US XPRESS

seller: subsrgood 0.0
ships from: United States of America

5
4
3
2
1

฿0.9708
add to cart

### HEROIN 1G

no image

seller: dispater 0.0
ships from: United Kingdom

5
4
3
2
1

฿0.7999
add to cart

### East Coast Style Heroin Stamps x 50 Bags (1 Brick)

no image

seller: deezletime 0.0
ships from: United States of America

5
4
3
2
1

฿2.5888
add to cart

### my mid priced batch. HIGH QUALITY heroin no3. 0.5g



seller: jimmy boyle 0.0
ships from: United Kingdom

5
4
3
2
1

฿0.7147
add to cart

### 1 gram of #4 SE Asian White Rock Heroin



seller: OZconnection 0.0
ships from: Australia

5
4
3
2
1

฿2.5888
add to cart

### Uncut Raw brown Heroin #4 1 Gram WARNING UNCUT RAW

seller: FreeWay 0.0
ships from: United States of America

5
4
3
2
1

฿1.9505
add to cart

### 1g #3 Afghan Brown Heroin, FAST shipping



seller: JunkieXXL 0.0
ships from: Germany

5
4
3
2
1

฿0.6315
add to cart

### Blue Diamond Stamp Bags

seller: DieselTherapy 0.0

5
4
3

฿0.0897

### 1g #3 Afghan Brown Heroin, FAST shipping

seller: JunkieXXL 0.0
ships from: Germany

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.6315
add to cart

### Blue Diamond Stamp Bags

no image

seller: DieselTherapy 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.0897
add to cart

### 5G Afghan Heroin (Light Brown Powder #3) Strong!!!



seller: c63amg 0.0
ships from: Netherlands

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿3.5775
add to cart

### 1 gram afghan h #4

no image

seller: Tomorrowman 0.0
ships from: Canada

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿1.7098
add to cart

### NYC HEROIN STAMPS

seller: deluxedelivery 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.1651
add to cart

### Pure, Uncut Black Tar Heroin (BTH) 1 Gram

seller: purest 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿1.4281
add to cart

### 0.5G Afghan Heroin (Light Brown Powder #3) Strong!

seller: c63amg 0.0
ships from: Netherlands

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.4937
add to cart

### 1/2 Gram Pure, Uncut Black Tar Heroin

seller: purest 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.7796
add to cart

### Heroin Stamp Bags

seller: DieselTherapy 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.0598
add to cart

**Silk Road**
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

a few words from...
the Dread Pirate Roberts

Search [                    ] Go

GOVERNMENT
EXHIBIT
911 C
14 Cr. 68 (KBF)

Hi, **FBINY**
*logout*

**Shop by Category**

- Drugs *13,802*
- Psychedelics *1,746*
  - LSD *305*
    - Blotter *225*
    - Candy *2*
    - Liquid *17*
    - Microdots *14*
  - 2C family *299*
  - 3C family *13*
  - 4-AcO family *52*
  - 4-HO family *24*
  - 5-MeO family *85*
  - AL-LAD *8*
  - AMT *5*
  - Bufotenin *1*
  - DMT *164*
  - DOx *44*
  - DPT *12*
  - Entheogens *9*
  - Ibogain *8*
  - LSA *5*
  - LSZ *16*
  - Mescaline *47*
  - MET *1*
  - Mimosa Hostilis *11*
  - Muscimol *2*
  - NBOMe *375*
  - Salvia *31*
  - Shrooms *195*
  - TMA Family *1*
- Cannabis *2,906*
- Dissociatives *203*
- Ecstasy *1,304*
- Intoxicants *71*
- Opioids *365*
- Other *82*
- Precursors *62*
- Prescription *4,650*
- Stimulants *1,644*
- Tobacco *218*
- Apparel *753*
- Art *14*
- Books *1,322*
- Collectibles *26*
- Computer equipment *100*
- Custom Orders *87*
- Digital goods *892*
- Drug paraphernalia *496*
- Electronics *239*
- Erotica *584*
- Fireworks *34*
- Food *13*
- Forgeries *156*
- Hardware *35*
- Home & Garden *28*
- Jewelry *104*
- Lab Supplies *30*
- Lotteries & games *169*
- Medical *56*
- Money *269*
- Musical instruments *7*
- Packaging *91*
- Services *171*
- Sporting goods *3*
- Tickets *4*
- Writing *7*

