GOVERNMENT EXHIBIT 940  
14 Cr. 68 (KBF)

**SILK ROAD SALES DATA**
**02/06/2011 - 10/02/2013**

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 282 | Lotteries & games | 0 | NULL | 41,057 | ฿ 3,887.38 | $ 184,332 | ฿ 365.89 | $ 16,964 |
| 70 | Drugs | 0 | NULL | 25,976 | ฿ 253,182.08 | $ 9,755,333 | ฿ 11,116.70 | $ 392,108 |
| 122 | Books | 0 | NULL | 30,961 | ฿ 2,558.57 | $ 45,806 | ฿ 229.67 | $ 4,184 |
| 98 | Money | 0 | NULL | 14,345 | ฿ 59,878.77 | $ 2,846,025 | ฿ 3,028.70 | $ 119,525 |
| 93 | Digital goods | 0 | NULL | 14,996 | ฿ 3,374.58 | $ 104,761 | ฿ 310.77 | $ 8,884 |
| 129 | Erotica | 0 | NULL | 14,095 | ฿ 2,619.92 | $ 44,575 | ฿ 237.46 | $ 3,934 |
| 94 | Services | 0 | NULL | 6,428 | ฿ 6,932.53 | $ 127,047 | ฿ 401.92 | $ 7,792 |
| 285 | Custom Orders | 0 | NULL | 3,626 | ฿ 74,127.24 | $ 2,631,895 | ฿ 2,190.46 | $ 92,655 |
| 150 | Forgeries | 0 | NULL | 3,487 | ฿ 5,198.14 | $ 197,291 | ฿ 428.22 | $ 14,132 |
| 207 | Packaging | 0 | NULL | 2,076 | ฿ 2,059.16 | $ 86,194 | ฿ 150.68 | $ 6,112 |
| 127 | Drug paraphernalia | 0 | NULL | 1,179 | ฿ 868.87 | $ 26,758 | ฿ 72.03 | $ 2,010 |
| 120 | Electronics | 0 | NULL | 1,290 | ฿ 3,625.29 | $ 110,860 | ฿ 210.80 | $ 6,436 |
| 134 | Computer equipment | 0 | NULL | 824 | ฿ 1,747.34 | $ 63,966 | ฿ 123.18 | $ 4,220 |
| 130 | Medical | 0 | NULL | 473 | ฿ 416.69 | $ 9,018 | ฿ 30.91 | $ 703 |
| 163 | Fireworks | 0 | NULL | 458 | ฿ 1,721.72 | $ 37,089 | ฿ 137.08 | $ 2,803 |
| 246 | Hardware | 0 | NULL | 264 | ฿ 436.23 | $ 39,443 | ฿ 27.84 | $ 2,396 |
| 102 | Jewelry | 0 | NULL | 255 | ฿ 420.41 | $ 16,171 | ฿ 27.83 | $ 1,021 |
| 298 | Writing | 0 | NULL | 144 | ฿ 178.44 | $ 6,295 | ฿ 14.47 | $ 479 |
| 117 | Food | 0 | NULL | 198 | ฿ 214.65 | $ 4,610 | ฿ 15.93 | $ 365 |
| 138 | Collectibles | 0 | NULL | 149 | ฿ 385.03 | $ 19,920 | ฿ 23.29 | $ 902 |
| 137 | Apparel | 0 | NULL | 155 | ฿ 531.06 | $ 9,520 | ฿ 38.36 | $ 639 |
| 75 | Lab Supplies | 0 | NULL | 108 | ฿ 490.61 | $ 17,542 | ฿ 29.01 | $ 938 |
| 141 | Tickets | 0 | NULL | 98 | ฿ 566.15 | $ 4,925 | ฿ 21.58 | $ 211 |
| 136 | Art | 0 | NULL | 191 | ฿ 87.43 | $ 1,934 | ฿ 7.24 | $ 169 |
| 169 | Biotic materials | 0 | NULL | 68 | ฿ 71.95 | $ 1,995 | ฿ 6.17 | $ 159 |
| 139 | Musical instruments | 0 | NULL | 61 | ฿ 127.97 | $ 2,575 | ฿ 11.06 | $ 225 |
| 114 | Home & Garden | 0 | NULL | 34 | ฿ 12.59 | $ 992 | ฿ .93 | $ 67 |
| 140 | Sporting goods | 0 | NULL | 26 | ฿ 194.71 | $ 17,326 | ฿ 5.44 | $ 473 |
| 257 | Yubikeys | 0 | NULL | 23 | ฿ 222.75 | $ 1,728 | ฿ 16.06 | $ 114 |
| 22 | Weed | 1 | Cannabis | 137,117 | ฿ 996,028.94 | $ 24,502,585 | ฿ 65,223.00 | $ 1,456,963 |
| 23 | Hash | 1 | Cannabis | 55,202 | ฿ 260,884.01 | $ 6,204,143 | ฿ 17,872.66 | $ 418,069 |
| 26 | Edibles | 1 | Cannabis | 19,745 | ฿ 37,838.02 | $ 1,050,902 | ฿ 3,015.10 | $ 81,218 |
| 25 | Concentrates | 1 | Cannabis | 8,318 | ฿ 39,325.25 | $ 1,036,328 | ฿ 3,059.85 | $ 74,149 |
| 488 | Pre-rolled | 1 | Cannabis | 2,794 | ฿ 1,110.15 | $ 71,405 | ฿ 96.13 | $ 5,971 |
| 548 | Shake | 1 | Cannabis | 1,915 | ฿ 3,151.72 | $ 172,393 | ฿ 274.61 | $ 15,424 |
| 79 | Seeds | 1 | Cannabis | 2,793 | ฿ 7,092.84 | $ 125,483 | ฿ 489.19 | $ 9,582 |
| 458 | Trim | 1 | Cannabis | 1,653 | ฿ 2,777.70 | $ 195,681 | ฿ 235.83 | $ 16,141 |
| 96 | Synthetic | 1 | Cannabis | 714 | ฿ 984.94 | $ 37,657 | ฿ 72.22 | $ 2,526 |
| 244 | Cuttings | 1 | Cannabis | 265 | ฿ 789.02 | $ 76,874 | ฿ 54.33 | $ 5,024 |
| 318 | Clones | 1 | Cannabis | 322 | ฿ 288.74 | $ 9,369 | ฿ 25.25 | $ 791 |
| 253 | Topicals | 1 | Cannabis | 155 | ฿ 171.41 | $ 6,569 | ฿ 14.29 | $ 540 |
| 28 | Cubensis | 5 | Shrooms | 14,118 | ฿ 87,713.18 | $ 1,513,707 | ฿ 6,624.67 | $ 112,510 |
| 518 | Capsules | 5 | Shrooms | 1,745 | ฿ 3,214.49 | $ 144,659 | ฿ 284.56 | $ 12,540 |
| 30 | Mexicana | 5 | Shrooms | 1,957 | ฿ 7,259.60 | $ 180,501 | ฿ 635.62 | $ 14,825 |
| 29 | Cyanescens | 5 | Shrooms | 1,080 | ฿ 1,464.67 | $ 52,441 | ฿ 109.92 | $ 4,548 |
| 80 | Spores | 5 | Shrooms | 762 | ฿ 1,088.18 | $ 26,333 | ฿ 87.26 | $ 2,011 |
| 292 | Edibles | 5 | Shrooms | 291 | ฿ 243.77 | $ 22,881 | ฿ 19.96 | $ 1,818 |
| 160 | Cultures | 5 | Shrooms | 138 | ฿ 312.92 | $ 6,029 | ฿ 24.73 | $ 450 |
| 32 | Liberty caps | 5 | Shrooms | 70 | ฿ 134.27 | $ 4,129 | ฿ 11.45 | $ 337 |
| 529 | A. Muscaria | 5 | Shrooms | 108 | ฿ 327.17 | $ 6,856 | ฿ 28.33 | $ 553 |
| 521 | Subaeruginosa | 5 | Shrooms | 19 | ฿ 14.81 | $ 1,559 | ฿ 1.30 | $ 129 |
| 31 | Atlantis | 5 | Shrooms | 52 | ฿ 463.81 | $ 4,436 | ฿ 31.53 | $ 294 |
| 516 | Tampanensis | 5 | Shrooms | 1 | ฿ .16 | $ 20 | ฿ .01 | $ 2 |
