```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :         14 Cr. 68 (KBF)
            -v-                                                   :
                                                                  :         ORDER
                                                                  :
ROSS WILLIAM ULBRICHT,                                            :
                              Defendant.                          :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 19, 2015

KATHERINE B. FORREST, District Judge:

1. Does the Government or the defense have the ability to search an image of the Silk Road website as of the takedown (or close thereto)?

2. Can the Government provide the Court with a searchable version of the site (from which the Court could print results)?

3. If not, can the Government perform searches based on the following criteria for each of marijuana, MDMA, ecstasy or Molly, cocaine, heroin, LSD, meth, oxycodone, Xanax, modafinil:

    a. drug listings by quantity, highest to lowest;

    b. drug listings by price, highest to lowest;

    c. use of the term "resale";

    d. for drugs sold in pill form: "1000 tabs"; and

    e. availability of discounts for bulk purchases.

4. Also, please provide searches of the following:

    a. safrole or sassafras oil;

      b.      speed oil;

      c.      dimethoxybenzaldehyde;

      d.      NBOMe derivatives;

      e.      2C-B synthesis; and

      f.      lab notes.

5. The parties are advised that the Court shall review a number of sources cited in the articles submitted by the defense and, to the extent appropriate, refer to them. Among those is "Not an 'Ebay for Drugs': The Cryptomarket 'Silk Road' as a Paradigm Shifting Criminal Innovation" by Judith Aldridge and David Décary-Hétu.

6. Do the parties have, and can they provide the Court with, the following:

      a.      Martin, J. (2014). *Drugs on the Dark Net: How Cryptomarkets are Transforming the Global Trade in Illicit Drug.* Palgrave Pivot.

      b.      Martin, J. (2014). Lost on the Silk Road: Online drug distribution and the 'cryptomarket'. *Criminology and Criminal Justice*, 14(3). http://crj.sagepub.com/content/14/3/351.full.pdf+html.

SO ORDERED:

Dated:      New York, New York
              May 19, 2015

                                          KATHERINE B. FORREST
                                          United States District Judge