LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION
29 BROADWAY, SUITE 1412
NEW YORK, NEW YORK 10006

TEL (212) 732-0707
FAX (212) 571-3792
E-Mail: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL  
LINDSAY A. LEWIS

STEVEN WRIGHT  
*Office Manager*

May 18, 2015

**BY HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 19 2015
```

Re:   *United States v. Ross Ulbricht,*
      14 Cr. 68 (KBF)

Dear Judge Forrest:

    Enclosed please find a hard copy of the *Fatico* Letter, Declaration, and Exhibits 1 through 16, submitted on behalf of defendant Ross Ulbricht via ECF, on Friday, May 15, 2015. Additionally, please find a disc containing Exhibits 1 through 16 in electronic format for the Court's convenience.

Respectfully submitted,

Lindsay A. Lewis

LAL/

Encl.

```
ORDERED
                MAY 18 2015
Post on Docket

_____
Katherine B. Forrest, USDJ
```