USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 19, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
UNITED STATES OF AMERICA           :
:
      -v-                      :      14 Cr. 68 (KBF)
:
ROSS WILLIAM ULBRICHT,             :      ORDER
:
      Defendant.                 :
------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

      As neither side is seeking a <u>Fatico</u> hearing in this matter, the hearing currently scheduled for Friday, May 22, 2015, at 9:00 a.m. is adjourned.

      Sentencing is scheduled for Friday, May 29, 2015, at 1:00 p.m. Sentencing submissions from the defendant are due May 22, 2015. Government submissions are due May 26, 2015.

      SO ORDERED.

Dated:    New York, New York
            May 19, 2015

_____
KATHERINE B. FORREST
United States District Judge