```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 19, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :       14 Cr. 68 (KBF)
            -v-                                                   :
                                                                  :       ORDER
                                                                  :
ROSS WILLIAM ULBRICHT,                                            :
                                          Defendant.              :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Government has indicated that it has access to a computer with a searchable copy of the Silk Road website. On **May 20, 2015, at 4:40 p.m.**, the Court will hold a conference in Chambers to view the website and run various searches. If defense counsel believe that defendant's presence is necessary, they shall make appropriate arrangements.

SO ORDERED.

Dated:    New York, New York
          May 19, 2015

                                          _____
                                              KATHERINE B. FORREST
                                              United States District Judge