# LETTER  20



March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Karen Lasher. I am the Director of Sales & Events for GDI, a group of locally based
Austin restaurant and live music venues.

I have known Ross Ulbricht since 2005. Ross is my best friend and former housemate Cally's
younger brother. Over the years he spent many afternoons visiting with Cally and myself in our
apartment and joined us for lunches and outings to enjoy the Austin outdoors. I also joined him
and his family in San Francisco two weeks before Ross was arrested in October, 2013.

Throughout all the years I have known Ross I have always found him to be kind, considerate,
gentle natured, and easy to be around. I have spent time with Ross with his family and have
witnessed first hand the love and devotion that he shows to his family and friends.

I understand that Ross has been convicted of a crime. The events surrounding his conviction
came to a shock to me, as it seemed completely out of character for the young man that I have
seen grow and mature over the past 10 years. I truly believe that Ross has no intention of
harming anyone and only wants to be a present part of his family and nature once again. I am
certain that Ross has many positive contributions to offer.

I ask with the utmost respect that you consider giving Ross the minimum sentence possible.

Sincerely,

Karen Lasher

# LETTER 21

April 21, 2015

The Honorable Katherine B. Forrest
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Forrest,

I am a designer based in Austin, Texas and a long time friend of the Ulbricht family.
I have known Ross since he was just a little boy and his parents have known me since I was a
baby.

Throughout his life Ross has been caring, sweet and thoughtful. His relationship with his parents,
peers and those around him is a testament to that. I have always known him to have a positive
outlook and a peaceful disposition. It has been my pleasure to know Ross all these years and
watch him grow into a wonderful young man.

I know that Ross has been convicted of serious crimes. Despite this fact, I believe this does not
reflect the man he really is.

I hope that you will give him the shortest sentence allowed, due to how much Ross still has to
contribute to society and to those around him.  He is missed every day by all whose lives he has
touched.  I hope you are able to see the kind young man we all know and love and adjudicate
accordingly.

Thank you for taking the time to read my letter and for your consideration.

Sincerely,

Rosy Hanby
████████

# LETTER 22



March 31, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Hannah Thornton. I am a Senior Lecturer in nutrition at a university in Central Texas. I consider myself a friend of Ross Ulbricht, and I understand that Ross has been convicted of a crime. I am writing to ask you to consider a sentence for Ross that allows him to return to society and his community.

Ross is a childhood friend of my husband, and I have known Ross for the last eight years. I attribute our friendship largely to Ross's kindness, generosity, and selflessness. During the years that I have known him, Ross has shared many meals at our house, playing board games and chatting about life until late into the evening. On these occasions, he never failed to remember and inquire about various aspects of my life, even if it had been months since we'd seen each other. He was always genuinely interested in discovering what he could do that might possibly make our lives better.

I have witnessed Ross offering support to many people – visiting a cousin during a health crisis, helping a friend with a heavy duty move, assisting another friend with a business endeavor. Without being asked, Ross helped my husband and I extensively with the set up and break down for our wedding, traveling back to Austin from across the globe for the event. I was friends with Ross when he began Good Wagon Books, the company he founded with the intention of donating 10% of all profits to charity. Ross was energized by this undertaking, excited by the idea that through his business he could make the lives of others better.

Judge Forrest, I believe in the rule of law. I am writing today not out of disrespect, but because I believe that the criminal conduct of which Ross has been convicted does not represent who he is as a person. I believe that if Ross is spared a long sentence, he will return to his community and engage in positive work for the greater good. I look forward hopefully to one day living in a community where I can again count on Ross's contributions. Thank you for your consideration.

Sincerely,

Hannah Thornton

# LETTER  23



March 25, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

This letter to you is about Ross Ulbricht. I am a retired RN. My husband is a retired Deloitte partner. We continue to work on projects and have a healthy family life.

I have had the privilege of knowing Ross and his family since Ross and my son were in elementary school together. They both attended boy scouts and I especially remember Ross working diligently on projects to earn points to become an Eagle scout after many of the boys dropped out of the program. We've always known Ross to be of sound character and disposition. We saw him often and he even accompanied my son occasionally on family trips where relatives always welcomed him. My son did the same with his family.

Whenever Ross visited either our home in Austin or our farm, he was always happy to pitch in with whatever task was at hand, even helping our family begin to restore our 1895 farm house soon after we bought it. He and my son would do chores and then go outside and go fishing or hiking or petting the horses afterward. I also know him to be a young man busy collecting books for charitable purposes and improving solar efficiency.

I know Ross and his family to be kind, creative, intelligent upstanding people who in no way are prone to illegal activity. On the contrary, I believe Ross and his family to
have been a benefit to society, always trying to do something positive. In other words, they are great Americans.

