LETTER  72



March 26, 2015


The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Kelly Payne and I am a stay-at-home wife and mother, an entrepreneur, and a long time friend to the Ulbricht family. I first met Ross in 1994 when I became friends with his sister, Cally Ulbricht. Cally and I met in our newspaper class at Westlake High School and quickly became close friends, and remain so to this day. As teenagers do we spent as many waking hours together as possible. It was through this friendship that I came to know Ross and both Lyn and Kirk as well. Anyone who knows the Ulbricht family knows that it is impossible to know one of them without knowing them all. They are an extremely close-knit family who spent their time more together than apart and who are deeply connected to one another. I knew Ross well through his formative years, and saw him occasionally as he became a college student and adult. It is my experience of Ross that he is a gentle and kind man who loves his family deeply.

As someone who knows Ross personally, I followed the trial closely and though I do understand that he was tried and found guilty of a crime, I also found much of the perception of him (especially in the media) to be irreconcilable to the man I have always known him to be. I hope in writing this, to shine a light into who I know that he is and further, what I know he is capable of still giving to the world as a very young man with gifts, talents, accomplishments, and intelligence beyond what most people achieve.

I would like to share a particularly poignant memory that I have of Ross from a time we traveled to Costa Rica together with his family. Ross was probably around fourteen years old. Getting to our destination involved long and often difficult travel; a flight, a night in a foreign city, and an eight hour bus ride, followed by more bumping along in the back of a truck down dirt roads; we were all tired to say the least. Ross was at an age that finds many kids self-centered

and generally surly yet after all of the travel, exhaustion, and generally being in close quarters when we finally arrived at the house, Ross carried all of my bags up the stairs and into the house without being prompted at all. He was gracious and generous to me throughout the trip, always offering a helping hand to whomever needed it family or total stranger. On this trip I often compared, perhaps unfairly, Ross to my own younger brother and many of the boys I knew in their general age range. Ross was markedly mature and calm for his age. He always has been. Where many boys his age would have nagged and pestered their older sister and her friend, he was pleasant to be around. When he could have been competitive or whiney, he was patient and giving. I have always known him to be that way from the time I first met him.

Every time I consider the strange events that are now associated with Ross I am surprised and baffled all over again. It saddens me to think of all his potential for good being stunted by mistakes. Knowing Ross as I do; his intellect, his capacity to do good works and help all of those around him, his desire to teach and share his knowledge and experiences, his ability to contribute to society in a positive manner; it is my hope that these gifts are not diminished by a long prison sentence. He is the kind of person I want out in the world, contributing to making it a better place.

I know that my opinion is a small one, but I hope that I have shared something of worth and benefit. Please consider Ross as the man he is to those who know him best, and for the man he has yet to be and not for the stranger the press has created to fulfill and sensationalize a story.

Sincerely,

Kelly Payne

# LETTER  73

Suzi Stern

███████████████

May 4th, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Suzi Stern. I am a music teacher, and vocal coach in Austin Texas. Ross Ulbricht and my son Rene have been friends since they were small boys and continue a cherished friendship to this day. I feel as though Ross were a part of our family and I'm comfortable saying that I know him very well.

I always loved and appreciated (and still do) Ross's wit and warmth. Of all of my son's friends that I enjoyed, I was most impressed and moved by the sensitivity and gentleness in Ross's character. My family has been following Ross's case and I felt that I had to write to you to describe another side of the character you may think is Ross.

This young man has always been a light in our lives. It was apparent to me from an early age that Ross was extremely bright and had an enormous capacity for caring, sharing and giving, which is why we all love him so much. He has a big heart and a tender loving nature and has grown into a trustworthy and generous adult. I think the world of this young man and cannot say enough to stress that fact. Ross is the kind of man who was there when anyone needed him. He literally would drop what he was doing to come to your aid. Ross was the guy who would be up until the wee hours helping haul lumber, nailing and painting for a theatre set that Rene needed built, or volunteering to help on any of his high school film shoots in a myriad of different ways, doing the hard labor no one else would acquiesce to do.

I simply cannot believe that the criminal charges that he's been convicted of are part of Ross's supportive, caring, loving and gentle nature. We know him to be so generous and positive and capable of great accomplishments.

Please consider the fact that this young man is a brilliant and caring man: capable of great things in this world, and a gentle human being and please make his sentence as short as possible.

Sincerely,

Suzi Stern

# LETTER 74

Suzanne Howard

████████████████

May 7, 2015

To whom it may concern:

I am writing on behalf of Ross Ulbricht. I am a family friend who has had the privilege of being around the household on a regular basis through many years. I first met Lyn and subsequently Ross in 1988, along with other family members.

Ross has been consistent in his personality throughout the different stages of his development. He has always been gentle, well mannered, thoughtful, intelligent and responsive in conversations with me and any adults who were in the room. Ross is a thinker and holds high ideals of fairness and compassion towards the world. The last time I saw Ross in 2013, I was struck by his demeanor and his eye contact as we spoke. He was the same Ross I've known through the decades and I enjoyed seeing him. As a senior citizen I am invisible to many younger people, but the interest Ross demonstrated during our visit speaks volumes about his character.

Thank you for your time and consideration in this matter. If you have further questions, I can be reached at ████████████.

