# EXHIBIT 3

**Joshua Dratel**

---

**From:**
**Sent:** Thursday, May 21, 2015 4:50 PM
**To:** Joshua Dratel
**Subject:** DPR actions relative to DoctorX

Dude,

I can say without a doubt I PM'd DPR and alerted him to the presence of DoctorX on the SR forum back in 2013. My first pm to him did not include a link to X's thread, DPR pm'd me and asked for that link which I sent to him right away. Several days later I noticed a huge increase in thread views caused by DPR putting X's thread up on the same page as the products were displayed. DoctorX went from working to keep his thread from dropping down to dead thread land, to a sticky on the main page. Huge change due to DPR seeing his importance as a harm reduction specialist.

Far as X goes, I can say he inspired me to quit drugs and follow the golden rule. I helped him a little bit with some English translation issues.

Cordially,