EXHIBIT 4







































