USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 26, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA         :
                                 :
                                 :
              -v-                :         14 Cr. 68 (KBF)
                                 :
                                 :         ORDER
                                 :
ROSS WILLIAM ULBRICHT,           :
                  Defendant.     :
                                 :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

Do defense counsel have, and can they allow the Court to temporarily borrow, the following book in hard copy: Jonathan P. Caulkins et al., Rand Drug Policy Research Center, *Mandatory Minimum Drug Sentences: Throwing Away the Key or the Taxpayers' Money?* (1997).  This book is cited at page 54 of defendant's sentencing submission.

SO ORDERED.

Dated:   New York, New York
         May 26, 2015

                                        _____
                                            KATHERINE B. FORREST
                                           United States District Judge