LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 6 2015
```

JOSHUA L. DRATEL
―
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 26, 2015

**BY ELECTRONIC MAIL**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Ross Ulbricht*,
                     14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted in regard to the above-captioned case and respectfully requests that the Court Order the removal from PACER of Mr. Ulbricht's initially filed sentencing letter and exhibits (Docket #251) in light of the fact that the substantive corrections were made to the initially filed letter and Exhibit 2 to the letter had to be further redacted to remove the letter writers' addresses.

      Accordingly, it is respectfully requested that the Court Order the removal from PACER of Docket #251 in the above-captioned case and that the signed Order be sent to the docketing department for appropriate remedial action.

Respectfully submitted,

Joshua L. Dratel

JLD/

*[Handwritten notation: So Ordered. DKT #251 to be removed (+ replaced). K.B. Forrest USDJ 5/26/15]*