## 600 Silk Road discussion / A brand new annonymous market!
« **on:** February 26, 2012, 07:57 am »

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

We are happy to announce a brand new site called The Armory. It focuses exclusively on the sale of small-arms weaponry for the purpose of self defense.

The issue of whether weapons should be sold on Silk Road has been brought up and debated too many times to count. I have heard good arguments on both sides of the debate and had to really think hard before choosing to take this direction. Here is a brief summary of my thoughts on the matter and why I chose to spin-off a new site rather than ban weapon sales completely, or allow them to continue here:

First off, we at Silk Road have no moral objection to the sale of small-arm weaponry. We believe that an individual's ability to defend themselves is a cornerstone of a civil society. Without this, those with weapons with eventually walk all over defenseless individuals. It could be criminals who prey on others, knowing they are helpless. It could be police brutalizing people with no fear of immediate reprisal. And as was seen too many times in the last century, it could be an organized government body committing genocide on an entire unarmed populace. Without the ability to defend them, the rest of your human rights will be eroded and stripped away as well.

That being said, there is no reason we have to force everyone into a one-size-fits-all market where one group has to compromise their beliefs for the benefit of another. That's the kind of narrow thinking currently used by governments around the world. It's why we are in this mess in the first place. The majority in many countries feel that drugs and guns should be illegal or heavily regulated, so the minority suffers.

Here at Silk Road, we recognize the smallest minority of all, YOU! Every person is unique, and their human rights are more important than any lofty goal, any mission, or any program. An individual's rights ARE the goal, ARE the mission, ARE the program. If the majority wants to ban the sale of guns on Silk Road, there is no way we are going to turn our backs on the minority who needs weaponry for self defense.

So, without further ado, I give you our answer to this whole conundrum:

The Armory: ayjkg6ombrsahbx2.onion

The Armory is run on the same codebase that runs Silk Road, with all of the same features you know and love. However, it is run completely independently with it's own servers, Bitcoin wallets, databases, etc. If it becomes popular, we'll even look into putting it under separate management.

A note to vendors: If you have items in the Silk Road weapons category, please relist them at The Armory asap. We will be shutting down weapons sales on Silk Road on Sunday March 4th.

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v2.0.14 (GNU/Linux)

iQEcBAEBAgAGBQJPSt5DAAoJEAIiQjtnt/olO9IH/jIH9+bqUjakcOSbbOxqKe7g
lGBQwpNdTVcvyi/5/EX7Y6DtJs3sR5OhQpXoeQHI+aGvNoF+iUrot0TiYmiTDa72
cBI3AD9TaxrbLuuuKhNuXTQ3BhoZMKx8VLdLK6HalIlITW9Qwn5Fp2lr54tOV29a
BQXvhqfibg7+BZRM38yZJT/GFw2+FCjxMnp3o6oD/nXDrYDqtRJjfuas4Yad3JkB
owsH3+mZO014//UuLawUqJ/EKU7GA1xZ+YXy2fgn6U+hHNH9STLGXj3klHKgN8QV
KsoP/fxpiGeZyUprkVUarCs1LtSNHBsbiz+MzsaTYltVwSagZId+3X33n7AH2Mo=
=+nt5
-----END PGP SIGNATURE-----





# THE ARMORY

Welcome **grouper!**
messages(0) | orders(0) | account(฿0.00) | settings | log out

search | (0)

The armory will close indefinitely in **11 days 15 hrs 49 mins 30 secs**. Please conclude any outstanding business and withdraw all funds from your account.

bookmark this item

Rifles

## Bushmaster/Colt AR-15 (Full Auto/M-16)

**Seller:**
GunsmithCats

**Price:**
฿659.44

**Ships from:** United States of America
**Ships to:** United States of America

**Description:**
Bushmaster AR-15 with installed/working autosear. Receiver was modified and autosear was installed by me.

16.1" barrel with 1:7 twist, ribbed foreguard, standard collapsible stock and standard grip.

The upper is a brand new Colt... all parts in the upper are Colt. The lower is well used but not damaged in any way. The lower is not registered as a Class 3 weapon, so in a way it is very hot. It will ship in 2 parts (Upper and lower).

MESSAGE ME BEFORE YOU BUY. If you don't I will cancel the order.

Email because TA is closing: gunsmithcats [at] tormail.com

add to cart

become a seller | how does it work? | community forums | contact us

Saturday 4th of August 2012 04:14:37 AM UTC



# Silk Road forums

simplemachines forum

Welcome, **Guest**. Please login or register.

Login with username, password and session length

Home   Help   Search   Login   Register

Silk Road forums » Guest markets » The Armory » Closing the Armory

« previous next »

Pages: [1] 2

### Author    Topic: Closing the Armory  (Read 2067 times)

**Dread Pirate Roberts**
Administrator
Sr. Member

Posts: 389
Karma: +124/-3

as you wish...

**Closing the Armory**
« **on:** August 02, 2012, 10:28 PM »

As most of you have figured out, we are closing the armory. Your first question is probably "why?". Well, it just wasn't getting used enough. Spinning it off originally was done somewhat abruptly and while we supported it, it was a kind of "sink or swim" experiment. The volume hasn't even been enough to cover server costs and is actually waning at this point. I had high hopes for it, but if we are going to serve an anonymous weapons market, I think it will require more careful thought an planning.

The next question is probably "can we now sell guns on Silk Road?". The answer there is most definitely NO. If we do support weapons sales once more, it will be on a separate site.

As the banner on the site says, finish up your business there and withdraw your coins before the end of the countdown. If you recently bought a seller account and haven't made enough sales to at least break even on it, contact us on the armory and we'll get you a refund.

Logged

"any time nothing has gone wrong for more than a few days, I have time to work on features that then break when I launch them"