| | |
|---|---|
| **(2011-12-19 17:12) vj:** | so vendors that mention a buyers handle to bitch about fucking feedback should be fed to the sharks |
| **(2011-12-19 17:13) vj:** | ones that do that AND keep records of the addresse should be fed to ants, and then to sharks |
| **(2011-12-19 17:13) vj:** | lttm keeps addressess |
| **(2011-12-19 17:13) vj:** | Paperchasing keeps addressses and threatens to spread names of anyone who dares give him a 4/5 |
| **(2011-12-19 17:13) myself:** | how do you know all of this? |
| **(2011-12-19 17:14) vj:** | I read the forums |
| **(2011-12-19 17:14) myself:** | I should probably do that ;) |
| **(2011-12-19 17:14) vj:** | your aware of the Gummy stars fiasco? |
| **(2011-12-19 17:14) myself:** | yes |
| **(2011-12-19 17:14) vj:** | search under lttms name for 'address' |
| **(2011-12-19 17:15) vj:** | for that I'd lifetime ban the bitch and take her funds and split them 'tween gummy's victims, and make it known that she got off easy. |
| **(2011-12-19 17:16) vj:** | a vendor keeping addresses is gonna be doing that to save a little negotiating material in case they get busted, otherwise its pretty dangerous to have around. |
| **(2011-12-19 17:18) vj:** | Paperchasing is not only blackmailing folks into 5/5's or face his wrath, he's also keeping addresses - or as he says, he has a 'good memory' for them, so in spite of his 1000+ orders if someone who's crossed his little feedback fetish tries to order under another name, he can 'remember' their addy from before. |
| **(2011-12-19 17:19) vj:** | For that, I'm gonna give him a bit of a bollocking on the forums, probably leave a few bruises on him for |

|  |  |
|---|---|
|  | the effort. But next week, I've too much to do this week, and when it starts it's gonna go on for a day or 4 |
| **(2011-12-19 17:19) vj:** | Just giving you a heads up, is all. Not asking permission. Not asking you to get involved. |
| **(2011-12-19 17:20) vj:** | just when it blows, I thought you should know why |
| **(2011-12-19 17:20) myself:** | thanks for the heads up. I'll definitely be keeping a closer eye on things. Up to this point, I have been relying on buyers to come to me with complaints and there haven't been many. |
| **(2011-12-19 17:21) myself:** | looks like I need to be more proactive |