From: Ross Ulbricht
To: Kim
Subject: Re: just heard about this
Date: Date
2/10/2013 11:30:58 PM UTC

thanks kim.  I heard about spice about a year ago.  if they didn't outlaw pot, they wouldn't need to come up with experimental synthetic and dangerous cannabanoids to get around the laws.  But yea, I don't go near that stuff.

On Sun, Feb 10, 2013 at 2:54 PM, Kim <kim > wrote:
> You may already know this...and I am not assuming that any of you use, but I just heard some stories about how much worse -- how dangerous and damaging -- synthetic pot ("spice") is. This, and of course "bath salts" are to be totally avoided. Well, I would say all drugs. These are legal, but you never know what is added to any of it. A girl is now blind and paralyzed and the stories go on.
>
> Fore-warned is fore-armed.