```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 27, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :
                                  :
         -v-                      :     14 Cr. 68 (KBF)
                                  :
                                  :     ORDER
                                  :
ROSS WILLIAM ULBRICHT,            :
                  Defendant.      :
                                  :
-------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The parties are advised that the Court is considering whether any of Counts 1 to 4 are duplicative for sentencing purposes and whether Congress intended separate punishments for each. See, e.g., Rutledge v. United States, 517 U.S. 292 (1996) (even concurrent sentences may create issues). In particular, the Court is considering whether Counts 1 and 2, which are based on the same conduct, are duplicative for sentencing purposes, and whether Counts 3 and 4 are.

If the parties have views on this issue, they should provide their views in writing not later than **May 28, 2015 at noon**.

SO ORDERED.

Dated:     New York, New York
           May 27, 2015

                                         _____
                                              KATHERINE B. FORREST
                                           United States District Judge