0613

Etizolam and GHB cross tolerance
Moclobemide and amphetamine interaction
Steroid selection and dosage
Phenelzine interactions with drugs
Candyflipping dosage questions
Adulteration of drugs
Phenibut adverse effects and dosage
Ketamine intoxication
Viagra adverse effects
LSD dosage and long-time risks

PM:
Cocaine risk of nasal septum problems
Hyoscine buthybromide and scopolamine differences
Auto-medication with amphetamines
Methylone general information
LSD and risk of seizure in a epileptic man

1319
Differences between 4-AcO-DMT and 5-MeO-DMT
Benzodiacepines and driving skills
MDMA and terbinafine interaction
MDMA and piracetam interaction
Long term effects of 2C-X-NBOMe
Neurobiological aspects of "rush"
Paranoid reaction to cocaine
Long term effects of 2C-X-NBOMe (II)
Spiritual use of psychedelics
Morphine detoxification using buprenorphine/naloxone
LSD microdosing
Drugs for lumbar pain
Oxycodone as antidepressant
Alpha-lipoic-acid as neuroprotective for MDMA
5-HTP and green tea extract for MDMA neuroprotection
Cannabis use and flu

PM:
Testosterone dosage
3-MMC toxicity
Oxycodone as antidepressant

1622

Effects of Growth hormone analogs
Damage of GHB use in night
Use of vaporizers (cannabis)
Dosage of Dextroamphetamine
Effects of melatonin and 5HTP
Dosage of DMT
DMT and psilocybin cross-tolerance
Carcinogenic potential of nicotine
Benzodiacepines withdrawal and anxiety
Cardiovascular training and cocaine
Effects of low dose weed
Cocaine and antihypertensives
Benzos and amphetamine interactions
Rick Simpson's Oil
Methylphenidate dosage
Cannabis and bipolar disease
Neurotoxicity of 4-fluoroamphetamine
Amphetamine and ADHD

PMs:
IV use of crushed OxyContin
Midazolam negative effects
Heroin and diabetes
Flunitrazepam dosage
Methamphetamine dependence potential
Irritable bowel syndrome and psychedelics

2330

Cocaine and cardiovascular risk
Drug use and risk in teenagers
Neurotoxicity of 2C-E and AMT
Drugs and anxiety
Emergency drugs for acute intoxication
Pre-treatment with antihypertensives before stimulant use
Lisdexamphetamine and cocaine combination risks
Clonazepam detoxification
Heroin withdrawal and kratom
Modafinil and mental health/neurocognitive effects of cannabis
Dependence potential of ketamine
LSD, DMT and psilocybin neurotoxicity
Heroin withdrawal and further use of heroin
LSD and major depressive disorder
Persisting nausea after high dose of MDMA
Psychedelics and vegeto-vascular dystonia
Physical effects from opiates

PMs:

ADHD and cannabis
Heroin tolerance
Flunitrazepam recreational use
Fluoxetine treatment and cannabis use
Steroids adverse effects (oxandrolone)
Cocaine and cardiovascular disease

3005

Cocaine as a cognitive drug enhancer
DMT and psychiatric disorder
2C-T-2 and 2C-T-7 neurotoxicity
Fentanyl detection in urine
Psychological discomfort on stimulants
Physical side effects of opiates
Time to inject after preparing syringe
Idiopatic intracraneal hypertension and MDMA
Ketamine as antidepressant
Mortality rates from MDMA
Rectal administration of amphetamines
Mechanism of action of amphetamines and cocaine
Pupilar assimetry while on drugs
Candyflipping dosing and timing
Risks of aluminium foil


PMs:
Oxandrolone dosage for muscular gainings
Heroin and risk of seizure in epileptics.
Ephedrine for losing weight
Solubility and stability of cocaine in water
Lethal dose of pentobarbital