**Buyers questions**

**Participant Details**

Age

Gender

Employment

Type of Drug User (ie. Psychonaut)

Length of Drug using History

Repertoire of Street Drugs Used,

Patterns of Prior Use,

Favourite Street Drugs,

Favourite Settings for Street Drug Use

Year when commenced using Internet drug sourcing. Why?

Had you used other internet information source sites prior to selecting Silk Road?

If yes, which ones?

If yes, what was your experience of the other drug information sites (ie erowid, bluelight etc)?

Which sites do you prefer and why?

**Silk Road**

When did you first starting using Silk Road? Why?

Why do you purchase drugs from Silk Road as opposed to a street dealer, or as opposed to other drug sites on the web?

Who introduced you to Silk Road?

Can you describe your experience of using Silk Road?

Can you describe how you purchase drugs off Silk Road

How do you make choices around which drugs to buy from Silk Road- for example is it influenced by Chat forums reporting favourably about a particular drug?

Have you interacted with other users on the Silk Road Forum?

From whom do you get advice and information around optimum dosing? Is this from other cyber users?

Have you found drugs and bought on the site that would not be available in your area ?

Have you had any negative experiences with drugs bought on Silk Road?

Do you feel part of a drug using web community?

Do you use drugs with others or alone? Why?

Does the purchasing of drugs on the Internet facilitate solitary use?

Do you feel safer buying from silk road ?

Can you describe any negative effects of drugs bought on the internet when you use them, and afterwards? Is this the same for drugs bought on Silk Road? (short and long-term effects)

What is your opinion on the rapid growth of designer drugs fuelled by web retailing?

Do you think it promotes drug consumerism?

Do you feel your experience as drug connoisseur helps you make your choices around purchase and use of Internet drugs?

Do you pay any attention to product labelling, and do any products you buy have health warnings on outer or inner packaging?

Has a packages ever been seized by customs and excise ?

Do you keep your internet drug use a secret from friends?

Do you use any street drugs now? If yes,   Why?  If no,   Why?

What are your future intentions around purchasing and use of drugs on Silk Road?

What's your opinion on the security browser permitting access to Silk Road?