Vendor Questions

Gender

Age

18 – 25

25 – 30

30 – 35

35+

Employment ( ie full time on SR or other employment )?

What drugs you sell ?

What year did you start selling on silk road ?

Who introduced you to Silk Road?

Were you selling drugs before Silk Road ( example street seller or via another website) , if yes are the drugs your selling now different ?

How easy or difficult was it for you to get started with Silk Road

How do you ensure you maintain a customer base

Have you seen a growth in sellers on silk road

How do you compete with competition on silk road

Do you sell on the street as well as Silk Road ?

Do you use the same supplier  ?

Have you ever had to change supplier ? if yes why ?

How do you ensure the quality of the drugs ?

What is your  motivation to maintain quality, consistency and basic safety standards for your buyers ?

Do you interact with others on the forums ?

Had you used other internet information  sites  prior to selecting Silk Road?

Do you purchase off Silk Road ?

Whats  your opinion on the BTC ? ie does the fluctuation  in the valuation of the currency concern you

Would you sell to a person with under 5 previous transaction if no why ?

If you were allowed to sell without the fear of prosecution would prefer to sell other drugs? if so what would you prefer to sell ?

In your opinion has silk road made drug use safer ?

In your opinion would regulation of the 'drug market' make drug use safer ?

In your experience, what are the advantages and disadvantages of selling drugs using Silk Road compared with (a) other websites, (b) traditional drug markets?