# EXHIBIT 6

The Honorable Katherine B. Forrest

United States District Judge

Southern District of New York

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Forrest,

I write to you on behalf of Ross Ulbricht, who is scheduled for sentencing this Friday, May 29, 2015. I write in sincere support of his attorney's submission that Ross receive a sentence substantially below the applicable sentencing guidelines and be allowed a chance to reclaim part of his life to spend in the service of others, where his considerable intellect, interest in people and compassion for others could find him in a position to affect many lives for the better.

It is worth mentioning that I do not know Ross Ulbricht personally in any way. Like many in the computer forensics business, I have followed his case with great interest, given the technology involved and technical matters presented at trial. In reading the ninety seven letters to the court in support of Ross, I was struck by the universal overtones of love, respect and gratitude in each one. I found myself compelled to reach out to his attorneys, as it became apparent that Ross is not a career criminal, a technically proficient supervillain or evil, but rather an educated man who cares for others, is interested in the world around him, and has no prior history of criminality before making an extraordinarily bad choice. This is a man, who with the help of such an impressive support system, could truly give back to society if given the chance.

This apparent duality resonated deeply with me. My own family has been forever altered by the extraordinarily bad choices of my Father, Thomas J. Ernst, a man much like Ross, who spent a life in service of others, only to make a mistake which saw our family cast into a whirlwind that ultimately destroyed it. My Father was convicted of tax crimes in 2011 and sentenced to 48 months in prison in the Eastern District of Virginia.

A Georgetown Law Graduate, Air Force Intelligence officer and tireless philanthropist, my Father was an advocate for the disadvantaged regardless of race, creed or station. He was honored by no less a moral compass than Nobel Prize recipient Elie Wiesel with a place on the board of the Elie Wiesel Foundation for Humanity. In spite of his success, accolades and the love of his family, he made a series of tragically bad decisions that led to his incarceration at Fort Dix, the loss of all family assets and in part contributed to the untimely death of my Mother three months ago.

While incarcerated for what seemed like a short period of time, the effects of this time have been incredibly hard to believe. Over the course of his first year, he experienced a series of falls that have now left him increasingly incapacitated physically. He has received a preliminary diagnosis

of Parkinson's disease, brought on in part by these falls where he has hit his head. He is unable to recall names, events or places and is unable to groom himself. As a man with considerable education, he has been unable to find programs to better himself or prepare himself for life outside beyond basic correspondence courses, only some offering college credit. Most of all, my Father knows his actions led to him never seeing his wife of forty one years ever again, and that, coupled with the experiences above, have had a tremendous impact on his mental state.

My Father knows as a seventy year old convicted felon, his job prospects are non-existent. His attempt to serve as a volunteer mentor at a school where many of my family members attended was rebuffed. He's been unable to even get an interview to be a greeter at a large retailer. In sum, he is a man that while educated at the highest levels, now finds himself unemployable at even the most entry level of jobs. He has no place to live once released, nor means of subsistence and finds himself in an endless cycle of indignity, spiraling ever downward.

While brought about by his own decisions, our hope as a family was that someone with his experience and education would at minimum, be well placed to be a mentor to someone at risk of doing something similar. While obviously more of a national conversation with clear political components, I believe it is fair to say that we can do and ultimately must do more to give incarcerated citizens a path back toward reintegration that leads to personal fulfillment and community benefit. That path could begin as early as the first day of their sentence.

Having seen the affects that even a short period of incarceration can have, it is my fervent hope that Ross is not subjected to an unduly long period away from his family and friends, which at a minimum will be a decade and a half longer than my father will be away from his friends and family. While not based on personal acquaintance, this hope is based on the firm personal belief that all of us as citizens, whether we be free or incarcerated, have something to add to the national fabric. A man like Ross Ulbricht, with an impressive education, demonstrated ability to favorably impact people around him and prior experience in business with community service components, could add something so positive to that fabric. This is not someone who has placed himself beyond the edge of society, but someone who made an awful mistake and yet can find redemption still in reach.

As a young man with an impressive array of people that obviously are personally invested in his well-being and ultimate path in life, Ross is far better poised for success once released than the average person. With the right placement in a lower security level facility, Ross could be working towards a larger goal from day one. He could be the force for good that was mentioned so often in his letters of support. He could be that caring friend, doting cousin, loving brother and son to not only his own family, but maybe to others who really need that sort of person in their lives. Most importantly, Ross could realize the potential in his tomorrows that may have eluded him in the present.

With respect and thanks,

*Joseph Ernst*

Joseph Ernst