LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                               STEVEN WRIGHT
—                                                                                            *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 28, 2015

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Ross Ulbricht*,
                        14 Cr. 68 (KBF)

Dear Judge Forrest:

      Enclosed please find an additional letter, from Elizabeth Oden, submitted to defense counsel this afternoon in support of defendant Ross Ulbricht. Ms. Oden's letter is attached hereto as Exhibit 1.

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/
Encls.