LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 29, 2015

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Ross Ulbricht*,
       14 Cr. 68 (KBF)

Dear Judge Forrest:

  Attached please find excerpts from TOR chat logs, including TOR log chat TV32, at 785-90 (cited in Mr. Ulbricht's reply to the government's sentencing letter, at 7), which rebut the government's contention that the Silk Road web site's purpose was, like other drug-selling operations, based on the profit motive.

              Respectfully submitted,

              Lindsay A. Lewis

LAL/
Encls.