**Excerpts from Torchat Log tv32wkhirljvcb4f.log [Variety Jones]**

**Cited as 785 – 790 in Dratel May 28, 2015 Letter**

(2012-05-16 14:14) vj: [delayed] I know where I want to put my 2.5, and yours if you agree, if we make this deal.
[delayed] And considering my background, this is funny as hell
[delayed] Seeds.
(2012-05-16 14:14) vj: Over 1/4 million 3rd world farmers went broke last year, and over 2,000 killed themselves, because they'd bought into Dow's and Monsanto's promise of better crops, but the crops are sterile and they need to buy more seed stock the next year, and they only grow if fertilized by patent encumbered agents and fertilizers.
(2012-05-16 14:15) vj: and as a result, over 2 million people died of starvation last year
(2012-05-16 14:15) vj: at a minimum
(2012-05-16 14:15) myself: I've heard of this
(2012-05-16 14:15) myself: breifly
(2012-05-16 14:15) vj: I want to break their backs
(2012-05-16 14:16) myself: seeds are magical things
(2012-05-16 14:16) myself: so tiny, but so much comes from them
(2012-05-16 14:16) myself: well water and seeds
(2012-05-16 14:16) vj: Read up on it. GMO *could* be the worlds salvation...
(2012-05-16 14:17) vj: Borlaug won a noble peace prize for seeds
(2012-05-16 14:17) vj: Dwarf wheat
(2012-05-16 14:17) vj: Africa couldn't feed itself, Russia was close, as too dense of wheat fell over from the weight of the tops
(2012-05-16 14:18) vj: and borlaug came up with Dwarf Wheat, literally saved a billion lives
(2012-05-16 14:18) myself: what a badass
(2012-05-16 14:18) vj: it was a special strain that was short, so the stalk could hold the weight, and improve yields
(2012-05-16 14:19) vj: and then Dow and Monsanto came out with GMO versions, designed to be sterile, and priced high, so new seed stock had to be bought every year, and their chmeicals are needed to grow it
(2012-05-16 14:19) vj: and patented them
(2012-05-16 14:19) vj: and are reversing his work, starving folks for profit
(2012-05-16 14:19) vj: them, oh them, I could run over with a train, or put out of business
(2012-05-16 14:20) vj: fuck drugs, I want to smuggle non -sterile seeds to the bread-baskets of the world, and give it away.
(2012-05-16 14:20) vj: and trust me, the DEA are pansies compared to the armies these guys have hired to hold their exclusive rights.
(2012-05-16 14:21) vj: I was almost asleep, thinking of who had done the most in history for mankind, and there are two folks.
(2012-05-16 14:21) vj: Borlaug, he kept the world from starving

(2012-05-16 14:21) vj: and several thousand years ago, the guy that invented the solid yoke

(2012-05-16 14:22) vj: you see, with a leather strap, a slave, a horse or an oxen could all pull about the same weight of a plow

(2012-05-16 14:26) vj: but the solid yoke, well

(2012-05-16 14:27) vj: then an oxen could pull from it's shoulders, as could a horse

(2012-05-16 14:27) vj: one horsepower was originally deigned as: the work that could be done by 22 1/2 men

(2012-05-16 14:27) vj: so one horse replaced 22.5 men

(2012-05-16 14:27) vj: oxen, 55 men

(2012-05-16 14:27) vj: the solid yoke ended slaverly

(2012-05-16 14:28) vj: GMO seeds has re-started it, economic slaverly, and over a billion farmers in the third world are Monsanto's slaves

(2012-05-16 14:28) vj: Tired, I am.

(2012-05-16 14:28) myself: hows that work?  monsanto is in bed with the dictators in africa so they don't let other seed in?

(2012-05-16 14:29) vj: they give them seeds to plant, and discount the fertilizers

(2012-05-16 14:29) vj: Normally, farmers hold back seeds for next year

(2012-05-16 14:29) vj: these are sterile, they can't

(2012-05-16 14:30) vj: next year, it's $45 an acre for seeds, for a farmer that makes $500 a year on 200 acres

(2012-05-16 14:30) vj: plus the chemicals the plants don't need, but are genetically engineered to require to mature

(2012-05-16 14:30) vj: and now it's full price

(2012-05-16 14:30) myself: why can't the better seeds get in?

