USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 28, 2015

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

May 28, 2015

**BY ELECTRONIC MAIL**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Ross Ulbricht*,
                 14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted in regard to the above-captioned case and respectfully requests that the Court Order the removal from PACER of Exhibit 7 ("Dr. Taff Formal Report") to Mr. Ulbricht's reply to the government's sentencing letter (Docket #263) in light of the fact that the full names of the decedents were not redacted from the original version of Exhibit 7.

      Accordingly, it is respectfully requested that the Court Order the removal from PACER of only Exhibit 7 to Docket #263 in the above-captioned case and that the signed Order be sent to the docketing department.

ORDERED:
Application granted.   5/28/15

_____
KATHERINE B. FORREST
United States District Judge

Respectfully submitted,

Joshua L. Dratel

JLD/