LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                STEVEN WRIGHT
—                                                               *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 29, 2015

**BY ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *United States v. Ross Ulbricht*,
                 14 Cr. 68 (KBF)

Dear Judge Forrest:

      This letter is submitted on behalf of Ross Ulbricht, to correct a misstatement made to the Court at Mr. Ulbricht's sentencing hearing earlier today regarding the requested designation recommendation, which the Court has already indicated it will make to the Bureau of Prisons.

      As stated on the record, Mr. Ulbricht respectfully requests that the Court recommend designation to FCI Petersburg I in Virginia in the event that the BoP waives the public safety factor (hereinafter "PSF") with regard to sentence length.

      However, if the BoP is not inclined to waive the PSF, it is respectfully requested that the Court recommend designation to USP Tuscon, in Arizona, or, as a second choice, USP Coleman II, in Florida (*not* USP Allenwood, as I previously stated).

      Accordingly, it is respectfully requested that the Court recommend designation to FCI Petersburg, or in the alternative (if PSF is not waived) to USP Tuscon, or as a second choice, USP Coleman II.

                                                           Respectfully submitted,

                                                        Lindsay A. Lewis

LAL/