USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 3, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

UNITED STATES OF AMERICA

        -v-

ROSS WILLIAM ULBRICHT,

                        Defendant.

------------------------------------------------------------------------ X

14 Cr. 68 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has received defendant's motion for an order recommending that Mr. Ulbricht remain in custody at the Metropolitan Correctional Center in New York City ("MCC") pending his direct appeal. (ECF No. 270.) The Court had granted this request on the record at Mr. Ulbricht's sentencing. The Court hereby recommends to the Bureau of Prisons that Mr. Ulbricht remain incarcerated at the MCC pending disposition of his direct appeal.

The Clerk of Court is directed to terminate the motion at ECF No. 270.

SO ORDERED.

Dated:      New York, New York
               June 3, 2015

                                                        KATHERINE B. FORREST
                                                      United States District Judge