Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: JUN 04 2015*

Caption:

United States      v.

Ross William Ulbricht

Docket No.: 14 Cr. 68 (KBF)

Honorable Katherine B. Forrest
(District Court Judge)

Notice is hereby given that Ross William Ulbricht appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ and Preliminary Order of Forfeiture/Money Judgment (specify) entered in this action on June 1, 2015
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: May 29, 2015      N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel?  Yes [✓]   No [ ]   If yes, provide the following information:

Defendant's Counsel:  Law Offices of Joshua L. Dratel, P.C.

Counsel's Address:  29 Broadway, Suite 1412

New York, New York 10006

Counsel's Phone:  (212)732-0707

Assistant U.S. Attorney:  Serrin Turner

AUSA's Address:  United States Attorney's Office, Southern District of New York

One Saint Andrews Plaza, New York, New York 10007

AUSA's Phone:  212-637-1946

Signature