| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 13 | 12 | Jerrod DerYeghiayan | Jared Der-Yeghiayan |
| 31 | 19 | MR. SERRIN | MR. TURNER |
| 32 | 1 | MR. SERRIN | MR. TURNER |
| 53 | 25 | Um also hear from | You will also hear from |
| 54 | 5 | Them | They |
| 55 | 17 | I'm | You'll |
| 55 | 18 | I'm | You'll |
| 56 | 1 | defendant,s | defendant |
| 58 | 15 | bit coin | bitcoin |
| 70 | 4 | MR. SERRIN | MR. TURNER |
| 71 | 5 | MR. SERRIN | MR. TURNER |
| 71 | 8 | will important | will be important |
| 71 | 12 | MR. SERRIN | MR. TURNER |
| 71 | 16 | MR. SERRIN | MR. TURNER |
| 71 | 23 | MR. SERRIN | MR. TURNER |
| 73 | 9 | IMS | INS |
| 85 | 3 | MR. SERRIN | MR. TURNER |
| 86 | 15 | MR. SERRIN | MR. TURNER |
| 89 | 24 | MR. SERRIN | MR. TURNER |
| 107 | 20 | is | it |
| 150 | 22 | Their | They're |
| 161 | 20 | neck | next |
| 169 | 25 | shopping | shipping |
| 193 | 15-16 | taking over account it | taking over accounts |
| 211-212 | 25-1 | It's an online with add words | It's an online reference |
| 214 | 23 | contract | account |
| 223 | 10 | MR. TURNER | THE COURT |
| 239 | 23 | UCC | UTC |
| 276 | 8 | forum violation | foundation |
| 313 | 1 | defendant that they | information that he |
| 314 | 22 | I | he |
| 330 | 8 | exchanged | changed |

| Page | Line | Current Text | Change Requested |
| --- | --- | --- | --- |
| 334 | 11 | the rest | the arrest |
| 418 | 19 | talk | take |
| 429 | 23 | The same thing but different. | samesamebutdifferent |
| 431 | 3 | taught | thought |
| 473 | 18 | were other | were others |
| 528 | 23 | Anal | And |
| 533 | 22 | silkforum.org | bitcointalk.org forum |
| 543 | 24 | bitcoin.talk | bitcointalk |
| 544 | 5 | bitcoin.talk | bitcointalk |
| 544 | 14 | bitcoin talk.org | bitcointalk.org |
| 594 | 4 | But the defense's submission | But based on the defense's submission |
| 594 | 13 | the implication was hey | the implication was: "Hey |
| 594 | 14 | pay me $250,000 if it | pay me $250,000."  It |
| 594 | 15 | the Mark Karpeles | with Mark Karpeles |
| 594 | 17 | authorities, that | authorities, and that |
| 594 | 20 | complement | imply |
| 595 | 13 | Anad | Anand |
| 597 | 19 | Anad | Anand |
| 598 | 5 | Anad | a lot |
| 598 | 11 | example of it | example of how it |
| 598 | 12 | ask him you | ask him, "You |
| 598 | 14 | parallels instead | parallels?" instead |
| 599 | 5 | asking did you | asking, "Did you |
| 599 | 6 | Anad | Anand |
| 599 | 7 | compare it to DPR, first | compare it to DPR?", first |
| 600 | 14 | Anad | Anand |
| 600 | 14 | he told him 250,000 | he told him pay me 250,000 |
| 600 | 19 | user from above. | user "deathfromabove." |
| 601 | 6 | Anad | Anand |
| 601 | 8 | Anad | Anand |
| 601 | 13 | Anad | Anand |
| 602 | 20 | Just as a backup. | I have this just as a backup. |

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 602 | 22 | which is particular thing? | with this particular witness? |
| 606 | 9 | memo posts of Anad | forum posts of Anand |
| 606 | 11 | Anad | Anand |
| 606 | 14 | Anad | Anand |
| 607 | 24 | Anad | Anand |
| 608 | 6 | Anad | Anand |
| 609 | 14 | whether or not -- the AA posts are not whether | whether or not -- the AA posts -- is not whether |
| 618 | 20 | made | may |
| 701 | 22 | what Scott, the agent, read | what the agent read |
| 706 | 23 | or this agent did not | and this agent did not |
| 722 | 20 | MR. DRATEL | THE COURT |
| 738 | 21 | Clear. It is a choice point. | CLEAR.  It is a database. |
| 738 | 23-24 | things of that linked | things of that nature linked |
| 770 | 17 | Anad | Anand |
| 770 | 21 | Anad | Anand |
| 772 | 7 | Anad | Anand |
| 772 | 8 | Anad | Anand |
| 772 | 24 | Anad | Anand |
| 773 | 8 | Anad | Anand |
| 773 | 11 | Anad | Anand |
| 773 | 17 | Anad | Anand |
| 774 | 3 | THE CLERK | THE COURT |
| 783 | 3 | harsh | hash |
| 789 | 13 | That avaliable there | That is avaliable there |
| 873 | 12 | 22B | 222B |
| 874 | 25 | This squid | This is squid |
| 899 | 17 | Simone | cimon |
| 1006 | 17 | probability | probably |
| 1018 | 11 | Your Honor, may approach the witness | Your Honor, may I approach the witness |
| 1023 | 22 | The 16 gig thumb drives. | The 16 gig thumb drive. |
| 1073 | 25 | paragraph | photograph |
| 1091 | 5 | fine | Fine |

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 1092 | 13 | I'M | I'm |
| 1094 | 14 | I have reunited | I had reunited |
| 1094 | 18 | just now starting college | just starting college |
| 1103 | 4 | ques..on | question |
| 1145 | 8 | prior consistent statement | prior inconsistent statement |
| 1186 | 13 | some jurors, as you folks know, who has | some jurors, as you folks know, who have |
| 1267 | 15 | RossUlbricht@G mail.com | rossulbricht@gmail.com |
| 1267 | 23 | Ross Ulbricht@Gmail.com | rossulbricht@gmail.com |
| 1268 | 1 | October 78, 2013 | October 8, 2013 |
| 1280 | 16 | The date 8/16-201, Ross | The date 8/16/2010, Ross |
| 1357 | 13 | anythign | anything |
| 1381 | 5 | Julio | Julia |
| 1431 | 25 | linked in | LinkedIn |
| 1456 | 19 | user, Allison, on | user, "Allison", on |
| 1457 | 23 | RossUlbricht@Gmail.com | rossulbricht@gmail.com |
| 1853 | 17 | Bitcoin.And the | Bitcoin. And the |
| 2016 | 23 | waylaid | delayed |
| 2019 | 10 | just not to know eachother | just got to know each other |
| 2053 | 12 | Alex miller | Alex Miller |
| 2085 | 7 | create reflection of | accurate indication of |
| 2085 | 10-11 | it prejudicial | it is prejudicial |
| 2085 | 17 | about like the sort of person | about what the sort of person |
| 2085 | 20-21 | as now Mr. Ulbricht doesn't fit | as evidence of how Mr. Ulbricht doesn't fit |
| 2089 | 22 | conscious, that there was | conscious, but that there was |
| 2090 | 5 | not for the true | not for the truth |
| 2090 | 10 | come in for | coming in for |
| 2090 | 15 | means knowledge | means nothing |
| 2091 | 6 | No,s it's not, | No, it's not |
| 2093 | 6-7 | wild accusations stuff | wild accusations, stuff |
| 2093 | 9 | that, hmm, this is interesting | that the jury might say, hmmm, this is interesting |
| 2101 | 18 | times? | times. |