USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 11, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
: 14 Cr. 68 (KBF)
-v- :
: <u>ORDER</u>
:
ROSS WILLIAM ULBRICHT, :
        Defendant. :
:
------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

  The Court has reviewed the Government's letter motion dated August 31, 2015 and defendant's letter in opposition dated September 2, 2015.

  As to the requested corrections to the transcript, the Court notes that there are page and line number discrepancies and typographical errors in the proposed corrections. The parties shall make the appropriate changes and submit a new version to the Court.

  The government's request to unseal the redacted portions of the Court's December 22, 2014 memorandum opinion and the December 9 and December 18, 2014 ex parte letters from defendant is DENIED. The defendant still faces indictment in the District of Maryland, and the memorandum opinion and ex parte letters contain descriptions of defense trial strategy that should remain confidential until otherwise waived by defendant.

The Clerk of Court is directed to terminate the motions at ECF No. 280 and 281.

SO ORDERED.

Dated:   New York, New York
         September 11, 2015

                                             _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge