```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :
                                                                   :      14 Cr. 68 (KBF)
                        -v-                                        :
                                                                   :      ORDER
                                                                   :
                                                                   :
ROSS WILLIAM ULBRICHT,                                             :
                                  Defendant.                       :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 7, 2015

KATHERINE B. FORREST, District Judge:

The Court notes that there are page and line number differences between the transcripts that the Court has and the ones that the U.S. Attorney's Office has. The parties shall work with the Court Reporters to make the appropriate changes on the attached pages; such changes are allowed.

SO ORDERED.

Dated:   New York, New York
         October 7, 2015

                                         _____
                                              KATHERINE B. FORREST
                                           United States District Judge

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 13 | 12 | Jerrod DerYeghiayan | Jared Der-Yeghiayan |
| 31 | 19 | MR. SERRIN | MR. TURNER |
| 32 | 1 | MR. SERRIN | MR. TURNER |
| 53 | 25 | Um also hear from | You will also hear from |
| 54 | 5 | Them | They |
| 55 | 17 | I'm | You'll |
| 55 | 18 | I'm | You'll |
| 56 | 1 | defendant,s | defendant |
| 58 | 15 | bit coin | bitcoin |
| 70 | 4 | MR. SERRIN | MR. TURNER |
| 71 | 5 | MR. SERRIN | MR. TURNER |
| 71 | 8 | will important | will be important |
| 71 | 12 | MR. SERRIN | MR. TURNER |
| 71 | 16 | MR. SERRIN | MR. TURNER |
| 71 | 23 | MR. SERRIN | MR. TURNER |
| 73 | 9 | IMS | INS |
| 85 | 3 | MR. SERRIN | MR. TURNER |
| 86 | 15 | MR. SERRIN | MR. TURNER |
| 89 | 24 | MR. SERRIN | MR. TURNER |
| 107 | 20 | it | is |
| 150 | 22 | Their | They're |
| 161 | 20 | neck | next |
| 169 | 25 | shopping | shipping |
| 193 | 15-16 | taking over account it | taking over accounts |
| 211-212 | 25-1 | It's an online with add words | It's an online reference |
| 214 | 23 | contract | account |
| 223 | 10 | MR. TURNER | THE COURT |
| 239 | 23 | UCC | UTC |
| 276 | 8 | forum violation | foundation |
| 313 | 1 | defendant that they | information that he |
| 314 | 22 | I | he |
| 330 | 8 | exchanged | changed |
| 334 | 11 | the rest | the arrest |

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 13 | 12 | Jerrod DerYeghiayan | Jared Der-Yeghiayan |
| 31 | 19 | MR. SERRIN | MR. TURNER |
| 32 | 1 | MR. SERRIN | MR. TURNER |
| 418 | 19 | talk | take |
| 429 | 23 | The same thing but different. | samesamebutdifferent |
| 431 | 3 | taught | thought |
| 473 | 18 | were other | were others |
| 528 | 23 | Anal | And |
| 533 | 22 | silkforum.org | bitcointalk.org forum |
| 543 | 24 | bitcoin.talk | bitcointalk |
| 544 | 5 | bitcoin.talk | bitcointalk |
| 544 | 14 | bitcoin talk.org | bitcointalk.org |
| 594 | 4-5 | But the defense's submission | But based on the defense's submission |
| 594 | 13 | the implication was hey | the implication was: "Hey |
| 594 | 14 | pay me $250,000 if it | pay me $250,000." It |
| 594 | 15 | the Mark Karpeles | with Mark Karpeles |
| 594 | 17 | authorities, that | authorities, and that |
| 594 | 20 | complement | imply |
| 595 | 13 | Anad | Anand |
| 597 | 19 | Anad | Anand |
| 598 | 5 | Anad | a lot |
| 598 | 11 | example of it | example of how it |
| 598 | 12 | ask him you | ask him, "You |
| 598 | 14 | parallels instead | parallels?" instead |
| 599 | 5 | asking did you | asking, "Did you |
| 599 | 6 | Anad | Anand |
| 599 | 7 | compare it to DPR, first | compare it to DPR?", first |
| 600 | 14 | Anad | Anand |
| 600 | 14 | he told him 250,000 | he told him pay me 250,000 |
