

US v Ulbricht, 14 Cr 68 (KBF) - proposed revised corrections
Turner, Serrin (USANYS)
to:
forrestnysdchambers@nysd.uscourts.gov
10/05/2015 05:32 PM
Cc:
"Howard, Timothy (NSD) (JMD)", "Joshua L. Dratel (jdratel@joshuadratel.com)", Lindsay Lewis
Hide Details
From: "Turner, Serrin (USANYS)" <Serrin.Turner@usdoj.gov>

To: "forrestnysdchambers@nysd.uscourts.gov" <forrestnysdchambers@nysd.uscourts.gov>

Cc: "Howard, Timothy (NSD) (JMD)" <Timothy.Howard2@usdoj.gov>, "Joshua L. Dratel (jdratel@joshuadratel.com)" <jdratel@joshuadratel.com>, Lindsay Lewis <LLewis@joshuadratel.com>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 07 2015
```

Ordered
Post to docket.
K.B. For
wJDJ
10/7/15

History: This message has been forwarded.

1 Attachment

Corrections - Revised 9.14.15.pdf

Pursuant to discussions with chambers, I am attaching a revised version of the Government's proposed corrections to the Ulbricht trial transcript. Changes to the original version (which are slight) are reflected in red. If there are any additional revisions to the corrections that chambers believes should be made, please let me know and I can make them before filing the revised corrections on ECF.

I have run these corrections past defense counsel, who have not voiced any objection to the revisions.

Thank you.

Serrin Turner
Assistant United States Attorney

U.S. Attorney's Office, Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007
Desk: 212-637-1946
Cell: 646-660-4815
Fax: 212-637-2429
Email: serrin.turner@usdoj.gov