

Bitcoin is an innovative payment network and a new kind of money.



Cited in US v Ulbricht
14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

 Instant peer-to-peer transactions

 Worldwide payments

 Zero or low processing fees

Bitcoin uses peer-to-peer technology to operate with no central authority or banks; managing transactions

and the issuing of bitcoins is carried out collectively by the network. **Bitcoin is open-source; its design is public, nobody owns or controls Bitcoin and** everyone can take part. Through many of its unique properties, Bitcoin allows exciting uses that could not be covered by any previous payment system.

Get started with Bitcoin

Or get a quick overview for

Individuals    Businesses    Developers

Network Status    Legal    About bitcoin.org

© Bitcoin Project 2009-2014 Released under the MIT license

A community website sponsored by  The Bitcoin Foundation

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.