

This website uses cookies. For more information, please visit the **Privacy and Cookies Policy**. Click **here** to acknowledge and hide this message.

# Cambridge Dictionaries

**Search!**

### English definition of "funds"

# funds

*plural noun* US 🔊 /ˈfʌndz/

▶ **money , often money for a specific purpose :**
   I'm short of/ low on funds at the moment .
   The Brownies sold cookies to raise funds for their troop .

(Definition of funds plural noun from the Cambridge Academic Content Dictionary © Cambridge University Press)
Focus on the pronunciation of funds

Free: Learn English words with Cambridge
150k people learning this
Powered by Memrise.com

**Become a fan on Facebook**

**Follow us on Twitter!**

### More American English definitions for "funds"

**fund** *noun*
**fund** *verb*

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

**mutual fund** noun
**pension fund** noun

See all results »

## Word of the Day

**grand prix**
one of a series of important international races for very fast and powerful cars
Word of the Day 

## Learn

Dictionary Apps

Help

In Print

Memrise

Search from your Browser

Word of the Day

## Share

Blog

Facebook

New Words

Twitter

## Develop

Dictionary API

Double-Click Lookup

Search Widgets

License Data

## About

Accessibility

Cambridge English Language Teaching

Cambridge University Press

Cookies and Privacy

Corpus

Terms of Use

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright. Further reproduction is prohibited without permission.

British Version    |    American Version    |    Spanish Version

© Cambridge University Press 2014

Cited in US v Ulbricht
14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.