

# Getting started with Bitcoin

Using Bitcoin to pay and get paid is easy and accessible to everyone.

## How to use Bitcoin

### 1. Inform yourself

Bitcoin is different than what you know and use every day. Before you start using Bitcoin, there are a few things that you need to know in order to use it securely and avoid common pitfalls.

Read more

### 2. Choose your wallet

You can bring a Bitcoin wallet in your everyday life with your mobile or you can have a wallet only for online payments on your computer. In any case, choosing your wallet can be done in a minute.

Choose your wallet

### 3. Get bitcoins

You can get bitcoins by accepting them as a payment for goods and services or by buying them from a friend or someone near you. You can also buy them directly from an exchange with your bank account.

Find an exchange

### 4. Spend bitcoins

Cited in US v Ulbricht 14cr68. Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

There is a growing number of services and merchants accepting Bitcoin all over the world. You can use Bitcoin to pay them and rate your experience to help honest businesses to gain more visibility.

Find merchants

## How to accept Bitcoin

### 1. Inform yourself

Bitcoin does not require merchants to change their habits. However, Bitcoin is different than what you know and use every day. Before you start using Bitcoin, there are a few things that you need to know in order to use it securely and avoid common pitfalls.

Read more

### 2. Processing payments

You can process payments and invoices by yourself or you can use merchant services and deposit money in your local currency or bitcoins. Most point of sales businesses use a tablet or a mobile phone to let customers pay with their mobile phones.

Find merchant services

### 3. Accounting and taxes

Merchants often deposit and display prices in their local currency. In other cases, Bitcoin works similarly to a foreign currency. To get appropriate guidance regarding tax compliance for your own jurisdiction, you should contact a qualified accountant.

Read more

### 4. Gaining visibility

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

There is a growing number of users searching for ways to spend their bitcoins. You can submit your business in online directories to help them easily find you. You can also display the Bitcoin logo on your website or your brick and mortar business.

Submit your business

Network Status    Legal    About bitcoin.org

© Bitcoin Project 2009-2014 Released under the MIT license

A community website sponsored by  The Bitcoin Foundation

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.