sort by: [ bestselling ▾ ]   ☐ Domestic only   [ update ]

discuss this category *38*

**10 hits of POTENT and CLEAN LSD - White label**
seller: Tessellated *0.0*
ships from: Canada

5 4 3 2 1
฿0.9708
add to cart

**10 x 120 mic LSD Tabs. PROMO PRICE. Trusted Vendor**
seller: alaska *0.0*
ships from: Germany

5 4 3 2 1
฿0.8438
add to cart

**10 x 150ug LSD Blotters - PURE, CLEAN and POTENT**
seller: Peaceful *0.0*
ships from: Australia

5 4 3 2 1
฿1.0487
add to cart

**25 x120 mic LSD Tabs. FULL PICTURE. Trusted Vendor**
seller: alaska *0.0*
ships from: Germany

5 4 3 2 1
฿1.6459
add to cart

**20 x 150ug LSD Blotters - PURE, CLEAN and POTENT**
seller: Peaceful *0.0*
ships from: Australia

5 4 3 2 1
฿1.9225
add to cart

**10 blotters *Dalai Lama LAB TESTED @ 210ug***
seller: FartBomber *0.0*
ships from: Netherlands

5 4 3 2 1
฿0.9830
add to cart

**25 hits of POTENT and CLEAN LSD - White label**
seller: Tessellated *0.0*
ships from: Canada

5 4 3 2 1
฿2.3522
add to cart

**50 x DUTCH Premium LSD - Clean REAL - Lab test**
seller: HollandOnline *0.0*
ships from: Netherlands

5 4 3 2 1
฿1.9185
add to cart

**200 x120 mic LSD Tabs. PROMO PRICE. Trusted Vendor**
seller: alaska *0.0*
ships from: Germany

5 4 3 2 1
฿8.9672
add to cart

Services *171*
Sporting goods *3*
Tickets *4*
Writing *7*

### 200 x120 mic LSD Tabs. PROMO PRICE. Trusted Vendor



seller: alaska 0.0
ships from: Germany

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿8.9672
add to cart

### Haizenberg Hoffman HQ LSD 100UG x10 blotters



seller: Haizenberg 0.0
ships from: Czech Republic

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿0.5755
add to cart

### 25 blotters *Dalai Lama LAB TESTED @ 210ug*



seller: FartBomber 0.0
ships from: Netherlands

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿2.0306
add to cart

### 5 blotters *Dalai Lama LAB TESTED @ 210ug*



seller: FartBomber 0.0
ships from: Netherlands

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿0.5346
add to cart

### Haizenberg Hoffman LSD x5 Blotters -100UG !



seller: Haizenberg 0.0
ships from: Czech Republic

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿0.3296
add to cart

### 100 x DUTCH Premium LSD - Clean REAL - Lab test



seller: HollandOnline 0.0
ships from: Netherlands

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿3.7562
add to cart

### 50 hits of POTENT and CLEAN LSD - White label



seller: Tessellated 0.0
ships from: Canada

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿4.4803
add to cart

### Haizenberg Hoffman HQ LSD 100UG x25 blotters



seller: Haizenberg 0.0
ships from: Czech Republic