| 231 | Azurescens | 5 | Shrooms | 19 | ฿ 86.66 | $ 705 | ฿ 7.21 | $ 53 |
| 33 | MDMA | 6 | Ecstasy | 78,793 | ฿ 863,702.23 | $ 22,237,025 | ฿ 49,153.60 | $ 1,192,203 |
| 36 | Pills | 6 | Ecstasy | 54,108 | ฿ 345,717.55 | $ 8,798,086 | ฿ 23,267.10 | $ 545,955 |
| 97 | Methylone | 6 | Ecstasy | 10,027 | ฿ 88,124.07 | $ 4,121,504 | ฿ 4,185.43 | $ 177,578 |
| 166 | MDA | 6 | Ecstasy | 3,687 | ฿ 28,538.62 | $ 618,303 | ฿ 2,039.38 | $ 41,179 |
| 204 | 6-APB | 6 | Ecstasy | 194 | ฿ 100.47 | $ 7,330 | ฿ 8.98 | $ 595 |
| 205 | 5-APB | 6 | Ecstasy | 49 | ฿ 10.10 | $ 1,133 | ฿ .99 | $ 106 |
| 209 | Butylone | 6 | Ecstasy | 65 | ฿ 31.23 | $ 2,596 | ฿ 2.69 | $ 205 |
| 181 | 4-MEC | 6 | Ecstasy | 186 | ฿ 1,311.12 | $ 24,023 | ฿ 78.74 | $ 1,044 |
| 185 | MDAI | 6 | Ecstasy | 64 | ฿ 122.91 | $ 2,972 | ฿ 11.24 | $ 256 |
| 315 | MPA | 6 | Ecstasy | 35 | ฿ 48.06 | $ 1,204 | ฿ 4.42 | $ 102 |
| 472 | 5-MAPB | 6 | Ecstasy | 12 | ฿ 3.00 | $ 325 | ฿ .27 | $ 29 |
| 308 | 5-IT | 6 | Ecstasy | 5 | ฿ 2.78 | $ 319 | ฿ .26 | $ 29 |
| 171 | Blotter | 7 | LSD | 34,485 | ฿ 154,767.69 | $ 4,337,638 | ฿ 11,531.31 | $ 317,229 |
| 172 | Liquid | 7 | LSD | 1,435 | ฿ 6,386.50 | $ 223,096 | ฿ 416.76 | $ 13,802 |
| 174 | Microdots | 7 | LSD | 523 | ฿ 2,244.08 | $ 86,439 | ฿ 158.59 | $ 6,533 |
| 509 | Candy | 7 | LSD | 25 | ฿ 31.49 | $ 3,256 | ฿ 2.67 | $ 276 |
| 173 | Crystal | 7 | LSD | 3 | ฿ 464.57 | $ 16,918 | ฿ 8.78 | $ 317 |

**SILK ROAD SALES DATA**
**02/06/2011 - 10/02/2013**

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 519 | Changa | 12 | DMT | 507 | ฿ 1,043.38 | $ 49,181 | ฿ 93.29 | $ 4,121 |
| 324 | Ayahuasca | 12 | DMT | 50 | ฿ 45.03 | $ 5,294 | ฿ 4.21 | $ 487 |
| 543 | Indica dominant | 22 | Weed | 19,284 | ฿ 50,509.06 | $ 3,014,690 | ฿ 3,583.61 | $ 204,684 |
| 544 | Sativa dominant | 22 | Weed | 21,486 | ฿ 91,849.67 | $ 2,726,048 | ฿ 7,180.80 | $ 201,218 |
| 549 | Unk. genotypes | 22 | Weed | 14,174 | ฿ 21,047.67 | $ 1,373,724 | ฿ 1,603.51 | $ 101,834 |
| 545 | Hybrids | 22 | Weed | 11,567 | ฿ 29,935.69 | $ 1,156,072 | ฿ 2,528.43 | $ 93,838 |
| 546 | High CBD | 22 | Weed | 454 | ฿ 329.16 | $ 30,187 | ฿ 28.02 | $ 2,564 |
| 24 | Oils | 25 | Concentrates | 6,475 | ฿ 21,098.53 | $ 803,393 | ฿ 1,581.93 | $ 58,935 |
| 550 | Wax | 25 | Concentrates | 1,320 | ฿ 1,310.31 | $ 148,298 | ฿ 101.83 | $ 11,504 |
| 552 | Shatter | 25 | Concentrates | 723 | ฿ 1,012.99 | $ 94,127 | ฿ 73.58 | $ 7,131 |
| 551 | Kief | 25 | Concentrates | 652 | ฿ 2,012.02 | $ 53,487 | ฿ 170.98 | $ 4,138 |
| 553 | Iceolator | 25 | Concentrates | 433 | ฿ 539.38 | $ 42,828 | ฿ 46.96 | $ 3,432 |
| 555 | Budder | 25 | Concentrates | 205 | ฿ 509.17 | $ 20,589 | ฿ 42.14 | $ 1,705 |
| 554 | Capsules | 26 | Edibles | 279 | ฿ 392.80 | $ 40,465 | ฿ 31.39 | $ 3,125 |
| 34 | White | 33 | MDMA | 12,120 | ฿ 141,298.01 | $ 2,046,389 | ฿ 9,083.26 | $ 133,502 |
| 35 | Tan | 33 | MDMA | 9,056 | ฿ 84,343.45 | $ 1,773,475 | ฿ 5,026.99 | $ 96,516 |
| 471 | Capsules | 33 | MDMA | 1,248 | ฿ 1,635.22 | $ 135,675 | ฿ 137.70 | $ 11,111 |
| 71 | Crystal / Powder | 40 | Mescaline | 1,515 | ฿ 10,261.28 | $ 162,800 | ฿ 481.03 | $ 11,948 |
| 73 | San Pedro | 40 | Mescaline | 118 | ฿ 126.90 | $ 6,874 | ฿ 11.12 | $ 597 |
| 72 | Peyote | 40 | Mescaline | 60 | ฿ 52.83 | $ 5,523 | ฿ 4.51 | $ 464 |
| 12 | DMT | 41 | Psychedelics | 21,130 | ฿ 75,571.14 | $ 1,533,975 | ฿ 5,987.67 | $ 124,194 |
| 7 | LSD | 41 | Psychedelics | 18,096 | ฿ 136,824.96 | $ 2,406,491 | ฿ 9,634.57 | $ 160,503 |
| 5 | Shrooms | 41 | Psychedelics | 5,741 | ฿ 23,963.74 | $ 568,106 | ฿ 1,971.14 | $ 44,295 |
| 146 | NBOMe | 41 | Psychedelics | 2,045 | ฿ 8,604.24 | $ 135,603 | ฿ 643.95 | $ 9,543 |
| 95 | Salvia | 41 | Psychedelics | 1,067 | ฿ 1,768.18 | $ 35,963 | ฿ 146.20 | $ 2,816 |
| 522 | AL-LAD | 41 | Psychedelics | 463 | ฿ 511.98 | $ 54,648 | ฿ 41.71 | $ 4,377 |
| 42 | AMT | 41 | Psychedelics | 426 | ฿ 591.50 | $ 16,948 | ฿ 51.31 | $ 1,387 |
| 40 | Mescaline | 41 | Psychedelics | 271 | ฿ 265.45 | $ 16,443 | ฿ 24.32 | $ 1,514 |
| 517 | LSZ | 41 | Psychedelics | 153 | ฿ 176.23 | $ 18,901 | ฿ 13.78 | $ 1,488 |
| 256 | TMA Family | 41 | Psychedelics | 274 | ฿ 682.42 | $ 10,941 | ฿ 59.86 | $ 904 |
| 45 | LSA | 41 | Psychedelics | 57 | ฿ 12.41 | $ 907 | ฿ .97 | $ 71 |
| 44 | Ibogain | 41 | Psychedelics | 239 | ฿ 1,085.37 | $ 23,039 | ฿ 84.20 | $ 1,675 |
| 481 | Entheogens | 41 | Psychedelics | 50 | ฿ 79.33 | $ 4,989 | ฿ 5.30 | $ 319 |
| 303 | DOx | 41 | Psychedelics | 40 | ฿ 5.56 | $ 700 | ฿ .45 | $ 53 |
| 294 | DPT | 41 | Psychedelics | 39 | ฿ 98.58 | $ 3,031 | ฿ 8.19 | $ 255 |