Ross has always been adventurous and pioneering and has tried to contribute to the greater good.   He certainly has been loving to his friends and family.
In my opinion, Ross has in no way deliberately posed a threat to our society, nor do I believe he will do so in the future.

For these reasons, I support releasing Ross from prison as soon as possible. He is a well educated young man who is likely to help society, not hurt it.

Please give Ross Ulbricht the minimum sentence possible.

Sincerely,

Barbara Record Emmert-Schiller

# LETTER 24



March13, 2014

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to ask that you give Ross Ulbricht a second chance to use his intellect and kindness to make a positive impact on society.

My name is Rosalind Haney and I work as a registered nurse, counseling women in pregnancy. I know Ross through my son Thomas who was a close friend of Ross in high school. Thomas and Ross played sports together, went on camping and outdoor treks and shared many great experiences. We continued to see Ross regularly over the past 15 years.

Of Thomas' friends, Ross was always one of my favorites for his friendliness and desire to do something important and meaningful with his life. He never failed to express his gratitude for the gatherings we had that brought their friends together, all of whom he cared deeply for.

Please do not let Ross' criminal conduct and conviction halt the potential he holds to make a meaningful difference in his life and the lives of others. I ask you to please allow Ross to return to society in the shortest time permissible, so that this young man may have a second chance to prove his true nature and worth.

Sincerely,

Rosalind Haney

# LETTER 25

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007


Dear Judge Forrest,


I'm writing on behalf of Ross Ulbricht. I hope he will be back with us, his friends and family, and as a productive member of society as soon as is possible.

I met Ross in college 10 years ago. I cherish the nights we would stay up late talking philosophy and idolizing the potential we had for accomplishing things when we were done with school. Now that I'm a "real adult," working as a Project Manager for an industry-leading software company, owning a home and married to a great man, I look back on those days when we were learning who we are, and I smile. I miss Ross. He's a smart person, a kind soul, and one of those people you want to be around, because just having him in your life improves it. He has the same effect on his community, bringing energy and positive change wherever he goes.

Ross is one of those people that you fall into friendship with. After a summer apart, you talk as though no time has passed, or like you'd seen each other daily. He's one of those people you can ask philosophical questions and get a real answer. Maybe you didn't even know you were asking a real question, just musing, and Ross gets to the heart of the matter. I hope everyone gets the chance to have a friend or neighbor like Ross, since he fills a role that's hard to come by: that of someone who thinks on a different wavelength. When you come into contact with it, it alters your thought process as well, and you're better for it.

I know Ross has been convicted of serious crimes. However, I implore you to issue a sentence that will benefit Ross, our community and our country. The crimes Ross has been convicted of aren't indicative of the person he is. His the ideals are, and that's why we need him rehabilitated and returned to us, so he can correctly apply his personality, ingenuity, and general guidance in a positive and constructive way. Ross can use his powers for good, and will do the most good, if he's spared a long sentence.


Sincerely,

Mae Rock-Shane

# LETTER 26

Joel R. Meyerson

███████████████

March 25, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Joel Meyerson and I'm a friend of Ross' going back to our time in elementary school. We were quite close up into our college years, but lost touch when I left Austin some years ago to pursue my PhD, and I now work as a research scientist.

Since leaving Austin I have regrettably lost touch with Ross, but have remained very close to others in our circle of friends including James McFarland, Thomas Haney, Taylor Marshall, and Jonathan Rosenberg. As such I have followed Ross' life only indirectly in recent years. I was deeply surprised and saddened to learn of Ross' conviction, which I understand to be very serious both from the reporting in the news, and from what I hear from our friends and his family.

I'm writing to you to say that I've always known Ross to be an incredibly gentle, warm, and considerate person. In thinking back on our childhood, one particularly salient memory of him was as someone who would repeatedly display friendship to many in our school who were perceived as nerdy, weird, or otherwise unpopular. I always thought this was admirable given the often harsh social conditions among high schoolers. This is a small and impressionistic recollection, but it has stayed in my mind for over 10 years and I think it's emblematic of the kindness that Ross displays so effortlessly. I mention this because I can't help but feel that the criminal conduct for which Ross was convicted is at odds with who he is as a person.

On a less personal note, in the scientific community I see firsthand on a daily basis the incredible feats that can be accomplished when passion, creativity, and technical abilities combine in an individual. This is also an exceedingly rare combination of traits that I know Ross happens to possess. It is my feeling that our country needs as many such people as can be found to tackle the assorted challenges that we face now and will in the future. It would be a loss for our country if someone like Ross were unable to have the chance to contribute positively to the many challenges we face now, and will in the years to come.