Regards,

*Suzanne Howard*

Suzanne Howard

# LETTER  75

Robert Gold

███████████

March 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I knew Ross Ulbricht ten years ago, and even though I am thirty years older, the age difference had me respect and admire him nonetheless. Ross Ulbricht is an honorable man.

When I knew Ross, he was intelligent, generous and kindhearted. I remember him as someone with whom I shared long talks about humanity, relationships, family and service. My sons were pre-teens at the time, very accomplished and I imagined them in ten years, embodying the traits of this responsible young man.

Ross never had a troubled background. He was an Eagle Scout (a straight arrow). He stood for honoring humanity. He is someone who would go out of his way to support a new acquaintance, not just his close friends.

People say that people can change. However, the core principles instilled at a young age, the nature of their character, doesn't change. Ross consistently has had a great capacity to care for people, to revere wisdom and curiosity.

At twenty, it was obvious to me that I was relating to a man who would contribute much to the world. His genius, wisdom, kindness, openness and compassion make Ross someone I would deeply admire at any age. That he was twenty-years-old, merely set him apart as a powerful man of integrity.

My heart goes out to a young man who is in the prime of his life. Please give him the shortest sentence possible.

Sincerely,

Robert Gold, Ontologist (Organizational Reconstructionist, Author and Inventor)

███████████

# LETTER 76

April 13, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing to you today on behalf of Ross Ulbricht, a person who I have been lucky to call friend for 14 years now. Ross and I met our freshman year at the University of Texas at Dallas and developed a friendship that would endure many years and much distance due to our mutual desire to deepen our understanding of humanity, make the world a better place, and serve our community.

After undergrad, Ross headed off to graduate school at Penn State, while I stayed in Dallas to begin my career in non-profit. I still reside in Dallas where I serve as the Program Director for Shakespeare Dallas, a 44 year-old non-profit whose mission is to make arts and culture accessible to all North Texans regardless of socio-economic background. I am a leader in the Dallas community, serving on various committees and working alongside our city government to make Dallas a better home to its citizens.

I understand that Ross has been convicted of a crime, however I do not think that his criminal conduct is in any way indicative of his personal character. If Ross were to receive a sentence that allowed him to return to society, I know he is uniquely capable of doing good works and impacting his community in a positive way. Ross is one of the most brilliant, sensitive, and kind people I have ever had the pleasure to meet.

Ross was something of a fixture around our undergraduate university. Everyone knew him, respected him, and enjoyed his company. Ross was always there to lend a helping hand and has the type of infectious spirit that always cheers you up. I am continually grateful that Ross came into my life at such a critical age. He was a guiding force in our peer group and offered the best advice and unique worldview. I often talked to Ross during that time about my fear of the future and life after university. I wasn't sure if I should follow my passion to become an artist and work in public service. Ross counselled me to follow my dreams, not worry about money, and to do the right thing for myself and others. I saw him be this positive force with our other friends as well. We all needed someone who believed in us at that time. After college, Ross and I stayed updated on each other's lives through email and in person when distance and time allowed. His letters always encouraged me to take that next step in my own life and gave me confidence to move forward. Ross encouraged and held us all accountable to be the best version of ourselves.

Above all else, Ross showed me personal kindness when I needed it most. I began college at the age of 16 and had just moved to a new city without any existing friends, family, or a support group nearby. I had terrible potluck roommates and was just socially adrift in a new city where people were different than me, older, and intimidating. Ross saw that I was in need of inclusion and reached out to me in a way no one else had, introduced me to a peer group, and from that moment on I had a place where I belonged.

A person so naturally predisposed to helping others should be allowed to do that. I have dedicated my life to community service and recognize that capacity in others. If Ross is spared a long sentence, I am confident that he will use his considerable intelligence and many talents to positively impact our community in a way that no one else can. I know that I would not be the person I am today without Ross Ulbricht. And I hope that he has the chance to impact other people's lives as much as he has mine.

Thank you for taking the time to read my letter.


Sincerely,

Jenni Stewart Pittman

# LETTER  77

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a librarian, recently retired after nearly 40 years, 23 of which were at the Pennsylvania State University. I knew Ross for a few years during the time he was earning his masters' degree at Penn State and living in State College.  I am a friend of Ross, and he was also friends with my two children, Joe and Elody Gyekis. Ross also lived with members of my family for a time in State College, PA, and I would welcome him into my family again.

My relationship with Ross was mostly social, although we did also talk about searching the literature and other topics related to the library and its resources.

Ross, Joe, Elody and I and various other friends often gathered for discussions, picnics, and social events. Ross was kind, considerate, sensitive, smart and fun to be around. We talked about philosophy, science, health, personal experiences and all manner of topics.  I was always impressed by Ross' caring attitude toward others and his kindnesses and consideration. Ross is also an honest and sincere person, one who keeps his word and completes what he promises. As a mother, I also appreciated his close family relationships. He often spoke fondly about his family while he was far from them in Pennsylvania. At every opportunity he participated in family activities, and made special efforts to visit them.

Ross has been convicted of crimes and awaits a determination of the length of his sentence. I would plead for a shorter sentence, as short as the law allows. Ross is peaceful and kind person and the crimes of which he is convicted does not represent who Ross is, or the positive things he has done in the past, or that he is capable of doing in the future.