(2012-05-16 14:31) vj: cause Dow and Monsanto control the mechanisms of delivery

(2012-05-16 14:31) vj: GMO can be good, better yields, more pest resisitance

(2012-05-16 14:31) vj: but they took it too far, and built in sterile seeds, so they'd have to re-buy every year

(2012-05-16 14:31) vj: and a false requirement for rare chemicals they produce, in order to mature properly

(2012-05-16 14:32) myself: so what's the plan, make our own strains that aren't sterile and don't need bs chems?

(2012-05-16 14:32) myself: or do they exists but can't get in

(2012-05-16 14:32) vj: I know a lot about this - my first 'angel' investor in a software company called ARS inc at the time, owned CIC Canola, a seed cleaning and coating biz that sold several patents, and eventually the whole company, to Monsanto

(2012-05-16 14:33) vj: Simple, buy non GMO regulated seeds anywhere, Alberta, Russia, don't matter - and smuggle them where they're needed.

(2012-05-16 14:34) vj: It's illegal in dozens of countries to import non approved seeds, and guess who sells the sterile 'approved' seeds...

(2012-05-16 14:34) myself: ok, i get it now

(2012-05-16 14:35) vj: Monsanto seed stock cost 150X what plain seed stock costs

(2012-05-16 14:35) vj: and use it once, yer locked in.

(2012-05-16 14:35) vj: plus the chems the plants are designed to require not for growth, but for survival solely to protect Monsanto's IP in the product
(2012-05-16 14:36) myself: if these locals start using good seed, won't their govts figure it out and shut em down?
(2012-05-16 14:36) vj: they can't get good seed
(2012-05-16 14:36) myself: if we get it to them
(2012-05-16 14:36) vj: they can't afford to buy it#
(2012-05-16 14:36) vj: see - lemme back up
(2012-05-16 14:36) myself: once you have one good crop, you can make your own seed, no?
(2012-05-16 14:36) vj: for centuries, farmers grow wheat, sell most, save some to plant next year
(2012-05-16 14:37) myself: ok
(2012-05-16 14:37) vj: then these guys came in - our shit yields way more - here, take some
(2012-05-16 14:37) vj: and take this fertilizer, it makes it grow better
(2012-05-16 14:37) vj: and they have their best crops ever!
(2012-05-16 14:37) vj: But, the offspring are sterile, you can't save it for next year
(2012-05-16 14:37) vj: and next year, the seeds aren't free
(2012-05-16 14:37) vj: nor are the fertilizers required
(2012-05-16 14:37) vj: and they have no money, at all
(2012-05-16 14:38) vj: and so they go bankrupt, and kill themselves in shame, and Monsanot racks up billions
(2012-05-16 14:38) vj: and millions starve, even today  - fuck, especially today.
(2012-05-16 14:38) vj: There is no excuse, and who else can take 'em on. sure, I can drill wells, but any asshole can drill a well.
(2012-05-16 14:39) vj: But not anyone can take on Monsanto and Dow, and the US hegemony that fosters it.
(2012-05-16 14:39) myself: so the issue is not so much that the govts outlaw fertile seed, it's that these farms have no money to buy it since monsanto tricked them into buying a bunch of sterile seed
(2012-05-16 14:40) vj: no, they also get the governments to outlaw importing unapproved 'foreign' seeds
(2012-05-16 14:40) vj: so even if you wanted to sell it at 10% of Dow and Monsanto on the open market, it's not allowed
(2012-05-16 14:40) myself: and what about using unapproved seed once it's in
(2012-05-16 14:41) myself: I just wonder if suggling it in and giving it away will be enough, or if there needs to be structural changes in the politics
(2012-05-16 14:41) vj: Google 'farmer sued by monsanto seeds'
(2012-05-16 14:41) vj: I'll wait
(2012-05-16 14:41) myself: locals might not even accept the seed for fear of reprisal
(2012-05-16 14:43) vj: Dude, they are actually killing themselves because they can't feed their families. Reprisal ain't on their list of worries
(2012-05-16 14:43) myself: ok
(2012-05-16 14:43) myself: schmeiser