| 600 | 19 | user from above. | user "deathfromabove." |
| 601 | 6 | Anad | Anand |
| 601 | 8 | Anad | Anand |
| 601 | 13 | Anad | Anand |

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 13 | 12 | Jerrod DerYeghiayan | Jared Der-Yeghiayan |
| 31 | 19 | MR. SERRIN | MR. TURNER |
| 32 | 1 | MR. SERRIN | MR. TURNER |
| 602 | 20 | Just as a backup. | I have this just as a backup. |
| 602 | 22 | which is particular thing? | with this particular witness? |
| 606 | 9 | memo posts of Anad | forum posts of Anand |
| 606 | 11 | Anad | Anand |
| 606 | 14 | Anad | Anand |
| 607 | 24 | Anad | Anand |
| 608 | 6 | Anad | Anand |
| 609 | 14 | whether or not -- the AA posts are not whether | whether or not -- the AA posts -- is not whether |
| 618 | 20 | made | may |
| 701 | 22 | what Scott, the agent, read | what the agent read |
| 706 | 22 | or this agent did not | and this agent did not |
| 722 | 20 | MR. DRATEL | THE COURT |
| 738 | 21 | Clear. It is a choice point. | CLEAR. It is a database. |
| 738 | 23-24 | things of that linked | things of that nature linked |
| 770 | 17 | Anad | Anand |
| 770 | 21 | Anad | Anand |
| 772 | 7 | Anad | Anand |
| 772 | 8 | Anad | Anand |
| 772 | 24 | Anad | Anand |
| 773 | 8 | Anad | Anand |
| 773 | 11 | Anad | Anand |
| 773 | 17 | Anad | Anand |
| 774 | 3 | THE CLERK | THE COURT |
| 783 | 3 | harsh | hash |
| 789 | 13 | That available there | That is available there |
| 873 | 12 | 22B | 222B |
| 874 | 25 | This squid | This is squid |
| 899 | 17 | Simone | cimon |
| 1006 | 17 | probability | probably |
| 1018 | 11 | Your Honor, may approach the witness | Your Honor, may I approach the witness |

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 13 | 12 | Jerrod DerYeghiayan | Jared Der-Yeghiayan |
| 31 | 19 | MR. SERRIN | MR. TURNER |
| 32 | 1 | MR. SERRIN | MR. TURNER |
| 1023 | 22 | The 16 gig thumb drives. | The 16 gig thumb drive. |
| 1037 | 25 | paragraph | photograph |
| 1091 | 5 | fine | Fine |
| 1092 | 13 | I'M | I'm |
| 1094 | 14 | I have reunited | I had reunited |
| 1094 | 18 | just now starting college | just starting college |
| 1103 | 4 | ques..on | question |
| 1145 | 8 | prior consistent statement | prior inconsistent statement |
| 1186 | 13 | some jurors, as you folks know, who has | some jurors, as you folks know, who have |
| 1267 | 15 | RossUlbricht@G mail.com | rossulbricht@gmail.com |
| 1267 | 23 | Ross Ulbricht@Gmail.com | rossulbricht@gmail.com |
| 1268 | 1 | October 78, 2013 | October 8, 2013 |
| 1280 | 16 | The date 8/16-201, Ross | The date 8/16/2010, Ross |
| 1357 | 13 | anythign | anything |
| 1381 | 5 | Julio | Julia |
| 1431 | 25 | linked in | LinkedIn |
| 1456 | 19 | user, Allison, on | user, "Allison", on |
| 1457 | 23 | Rossulbricht@Gmail.com | rossulbricht@gmail.com |
| 1835 | 17 | Bitcoin.And the | Bitcoin. And the |
| 2016 | 23 | waylaid | delayed |
| 2019 | 10 | just not to know eachother | just got to know each other |
| 2053 | 12 | Alex miller | Alex Miller |
| 2085 | 7 | create reflection of | accurate indication of |
| 2085 | 10-11 | it prejudicial | it is prejudicial |
| 2085 | 17 | about like the sort of person | about what the sort of person |
| 2085 | 20-21 | as now Mr. Ulbricht doesn't fit | as evidence of how Mr. Ulbricht doesn't fit |
| 2089 | 22 | conscious, that there was | conscious, but that there was |
| 2090 | 5 | not for the true | not for the truth |
| 2090 | 10 | come in for | coming in for |
| 2090 | 15 | means knowledge | means nothing |

| Page | Line | Current Text | Change Requested |
|---|---|---|---|
| 13 | 12 | Jerrod DerYeghiayan | Jared Der-Yeghiayan |
| 31 | 19 | MR. SERRIN | MR. TURNER |
| 32 | 1 | MR. SERRIN | MR. TURNER |
| 2091 | 6 | No,s it's not, | No, it's not |
| 2093 | 6-7 | wild accusations stuff | wild accusations, stuff |
| 2093 | 9 | that, hmm, this is interesting | that the jury might say, hmmm, this is interesting |
| 2101 | 18 | times? | times. |