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿1.2666
add to cart

### LSD - RED MICRODOTS - 120/125UG x100 DOTS



seller: jerseycow 0.0
ships from: Ireland

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

₿4.7258
add to cart

### 100x LSD blotter WoW



seller: OrderOfThePhoenix 0.0

| 5 |
| 4 |
| 3 |
| 2 |

₿4.6670



### 100x LSD blotter WoW

seller: OrderOfThePhoenix 0.0
ships from: United States of America

5
4
3
2
1

฿4.6670
add to cart

### 50x LSD blotter WoW 100ug

seller: OrderOfThePhoenix 0.0
ships from: United States of America

5
4
3
2
1

฿2.4642
add to cart

### 10 x DUTCH Premium LSD - Clean 8 REAL - Lab test

seller: HollandOnline 0.0
ships from: Netherlands

5
4
3
2
1

฿0.5705
add to cart

### LSD - RED MICRODOTS - 120/125UG x10 DOTS

seller: jerseycow 0.0
ships from: Ireland

5
4
3
2
1

฿0.7612
add to cart

### 4 Potent LSD blotters

seller: Clearance 0.0
ships from: United States of America

5
4
3
2
1

฿0.4281
add to cart

### 25x LSD blotter WoW 100ug

seller: OrderOfThePhoenix 0.0
ships from: United States of America

5
4
3
2
1

฿1.4935
add to cart

### 50 x 150ug LSD Blotters - PURE, CLEAN and POTENT

seller: Peaceful 0.0
ships from: Australia

5
4
3
2
1

฿3.8450
add to cart

### 3 blotters *Dalai Lama LAB TESTED @ 210ug*

seller: FartBomber 0.0
ships from: Netherlands

5
4
3
2
1

฿0.3337
add to cart

# Silk Road
*anonymous market*

messages **0** | orders **0** | account **฿0.0000**

a few words from
the Dread Pirate Roberts

Search _____ Go

Hi, **FBINY**
*logout*

**0**

GOVERNMENT EXHIBIT
**911 D**
14 Cr. 68 (KBF)

**Shop by Category**

Drugs *13,802*
  Stimulants *1,644*
    Meth *261*
    2-DPMP *1*
    3,4DMMC *17*
    4-EMC *3*
    4-MEC *24*
    6-APB *36*
    A-PVP *35*
    Caffeine *11*
    Cocaine *643*
    D2PM *2*
    Dimethocaine *2*
    Ephedrine *39*
    Ethylphenidate *10*
    FAs *40*
    FMAs *22*
    FMCs *1*
    Khat *1*
    MDPPP *8*
    MDPV *60*
    Mephedrone *101*
    MOPPP *1*
    Pentedrone *17*
    Speed *266*
  Cannabis *2,906*
  Dissociatives *203*
  Ecstasy *1,304*
  Intoxicants *71*
  Opioids *365*
  Other *82*
  Precursors *62*
  Prescription *4,650*
  Psychedelics *1,746*
  Tobacco *218*
Apparel *753*
Art *14*
Books *1,322*
Collectibles *26*
Computer equipment *100*
Custom Orders *87*
Digital goods *892*
Drug paraphernalia *496*
Electronics *239*
Erotica *584*
Fireworks *34*
Food *13*
Forgeries *156*
Hardware *35*
Home & Garden *28*
Jewelry *104*
Lab Supplies *30*
Lotteries & games *169*
Medical *56*
Money *269*
Musical instruments *7*
Packaging *91*
Services *171*
Sporting goods *3*
Tickets *4*
Writing *7*

sort by: [ bestselling ]  ☐ Domestic only  [ update ]