| 164 | 2C family | 41 | Psychedelics | 68 | ฿ 254.11 | $ 4,223 | ฿ 19.84 | $ 327 |
| 527 | 3C family | 41 | Psychedelics | 40 | ฿ 29.69 | $ 1,406 | ฿ 2.93 | $ 128 |
| 251 | Mimosa Hostilis | 41 | Psychedelics | 30 | ฿ 97.00 | $ 2,522 | ฿ 7.81 | $ 199 |
| 43 | Bufotenin | 41 | Psychedelics | 18 | ฿ 6.20 | $ 785 | ฿ .55 | $ 65 |
| 524 | Muscimol | 41 | Psychedelics | 11 | ฿ 4.63 | $ 534 | ฿ .38 | $ 44 |
| 176 | 4-HO family | 41 | Psychedelics | 3 | ฿ 4.13 | $ 278 | ฿ .37 | $ 23 |
| 490 | 4-AcO family | 41 | Psychedelics | 1 | ฿ 1.24 | $ 173 | ฿ .11 | $ 16 |
| 523 | MET | 41 | Psychedelics | 1 | ฿ .71 | $ 83 | ฿ .07 | $ 8 |
| 49 | Heroin | 48 | Opioids | 40,806 | ฿ 213,647.93 | $ 6,621,052 | ฿ 15,478.42 | $ 459,491 |
| 50 | Opium | 48 | Opioids | 5,353 | ฿ 15,859.68 | $ 385,268 | ฿ 1,316.64 | $ 30,128 |
| 486 | Kratom | 48 | Opioids | 374 | ฿ 70.44 | $ 7,561 | ฿ 5.09 | $ 536 |
| 359 | AH-7921 | 48 | Opioids | 74 | ฿ 204.36 | $ 15,057 | ฿ 10.92 | $ 705 |
| 484 | Brown | 49 | Heroin | 8,022 | ฿ 52,359.66 | $ 1,325,956 | ฿ 3,723.68 | $ 91,369 |
| 483 | White | 49 | Heroin | 2,092 | ฿ 7,830.51 | $ 329,468 | ฿ 652.98 | $ 25,129 |
| 485 | Black tar | 49 | Heroin | 2,729 | ฿ 30,069.84 | $ 654,182 | ฿ 2,053.92 | $ 42,700 |
| 305 | Seeds | 50 | Opium | 133 | ฿ 72.59 | $ 2,748 | ฿ 6.16 | $ 215 |
| 53 | Cocaine | 52 | Stimulants | 78,596 | ฿ 709,851.51 | $ 16,895,422 | ฿ 47,253.75 | $ 1,100,056 |
| 54 | Meth | 52 | Stimulants | 34,689 | ฿ 247,427.37 | $ 8,110,453 | ฿ 16,399.64 | $ 480,334 |
| 168 | Speed | 52 | Stimulants | 22,550 | ฿ 96,733.22 | $ 2,901,090 | ฿ 7,046.07 | $ 192,938 |
| 55 | Mephedrone | 52 | Stimulants | 9,803 | ฿ 39,676.92 | $ 990,724 | ฿ 2,785.43 | $ 69,016 |
| 126 | MDPV | 52 | Stimulants | 4,569 | ฿ 8,944.57 | $ 321,710 | ฿ 729.11 | $ 24,041 |
| 206 | Ephedrine | 52 | Stimulants | 960 | ฿ 3,442.52 | $ 144,499 | ฿ 257.61 | $ 8,943 |
| 306 | A-PVP | 52 | Stimulants | 520 | ฿ 599.80 | $ 54,799 | ฿ 37.98 | $ 3,037 |
| 320 | 4-MEC | 52 | Stimulants | 298 | ฿ 319.32 | $ 21,471 | ฿ 25.15 | $ 1,532 |
| 182 | Ethylphenidate | 52 | Stimulants | 473 | ฿ 1,779.48 | $ 25,204 | ฿ 146.21 | $ 2,044 |
| 321 | Pentedrone | 52 | Stimulants | 220 | ฿ 102.46 | $ 10,984 | ฿ 8.81 | $ 907 |
| 232 | 6-APB | 52 | Stimulants | 205 | ฿ 385.82 | $ 17,092 | ฿ 29.56 | $ 1,273 |
| 158 | Caffeine | 52 | Stimulants | 94 | ฿ 211.54 | $ 5,474 | ฿ 16.07 | $ 406 |
| 290 | Dimethocaine | 52 | Stimulants | 43 | ฿ 26.72 | $ 3,102 | ฿ 2.46 | $ 286 |

**SILK ROAD SALES DATA**
**02/06/2011 - 10/02/2013**

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 542 | Khat | 52 | Stimulants | 16 | ฿ 3.44 | $ 381 | ฿ .31 | $ 34 |
| 533 | Benzedrine | 52 | Stimulants | 7 | ฿ 1.65 | $ 164 | ฿ .16 | $ 16 |
| 538 | 2-DPMP | 52 | Stimulants | 10 | ฿ 4.51 | $ 486 | ฿ .44 | $ 47 |
| 208 | MDPPP | 52 | Stimulants | 33 | ฿ 84.96 | $ 1,411 | ฿ 7.61 | $ 117 |
| 255 | 3,4DMMC | 52 | Stimulants | 7 | ฿ 14.40 | $ 707 | ฿ 1.29 | $ 55 |
| 252 | D2PM | 52 | Stimulants | 0 | ฿ .00 | $ 0 | ฿ .00 | $ 0 |
| 541 | 4-EMC | 52 | Stimulants | 1 | ฿ 14.21 | $ 1,899 | ฿ .39 | $ 51 |
| 191 | FMAs | 52 | Stimulants | 15 | ฿ 58.21 | $ 3,318 | ฿ 3.27 | $ 94 |
|  |  |  |  |  |  |  |  |  |
| 159 | Crack | 53 | Cocaine | 3,611 | ฿ 14,006.23 | $ 476,980 | ฿ 1,094.36 | $ 36,274 |
| 537 | Coca leaves | 53 | Cocaine | 370 | ฿ 146.47 | $ 14,354 | ฿ 11.03 | $ 1,061 |
| 564 | Candies | 53 | Cocaine | 5 | ฿ 1.25 | $ 161 | ฿ .10 | $ 12 |
|  |  |  |  |  |  |  |  |  |
| 59 | Ketamine | 57 | Dissociatives | 26,664 | ฿ 120,837.56 | $ 3,827,096 | ฿ 8,597.18 | $ 252,987 |
| 61 | MXE | 57 | Dissociatives | 7,006 | ฿ 21,289.01 | $ 447,951 | ฿ 1,710.57 | $ 34,147 |
| 62 | PCP | 57 | Dissociatives | 350 | ฿ 782.62 | $ 17,211 | ฿ 66.01 | $ 1,470 |
| 408 | Scopolamine | 57 | Dissociatives | 225 | ฿ 449.76 | $ 21,489 | ฿ 35.51 | $ 1,583 |
| 60 | DXM | 57 | Dissociatives | 264 | ฿ 472.00 | $ 5,759 | ฿ 33.18 | $ 400 |
| 465 | K1 | 57 | Dissociatives | 26 | ฿ 8.44 | $ 797 | ฿ .59 | $ 54 |
| 466 | Ethylketamine | 57 | Dissociatives | 9 | ฿ 7.62 | $ 778 | ฿ .68 | $ 69 |
| 467 | Methoxyketamine | 57 | Dissociatives | 7 | ฿ 4.64 | $ 579 | ฿ .39 | $ 47 |
| 468 | Dioscorea | 57 | Dissociatives | 1 | ฿ .82 | $ 139 | ฿ .08 | $ 12 |
|  |  |  |  |  |  |  |  |  |
| 147 | Supplements | 58 | Other | 418 | ฿ 1,725.84 | $ 20,897 | ฿ 145.17 | $ 1,644 |
| 477 | Phenethylamine | 58 | Other | 6 | ฿ .64 | $ 73 | ฿ .07 | $ 8 |
|  |  |  |  |  |  |  |  |  |
| 405 | Etizolam | 63 | Benzos | 2,574 | ฿ 1,330.06 | $ 113,340 | ฿ 111.35 | $ 9,190 |
| 407 | Clonazepam | 63 | Benzos | 2,655 | ฿ 4,534.14 | $ 226,156 | ฿ 377.63 | $ 18,392 |