Sincerely,

Joel R. Meyerson, PhD

████████████

# LETTER 27



March 8, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Joe Gyekis, I'm an instructor of Biobehavioral Health at Penn State University and a good friend of Ross Ulbricht since he was a graduate student here at PSU. We spent most of our time together in a qigong club, where we did meditation and discussed a lot of science and philosophy together. We spent time together on about a weekly basis for two years, and we kept in touch with occasional phone calls and emails in the years that followed.

In the meditation club meetings, we frequently told stories about our lives and experiences, and Ross was always a polite listener and encouraging of other people. He knew a lot about many topics, and combined with his cheerful disposition, he made it fun to talk about almost anything, from exercise and travel to pretty hard-core physics and social issues. He wasn't the type that you would need to fear a disagreement when talking about religion or politics, he was open to listening to anything and wouldn't force his opinions on anyone. I admired him a lot for being well-mannered, frugal, well-educated, and idealistic. When his mom came to visit during the holidays, it was nice to meet her and see their close relationship.

Among my friends, he was one of the ones that my wife liked the best, mostly because of his general kind and respectful personality, but also because of a few anecdotes that she remembers to this day. When my wife rather shyly invited people from the group to come to her singing recital, Ross was the only one to show up, and she really appreciated that. When her parents were in town, despite the language barrier, he very kindly invited them to his place and treated them in the polite and thoughtful way that he does to everyone else we saw him around.

I understand that Ross has been convicted of serious offenses. However, because I am confident he will do good for others when he is free, please give Ross the shortest possible sentence.

Thank you for taking the time to read my letter,

Joe Gyekis ████████

# LETTER  28



March 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Christine (Chrissie) Reitmeyer and I am an LLPC (Limited Licensed
Professional Counselor) living in Northern Michigan. I currently work part time as
an academic counselor at a local high school and part time as a care coordinator at a
rehabilitation center for people suffering from addictions to drugs and alcohol.
Upon hearing that he was convicted, I felt compelled to write about my experiences
with Ross Ulbricht. I went to high school with him, though he is two years older. I
met Ross almost thirteen years ago when our best friends started dating.

I immediately liked Ross. Of his group of friends, he stood out as being the
friendliest, and I mean that in the purest sense of the word: Ross excels at being a
friend because he is one of the warmest, most accepting, and most gentle people I
have ever met. We did not *have* to connect because our friends dated; he was older,
much cooler, exceptionally intelligent, and already in college. Still, he always made
me feel welcome and included me in his group of friends even when others did not.

Over the years, many memories stand out in our friendship from Ross making
hilarious noises to throw off my pool game, to ultimate Frisbee games in the rain, to
discussing the *Lord of the Rings* Trilogy because he always reminded me of Legolas.
Once, a somewhat random group of acquaintances took a weekend trip to North
Padre Island to go fishing and swimming. We were only united by our desire to get
away. However, where others would have been uneasy, Ross was able to connect
everyone with his openness and sense of humor. Despite my horrible sunburn, we
had a great time and everyone left that weekend having bonded as friends.

Even after I moved away to go to Northwestern University, I always looked forward
to seeing Ross back home each Christmas. I have missed him these past two years. I
wrote to him last month about my life and curious about how life has been for him,
with so many changes. Admittedly, when I received his response I was nervous.
However, in true Ross fashion, his letter left me at ease. He told me he is trying to be
grateful for every little thing in his life. I expressed feelings of doubt in my new
career and he encouraged me to keep going. Even through this difficult time, Ross is
working to remain himself: kind, optimistic, and full of love.

This wisdom, generosity, and compassion, even in dark times, shows me who Ross really is; the crimes for which he has been convicted do not. Anyone who has met him can attest to his character, and I know from experience we are all happy to do so. All I can ask is for a sentence that will allow Ross Ulbricht to return to his loved ones where his intelligence, sensitivity, and profound love can benefit others.

Sincerely,

Christine M. Reitmeyer, MA LLPC

# LETTER  29



March 11, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Jay Thomas and I am a Renewable Energy Consultant, born and raised and currently living in Austin, Texas. Ross Ulbricht and I attended high school together, although we maintained our friendship beyond high school and through our twenties. I have known Ross for a very long time. He was, truly, one of those folks that I regretted not knowing on a deeper level.

I know Ross to be a caring, thoughtful, intelligent person. I specifically remember reflecting one day that he seemed like a much closer friend than we actually were, because he was so kind and so easy to get along with.

In my interactions with others since his arrest, I have been truly amazed at the outpouring of support for Ross from people who know him. You just don't see that kind of love and admiration for someone who doesn't deserve it. Ross truly does deserve it, because he has earned it by living a life of compassion and dignity, this I have seen myself.