Again, I plead for the shortest possible sentence for Ross.

Sincerely,

Loanne Snavely

Loanne Snavely

# LETTER  78

Jonathan Rosenberg



March 27, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am a partner in Jackrabbit Mobile LLC, a Mobile design and development agency. I am a longtime friend of Ross Ulbricht and am writing to request that you grant him the shortest sentence possible, one that will allow him to return to his community and be a positive influence.

I have known Ross since I was in middle school. I wasn't a very popular kid until later in college. In fact, I was a bit of a social liability. Ross was well-liked even then, but he still befriended me. It was amazing to see his compassionate and caring nature at such a young age. This is a deep characteristic of Ross. As we grew up he always lived modestly and has always been willing to share his time with anyone who wanted to chat or needed help.

Ross deeply affected my path in life. While I was considering dropping out of school, Ross was embracing full acceptance of life and inspired me to stick to a goal. I ended up turning my grades around, took a bike tour around the USA and got a BS in Computer Science at UT Austin. Later in life Ross continued to inspire me. I am happy to speak up for him.

I am aware that Ross has been convicted of serious crimes. However, I do not believe this conviction represents who Ross really is. He has extreme integrity with a fearless embrace of making the world a better place for everyone. I have known him to inspire many to be a better person.

Please listen to the people who know Ross best and give him a chance to redeem himself.

Sincerely,

Jonathan Rosenberg

# LETTER 79



J A U R E G U I

WWW.JAUREGUIARCHITECT.COM

April 5, 2015

To the Honorable Judge

Re: Ross Ulbricht

This letter is written on behalf of Ross Ulbricht whom I have known since his youth.

My name is Luis Jauregui and I am a practicing architect-builder in Austin, Texas with a successful design/build company of over 30 years. My wife and I, and our now grown 4 children and 5 grandchildren to date, all live in Austin and are a close-knit family. Ross was considered part of our family thru the years as he and our son, Mark, who is 31 and a successful Realtor, were best friends growing up, and are still very close.

Ross was a good kid, not without fault, but that is true of most kids, including my own, and they all turned out great. We watched Ross grow from a gangly quiet youngster into a studious, thoughtful young adult. Ross has always displayed a quiet intelligence and distinguished himself academically, earning advanced degrees in areas of complex science.

Like our son, Ross was an entrepreneur at heart and drawn to on-line commerce as a means of earning a living, as are so many of their generation. Ross created a website for resale books, buying up left over stock from book stores and cataloging the inventory for on-line sales.

I last saw Ross when he and his then girlfriend joined us for a 4th of July get-together at our home about 5 years ago. I asked him what he was up to and he mentioned bit coins, of which I had never heard, so we got into a conversation about how bit coins were the upcoming new currency for on-line commence. He was very animated about it, as young people tend to be with new ideas. I can't say that I related to the concept but was intrigued to hear the latest buzz among the millennial generation.

I personally know Ross to be a young man of strong family values and a good heart. I believe that his passion for e-commerce, combined with his intellect and his libertarian belief system, took him to places that grew outside his control.

Ross is not a danger to society and the criminal offenses of which he is accused do not represent who he is. Ross is an intellectual, a free spirit and guileless, with great potential to contribute in very positive ways to the people and world around him.

My wife and I, and all of our family, are very concerned for Ross' wellbeing and pray that his sentence is short and his placement low security.

Thank you.

Luis Jauregui, AIA
Friend and supporter of Ross Ulbricht

R C H I T E C T U R E        I N T E R I O R S        C O N S T R U C T I O N

# LETTER  80



March 26, 2015


The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007


Dear Judge Forrest,

Having followed the trial of Ross Ulbricht, I would like to share my impressions of the young man I watched grow up whenever he visited his family in Costa Rica. Always polite and generally reserved, Ross liked to play ping pong and surf. I never suspected him to be involved in illegal activity. He is a peaceful person and would be hard to imagine him to be a threat to anybody.

I was impressed with Ross' academic pursuits in college and his ultimate graduation. His intellect was never intimidating and demeanor, never malicious.

While his involvement with creation of the Silk Road is undeniable, I don't believe Ross is a hardened criminal. Please consider Ross's background when sentencing him to an institution that often promotes violence and instability. Could he possibly be used in a more productive manner which benefits, if not society... the state?


Respectfully,

Andy Pruter

# LETTER 81



May 2, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Several years ago when I was attending graduate school I was lucky enough to be one of 30 people selected to participate in an event in Austin, Texas. Ross Ulbricht participated as well. The idea–since copied in cities all over the world–was that you arrive with an idea, you pitch your idea to a small group, and then you and the 29 others spend the next 72 hours making the best ideas a reality.

Ross Ulbricht and I were thrown into a mini shark tank for 3 days and told to get to work. Our true selves came out over hard work and sleepless nights. He and I bonded with each other and many of the other participants, and I only have fond memories of Ross. I'd wager everyone else who had the pleasure of working with Ross then would say the same.