(2012-05-16 14:43) vj: OK. not all of my funds, but i'm gonna put it on my to do list for the next 2 years. At least I'll make a dent, and save some lives.
(2012-05-16 14:44) vj: Also, this idea is (scrolls back) all of 31 minutes old, came to me in a flash, hell, I hadn't thought about Dwarf Wheat in decades, so it may need some polish ;)
(2012-05-16 14:45) vj: But it's the type of thing I need to do - it's the type of thing we need to do if we're gonna work together
(2012-05-16 14:45) vj: Cause if it's just about the money, well, money I have.
(2012-05-16 14:46) myself: you know why I am in this
(2012-05-16 14:46) vj: And this type of shit, is like inventing the solid yoke - it can remove literally billions of people from economic slavery
(2012-05-16 14:46) myself: it's the structural changes that have the biggest impact. there is no uninventing dwarf wheat
(2012-05-16 14:46) myself: exactly
(2012-05-16 14:47) myself: we need to be really careful with how we invest
(2012-05-16 14:47) myself: too easy to throw money at problems and do more damage than good
(2012-05-16 14:47) vj: I was talking about kiva before, I withdraw that
(2012-05-16 14:48) vj: we won't give money to folks to drill wells, if we think a place needs a well, we'll buy the rig truck, hire a crew, and send it where it's needed. We don't need zillions of layers of bureauacracy, we need action at the point of most impact.
(2012-05-16 14:49) vj: And less investigation too - we need to invest in infrastructure and agraian ;methods of production
(2012-05-16 14:49) vj: not charities and feel-good programs
(2012-05-16 14:49) vj: and you're right, charity can make things worse
(2012-05-16 14:50) vj: but non - sterile high yield seeds... can't put that cat back in the bag, or seize or encumbrance it
(2012-05-16 14:50) myself: trouble is, the places that need us the most are in need for a reason.  investors won't touch them because the governments there will just confiscate any wealth that's created
(2012-05-16 14:51) vj: Not from me, they won't.
(2012-05-16 14:51) vj: I have teeth.
(2012-05-16 14:51) myself: maybe a place like somalia, where we wouldn't be up against a well organized state.  could be good pirates there
(2012-05-16 14:51) vj: See, we're not gonna invest expecting a return, and hence have a track to follow back
(2012-05-16 14:52) vj: we'll just drop the shit off
(2012-05-16 14:52) myself: i have a podcast you need to listen to
(2012-05-16 14:52) myself: might've already recommneded it
(2012-05-16 14:52) myself: the one with bruce bueno de mesquita?
(2012-05-16 14:52) vj: and we can buy a million tons of seed grain
(2012-05-16 14:53) vj: nope, not familiar
(2012-05-16 14:53) vj: could you PM me on SR with the details, my travel computer only has torchat on tor, I save nada to it. I'll check it out in the AM

(2012-05-16 14:54) myself: he has this political model based on game theory. great analysis of foreign aid and how it hurts the common man in these countries by propping up the dictators that supress them

(2012-05-16 14:54) myself: we could be the real foreign aid

(2012-05-16 14:54) vj: Here's the good part - stop a ship with 120 thousand metric tons of wheat on it, ain't illegal anywhere ;)

(2012-05-16 14:54) myself: that gives the common man the energy they need to throw off their oppressors

(2012-05-16 14:54) vj: We need to buy a ship.

(2012-05-16 14:55) vj: No one will see us coming at all

(2012-05-16 14:55) myself: nope

(2012-05-16 14:55) myself: fuck im excited

(2012-05-16 14:55) vj: See, this here - this is change

(2012-05-16 14:55) vj: and why I like staying awake for 60 hours on ocassion. Hard on the system, but damn, my brain works hard then.

(2012-05-16 14:56) myself: if we can figure out how to get these govts off people's backs. empowering the population is a huge part of that

(2012-05-16 14:56) vj: And in the back of my mind, it's why I went 180 on nob. Let's take his money.

(2012-05-16 14:56) myself: that starts with enough to eat

(2012-05-16 14:56) vj: Food, water, shelter. That's our holy trinity.

(2012-05-16 14:56) myself: security

(2012-05-16 14:57) vj: No one should do without 'em

(2012-05-16 14:57) myself: that's the beginning of property, and then wealth

(2012-05-16 14:57) vj: So, take a step back, and tell me what you think

(2012-05-16 14:58) myself: about?