discuss this category *55*

### 3.5 Grams (Ball) Pure Crystal Methamphetamine
seller: chaletla *0.0*
ships from: United States of America

5
4
3
2
1

**฿1.4935**
add to cart

### ICE / 5 POINTS (0.5G)
seller: AUSexpress *0.0*
ships from: Australia

5
4
3
2
1

**฿1.9575**
add to cart

### ✗✗✗ 0.5g High Quality Chinese Ice/Meth ✗✗✗
seller: IceIceIce *0.0*
ships from: Australia

5
4
3
2
1

**฿2.3518**
add to cart

### ✗✗✗ 0.25g High Quality Chinese Ice/Meth ✗✗✗
seller: IceIceIce *0.0*
ships from: Australia

5
4
3
2
1

**฿1.2812**
add to cart

### 7 Grams Pure Crystal Methamphetamine
seller: chaletla *0.0*
ships from: United States of America

5
4
3
2
1

**฿2.8002**
add to cart

### 14 Grams Pure Crystal Methamphetamine
seller: chaletla *0.0*
ships from: United States of America

5
4
3
2
1

**฿5.2271**
add to cart

### ✗✗✗ 1g High Quality Chinese Ice/Meth ✗✗✗
seller: IceIceIce *0.0*
ships from: Australia

5
4
3
2
1

**฿4.2735**
add to cart

### One gram High Quality Crystal Meth (ICE)
seller: have a puff *0.0*
ships from: Australia

5
4
3
2
1

**฿3.8450**
add to cart

### Half Gram (0.5g) High Quality Crystal Meth (ICE)
seller: have a puff *0.0*

5
4
3

**฿2.0274**



### Half Gram (0.5g) High Quality Crystal Meth (ICE)



seller: **have a puff** 0.0
ships from: Australia

5
4
3
2
1

฿2.0274
add to cart

### Tina .5g (Half Gram) Just imported huge shards!



seller: **mrmerlin25** 0.0
ships from: United Kingdom

5
4
3
2
1

฿1.2100
add to cart

### 0.25 imported meth



seller: **tucksh0p** 0.0
ships from: Australia

5
4
3
2
1

฿1.3070
add to cart

### 0.1 POINT - ICE. METHAMPHETAMINE. HIGH GRADE.



seller: **SydneysFinest** 0.0
ships from: Australia

5
4
3
2
1

฿0.4544
add to cart

### ICE / 8 BALL (3.5G)



seller: **AUSexpress** 0.0
ships from: Australia

5
4
3
2
1

฿11.0110
add to cart

### 1.0g Crystal Meth Ice Shards



seller: **MarijuanaIsMyMuse** 0.0
ships from: Canada

5
4
3
2
1

฿0.8214
add to cart

### 1 Gram Pure Crystal Methamphetamine



seller: **chaletla** 0.0
ships from: United States of America

5
4
3
2
1

฿0.6721
add to cart

### 0.5G PURE METHAMPHETAMINE UNCUT +++



seller: **BreakingEven** 0.0
ships from: Australia

5
4
3
2
1

฿1.9225
add to cart

### ✗✗✗ 3.5g High Quality Chinese Ice/Meth ✗✗✗



seller: **IceIceIce** 0.0

5
4
3

฿12.5420



###  3.5g High Quality Chinese Ice/Meth 

seller: IceIceIce 0.0
ships from: Australia

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿12.5420
add to cart

 1.75g High Quality Chinese Ice/Meth 

seller: IceIceIce 0.0
ships from: Australia

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿6.9947
add to cart



### 0.50 imported meth

seller: tucksh0p 0.0
ships from: Australia

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿2.2703
add to cart



### 1 gram imported meth

seller: tucksh0p 0.0
ships from: Australia

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿4.0098
add to cart



### 0.5 HALF GRAM - ICE. METHAMPHETAMINE. HIGH GRADE.

seller: SydneysFinest 0.0
ships from: Australia

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿1.7477
add to cart



### crystal methamphetamines .25 gram

seller: xinhai 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.2241
add to cart



### ICE / Quater Oz (7.0G)

seller: AUSexpress 0.0
ships from: Australia

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿20.9730
add to cart



### 7g Pure Methamphetamine Ice + Free Shipping!

seller: AmericaOnDrugs 0.0
ships from: United States of America

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿2.9865
add to cart



### NEW! 1 GR. High Quality Meth/ICE/Bohemian Cuisine

seller: icemancz 0.0
ships from: Germany

| 5 |
| 4 |
| 3 |
| 2 |
| 1 |

฿0.8869
add to cart

1 2 3 > Last ›