| 401 | Alprazolam | 63 | Benzos | 1,745 | ฿ 3,719.34 | $ 449,608 | ฿ 234.88 | $ 28,303 |
| 400 | Diazepam | 63 | Benzos | 1,394 | ฿ 1,348.66 | $ 102,248 | ฿ 116.66 | $ 8,545 |
| 411 | Lorazepam | 63 | Benzos | 1,125 | ฿ 1,906.16 | $ 83,991 | ฿ 154.83 | $ 6,720 |
| 415 | Flunitrazepam | 63 | Benzos | 281 | ฿ 335.44 | $ 17,710 | ฿ 29.65 | $ 1,587 |
| 410 | Temazepam | 63 | Benzos | 254 | ฿ 320.64 | $ 12,091 | ฿ 25.71 | $ 1,028 |
| 416 | Bromazepam | 63 | Benzos | 173 | ฿ 182.30 | $ 8,592 | ฿ 16.69 | $ 749 |
| 413 | Midazolam | 63 | Benzos | 119 | ฿ 82.66 | $ 7,637 | ฿ 7.30 | $ 659 |
| 418 | Phenazepam | 63 | Benzos | 135 | ฿ 67.23 | $ 5,283 | ฿ 5.61 | $ 419 |
| 414 | Oxazepam | 63 | Benzos | 145 | ฿ 118.28 | $ 7,102 | ฿ 10.75 | $ 608 |
| 409 | Triazolam | 63 | Benzos | 36 | ฿ 22.58 | $ 2,531 | ฿ 2.01 | $ 224 |
| 422 | Nitrazepam | 63 | Benzos | 24 | ฿ 24.94 | $ 1,916 | ฿ 2.18 | $ 166 |
| 423 | Brotizolam | 63 | Benzos | 5 | ฿ 1.88 | $ 200 | ฿ .16 | $ 17 |
| 489 | Loprazolam | 63 | Benzos | 2 | ฿ .86 | $ 86 | ฿ .07 | $ 8 |
|  |  |  |  |  |  |  |  |  |
| 479 | E-Cigs | 65 | Tobacco | 59 | ฿ 14.75 | $ 934 | ฿ 1.19 | $ 75 |
|  |  |  |  |  |  |  |  |  |
| 1 | Cannabis | 70 | Drugs | 21,320 | ฿ 142,247.44 | $ 4,240,444 | ฿ 7,886.30 | $ 230,136 |
| 48 | Opioids | 70 | Drugs | 8,628 | ฿ 63,913.33 | $ 1,280,686 | ฿ 4,488.48 | $ 86,758 |
| 92 | Prescription | 70 | Drugs | 8,214 | ฿ 65,318.99 | $ 1,426,624 | ฿ 4,410.51 | $ 90,853 |
| 65 | Tobacco | 70 | Drugs | 5,013 | ฿ 10,075.28 | $ 208,748 | ฿ 701.50 | $ 15,088 |
| 6 | Ecstasy | 70 | Drugs | 2,329 | ฿ 18,490.47 | $ 644,265 | ฿ 858.65 | $ 28,577 |
| 52 | Stimulants | 70 | Drugs | 2,131 | ฿ 8,432.20 | $ 234,339 | ฿ 630.08 | $ 15,232 |
| 41 | Psychedelics | 70 | Drugs | 872 | ฿ 2,576.02 | $ 81,375 | ฿ 188.22 | $ 5,704 |
| 313 | Precursors | 70 | Drugs | 583 | ฿ 5,246.93 | $ 306,648 | ฿ 257.70 | $ 12,489 |
| 58 | Other | 70 | Drugs | 1,494 | ฿ 1,413.14 | $ 25,632 | ฿ 98.56 | $ 1,770 |
| 57 | Dissociatives | 70 | Drugs | 174 | ฿ 931.25 | $ 26,736 | ฿ 63.20 | $ 1,659 |
| 162 | Intoxicants | 70 | Drugs | 83 | ฿ 117.73 | $ 6,846 | ฿ 9.20 | $ 544 |
|  |  |  |  |  |  |  |  |  |
| 76 | Chemicals | 75 | Lab Supplies | 71 | ฿ 86.78 | $ 3,117 | ฿ 6.37 | $ 227 |
| 77 | Glassware | 75 | Lab Supplies | 30 | ฿ 71.93 | $ 1,983 | ฿ 5.00 | $ 133 |
| 81 | Instruments | 75 | Lab Supplies | 101 | ฿ 414.80 | $ 9,375 | ฿ 24.57 | $ 359 |
|  |  |  |  |  |  |  |  |  |
| 240 | Pain Relief | 92 | Prescription | 22,727 | ฿ 276,405.89 | $ 3,876,410 | ฿ 19,326.32 | $ 247,598 |
| 239 | Stimulants | 92 | Prescription | 8,334 | ฿ 55,068.13 | $ 802,613 | ฿ 4,407.78 | $ 59,170 |
| 144 | Steroids, PEDs | 92 | Prescription | 5,225 | ฿ 32,730.90 | $ 752,051 | ฿ 2,415.31 | $ 54,283 |
| 241 | Viagra, etc | 92 | Prescription | 2,652 | ฿ 5,871.10 | $ 109,850 | ฿ 497.14 | $ 8,692 |
| 333 | Fertility | 92 | Prescription | 419 | ฿ 534.13 | $ 34,882 | ฿ 43.19 | $ 2,791 |
| 350 | Relaxants | 92 | Prescription | 126 | ฿ 95.83 | $ 10,140 | ฿ 8.42 | $ 899 |
| 334 | General Health | 92 | Prescription | 56 | ฿ 41.53 | $ 3,710 | ฿ 3.28 | $ 278 |
|  |  |  |  |  |  |  |  |  |
| 142 | Media | 93 | Digital goods | 1,783 | ฿ 772.74 | $ 10,053 | ฿ 64.62 | $ 833 |
| 143 | Invites / Accounts | 93 | Digital goods | 1,175 | ฿ 573.51 | $ 9,378 | ฿ 55.05 | $ 830 |
| 175 | Video | 93 | Digital goods | 1,079 | ฿ 189.36 | $ 2,042 | ฿ 16.66 | $ 174 |
| 183 | Security | 93 | Digital goods | 250 | ฿ 556.41 | $ 15,195 | ฿ 44.60 | $ 1,139 |
| 487 | Synthesis | 93 | Digital goods | 175 | ฿ 4,624.35 | $ 109,202 | ฿ 230.56 | $ 5,322 |
|  |  |  |  |  |  |  |  |  |
| 145 | Security, defense | 94 | Services | 322 | ฿ 1,705.21 | $ 18,253 | ฿ 153.73 | $ 1,535 |

## SILK ROAD SALES DATA
## 02/06/2011 - 10/02/2013

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 238 | Lab Testing | 94 | Services | 3 | ฿ 70.12 | $ 538 | ฿ 5.28 | $ 36 |
| 307 | Sport Betting | 94 | Services | 1 | ฿ .44 | $ 60 | ฿ .04 | $ 6 |
| 248 | Smoking Blend | 96 | Synthetic | 1,877 | ฿ 1,425.58 | $ 75,511 | ฿ 122.33 | $ 6,162 |
| 249 | Chemicals | 96 | Synthetic | 1,371 | ฿ 2,535.76 | $ 91,001 | ฿ 198.16 | $ 6,596 |
| 556 | UR-144 | 96 | Synthetic | 1 | ฿ .14 | $ 15 | ฿ .01 | $ 2 |
| 155 | Digital currencies | 98 | Money | 18,134 | ฿ 6,921.53 | $ 177,167 | ฿ 323.15 | $ 8,243 |
| 99 | Bullion | 98 | Money | 122 | ฿ 681.58 | $ 80,952 | ฿ 29.68 | $ 3,293 |
| 184 | Loans | 98 | Money | 47 | ฿ 1,305.03 | $ 11,292 | ฿ 54.11 | $ 435 |
| 101 | Gold | 99 | Bullion | 81 | ฿ 1,760.41 | $ 159,944 | ฿ 79.35 | $ 6,231 |