Ross is the kind of person this world sorely needs more of. He is someone who can impact this world in a positive way. Judge Forrest, it is my sincerest belief that when Ross is back in society again, he will use his compassion and talents to do good works and be a productive member of this community. For these reasons, I ask that you sentence Ross to the least possible time in prison.

Sincerely,

Jay Thomas

# LETTER  30

# BECKET BUSINESS APPRAISALS, LLC

March 18, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, New York  10007

Re:  U.S. vs. Ross Ulbricht

Your Honor,

I am Ross Ulbricht's 74-year-old uncle, married and the father of six, having resided for many years in Lakeville, Connecticut, and continuing to work at my long career as a business appraiser.  Given my familial relationship with the defendant, my nephew Ross Ulbricht, I have had a lifelong knowledge of his years growing up, his academic success up through the post-graduate level, and his more recent pursuits of various business interests.  At no time had he ever been in any kind of trouble with the law, not even a traffic ticket.

Ross has been convicted of crimes stemming from his creation of the Silk Road website, which turned out to be a naïve, most unfortunate attempt to put his libertarian and economic beliefs into a real world setting.  So an idealistic dream has turned into a nightmare for someone who had an otherwise bright future.

In March of 2012, prior to Ross's arrest in 2013, I had shared an apartment with just him for one week in Sydney, Australia, where one of my sons was getting married.  I mention this time together because there was no indication that Ross was still not the same young man I have always known—relaxed, cheerful and outgoing, honest, thoughtful of others, caring little about money, and supporting his many friends.  I still cannot conceive of any malicious purpose on his part in promoting a free-market website.

We can accept that, to compensate for any harm done due to his misguided actions, Ross is to be punished.  But I would ask that the court give a good person a chance at having a productive life in lieu of spending untold years in prison, which would be a tragic waste.

Respectfully submitted,

Peter L. Becket

# LETTER 31

Susie Jauregui


The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a Senior Interior Designer with my family firm Jauregui Architect Builder Inc. I went to grade school with Ross Ulbricht and have known him since my middle school days. He has been my brother Mark's best friend for as long as I can remember.

Ross has always been like another brother to me. He and Mark would always let me tag along on their adventures together. He taught me so many things. Stepping in as another great big brother, he helped teach me who was worthy of dating, how to talk to anyone in the room and generally how to be a positive person and respect everyone. He always walked in the room singing and helped me see the glass half full growing up.

My parents are successful business owners and entrepreneurs and I would consider them hard to please. Ross was always one of their favorites and I remember getting jealous because he was often the only friend invited on family trips because they liked him so much. He was the type of high school friend that could talk to any adult for hours and was so interested in everything. I always envied my brother Mark for having such a close, trusting and loyal friend growing up. Even after college, when friendships become harder to keep, Ross would always stop by my parents' house to say hi, share his latest achievements and catch up with our family when he was in town.

When I heard of the crime Ross was convicted of, my entire family was in complete shock and couldn't believe what we were hearing. All of it sounds so out of character for such a smart, loving and all around stand-up man like Ross is. Knowing how positive and selfless Ross has always been, and continues to be through this process, only reconfirms to me that he is capable of great things. Ever since I was a young girl I knew Ross was going to achieve great things in his life and make a difference in the world. I look forward to seeing what positive impact his future holds.

To that end, I ask that you give Ross the shortest sentence possible.

Sincerely,

Susie Jauregui, M.B.A

# LETTER  32

**Donny Palmertree**



▷ **Lindsay A. Lewis**

29 Broadway, Suite 1412
New York, New York 10006

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## To Whom it may concern,

Ross and I met about 6 years ago in Austin, TX when we were neighbors and we instantly became friends because of his outgoing personality and our shared interest in business. Around 6 months later, he joined me in my used book business, Good Wagon Books – we collected and sold used books, and gave 10% of the sales price to a local charity.

We were friends and business partners, but we never argued and never had any disagreements that I can remember. This is one of the best things about Ross – he is as friendly, good-natured, and easy going as a person can be.

From the early days in the book business, Ross and I spend many many hours together building book shelves out of scrap materials and driving around in my truck collecting thousands of books. We would just chat for hours and hours about our lives, and where we wanted to be in 5 years, our families, our goals, and so on. Overall, if I only had one word to describe Ross, it would be genuine. He is a genuine person and a genuine friend.

I truly believe that Ross's conviction was not indicative of the type of person he is. I ask that he will have as short a sentence as possible so that he can use his infectious personality to do more good in the world, like he did with me at Good Wagon Books.


Sincerely,

_Dn T Rht_

_____

**Donny Palmertree**
Vice President
JC Millwork, Inc
4/17/2015

# LETTER 33

March 18, 2015

Dear Judge Forrest:

My name is Sean Becket and I'm writing this letter so that it may serve as a testament to my cousin, Ross Ulbricht's character.  I want to convey to you what an exceptional human being my cousin is.