Five or so years later Ross's idea was one of the only ones I remember. In fact, it is *the only* idea that did not succeed to the final round of pitches that I remember. Ross had an idea to build a real life economy within games played on the Internet. Online money that had real value. Currency existed within individual games at the time, though it was a relatively new concept. I remember Ross's idea because he was so passionate about it. He envisioned a virtual world where currency could transcend the games. In retrospect it was akin to the world of Bitcoin (which I believe was invented later). Ross, a couple others and I worked on the idea a bit that first night, but I eventually moved on to another project.

I saw Ross at a social mixer only once after those three days of working together. After that we were just Facebook friends and LinkedIn contacts. I graduated and moved to Houston to lead a team of insurance underwriting professionals. But Ross was someone I enjoyed those few short hours with five years ago. I would have liked to become his friend, but it seems I may never have that chance.

I am writing to tell you my rather insignificant story today, because I feel I got to know Ross just a little bit better than what I've read others writing about him in the news. I'm not writing to argue whether the justice system failed him. I do think as short a sentence as possible is warranted though. I'm not a lawyer and don't know all that the prosecutors or Ross's defense counsel know. What I do know is, deep down

in my gut, I feel Ross deserves the opportunity to regain his freedom. He is a genuinely good person. And I hope I get that chance to someday pursue a friendship with him, in person, not behind bars.

Thank you for your consideration,

Timothy A. Losie

# LETTER 82



March 27, 2015

Dear Judge Forrest,

I am a former teacher and filmmaker. My family and I have known Ross Ulbricht, his sister, and his parents for many years. We believe them all to be fine people and good citizens. We think highly of Ross because of his genuine, authentic personality. He is a man of integrity. Ross says what he truly believes, not what he thinks people want to hear.

I am aware that Ross has been convicted of crimes, but these do not reflect who he truly is or what he is capable of contributing to society.

An example of Ross's commitment to helping people is the time and effort he spent in Austin, Texas helping to establish the non-profit water charity Well Aware. This charitable effort, which I also worked on, raises money to dig wells for poor villagers in Kenya .

Despite recent events, my family and I consider Ross a good friend because of his extraordinary character and goodness.  I believe that it would benefit all for this brilliant young man to be released in time for him to marry and reproduce, have a family. To that end, I am writing this to ask the court to issue the shortest sentence possible.

Meanwhile, I know that Ross will endure his incarceration with dignity and fortitude. He will undoubtedly be a blessing to everyone he shares his space with.

I pray the court will issue the minimum sentence.


Sincerely,

*Marcia Bracy Yiapan*

Marcia  Bracy Yiapan

LETTER  83

Rick Hardy



May 8, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am writing on behalf of Ross Ulbricht and his future. I am very pragmatic and utilitarian in my approach to life, and in this way I would like to offer my opinion with regard to Mr. Ulbricht and the consequences he must pay for his misdeed.

I first met Ross as a child of no more than seven or eight and I can still remember my first impressions of this inquisitive little boy. He always struck me as a kid who knew what he wanted out of life and was willing to put in the time and energy to reach a positive outcome to any problem he might be doing his best to solve. Even as a young person, Ross came across as a very intelligent, yet compassionate individual. I never saw anything but positive and constructive energy being expended by this curious problem solver.

This brings me to the purpose of this letter. If Mr. Ubricht is indeed guilty, then he must accept the consequences for his actions. In no uncertain circumstances would I ever consider Ross Ulbricht as a threat to society, but just the opposite. I see Ross (especially in this situation) as pure potential, an energy source that should be tapped for the good of society.

I don't see Ross as a criminal, but simply as an inquisitive young man who took a wrong turn. As so often happens in life, things start off small and sometimes quickly escalate or morph into something completely foreign, ending in a state with no resemblance to the original situation.

I feel strongly that Mr. Ross Ulbricht should serve as an asset to our nation and not be simply warehoused. I am quite confident that Ross has learned some very hard lessons and is now in a state of mind that will allow him to see life much differently.

Please allow Ross to serve the shortest possible sentence, housed in a facility that will allow this brilliant young man the opportunity to give back to our nation. The possibilities are unlimited and I feel Mr. Ulbricht can truly be a contributor when given a chance to work toward the good, providing positive and pragmatic solutions to contemporary problems.

In closing, I want to say that, in my opinion, Mr. Ross Ulbricht is an untapped energy source, ready to be utilized for the good of his fellow human beings. Please give careful consideration to his placement and length of time behind bars. From a totally utilitarian point of view, I feel justice can be served while also receiving the benefits of a brilliant mind.

Sincerely,

Rick Hardy

LETTER  84



April 9, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Lindsay Gunter Weeks. I am the Development Officer at a non-profit organization that provides services to children who are medically fragile and/or developmentally delayed. My degree is in psychology, and I spent years as an early childhood educator. My husband and I live in Austin, with our fantastic son and old black lab.

I met Ross Ulbricht when we were in high school together. We must have been about 15, which means that I've known him half my life. We were good friends in high school, always hanging out with the same group of friends, frequently even at my house. Ross was also in Boy Scouts with my little brother, so my parents have always thought of him as a friend of the family. He was always welcome.

I am aware that my friend has been convicted of a crime. My family and I have been having a hard time accepting this and have moved through many emotional states on our way to this point: shock, confusion, denial, sadness, and most recently, fear. Many people have chosen to pine over every possible news article out there, searching for some kind of relief. I have chosen to read only what is unavoidable, because I refuse to let any media skew my memories of the kind, intelligent and honest Ross that I know.