(2012-05-16 14:58) vj: Everything I've said in the last 40 minutes

(2012-05-16 15:00) vj: Borlaug's new semi-dwarf, disease-resistant varieties, called Pitic 62 and Penjamo 62, changed the potential yield of spring wheat dramatically. By 1963, 95% of Mexico's wheat crops used the semi-dwarf varieties developed by Borlaug. That year, the harvest was six times larger than in 1944

(2012-05-16 15:00) vj: SIX fucking times!

(2012-05-16 15:00) vj: https://en.wikipedia.org/wiki/Norman_Borlaug#Dwarfing

(2012-05-16 15:00) myself: yea, africa is growth waiting to happen

(2012-05-16 15:01) vj: The world doesn't have starving people today because it's not capable of growing enough food, it's starving because they're patent encumbering it for profit.

(2012-05-16 15:01) myself: I think we need to find the perfect experiment

(2012-05-16 15:01) vj: Dude, my petri dish is called 'Earth'

(2012-05-16 15:01) myself: a cheap experiment that gives us information on how to take it to the next level

(2012-05-16 15:01) vj: yeah, we need smarter folks than us in this field.

(2012-05-16 15:02) vj: As a rule of thumb, I never hire anyone that isn't at least 50% smarter than me. Dumb folks like me, I can get lots of for free.

(2012-05-16 15:02) myself: like a particular farm or farming area in a particular country where we think we'll have the most impact. spend the money we need to do

it right on that small scale and see if it works.  how does the govt react, how does monsanto react.  does anyone even notice
(2012-05-16 15:03) vj: Ghana
(2012-05-16 15:03) myself: plant the seed, no pun
(2012-05-16 15:03) vj: 'Cause that's where I'm buying a gold mine I'm gonna use to launder money, so i'll be there once in a while anyways
(2012-05-16 15:04) myself: yea, a place that needs the seed, but has reasonably solid property rights for the farmers
(2012-05-16 15:04) vj: Or iffy property rights, and where we can effect change
(2012-05-16 15:04) vj: synergy
(2012-05-16 15:04) vj: do two things at once
(2012-05-16 15:05) myself: we need to do alot of research, like will these farmers need to educated on what they are being given, or are they so desperate for seeds they'll plant anything.
(2012-05-16 15:05) myself: and we need to be sure of the quality of our seed source
(2012-05-16 15:05) vj: Solid property rights means a tired farmer can retire. Iffy property rights means if he can't make his lease payment, his family starves to death
(2012-05-16 15:06) vj: Dude, CIC Canola, CCF Wheat co-operative... I know these guys
(2012-05-16 15:06) myself: let's come back to this.  there are alot of steps between here and there.  I wanna get this new skin knocked out
(2012-05-16 15:07) vj: sure, I just hadda share while it was hot, and get yer mind thinking
(2012-05-16 15:07) vj: But I like it for one of our prongs - and we're gonna have lots of prongs
(2012-05-16 15:07) myself: let's feed africa
(2012-05-16 15:07) vj: Let's feed everywhere but Washington
(2012-05-16 15:07) myself: ok
(2012-05-16 15:08) vj: Well, that's decided. We'll feed the world. What do you want to do for an encore tomorrow?
(2012-05-16 15:08) vj: Also, we need nice office chairs. Put that at #2 on the list.
(2012-05-16 15:08) myself: the same thing we do every night pinky
(2012-05-16 15:08) vj: heh
(2012-05-16 15:08) vj: damn right!
(2012-05-16 15:09) vj: K- this has been damn near an hour, get the fuck back to work on that layout, you layabout.
(2012-05-16 15:09) vj: Else yer fired.
(2012-05-16 15:09) myself: yes sir!
(2012-05-16 15:09) vj: GAtor
(2012-05-16 15:10) vj: ...Dwarf fucking wheat, who'da thunk it would grab our attention...