| 100 | Silver | 99 | Bullion | 138 | ฿ 592.45 | $ 9,746 | ฿ 47.49 | $ 787 |
| 482 | Pest control | 114 | Home & Garden | 144 | ฿ 488.10 | $ 22,317 | ฿ 38.82 | $ 1,694 |
| 115 | Seeds | 114 | Home & Garden | 45 | ฿ 40.01 | $ 759 | ฿ 3.09 | $ 52 |
| 116 | Cuttings | 114 | Home & Garden | 39 | ฿ 114.65 | $ 2,086 | ฿ 10.90 | $ 180 |
| 118 | Gardening Supplies | 114 | Home & Garden | 2 | ฿ 8.59 | $ 911 | ฿ .62 | $ 66 |
| 237 | Beverages | 117 | Food | 27 | ฿ 25.09 | $ 1,173 | ฿ 1.71 | $ 77 |
| 295 | Recipes | 117 | Food | 6 | ฿ .60 | $ 4 | ฿ .06 | $ 0 |
| 250 | Physical Books | 122 | Books | 89 | ฿ 76.22 | $ 1,992 | ฿ 6.02 | $ 149 |
| 291 | Newsletters | 122 | Books | 80 | ฿ 953.27 | $ 84,804 | ฿ 18.85 | $ 1,578 |
| 149 | Magazines | 122 | Books | 69 | ฿ 6.56 | $ 92 | ฿ .51 | $ 7 |
| 302 | Scales | 127 | Drug paraphernalia | 1,224 | ฿ 1,511.06 | $ 42,663 | ฿ 119.60 | $ 3,433 |
| 229 | Accessories | 127 | Drug paraphernalia | 1,445 | ฿ 725.20 | $ 22,953 | ฿ 53.35 | $ 1,637 |
| 128 | Pipes | 127 | Drug paraphernalia | 1,466 | ฿ 1,277.92 | $ 23,694 | ฿ 110.94 | $ 2,046 |
| 228 | Vaporizers | 127 | Drug paraphernalia | 625 | ฿ 475.29 | $ 32,121 | ฿ 37.99 | $ 2,584 |
| 323 | Snuff Supplies | 127 | Drug paraphernalia | 709 | ฿ 283.89 | $ 12,474 | ฿ 21.11 | $ 927 |
| 319 | Storage | 127 | Drug paraphernalia | 567 | ฿ 246.71 | $ 10,633 | ฿ 18.39 | $ 818 |
| 227 | Grinders | 127 | Drug paraphernalia | 542 | ฿ 317.09 | $ 8,982 | ฿ 23.53 | $ 693 |
| 469 | Tests, Reagents | 127 | Drug paraphernalia | 201 | ฿ 37.74 | $ 2,753 | ฿ 2.72 | $ 197 |
| 167 | Bongs | 127 | Drug paraphernalia | 110 | ฿ 230.52 | $ 6,271 | ฿ 20.41 | $ 502 |
| 222 | Rolling Supplies | 127 | Drug paraphernalia | 68 | ฿ 14.75 | $ 507 | ฿ .85 | $ 27 |
| 470 | Syringes | 127 | Drug paraphernalia | 52 | ฿ 7.57 | $ 926 | ฿ .55 | $ 67 |
| 473 | Machinery | 127 | Drug paraphernalia | 7 | ฿ 4.68 | $ 491 | ฿ .37 | $ 37 |
| 217 | Glass | 128 | Pipes | 619 | ฿ 650.27 | $ 14,493 | ฿ 47.65 | $ 973 |
| 219 | Metal | 128 | Pipes | 307 | ฿ 208.41 | $ 4,312 | ฿ 13.62 | $ 270 |
| 221 | Other | 128 | Pipes | 3 | ฿ 3.11 | $ 48 | ฿ .20 | $ 3 |
| 220 | Ceramic | 128 | Pipes | 5 | ฿ .87 | $ 109 | ฿ .07 | $ 9 |
| 218 | Wooden | 128 | Pipes | 10 | ฿ 11.58 | $ 202 | ฿ .84 | $ 15 |
| 261 | Kink | 129 | Erotica | 76 | ฿ 7.90 | $ 99 | ฿ .73 | $ 9 |
| 263 | Lubes & Lotions | 129 | Erotica | 4 | ฿ 1.53 | $ 37 | ฿ .12 | $ 3 |
| 260 | Toys | 129 | Erotica | 1 | ฿ 2.32 | $ 79 | ฿ .21 | $ 7 |
| 133 | Medical supplies | 130 | Medical | 621 | ฿ 703.36 | $ 11,857 | ฿ 47.29 | $ 796 |
| 131 | Pharmaceuticals | 130 | Medical | 194 | ฿ 451.30 | $ 17,767 | ฿ 37.73 | $ 1,407 |
| 132 | Medical equipment | 130 | Medical | 2 | ฿ .20 | $ 21 | ฿ .02 | $ 2 |
| 187 | Antibiotics | 131 | Pharmaceuticals | 86 | ฿ 210.20 | $ 4,340 | ฿ 16.75 | $ 331 |
| 186 | Blotter | 136 | Art | 35 | ฿ 33.38 | $ 1,429 | ฿ 2.65 | $ 111 |
| 234 | Clothing | 137 | Apparel | 325 | ฿ 902.38 | $ 36,490 | ฿ 64.03 | $ 2,443 |
| 233 | Watches | 137 | Apparel | 267 | ฿ 1,316.54 | $ 48,346 | ฿ 93.47 | $ 3,439 |
| 236 | Sunglasses | 137 | Apparel | 512 | ฿ 2,102.48 | $ 28,491 | ฿ 131.87 | $ 1,936 |
| 235 | Handbags | 137 | Apparel | 24 | ฿ 138.48 | $ 3,578 | ฿ 9.26 | $ 246 |
| 310 | Vinyl | 138 | Collectibles | 6 | ฿ .74 | $ 86 | ฿ .06 | $ 7 |
| 317 | Video Games | 142 | Media | 90 | ฿ 2.55 | $ 64 | ฿ .18 | $ 7 |
| 433 | Clenbuterol | 144 | Steroids, PEDs | 664 | ฿ 2,059.24 | $ 85,403 | ฿ 159.65 | $ 6,431 |
| 432 | Aromatase inhibitors | 144 | Steroids, PEDs | 486 | ฿ 701.95 | $ 44,196 | ฿ 56.10 | $ 3,603 |
| 456 | Antagonists | 144 | Steroids, PEDs | 450 | ฿ 979.88 | $ 42,758 | ฿ 81.11 | $ 3,405 |
| 452 | Growth hormones | 144 | Steroids, PEDs | 219 | ฿ 1,143.82 | $ 74,032 | ฿ 67.30 | $ 4,685 |
| 464 | HCG | 144 | Steroids, PEDs | 172 | ฿ 319.30 | $ 18,630 | ฿ 25.30 | $ 1,474 |
| 439 | 2,4-Dinitrophenol | 144 | Steroids, PEDs | 116 | ฿ 133.37 | $ 8,708 | ฿ 11.50 | $ 729 |
| 443 | Anabolic steroids | 144 | Steroids, PEDs | 64 | ฿ 54.68 | $ 6,508 | ฿ 4.81 | $ 581 |
| 455 | Agonists | 144 | Steroids, PEDs | 34 | ฿ 39.06 | $ 3,724 | ฿ 3.36 | $ 318 |

**SILK ROAD SALES DATA**
**02/06/2011 - 10/02/2013**

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 213 | 25I-NBOMe | 146 | NBOMe | 22,860 | ฿ 74,897.44 | $ 2,065,497 | ฿ 5,696.39 | $ 146,858 |
| 216 | 25C-NBOMe | 146 | NBOMe | 7,569 | ฿ 24,984.24 | $ 533,553 | ฿ 1,931.15 | $ 38,875 |
| 215 | 25B-NBOMe | 146 | NBOMe | 1,171 | ฿ 1,455.11 | $ 99,485 | ฿ 113.62 | $ 7,355 |
| 214 | 25D-NBOMe | 146 | NBOMe | 91 | ฿ 478.91 | $ 5,307 | ฿ 33.31 | $ 385 |