At the age of 29 I've achieved relative success, overseeing sales operations at a national publication while simultaneously starting my own software company. I've accomplished these things by maintaining a high standard for myself, and equally for those with whom I surround myself.

Ross is not only my cousin, he is a close friend and someone I greatly admire. Ross has always been kind-hearted, humble, good-natured, generous and outgoing. He treats everyone with respect and caring, regardless of their status. When I visited Ross in prison he told me about how he's teaching yoga and physics classes to other inmates. It didn't surprise me at all.  That's just like Ross to make the best out of a bad situation, and to see the good in people despite their circumstances.

Ross cares deeply about his fellow human beings. He is the kind of guy who remembers your name when you meet him, and he doesn't have to be reminded.  He'll ask you questions about yourself, not to be polite, but because he's genuinely interested.  Ross has a positive influence on everyone he meets. He is always helpful, giving and ready to contribute to people, even in little ways. He's the friend you can count on for a ride when your car breaks down, and will feed your cat when you're out of town.

When I think of Ross, I just think of the easy-going, creative guy who loves the outdoors, loves his family and friends, enjoys the simple things in life and would never wish harm upon anyone.

I am aware that Ross has been convicted of serious crimes. However, in my experience, he has always demonstrated good character and integrity and is a man of his word. I am confident that if released, Ross will go on to do great things and make a positive contribution to society. The world would be worse off without him.

 I write this with the utmost sincerity and respect, and ask that you please give Ross a chance, with the minimum sentence possible.

Sincerely yours,

Sean Becket

# LETTER  34



April 16, 2015

The Honorable Katherine B. Forrest
United States District Judge, Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Windy Smith and I am a 34 year old real estate agent in Austin, Texas. I have known Ross Ulbricht since 1988 when I was eight years old. My family moved into the cul-de-sac where Ross and his family lived. I quickly became best friends with Ross and his sister. He was a sweet, gentle, caring little boy. Even though Ross was younger than me he still stood up for me when the neighborhood bully was mean to me and tried to hurt my feelings. One time in particular that same boy named Steven who lived across the street from the entrance of our cul-de-sac came running at me and was about to hit me with a stick. Ross stood between us and yelled at him to go away and leave me alone.

Ross was good spirited and playful. He would join in when his sister, my sister, and I would play together. We made silly home movies acting out commercials and fitness instruction videos. Even though three of us were girls he was always sweet and did not treat us as inferior. We played board games a lot and he was always a good sport, win or lose.

We were close throughout our elementary, middle, and high school years. After we graduated he went to college. We kept in touch mostly around the holidays. Ross grew up to be a very intelligent, loyal, kind, and charming man. In recent years we have kept in touch through social media as I have a family of my own.

Although I am aware that he has been convicted of a crime, the criminal conduct that Ross has been convicted of does not represent who Ross is as a person or the positive impact he is capable of achieving. I was appalled at the way the media portrayed him as a demon or a monster. That simply is not the Ross Ulbricht I grew up with. Ross Ulbricht is a good man.

I am positive, if spared a long sentence, society would benefit from the impact of his good workings.

Sincerely,

Windy Smith

LETTER  35

Sara Dunn

███████████████

March 17, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Sara Dunn. I live in South Austin with my husband, a high tech employee. I work part time as a home health provider. My friendship with the Ulbricht family goes way back, to the days we shared a South Austin babysitting co-op. I have known Ross for most of his life. Our families have kept up a contact through the years, even as some co-op members moved away to other parts of town and beyond. My children didn't attend the same schools as Ross, so we met mostly during holidays and other gatherings. Over the years it was a joy to watch Ross mature and grow. He was always a bright, conscientious person, polite and gentle. I followed his school achievements over the years: high school, college, pursuing a master's degree in physics, publishing papers.

Ross is someone who has always exhibited compassion and is a danger to no one. I recall one instance when a night drive to our house during the Hanukkah week resulted in a cat injury on the street, and how distressed Ross felt about the hurt cat.

The Ross I know is a caring person who thinks about global and social issues, always with an eye on the "larger picture," and at the same time caring about his family and friends. Ross is the sort of young man who can carry our changing world forward.

I am well aware of the crimes of which Ross has been convicted. However I am strongly convinced that he has much to contribute to society. It is my hope that Ross will be in an environment that enables him to give of his gifts and that he will receive the shortest sentence possible. We will all be the better for it.

Sincerely,

Sara Dunn

███████████████

LETTER  36



March 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am currently a resident of Costa Rica where I caretake a rental house and lead adventure tours. I have known Kirk and Lyn Ulbricht for about 14 years. In that time I also came to know their son Ross. I found Ross to be a quiet spoken, respectful young man, studious and a credit to his parents.