Ross was always so polite. My mother told him many times that he didn't have to knock and to call her Patti, but he couldn't help himself. He called her Mrs. Gunter and rang the bell every time. Ross went out of his way to be compassionate. My brother, being a few years younger and struggling socially, always looked up to Ross. Ross always talked to my brother for a while, even when he was there to visit with me. My father loved discussing science and nature with Ross. While I consider myself a smart person, their conversations quickly went to the level of physics, space and time, and I couldn't keep up. While I witnessed all of that, what I remember most is that Ross was the sensible one of our group. He would encourage us to go home on time, call our parents and be honest when we got caught misbehaving. It takes quite a respectful teenager to be responsible, not just for himself, but for all of us too. Ross is amazing in the way that he embraces life: loving nature for both the science and spirit, accepting all people despite the social implications, and keeping his word even if it costs him.

I can't lie, I'm worried for him. I feel that a maximum security facility would be dangerous for Ross. He is gentle and peaceful. I want to cry just wondering when he'll get to breathe fresh air or swim in a lake again. To this end, I entreat you to give him the shortest possible sentence. I

hope that one day, I'll get to see him again, when he is allowed to return to his friends, family and community. We all miss him and know that he can be remembered for his positive contributions to our world. When he is released, I know that he will be a threat to no one.


Sincerely,

Lindsay Gunter Weeks

LETTER  85



April 5, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Susie Kim and I am a friend of Ross Ulbricht. I'm originally from Austin, but I now work and live in Manhattan as a Business Development Manager at a fintech company called OnDeck.  I am writing to share the true character of a friend that I respect, admire, and cherish.

I have been friends with Ross for 20 years.  We went to the same schools and shared the same group of friends.  His best friend Mark lived across the street from me and his first date was my best friend Clemmy (they went to go see Lord of the Rings).  We worked on class projects together, hung out together, and managed to meet up every Christmas break since we graduated from high school in 2002.  We are and will be lifelong friends.

In 2011, I quit my job as an investment banker at JP Morgan in SF and spent a half year traveling the world before returning to SF.  Shortly after, Ross moved up to San Francisco and I was happy to reunite with my long time friend.  After high school, we only saw each other once or twice a year so it was great to live in the same town and hang out regularly in SF.  I talked to Ross about my travels over the previous year-- to India, Southeast Asia, South America, and Europe.  We always had the best conversations about our travels and challenged ourselves to solve the problem of poverty by developing local economies, reducing corruption, creating access to clean water, education, healthcare, etc.  As corny as it sounds, I have never met a person who cares about the world and humanity as truly and pragmatically as Ross does.

Ross has been convicted of charges that are hard to reconcile with the person I know. He is one of the kindest, most genuine, and generous souls that I have had the privilege of knowing.  He doesn't care about money, glory, or status.  Rather, Ross cares about using his talent and intelligence to solve problems and make things better for others.  It is a tragedy and a great shame that he is locked up in prison, unable to be a productive citizen when he, of all people, literally has the intelligence, drive, and ability to make the world a better place!  He can actually execute his ideas for eliminating poverty, creating a better world for others.

Ross is not a dangerous criminal. All he wants is the freedom to do good. There are criminals who would be a big risk to release to the general population based on their record. But Ross is not one of those criminals. He has only been a source of light and good to everyone who actually knows him. Please trust the opinions and testimonies of those who actually know the wonderful human being he is. Locking up Ross is a tragic waste of a wonderful, and productive human. He's not just an idealist-- he is a doer who lives to make those around him smile and make the world better and kinder. My heart breaks that this wonderful human and source of light is being quashed.

Please give Ross Ulbricht the shortest sentence possible. The world is so much better with him active among us.


Sincerely,

Susie Kim

Clemmy, Ross & myself.  Christmas 2012.



7.1.

LETTER  86



April 8, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

     Hello, my name is Carla Baccelli, I live in Pennsylvania and am a stay at home mom and a part time student. In 2009 I graduated from Penn State University. During my 2 ½ years there I knew Ross Ulbricht.

     Ross and I were in an African drumming and dance group called Nommo. We practiced together nearly every week and went to a social gatherings as friends several times. We also carpooled together on different occasions. Even though after I graduated Ross and I did not keep in touch, I will always remember him fondly.

     I remember Ross as being punctual, thoughtful, helpful and being a good listener. While attending Penn State I was a non-traditional student and had a two year old daughter, but at the same time wanted to get the most out of my education. I remember confiding my feelings in Ross at different times and him giving me advice and just listening. Also there were several occasions when Ross gave me a ride because my car was getting worked on. He was someone who I knew would lend me a hand and that I could count on. He knew about my situation and still accepted me. I appreciated him for that.

     He was a good drummer as well and was patient and helpful at practice.

     I understand that Ross has been convicted of a crime, but I could never think of him as a criminal. If I saw Ross today I would probably thank him for being there for me while I was getting my Bachelors degree, and I would probably ask him if he was up for some drumming. I can only imagine him as being a positive part of whatever community he is in.

Sincerely,

Carla Baccelli

# LETTER  87

JoJo Marion



May 11, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

I am writing this on behalf of my longtime friend, Ross Ulbricht. I am a Designer in Austin, TX.