### Kiva Material

2012-03-14 14:42) myself: had another idea, completely unrelated.
(2012-03-14 14:42) vj: shoot

(2012-03-14 14:43) myself: have a donate link.  shows a page of users who've donated and how much.  The fund is used to help out people who get scammed on the site, or if there is a surplus, it can go to torservers or a freedom/drug legalization cause.
(2012-03-14 14:44) myself: anon donations are ok of course
(2012-03-14 14:44) vj: good idea, but I don't think acknowledging scammers is a good idea.
(2012-03-14 14:44) vj: hmm...
(2012-03-14 14:44) vj: gimme a sec to google something...
(2012-03-14 14:44) myself: ok
(2012-03-14 14:45) vj: how about http://www.kiva.org/

make micro-loans with the funds, when they're paid back, re-invest them in more loans. Track on the site how many people we've helped. Warm fuzzies all over.
(2012-03-14 14:46) vj: match funds too! Donate $20, throw in another $10
(2012-03-14 14:46) vj: and guaranteed to get press!
(2012-03-14 14:47) myself: who would the recipients be do you think?
(2012-03-14 14:47) vj: hire a lawyer to hire a lawyer to hire a lawyer to admin it from a safe jurisdiction,
(2012-03-14 14:47) vj: with kiva, you PICK who you want to give the money to. (not quite, they had some hassles over that, but that's the idea.)
(2012-03-14 14:47) vj: You read a story, say I want to help them, and give them $25.
(2012-03-14 14:47) myself: oh, I thought you meant it would be like kiva, not through them
(2012-03-14 14:48) vj: X lots of people to help.
(2012-03-14 14:48) vj: it would be a great cause to get behind.
(2012-03-14 14:48) myself: I'll check it out
(2012-03-14 14:48) vj: and folks could get 'kiva badges' for every $25 they donate! Collect all 1200!

. . .

(2012-03-14 14:54) vj: Kiva. I really like that idea.
(2012-03-14 14:59) vj: http://www.kiva.org/lend/402229
Fuck, can't be a tough guy and read some of these...
(2012-03-14 15:00) vj: her previous loan for $125, 1/2 paid off now
http://www.kiva.org/lend/354220

. . .

We could give away an ultimate home theatre package, a shitload of electronics from computers to ipads and roombas stereos and satellites and hd tv's, etc. All easier to order and pay for discretely, discreetly. <-- loves that, will use again.
[delayed] There is a brewing mutiny by a few vendors that our sale will head off. Ask DA or me for details, whoever you chat with first. Don't panic, it's a few weeks away, and their currently stymied as Pharmville is on vacation and they want him on

board. Huge trip prize for winner, 5/6 numbers wins big prizes, 4/6 wins great ones, and we'll give 1000 3/6 folks something unique, a conversation piece, or something. Announce that SR was never about making money, and we've had some huge infrastructure costs, but we are blessed to be currently running a surplus. So we're having this contest, as well as announcing that we're going to be supporting kiva, matching donations in $5 increments, giving badges in 1/5th increments for donations they make, and we'll match them. We're kicking it off with $7, 385 from our current surplus, and will strive to continue matching donations as long as we can.

. . .

(2012-03-23 22:11) myself: I'm thinking I'll find someone with an austrian econ background to dig up stories loosely related to our kiva people and use some praxeological logic to connect them.

. . .

(2012-03-23 22:13) vj: I'm also hunting about for someone to manage kiva stuff, including picking loan recipients, doing summaries and follow-ups, etc.

. . .

(2012-03-23 22:29) vj: Tying the kiva stuff to the blog also is a constant source of feel-good posting, and I'm working on a format for that now. I think I'll get someone to write us a scraper/API for kiva, so we can massage the data they offer into an easy format for us, especially when it comes to followups, which we'd otherwise have to search out manually.

. . .

2012-03-24 08:37) vj: [delayed] Heh, check out this kiva page
http://www.kiva.org/lend/395901
[delayed] "About IMON International
Tajikistan, a country with a captivating Silk Road history and a rich cultural heritage..."

. . .

(2012-04-07 09:09) vj: and while we were talking about doing philanthropical works, supporting kiva, or something similar, etc.,

. . .

2012-04-07 09:11) vj: yeah, I don't want to support something with donations. I want to buy the trucks that tow the rigs that drill the wells.