| 525 | 25N-NBOMe | 146 | NBOMe | 31 | ฿ 44.50 | $ 2,165 | ฿ 3.73 | $ 172 |
| 151 | Fake IDs | 150 | Forgeries | 3,642 | ฿ 24,291.36 | $ 699,053 | ฿ 1,774.82 | $ 48,868 |
| 152 | Passports | 150 | Forgeries | 103 | ฿ 10,419.95 | $ 105,292 | ฿ 305.18 | $ 2,831 |
| 312 | Dissolved | 161 | GHB | 1,491 | ฿ 1,567.47 | $ 58,175 | ฿ 142.35 | $ 4,697 |
| 311 | Dry | 161 | GHB | 1,684 | ฿ 3,817.52 | $ 163,185 | ฿ 318.32 | $ 12,641 |
| 161 | GHB | 162 | Intoxicants | 2,030 | ฿ 8,519.50 | $ 150,890 | ฿ 718.89 | $ 11,749 |
| 478 | GBL | 162 | Intoxicants | 557 | ฿ 2,346.53 | $ 82,193 | ฿ 168.10 | $ 5,740 |
| 64 | Alcohol | 162 | Intoxicants | 142 | ฿ 176.22 | $ 9,542 | ฿ 12.88 | $ 686 |
| 46 | 2C-B | 164 | 2C family | 11,752 | ฿ 46,667.37 | $ 958,884 | ฿ 3,448.59 | $ 71,174 |
| 47 | 2C-E | 164 | 2C family | 2,303 | ฿ 7,760.53 | $ 116,148 | ฿ 580.46 | $ 8,602 |
| 104 | 2C-I | 164 | 2C family | 969 | ฿ 3,121.97 | $ 67,043 | ฿ 236.90 | $ 4,726 |
| 165 | 2C-P | 164 | 2C family | 499 | ฿ 1,521.27 | $ 21,334 | ฿ 120.31 | $ 1,582 |
| 157 | 2C-T-7 | 164 | 2C family | 141 | ฿ 275.07 | $ 6,974 | ฿ 25.40 | $ 596 |
| 203 | 2C-D | 164 | 2C family | 86 | ฿ 83.52 | $ 5,312 | ฿ 7.41 | $ 449 |
| 148 | 2C-C | 164 | 2C family | 216 | ฿ 666.72 | $ 9,798 | ฿ 56.43 | $ 812 |
| 189 | 2C-T-2 | 164 | 2C family | 99 | ฿ 237.03 | $ 6,436 | ฿ 18.17 | $ 411 |
| 190 | 2C-T-4 | 164 | 2C family | 20 | ฿ 55.13 | $ 639 | ฿ 4.03 | $ 47 |
| 322 | 2C-B-FLY | 164 | 2C family | 6 | ฿ 21.42 | $ 834 | ฿ 1.82 | $ 65 |
| 535 | Paste | 168 | Speed | 7,296 | ฿ 14,160.71 | $ 875,113 | ฿ 1,109.46 | $ 66,550 |
| 536 | Powder | 168 | Speed | 2,057 | ฿ 1,827.71 | $ 139,295 | ฿ 159.70 | $ 11,573 |
| 534 | Pills | 168 | Speed | 740 | ฿ 3,173.90 | $ 180,890 | ฿ 195.71 | $ 11,394 |
| 200 | 4-HO-MET | 176 | 4-HO family | 142 | ฿ 304.33 | $ 18,129 | ฿ 22.51 | $ 1,125 |
| 177 | 4-HO-MiPT | 176 | 4-HO family | 113 | ฿ 322.83 | $ 8,899 | ฿ 27.19 | $ 648 |
| 179 | 4-HO-DiPT | 176 | 4-HO family | 11 | ฿ 4.63 | $ 550 | ฿ .45 | $ 49 |
| 192 | 2-FMA | 191 | FMAs | 223 | ฿ 188.77 | $ 13,585 | ฿ 15.73 | $ 1,156 |
| 194 | 4-FMA | 191 | FMAs | 126 | ฿ 100.36 | $ 7,240 | ฿ 8.01 | $ 586 |
| 198 | 4-FA | 195 | FAs | 1,068 | ฿ 2,021.43 | $ 60,558 | ฿ 169.97 | $ 4,498 |
| 197 | 3-FA | 195 | FAs | 65 | ฿ 48.91 | $ 3,216 | ฿ 4.23 | $ 275 |
| 196 | 2-FA | 195 | FAs | 64 | ฿ 276.27 | $ 5,305 | ฿ 11.92 | $ 299 |
| 223 | Papers | 222 | Rolling Supplies | 467 | ฿ 166.77 | $ 4,015 | ฿ 10.86 | $ 257 |
| 224 | Blunt Wraps | 222 | Rolling Supplies | 264 | ฿ 46.24 | $ 1,705 | ฿ 3.10 | $ 94 |
| 225 | Cones | 222 | Rolling Supplies | 29 | ฿ 26.44 | $ 379 | ฿ 1.81 | $ 25 |
| 226 | Misc. | 222 | Rolling Supplies | 8 | ฿ 5.32 | $ 154 | ฿ .50 | $ 11 |
| 559 | Shoes | 234 | Clothing | 2 | ฿ 1.35 | $ 175 | ฿ .11 | $ 15 |
| 560 | Belts | 234 | Clothing | 2 | ฿ .73 | $ 88 | ฿ .06 | $ 8 |
| 293 | Adderall | 239 | Stimulants | 9,790 | ฿ 47,992.65 | $ 1,262,878 | ฿ 3,754.58 | $ 94,774 |
| 398 | Modafinil | 239 | Stimulants | 3,610 | ฿ 5,149.44 | $ 271,375 | ฿ 450.98 | $ 22,276 |
| 395 | Methylphenidate | 239 | Stimulants | 147 | ฿ 174.82 | $ 16,871 | ฿ 13.80 | $ 1,333 |
| 387 | Amphetamine | 239 | Stimulants | 27 | ฿ 37.00 | $ 4,095 | ฿ 3.12 | $ 345 |
| 331 | Fluoxetine | 239 | Stimulants | 40 | ฿ 46.10 | $ 1,227 | ฿ 3.55 | $ 91 |
| 392 | Dexmethylphenidate | 239 | Stimulants | 13 | ฿ 1.47 | $ 153 | ฿ .16 | $ 16 |
| 366 | Oxycodone | 240 | Pain Relief | 8,319 | ฿ 71,947.29 | $ 2,139,820 | ฿ 4,491.11 | $ 142,015 |
| 283 | Tramadol | 240 | Pain Relief | 5,586 | ฿ 16,115.29 | $ 467,094 | ฿ 1,327.86 | $ 37,212 |
| 361 | Hydrocodone | 240 | Pain Relief | 2,561 | ฿ 4,805.43 | $ 408,050 | ฿ 392.12 | $ 32,755 |
| 325 | Fentanyl | 240 | Pain Relief | 1,621 | ฿ 5,687.79 | $ 399,235 | ฿ 400.49 | $ 26,669 |
| 328 | Buprenorphine | 240 | Pain Relief | 1,367 | ฿ 2,165.45 | $ 125,819 | ฿ 189.24 | $ 10,747 |
| 327 | Morphine | 240 | Pain Relief | 1,136 | ฿ 4,050.59 | $ 159,247 | ฿ 310.72 | $ 11,499 |
| 289 | Carisoprodol | 240 | Pain Relief | 1,134 | ฿ 2,143.39 | $ 89,825 | ฿ 186.06 | $ 7,424 |
| 326 | Methadone | 240 | Pain Relief | 890 | ฿ 2,056.84 | $ 82,518 | ฿ 178.48 | $ 6,909 |
| 367 | Oxymorphone | 240 | Pain Relief | 913 | ฿ 7,545.77 | $ 147,466 | ฿ 570.18 | $ 10,485 |
| 360 | Codeine | 240 | Pain Relief | 797 | ฿ 2,934.18 | $ 57,797 | ฿ 264.63 | $ 4,853 |
| 362 | Hydromorphone | 240 | Pain Relief | 190 | ฿ 709.62 | $ 43,348 | ฿ 50.00 | $ 3,238 |
| 354 | Analgesics | 240 | Pain Relief | 85 | ฿ 55.83 | $ 5,559 | ฿ 4.68 | $ 437 |
| 372 | Tilidine | 240 | Pain Relief | 68 | ฿ 39.53 | $ 4,195 | ฿ 3.71 | $ 390 |