Over the years I encountered Ross on many occasions, either surfing or playing chess. In that time I observed him to be very even tempered, with an upbeat and positive outlook. I cannot recall a single occasion where I saw him angry or annoyed - even after losing two consecutive games of chess; or surfing, which is quite a competitive pass time.

Ross struck me as a budding intellectual, someone who was keenly interested in how and why things work. As this is a small location, with just one local bar and no shops or infrastructure of any kind, it is easy to observe how people operate. In the years that I knew Ross he was so moderate that I never saw him drinking at the bar.

Previous to moving to Costa Rica I spent a decade as a youth worker, dealing with a cross section of at risk and troubled youth. In that time I became familiar with a spectrum of anti social behavior, that most of these kids possessed to greater or lesser degrees. Many of them had a history with the law and often aspired to become players in the criminal underworld. In such cases career criminals are a high risk.

So it was quite a shock to see a gifted, level headed kid like Ross placed in this very role. From my perspective and experience he lacks all the profile behaviors and histories that are normally associated with individuals in this predicament.

I am aware that Ross has recently been convicted of multiple felonies and is facing sentencing this May. Yet I am quite sure that Ross is a well adjusted individual who represents no risk to public safety. As a gentle kind of guy, I hope that he ends up in a situation that is not designed for hardened, dangerous criminals and that in some measure he may in the future yet be a valuable member of society. Please give him the shortest sentence you can.

Yours sincerely,

Michael Harrison.

LETTER  37



April 4, 2015


The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007


Dear Judge Forrest,

Your Honor, My name is Madeline Norman, I am student living in San Diego. I have known Ross Ulbricht for almost 18 years. His family is an extension of my own. I strongly stand behind the attestation of Ross' character. As a child I looked up to Ross. He was like a mentor to me. His intellect is inspiring. He is an amazing person with so much potential. This great person should not go to waste. I am aware of the crimes Ross has been convicted of and I am asking you give him the shortest sentence possible.

Thank you for this consideration.

Sincerely,

Madeline Norman

# LETTER  38



April 5, 2015

Dear Judge Forrest,

My name is Kim Norman.  I am a building contractor, and home builder.  I've been fortunate to have known Ross Ulbricht all his life. His father Kirk and I have been close friends for 45 years.

All through his life I've known Ross to be kind, courteous, peaceful and respectful. He has never been a threat to anyone. I'm appealing to you to keep this in mind during his sentencing and to give him the shortest sentence possible.

I am aware that Ross has been convicted of serious crimes, but believe that, if given a second chance, he would be an asset to this world.

Thank you for considering this letter and the experience of someone who has known Ross his whole life. You have a tough job but please consider that Ross, at his core, is a good person.

Sincerely,

Kim Norman

# LETTER 39



April 4, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

My name is Melanie Norman and I am a 30 year real estate broker and owner of a vacation rental, writing this letter to appeal to you regarding the sentencing of Ross Ulbricht.

I have been a close friend of the Ulbricht family and have known Ross for over 18 years.  I have been impressed by Ross's caring nature, as well as his dedication to liberty.   His sensitivity to the feelings of people (and even animals), was often expressed in our presence.

It is my hope that you will consider his good character and helpful, caring nature in your decision for sentencing him.

We know that he would be an asset to society if re-guided, instead of being put away.  It would be a shame to waste such a brilliant mind and heartfelt being.

I thank you for reading this letter.

Respectfully submitted,

Melanie C. Norman

# LETTER  40



April 3, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Your Honor,

My name is Maureen McNamara, I am chef at Bosque del Cabo Lodge in Costa
Rica.This is a letter attesting to the character of Ross Ulbricht.

I have been friends with the Ulbricht family for 23 years and know Ross.  I have
watched him grow up.
I know him to be honest, trustworthy, kind and deeply committed to his family. He is a
peaceful, non-violent person who is an asset to his community.


I am aware of the crimes Ross has been convicted of and I am asking that you give him
the shortest sentence you can.


Thank you for this consideration.


Sincerely,

Maureen McNamara

LETTER  41

Debbie Tindle, OTR



March 28, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am an Occupational Therapist working in private practice in Austin Texas. I specialize in working with people who suffer from chronic pain as well as treating musculoskeletal issues. I have known Ross Ulbricht for greater than 13 years. I met Ross as a patient when he was having some issues with his ankle joints. I quickly came to know Ross, his mother and sister, and his aunt and cousin. I have spent numerous hours over these many years with Ross and his family. The type of work I do lends itself to a level of intimacy that is rare in today's world. In this context, Ross shared a great deal of himself with me. He and my son attended the same college, which became another point in common. I watched Ross grow into a wonderful young man. It was exciting to see his life unfold. We have stayed in touch as he moved to various cities.