I know Ross because he's my older brother's close friend. Growing up the youngest of three brothers, I have done a great deal of tagging along. Some of my brother's friends weren't welcoming, while others talked down to me and treated me like a tag along. Not Ross. Instead, he got to know me, invited me in, shared experiences with me and treated me as a friend. This demonstrates Ross' qualities of empathy, compassion and kindness, qualities he is widely known for and that inspire loyalty among people who know him.

I love Ross. He has a huge heart. He is incredibly sweet and kind and treats everyone with a great deal of respect. I am proud to call him my friend. I am aware that Ross has been convicted of serious crimes. However, I am confident that he is a danger to no one and that once released he will go on to make a contribution to his community.

Please give Ross Ulbricht the shortest sentence possible. I know it will be more than sufficient for him to return as a constructive, law abiding member of society.

Sincerely,

JoJo Marion

# LETTER 88



March 26, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

I am forty one years of age. I have a sixteen year old daughter and a very responsible professional sales career with 'SingTel Optus' (AT&T equivalent). I deal with enterprise level business and government people of importance from CEO, CFO, and CIO levels. I pride myself in understanding people quickly and carefully, a skill necessary in my job.

I knew Ross intimately from about August 2011 to January 2012, and personally got to learn about and understand him as a person over that period. This was in Sydney Australia, where Ross and his sister lived with me in a share house in Bondi Beach. After a month Ross moved one street behind our home, but he was around our house daily and nightly thereafter. Consequently, I spent significant time with Ross, enough to regard him as a close friend. I therefore feel that I have enough experience and knowledge of Ross to testify to his personality and intentions in life.

I do not surround myself in social circumstances with unlawful people, including drug consumers, nor do I tolerate them. I do not support drugs whatsoever, and have been very disappointed and surprised at the findings regarding Ross Ulbricht, as I have never seen him use or be involved with illegal drugs.

In fact, I never thought Ross would act illegally. What's even more astonishing is that he did not seem to be monetary focused, but rather achievement focused on a grand scale. I feel that combining this need for achievement with impatience has mislead him to act unlawfully. Therefore I agree that Ross should be punished until he fully understands the wrongfulness of his actions.

That said, I feel that the time for Ross to understand the wrongfulness must be a length that the constructive value Ross can bring to society is not lost. My family origin is part English convict that built Australian foundations. My great grandfather was sentenced to death in 1828 for

horse theft, then was not only re-sentenced to life to Australia but pardoned. He became a significant contributor to the development of Sydney, while also fathering eight children whose families spanned the eastern coast from Sydney to far north Cooktown developing roads, towns, and founding Australian societies. His later generations fought and died in world wars for Australia, England, and America.

People can change and their will to contribute can be strengthened from forgiveness and support of others. I see Ross as an opportunity to be a valuable future contributor to American and Australian society as this situation unfolds in many years to come. To waste his talents, that have been gravely misguided for a short period of time, I believe would be a terrible loss. Rather Ross needs guidance and support to direct the ability he has to the greater cause of our society.

Ross clearly has the motivation to achieve, and understands new technologies that are accelerating in our society at a rapid pace. I have worked in the Telecommunications and IT industry for nearly 15 years, and a person of Ross Ulbricht's ability to learn, adapt, and apply is highly valuable in our industry.

The Ross I know is thoughtful, caring and respectful to others. I strongly believe that, with the minimum disciplinary action, he can be reverted back to who he really is. Ross is not a true criminal, but rather a misguided youth who can be salvaged into someone who can significantly make a positive difference for society in the future. Please grant him the benefit of the doubt and the shortest possible sentence so be can repay society for his offences.

Should you or any representative wish to contact me on this matter, you are welcome to do so.

Sincerely,

George Reinke

# LETTER 89

February 24, 2015

Mark North Jauregui



The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

To: The Honorable Katherine B. Forrest

Re: ROSS W. ULBRICHT, Bail Hearing

Your Honor:

Ross Ulbricht is a trusted friend of over 18 years and is one of the best men I know. I have read the full Complaint against Ross, read the full trial transcript and understand the conviction. It is with this in mind that I would ask that Ross not be made to stay imprisoned longer than he has to be. Ross is a man of tremendous worth and heart, he is not a dangerous man and would be a productive and upstanding member of society when able to rejoin it. I can understand how he has made mistakes and I hope that you will separate Ross from some of the dangerous people that you must encounter as a judge.

Ross and I grew up together and I know him well. He is modest, humble, and caring. Loved by those who know him as someone who is reliable, peaceful, and intelligent. Always available to listen or offer help, he is dependable; he goes out of his way to help others. It is a testament to his character that everyone who has met him in his life will speak highly and fondly of Ross; this is even true of prison guards and other inmates. Ross has demonstrated his character in the time that he has already spent incarcerated by teaching classes, helping others and being a model inmate. The support from his family and friends is unwavering. I'm confident that time will prove Ross a good man who is deserving of our support and respect.

Please allow Ross to be grated his freedom while he is still able to make a positive impact; he is certainly not a danger to the community. With full knowledge of the convictions, Ross has my unwavering support. Thank you for your consideration.