(2012-04-07 09:11) vj: not send $25 to someone to help them get a well.
(2012-04-07 09:12) vj: I don't want to support organizations, I want to create them.
(2012-04-07 09:12) myself: well, kiva works with "boots on the ground" orgs
(2012-04-07 09:12) myself: you could get involved more closely with one of them and then look for opportunities from there
(2012-04-07 09:13) vj: yeah, no lack of opportunities, no doubt. Just hard to find an area to focus on.
(2012-04-07 09:14) myself: what about r&d
(2012-04-07 09:14) vj: The realization that I never again in my life have to do anything for money has made me question how I'm going to responsibly deal with the money I do get.
(2012-04-07 09:14) myself: space exploration and such
(2012-04-07 09:15) vj: ahh - r&d - please let me wait until tomorrow to tell you the current fucked up state of the frigid boot s/w. Much joy and pain there.

Space, fuck. Sold, let's go!

. . .

(2012-05-01 13:17) myself: we def should get into that kiva stuff
(2012-05-01 13:17) vj: It does. It's been waaaaaaay more fucking work setting it up than I expected, I tell ya though. I'd think doing another trip long and hard.
(2012-05-01 13:18) myself: yea, kudos for taking it on though.
(2012-05-01 13:19) vj: I learned a bit about moving money around the world this weekend, bitcoins didn't come up, just as well, but I did find out how to get in touch with people that move $ from country to country for a small (3%) fee.
(2012-05-01 13:19) vj: There's a whole 'nother world of banking out there
(2012-05-01 13:20) vj: I wonder if we could convince Kiva to take BTC
(2012-05-01 13:20) vj: would make it a whole bunch easier.
(2012-05-01 13:20) myself: putting it on the to do list!
(2012-05-01 13:20) vj: Perhaps donate the funds to make the changes that will allow them to take BTC.

. . .

eprisal
(2012-05-16 14:43) vj: Dude, they are actually killing themselves because they can't feed their families. Reprisal ain't on their list of worries
(2012-05-16 14:43) myself: ok
(2012-05-16 14:43) myself: schmeiser
(2012-05-16 14:43) vj: OK. not all of my funds, but i'm gonna put it on my to do list for the next 2 years. At least I'll make a dent, and save some lives.
(2012-05-16 14:44) vj: Also, this idea is (scrolls back) all of 31 minutes old, came to me in a flash, hell, I hadn't thought about Dwarf Wheat in decades, so it may need some polish ;)

(2012-05-16 14:45) vj: But it's the type of thing I need to do - it's the type of thing we need to do if we're gonna work together

(2012-05-16 14:45) vj: Cause if it's just about the money, well, money I have.

(2012-05-16 14:46) myself: you know why I am in this

(2012-05-16 14:46) vj: And this type of shit, is like inventing the solid yoke - it can remove literally billions of people from economic slavery

(2012-05-16 14:46) myself: it's the structural changes that have the biggest impact. there is no uninventing dwarf wheat

(2012-05-16 14:46) myself: exactly

(2012-05-16 14:47) myself: we need to be really careful with how we invest

(2012-05-16 14:47) myself: too easy to throw money at problems and do more damage than good

(2012-05-16 14:47) vj: I was talking about kiva before, I withdraw that

(2012-05-16 14:48) vj: we won't give money to folks to drill wells, if we think a place needs a well, we'll buy the rig truck, hire a crew, and send it where it's needed. We don't need zillions of layers of bureauacracy, we need action at the point of most impact.

(2012-05-16 14:49) vj: And less investigation too - we need to invest in infrastructure and agraian ;methods of production

(2012-05-16 14:49) vj: not charities and feel-good programs

(2012-05-16 14:49) vj: and you're right, charity can make things worse

(2012-05-16 14:50) vj: but non - sterile high yield seeds... can't put that cat back in the bag, or seize or encumbrance it

(2012-05-16 14:50) myself: trouble is, the places that need us the most are in need for a reason.  investors won't touch them because the governments there will just confiscate any wealth that's created

(2012-05-16 14:51) vj: Not from me, they won't.

(2012-05-16 14:51) vj: I have teeth.

(2012-05-16 14:51) myself: maybe a place like somalia, where we wouldn't be up against a well organized state.  could be good pirates there

(2012-05-16 14:51) vj: See, we're not gonna invest expecting a return, and hence have a track to follow back

(2012-05-16 14:52) vj: we'll just drop the shit off