| 424 | Anesthetic | 240 | Pain Relief | 7 | ฿ 14.14 | $ 1,120 | ฿ 1.00 | $ 78 |
| 369 | Pethidine | 240 | Pain Relief | 6 | ฿ 4.38 | $ 512 | ฿ .38 | $ 42 |
| 365 | Metamizole | 240 | Pain Relief | 2 | ฿ 1.27 | $ 137 | ฿ .12 | $ 13 |
| 386 | Viagra | 241 | Viagra, etc | 6,425 | ฿ 9,716.14 | $ 232,603 | ฿ 778.23 | $ 17,444 |

**SILK ROAD SALES DATA**
**02/06/2011 - 10/02/2013**

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 379 | Kamagra | 241 | Viagra, etc | 1,192 | ฿ 567.10 | $ 45,463 | ฿ 42.83 | $ 3,390 |
| 381 | Tadalafil | 241 | Viagra, etc | 93 | ฿ 98.84 | $ 4,835 | ฿ 7.60 | $ 385 |
| 377 | Female Viagra | 241 | Viagra, etc | 45 | ฿ 20.11 | $ 1,033 | ฿ 1.19 | $ 60 |
| 378 | Herbal Viagra | 241 | Viagra, etc | 24 | ฿ 9.96 | $ 1,162 | ฿ .89 | $ 99 |
| 375 | Dapoxetine | 241 | Viagra, etc | 2 | ฿ 2.14 | $ 260 | ฿ .19 | $ 23 |
| 383 | Vardenafil | 241 | Viagra, etc | 1 | ฿ 1.00 | $ 103 | ฿ .09 | $ 10 |
| 247 | Lock picks | 246 | Hardware | 130 | ฿ 346.81 | $ 4,716 | ฿ 26.88 | $ 340 |
| 539 | AM-2201 | 249 | Chemicals | 11 | ฿ 5.23 | $ 675 | ฿ .53 | $ 68 |
| 278 | Male Masturbation Tools | 260 | Toys | 9 | ฿ 6.51 | $ 484 | ฿ .52 | $ 36 |
| 277 | Silicone | 260 | Toys | 1 | ฿ 24.31 | $ 134 | ฿ 1.96 | $ 10 |
| 262 | Vibrators | 260 | Toys | 1 | ฿ .22 | $ 23 | ฿ .02 | $ 2 |
| 269 | Male Lubes | 263 | Lubes & Lotions | 1 | ฿ .17 | $ 21 | ฿ .01 | $ 1 |
| 265 | Water-Based Lubes | 263 | Lubes & Lotions | 1 | ฿ .46 | $ 21 | ฿ .02 | $ 1 |
| 287 | 4-FMC | 286 | FMCs | 1 | ฿ .27 | $ 35 | ฿ .03 | $ 3 |
| 300 | Creative | 298 | Writing | 45 | ฿ 1.65 | $ 84 | ฿ .14 | $ 6 |
| 301 | Professional | 298 | Writing | 2 | ฿ .91 | $ 117 | ฿ .09 | $ 12 |
| 299 | Academic | 298 | Writing | 1 | ฿ .20 | $ 25 | ฿ .02 | $ 2 |
| 304 | DOM | 303 | DOx | 672 | ฿ 397.91 | $ 43,257 | ฿ 35.14 | $ 3,640 |
| 124 | DOB | 303 | DOx | 945 | ฿ 3,162.65 | $ 39,484 | ฿ 252.75 | $ 3,110 |
| 125 | DOC | 303 | DOx | 495 | ฿ 1,819.92 | $ 38,998 | ฿ 141.89 | $ 2,815 |
| 153 | DOI | 303 | DOx | 15 | ฿ 53.88 | $ 1,013 | ฿ 4.43 | $ 85 |
| 371 | Suboxone | 328 | Buprenorphine | 1,608 | ฿ 2,331.07 | $ 163,511 | ฿ 184.58 | $ 12,945 |
| 394 | Prozac | 331 | Fluoxetine | 45 | ฿ 90.88 | $ 2,587 | ฿ 8.00 | $ 213 |
| 430 | Weight Loss | 334 | General Health | 926 | ฿ 1,115.57 | $ 94,089 | ฿ 90.21 | $ 7,372 |
| 337 | Anticancer | 334 | General Health | 500 | ฿ 805.55 | $ 34,663 | ฿ 66.81 | $ 2,729 |
| 339 | Antidepressant | 334 | General Health | 224 | ฿ 272.65 | $ 11,405 | ฿ 22.13 | $ 904 |
| 338 | Anticonvulsant | 334 | General Health | 220 | ฿ 245.89 | $ 14,733 | ฿ 21.72 | $ 1,258 |
| 343 | Anti-psychotic | 334 | General Health | 116 | ฿ 174.43 | $ 3,676 | ฿ 14.79 | $ 281 |
| 345 | Nootropics | 334 | General Health | 91 | ฿ 33.28 | $ 3,713 | ฿ 2.72 | $ 289 |
| 340 | Antihistamine | 334 | General Health | 111 | ฿ 172.29 | $ 5,408 | ฿ 14.46 | $ 415 |
| 425 | Anti-dependents | 334 | General Health | 50 | ฿ 52.02 | $ 1,343 | ฿ 4.80 | $ 117 |
| 427 | Circulatory system | 334 | General Health | 29 | ฿ 55.82 | $ 3,174 | ฿ 3.44 | $ 229 |
| 344 | Antiviral | 334 | General Health | 22 | ฿ 47.08 | $ 2,212 | ฿ 3.54 | $ 164 |
| 341 | Anti-inflammatory | 334 | General Health | 14 | ฿ 8.10 | $ 861 | ฿ .65 | $ 67 |
| 335 | Antibiotics | 334 | General Health | 16 | ฿ 4.44 | $ 548 | ฿ .35 | $ 43 |
| 429 | Excretory system | 334 | General Health | 15 | ฿ 6.18 | $ 644 | ฿ .45 | $ 44 |
| 428 | Digestive system | 334 | General Health | 3 | ฿ .42 | $ 55 | ฿ .03 | $ 4 |
| 426 | Anti-diabetic | 334 | General Health | 1 | ฿ .44 | $ 57 | ฿ .03 | $ 4 |
| 336 | Antibacterial | 335 | Antibiotics | 61 | ฿ 52.27 | $ 3,118 | ฿ 4.01 | $ 205 |
| 346 | Piracetam | 345 | Nootropics | 190 | ฿ 201.09 | $ 11,433 | ฿ 17.93 | $ 937 |
| 419 | Aniracetam | 345 | Nootropics | 8 | ฿ 2.25 | $ 260 | ฿ .21 | $ 23 |
| 63 | Benzos | 350 | Relaxants | 31,276 | ฿ 145,634.60 | $ 2,722,909 | ฿ 11,129.93 | $ 189,909 |
| 406 | Sleep aids | 350 | Relaxants | 1,510 | ฿ 1,703.51 | $ 127,901 | ฿ 146.65 | $ 10,658 |
| 353 | Muscle relaxants | 350 | Relaxants | 375 | ฿ 450.50 | $ 25,811 | ฿ 33.83 | $ 1,778 |
| 352 | Beta blockers | 350 | Relaxants | 309 | ฿ 300.38 | $ 10,851 | ฿ 23.47 | $ 868 |
| 417 | Tapentadol | 354 | Analgesics | 25 | ฿ 21.56 | $ 2,479 | ฿ 1.59 | $ 177 |
| 356 | Co-codamol | 354 | Analgesics | 12 | ฿ 2.35 | $ 224 | ฿ .19 | $ 18 |
| 355 | Acetimophen | 354 | Analgesics | 6 | ฿ 13.00 | $ 1,312 | ฿ 1.11 | $ 109 |
| 357 | Co-dydramol | 354 | Analgesics | 1 | ฿ .20 | $ 21 | ฿ .02 | $ 2 |
| 420 | Flupirtine | 354 | Analgesics | 2 | ฿ .59 | $ 68 | ฿ .06 | $ 6 |