When I think of who Ross is, the first thought that comes to mind is abundant love. This young man can fill a room with his generous spirit. Over the past few years, he has sought help for friends through my work. He emailed me once to research treatment for scoliosis to help a friend who was suffering from spinal pain. He wanted to connect her with the best possible options for her treatment. In this case, he actually ordered the latest textbook on a cutting edge treatment for scoliosis, and READ it in order to help her! He consistently goes out of his way to help others. He exhibits a level of compassion for others that unfortunately is rarely seen.

Another characteristic that Ross possesses is intellectual curiosity. I could always look forward to engaging and innovative discussions with Ross when we had our visits. His forward thinking and eagerness to explore the outer limits of human potential is inspiring. His overall philosophy and driving force has always been to improve the life of others, to understand the world around him, and fulfill his own potential. I highly value Ross' example of seeking balance in his life. He could have chosen to jump into the corporate rat race and monetize his superior intellect. But instead, he sought peace and a life balance that quite frankly, I've never been able to achieve.

I was so shocked to watch the last year and a half of Ross' life. And now to think of him behind bars for an extended period takes my breath away. I implore the court to give the

shortest sentence possible. This young man has so much to contribute to society. Even now, in these dire circumstances, Ross is teaching the fellow inmates how to treat their own back pain with "tennis ball massage"..... a little something he learned from me many years ago. I understand he is teaching math and yoga as well. This is the Ross I know.


With Sincere Respect,

Debbie Tindle, OTR

LETTER  42



April 21, 2015

The Honorable Judge Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am an aerospace propulsion engineer working in the commercial space industry and a friend of Ross Ulbricht for over 8 years.  We met my sophomore year in college while we were both pursing degrees in Materials Science and Engineering. At the time I was pursing my B.S. with plans to work immediately after graduation in industry, but after discussions with Ross and attending his M.S. thesis defense about crystal grain growth; I was inspired by him to purse an advanced degree and follow my passion in life – and I am extremely grateful for his advice to live up to my potential.

While we both lived in State College, I would see Ross on a regular basis, sometimes weekly or even more frequently, and we share several mutual friends. We would go hiking, camping, have picnics on the campus lawns, cook meals together, and had many long discussions varying over infinite topics. Over all these discussions it was overwhelming evident of how caring, compassionate, and empathetic of a person he is. He would always be encouraging, positive, and uplifting even through difficult times, and genuinely listen and understand. When I was going through a rough time in a relationship with a mutual friend within our circle, Ross was whom we both turned to. I don't have a single memory of him being angry, acting mean-spirited, selfish, or holding a grudge.

Ross has so much more to offer society. Please give him the shortest sentence possible. The Silk Road should not be his legacy, and is not indicative of who he is as an individual. His intelligence, talents, and passion to help others have so much potential to bring positive change to the world.

Sincerely,

Michael Policelli, M.S. Aerospace

LETTER  43

 Osalicious 

April 14, 2015

To the Presiding Judge,

**Re: Character reference for Ross Ulbricht**

I have known Ross Ulbricht for approximately sixteen years. I met him and his family through our mutual interest in surfing. They are a close and loving family, sharing vacations together as well as homelife. They are active in the community with a supportive and positive role. Over these years I have observed Ross as an upstanding individual and a dedicated son. It has been a pleasure to watch him grow up and succeed academically as well as personally. This entire incident has been devastating to Ross and his family. He is a peaceful young man. I plead with the court to give this young man as short a sentence as possible.

I provide this letter in full knowledge of Ross's charges. I have always found him to be a reliable, responsible, and trustworthy individual, sharing family time in between college studies. His academic achievements are impressive. In the years I have known him and his family, there have never been any problems. He has been a role model for others with his postive attitude and good character. He always remains close with his family.

Ross is a good person who loves his family. Their love and commitment to one another is admirable. Ross has always taken responsibility for himself and been supportive of his family and friends. I humbly ask you to please give Ross the shortest possible sentence. It would be the best scenario for such a fine young man as Ross.

If you have further questions, please feel free to contact me at this U.S. number :

Thanking you.

Yours sincerely,

Mary Alice Spina
Owner

# LETTER  44



April 21, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Margaux Paschall-Kolquist and I am writing to you on behalf of my friend, Ross Ulbricht. Ross appeared in court this past February and was convicted of criminal charges at that time. My hope is that you will consider the content of this letter during Ross' sentencing hearing in May 2015.