Sincerely,

Mark North Jauregui

# LETTER  90

Dear Judge Forrest,

I am an inmate at MCC in the same unit as Ross Ulbricht.  I've come to know him well in the five months he has been here and I am writing so you may benefit from my knowledge of his character. Ross is genuinely interested in the wellfare of others.  He is well educated and gives freely of his time to those who wish to benefit from his knowledge.  He has tutored students seeking their GED, two others who are working on bachelor degrees by correspondence, and me.

When he was helping one prisoner with math in the common area, I mentioned that I wanted to learn physics some day.  He heard and told me he'd be happy to tutor me.  That same day, he lent me his physics textbook and we had our first lesson.  It has been challenging to absorb the material, but Ross helps fill in the gaps and patiently explains the concepts to me.  He is attentive and enthusiastic and makes it fun to learn.  Every time we sit down for a lesson, I am eager to move forward and make productive use of my time in prison.

The more I get to know Ross, the more sad I become knowing he faces so much time.  I sincerely believe everyone deserves a second chance and I hope you will find it wise to give Ross one at sentencing.

Sincerely,

Davit Mirzoyan
#597-30-112

LETTER  91

Dear Judge Forrest,

    I have been an inmate at MCC awaiting trial for the past 18 months.  Ross Ulbricht came into my unit earlier this year.  When he first came in, he struck me as a very calm and collected individual.  I knew he was facing serious charges and going to trial, yet every night when he'd come back from court, I'd see him mingling with the other inmates, getting to know them, playing table tennis and just being at ease.  Of all the people in our unit, Ross is facing the most time, but he never complains or tries to bring anyone down.  On the contrary, he's often the one to remind us to look on the bright side and be grateful for the blessings we still have.

    A few weeks after he arrived, I invited him to live with me in my cell.  I got to know him since then and consider him a friend. It's incredibly hard to be away from my family over seas and it's easy to get overwhelmed with grief and despair, but when I see Ross, who's situation is so much worse, and how he remains friendly and kind to me and the others in our unit, it gives me the strength to do the same.

    I know Ross would continue to set an example for how to be a strong and peaceful person if he were given his freedom back.  I can think of few who would deserve it more.

Sincerely,

Scott A. Stammers
#92131-054

# LETTER 92

March 23rd, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Billy Becket and I am Ross Ulbricht's step cousin. I am currently living in Shanghai, China and am the Managing Director of an International Visual Effects Company.

I have known Ross since he was a young man. However, it wasn't until more recently when I got to know him as the intelligent and caring adult he is today.

Ross moved to Sydney, Australia in 2011 after I had already been living there for approximately 6 years. Within weeks of his arrival, he had easily adopted our circle of friends. We would often take advantage of Australia's natural surroundings by going surfing or hiking in Sydney's many beaches and parks. Ross clearly has a passion for the outdoors.

I remember on one occasion several of us went on a houseboating trip on the Hawkesbury River; Ross was completely in his element. His positive outlook on life and engaging spirit on that trip were infectious to the rest of the group. He was such a joy to be around.

About a year after Ross moved to Sydney, my wife and I had the pleasure of having him and his sister Cally join us on our wedding day. Having extended family there meant the world to us. The Ulbrichts are such a loving and supportive family, which is evident by the two amazing children they have raised.

I was completely shocked when I heard the news Ross had been accused of a crime. He is such a compassionate, soft spoken and generous individual and the last person I would ever expect to do anything illegal.

I sincerely hope that Ross is spared a long sentence. I have no doubt he can make the world a better place if given the chance.

Sincerely,

Billy Becket

# LETTER 93

March 3rd, 2015

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007


Dear Judge Forrest,

My name is Rachel Barac, I am currently working in the field of Human Resources/Office Management in the visual effects industry.

I met Ross Ulbricht for the first time in 2012. Ross is my husband's cousin through marriage. He was in Australia and we invited him to attend our wedding in Sydney. We spent time with family and friends leading up to our wedding which included spending time with Ross. In this time, I found him to be friendly, well mannered, likeable, and gentle. Ross came to social events leading up to the wedding and was well liked by everyone. As I understand it, he also has a large group of friends in the United States that deeply care for him.

I was particularly touched when Ross thanked us for inviting him to our wedding. His sentiments centred on love, commitment and family being of the utmost importance to him. His words were sincere and heartfelt.

I understand that Ross has been convicted of a crime. The news of this shocked me and still does, as it is not inline with the person I met or the sentiments he expressed about his belief in love and family.

Sincerely,

Rachel Barac

# LETTER  94

From: Michael Pierce



April 6, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

     My name is Michael Pierce. I am 27. I work as an audio engineer in Austin, the city where I met Ross Ulbricht 15 years ago. He was a classmate of my stepbrother, so I would see him fairly frequently as I was growing up. We got to be friends.

     My stepbrother's group of friends were some of the most inspiring, self-motivated people I've met so far in my life. They were unique in their intelligence and in their attitude toward life. It's a difficult phenomenon to explain, but there was an enthusiasm in these guys' eyes. They were at the top of their class at Westlake High School. The group was extremely close-knit.

     There were six: Daniel, my stepbrother who now works for the City of Austin; Jonathan, who is now the CEO of an iPhone app company; Noah, who now runs his own leather-working business; Rene, who runs a startup in San Francisco; Thomas, a published photographer who works as an extreme-fire fighter in Virginia; and Ross, an entrepreneur who has been convicted of a serious crime and who now faces an extreme prison sentence.