| 399 | Norco | 361 | Hydrocodone | 1,443 | ฿ 4,861.64 | $ 327,134 | ฿ 386.90 | $ 26,725 |
| 363 | Vicodin | 361 | Hydrocodone | 111 | ฿ 93.02 | $ 10,944 | ฿ 8.46 | $ 1,001 |
| 364 | Dialudid | 362 | Hydromorphone | 1,151 | ฿ 10,598.96 | $ 210,805 | ฿ 798.59 | $ 14,754 |
| 404 | Oxycontin | 366 | Oxycodone | 2,655 | ฿ 13,208.18 | $ 465,735 | ฿ 1,006.11 | $ 35,033 |
| 368 | Opana | 367 | Oxymorphone | 334 | ฿ 3,019.08 | $ 54,530 | ฿ 222.46 | $ 4,023 |
| 370 | Demerol | 369 | Pethidine | 59 | ฿ 198.98 | $ 5,940 | ฿ 16.80 | $ 486 |

**SILK ROAD SALES DATA**
**02/06/2011 - 10/02/2013**

| ID | Name | Parent ID | Parent Name | Total Transactions | Payment (BTC) | Payment (USD Equivalent) | Commission (BTC) | Commission (USD Equivalent) |
|---|---|---|---|---|---|---|---|---|
| 374 | Stendra | 373 | Aranafil | 2 | ฿ 1.37 | $ 160 | ฿ .10 | $ 12 |
| 376 | Priligy | 375 | Dapoxetine | 185 | ฿ 280.21 | $ 10,822 | ฿ 20.46 | $ 817 |
| 382 | Cialis | 381 | Tadalafil | 2,612 | ฿ 3,171.95 | $ 114,426 | ฿ 263.76 | $ 8,845 |
| 384 | Levitra | 383 | Vardenafil | 163 | ฿ 71.42 | $ 6,133 | ฿ 5.50 | $ 455 |
| 385 | Snovitra | 383 | Vardenafil | 30 | ฿ 57.51 | $ 1,641 | ฿ 4.81 | $ 129 |
| 388 | Dexamfetamine | 387 | Amphetamine | 542 | ฿ 871.54 | $ 75,455 | ฿ 74.92 | $ 6,305 |
| 412 | Dexedrine | 387 | Amphetamine | 451 | ฿ 1,175.64 | $ 51,460 | ฿ 95.41 | $ 4,213 |
| 389 | Vyvanse | 387 | Amphetamine | 123 | ฿ 213.90 | $ 12,549 | ฿ 19.88 | $ 1,098 |
| 558 | Desoxyn | 387 | Amphetamine | 2 | ฿ 6.66 | $ 720 | ฿ .56 | $ 60 |
| 391 | Strattera | 390 | Atomoxetine | 18 | ฿ 8.29 | $ 901 | ฿ .69 | $ 72 |
| 393 | Focalin | 392 | Dexmethylphenidate | 34 | ฿ 114.07 | $ 2,286 | ฿ 10.08 | $ 189 |
| 397 | Ritalin | 395 | Methylphenidate | 1,580 | ฿ 2,963.36 | $ 181,522 | ฿ 242.57 | $ 13,660 |
| 396 | Concerta | 395 | Methylphenidate | 67 | ฿ 37.37 | $ 4,191 | ฿ 3.50 | $ 391 |
| 403 | Valium | 400 | Diazepam | 7,806 | ฿ 14,954.71 | $ 530,292 | ฿ 1,233.19 | $ 41,897 |
| 402 | Xanax | 401 | Alprazolam | 12,539 | ฿ 25,283.54 | $ 1,277,981 | ฿ 1,887.51 | $ 92,417 |
| 562 | Lidocaine | 424 | Anesthetic | 11 | ฿ 4.37 | $ 577 | ฿ .41 | $ 54 |
| 563 | Benzocaine | 424 | Anesthetic | 12 | ฿ 12.95 | $ 1,700 | ฿ 1.16 | $ 153 |
| 451 | Testosterone | 443 | Anabolic steroids | 2,708 | ฿ 8,232.13 | $ 371,201 | ฿ 616.48 | $ 28,948 |
| 450 | Methandrostenolone | 443 | Anabolic steroids | 833 | ฿ 2,315.83 | $ 96,661 | ฿ 184.06 | $ 7,505 |
| 448 | Oxandrolone | 443 | Anabolic steroids | 654 | ฿ 2,203.70 | $ 127,478 | ฿ 165.26 | $ 9,629 |
| 447 | Trenbolone | 443 | Anabolic steroids | 403 | ฿ 1,308.64 | $ 77,360 | ฿ 97.99 | $ 5,993 |
| 454 | Stanozolol | 443 | Anabolic steroids | 393 | ฿ 1,257.51 | $ 53,920 | ฿ 97.45 | $ 4,120 |
| 446 | Nandrolone | 443 | Anabolic steroids | 320 | ฿ 1,208.59 | $ 51,443 | ฿ 89.44 | $ 3,995 |
| 462 | Turinabol | 443 | Anabolic steroids | 172 | ฿ 675.04 | $ 29,889 | ฿ 49.63 | $ 2,268 |
| 444 | Boldenone | 443 | Anabolic steroids | 110 | ฿ 219.00 | $ 12,563 | ฿ 16.83 | $ 1,000 |
| 445 | Oxymetholone | 443 | Anabolic steroids | 123 | ฿ 478.54 | $ 19,315 | ฿ 36.48 | $ 1,478 |
| 457 | Drostanolone | 443 | Anabolic steroids | 92 | ฿ 97.39 | $ 11,152 | ฿ 8.44 | $ 941 |
| 449 | Mesterolone | 443 | Anabolic steroids | 60 | ฿ 79.97 | $ 5,511 | ฿ 6.93 | $ 462 |
| 461 | Metenolone | 443 | Anabolic steroids | 39 | ฿ 141.28 | $ 7,760 | ฿ 10.09 | $ 575 |
| 459 | Fluoxymesterone | 443 | Anabolic steroids | 1 | ฿ 3.47 | $ 374 | ฿ .24 | $ 24 |
| 119 | 4-AcO-DMT | 490 | 4-AcO family | 1,145 | ฿ 3,636.30 | $ 126,507 | ฿ 256.32 | $ 8,760 |
| 154 | 4-AcO-DET | 490 | 4-AcO family | 32 | ฿ 120.76 | $ 2,031 | ฿ 9.81 | $ 154 |
| 258 | 4-AcO-MiPT | 490 | 4-AcO family | 3 | ฿ 14.38 | $ 1,495 | ฿ .50 | $ 53 |
| 557 | 4-AcO-Met | 490 | 4-AcO family | 0 | ฿ .00 | $ 0 | ฿ .00 | $ 0 |
| 212 | 5-MeO-MiPT | 491 | 5-MeO family | 683 | ฿ 1,520.69 | $ 44,310 | ฿ 131.79 | $ 3,335 |
| 74 | 5-MeO-DMT | 491 | 5-MeO family | 452 | ฿ 1,083.89 | $ 30,950 | ฿ 85.82 | $ 2,414 |
| 188 | 5-MeO-DiPT | 491 | 5-MeO family | 317 | ฿ 748.16 | $ 23,133 | ฿ 66.21 | $ 1,898 |
| 296 | 5-MeO-DALT | 491 | 5-MeO family | 89 | ฿ 89.11 | $ 3,657 | ฿ 8.11 | $ 303 |
| 284 | 5-MeO-aMT | 491 | 5-MeO family | 34 | ฿ 53.01 | $ 1,071 | ฿ 4.56 | $ 86 |
| 528 | 3C-P | 527 | 3C family | 17 | ฿ 15.62 | $ 1,183 | ฿ 1.25 | $ 92 |
| NULL | NULL | NULL | | 190,803 | ฿ 2,808,694.01 | $ 22,404,093 | ฿ 172,175.73 | $ 1,264,861 |
| | | | | *TOTALS FOR ENTIRE PERIOD OF OPERATION* | | | | |
| TOTAL | | | | 1,530,252 | ฿ 9,912,070.05 | $ 213,888,103 | ฿ 642,455.36 | $ 13,174,896 |