Ross is my friend, first and foremost. We met each other when we were fourteen years old and just beginning our high school education. We quickly became friends due to our common interests and mutual friends. We ate lunch together nearly every day of the week and spent time at each other's houses after school and on weekends, we met each other's families and had a strong friendship with one another. Some of my most happy memories of these times are, when Ross would show me a yoga pose, because he is one of the most flexible individuals I know, and I would try to recreate it without nearly the grace or athletic ability he has; also, when we would go swimming together on hot summer days at our local natural spring fed pool, Barton Springs Pool.

Ross gave me pointers on driving safety laws and how to drive a car when I was studying for my driving exam. He has always been a very helpful individual who wants to share his knowledge to help others better their own lives. He has made my life better because he's been a part of it.

After high school we were not in as close of contact as we went our separate ways onto college and young adult life. We did remain in contact with each other through Facebook though and spoke with each other as recently as our ten year high school reunion in 2012.

I have been continually impressed with the scholastic ambition and achievements that Ross showed in pursuing his degrees at UT Austin and Pennsylvania State University. He has also traveled around the world to understand and gain further insight into other cultures and ways of life. He is a visionary and has always been a well-read and grounded individual. He is very fair and respectful in his dealings with both friends and strangers. He has a great sense of personal integrity that was apparent even as a young teenager.

I am saddened that he is in prison as he is such a bright light in many people's lives. I am proud of him for staying true to himself and making the best of his time in the jail; by carrying out polite and respectful behavior, offering yoga classes to the inmates and further educating himself with reading materials. As his friend and someone who would really like to share the experiences of adult life and friendship with him, please consider as short of a sentence as possible for Ross.

Thank you for taking this statement into consideration in the sentencing of Ross William Ulbricht. We miss him and love him dearly.

Sincerely,

Margaux Paschall-Kolquist

# LETTER  45



April 1, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to you on behalf of Ross Ulbricht who will be sentenced by your court on May 15th of this year.

My name is Lyn Pierce and I live and work in Austin, Texas where Ross grew up. My son, Daniel and he have been close friends since childhood. I recall many times having conversations with Ross while he was in our home. I found him to be a bright, always kind, funny and personable young man. Because of his genuine and warm nature and the close relationship he shared with my son, he became one of my favorites of Daniel's friends.

He was at my son's wedding two years ago and I had the good fortune to sit and visit with him for awhile and reminisce about their high school days. I saw that same spark of wit and gentle nature in the young man that I remembered in the child years before.

I understand that Ross was convicted of a serious crime. I am requesting only that his sentence represent an amount of time that is appropriate and that will allow him to return to society, his community and his family to fulfill the life he was meant to have. I believe in the depths of my heart that Ross is capable of achieving great good in the world. Please allow him and the world that opportunity.

Sincerely,

Lyn G. Pierce

# LETTER  46



April, 12th 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007


Dear Judge Forrest,

My name is Noah Marion. I'm a long time Austin resident, entrepreneur, designer
and business owner.  I pride myself on my contribution to the betterment of the community and those
around me.

For years now I have had the pleasure of keeping Ross Ulbricht as a close friend and confidant. Ross and
I became friends about fifteen years ago as kids, and no matter where or when, we stayed in touch.
After graduating college we got to spend a lot of quality time together and I remember those years
fondly. They are some of my favorite years.

I truly think Ross is one of the most kind and truly brilliant people in the world. A true conversationalist,
Ross makes everyone around him happier. He makes people laugh and think.

As a person who has been convicted of two crimes, I know personally what it means to be able to move
past terrible realities and make a truly altruistic impact on the world.  Ross has been convicted of some
serious crimes, and understandably he will serve his time incarcerated. It is my understanding, however,
that jail is a place for growth, change, and a time to really reevaluate what, where, and how you plan to
exist for the remainder of your time on earth.

Ross is a truly good person. His heart is so big, his eyes are clear and true and he means to make the
world a better place. If he truly did the things he's been convicted of, I believe that he should pay his
due, but that he also would never have done these things with malicious intent. Therefore, it's my hope
that Ross is allowed to reenter society as soon as possible. His capacity for greatness is unparalleled. He
is such a brilliant and kind person. If given the option I know he'll make right any and all wrongs he has
done. He will prove to the world that he can leave a positive trail behind him for many more years.

What it comes down to is this: Ross has the energy and fortuitous nature to bring about positive change
in this world. Every person he has touched will tell you the same tale: he's kind, generous and always

well-intentioned. Ross is a truly phenomenal person and I would love to have him back in the world where he can make amends and make peace. Truly, he deserves the opportunity. Keeping a beautiful soul like his incarcerated any longer than necessary is an injustice to the greater good.

Thank you for the opportunity to express myself to you. Whatever you choose, I truly appreciate your service and dedication to justice.


Sincerely,

Noah Marion

# LETTER  47