     When I graduated from USC in 2009 at 22 years old, I moved to Austin hoping to begin my adult life. I was met with the hard realities of a freshly recessed economy, and I had trouble getting a job despite my brand-new degree. Ross offered me a part-time job with his small book-selling company. He saw a member of his community hit a wall, and he stepped up to help using the resources at his disposal. He paid a fair wage for his employees' work, rather than the minimum wage. Ross understands the value of human beings.

     The crimes that Ross has been convicted of are not a good representation of who he is as a person. There is no reason for him to endure an extended prison sentence. I know him personally, and I believe that he is capable of benefiting society in powerful ways, but not if he is stuck in a cell. As a society, we are better off with Ross out of prison.

     Sincerely,

     Michael Pierce

LETTER  95

April 13, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

Ross Ulbricht has been a friend and confidante to me since fall 2002, when we both entered college at the University of Texas at Dallas. His kindness, openness, and good nature were easily apparent upon first meeting him, and my respect for him only continued to grow after we became roommates while we were both still undergraduates. Even though our paths diverged after college, Ross still maintained, to a remarkable degree, the ability to easily resume a conversation years before and leave the other person grateful for his warmth, geniality, and simple presence. I am currently the project manager for a medical services company with a master's degree, and more than 10 years after we first met I still find myself reflecting on insights I've gotten from the honest and personal discussions that were Ross' strength.

His arrest and subsequent trial has left me, like all of Ross' friends, truly baffled, as the hardened criminal portrayed in the media could not be more different than the gentle and caring soul that I and the hundreds of people whose lives he was a part of knew. Whatever led him on the path that ended with his conviction, absolutely nothing could convince me that he was in any way a danger to the community at large or that American society would be served in any way by a harsh and punitive sentence. The Ross that I know is a constant source of laughter, a continual fount of adventure, and an eternally optimistic seeker of truth whose main goal is ensuring his friends around him are living life to the same full extent he does.

My purpose in writing this letter is to add my voice to the many others whose lives were enriched by knowing Ross, and to express my feeling that justice will be best served by taking into account his close relationships with the people around him. Ross' life journey has taken him all over the world, but with the constant expectation among his friends that wherever he was that he was still a part of our lives. After this trial and conviction, I know that nothing would be more important to him than to reconnect with his close friends and family, because at heart Ross is someone looking to help people and bring joy to their lives. He has a long history of charitable and philanthropic activities, and it's hard for me to see who is helped by applying a long and onerous sentence on him.

All of the people that knew him best are united behind him, because we've seen with our own eyes the essential goodness of his heart. Please take the testimony of his friends and the evidence of his loved ones into account when determining his future.

Sincerely,


Aaron Arnold

# LETTER  96

████████████████

April 13, 2015

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest,

My name is Austin Tindle. For the past 8 years, I have been the Office and Programs Manager for the Advisory Board of Booker T. Washington High School for the Performing and Visual Arts, one of the top eight public arts magnet schools in the nation according to the Department of Education as of 2009. Before that, I attended the University of Texas at Dallas along with Ross Ulbricht.

During my senior year at St. Andrew's Episcopal Upper School, I had the choice of attending a few different colleges. UTD was not my first choice, but I had the opportunity to spend a night there and I was hosted by Ross. He was incredibly hospitable and kind. The evening was spent discussing things like astrophysics and discrete mathematics, and many other things that went totally over my head. But I was convinced that I wanted to learn more and I enrolled at UTD in the Electrical Engineering department.

Ross tutored me and mentored me for the three years that we were at school together. My sophomore year I lived directly above him. I couldn't cook for myself and he would feed me healthy breakfasts and show me quick tips. I was depressed from a bad breakup one year and Ross started working out with me everyday. He would help me with math and science, and afterwards I would try to understand some of the stuff he was doing. He worked in the nano-tech lab and they were growing photosynthetic cells. He told me they could one day make energy more affordable for everyone and could really help people. He was a pacifist. He was generous. He was never concerned about making money. He wanted to solve problems and make things better for people.

He went to Pennsylvania for graduate school and we kept in touch. He was publishing articles and researching really incredible technology. I was still struggling as an engineering student. I was inspired by his work and the way he was finding new ways to make things better for people. He definitely played a part in my decision to enter non-profit fundraising after I graduated. I took the critical thinking skills and problem solving urges that I'd picked up, and I helped create a brand new online accounting and marketing system that allowed a two person staff to facilitate raising over 4 million dollars during my 8 years there. That money changed the lives of over 1600 disenfranchised public school students in the inner city of Dallas, TX and the program's success continues to build everyday. The average graduation rate for this public high school is currently 99%; and over 95% go on to higher education. Now that I have moved on to pursue an

independent career in commercial acting and voice over, I am incredibly proud of the work that I've done to help my community. Ross Ulbricht played a huge part in making me who I am. If he were still in this community, I am sure he would still be helping me and many others.

Ross Ulbricht's conviction does not at all reflect his character, in my opinion. Everything Ross has done with his research and career decisions has been motivated by helping people. And I am an example of someone who was helped by him.


Thank you for your time,


Austin Tindle