

| Home | Business | Markets | Investing | Economy | Tech | Personal Finance | Small Business | Luxury | Media |

Mobile   Security   Social   Innovation Nation   Enterprise   Tech30   Interactive   Video

# 8 things you can buy with bitcoins right now

Funny money? Think again. There are lots of places -- and ways -- you can spend bitcoins. Here's are a few.

      1 of 8

## Subway sandwich

 NEXT

The "five-dollar foot-long" Subway jingle isn't the same in bitcoins, especially when it's a weird total like 0.006 BTC. In any case, that's close to what it'll cost you for a BLT on 9-grain honey oat at a Subway **location** in Allentown, Penn.

The shop owner, Sapan Shah, started accepting the currency three weeks ago. On an average day, maybe three customers use the virtual currency. But he's already made the process seamless -- as long as customers don't mind using the smartphone app Coinbase.

Shah is ecstatic that Subway corporate is open to his experiment. Still, bitcoins only get him so far. He still needs to convert them to cash every week to pay his bills.

**NEXT: Auctioned art & antiques**

BY **JOSE PAGLIERY**   **@JOSE_PAGLIERY** - LAST UPDATED NOVEMBER 26 2013 10:27 AM ET

 NEXT

|   |   | 28 | 77 |

## More Bitcoin news

 Senate takes a close look at Bitcoin

 bitcoin creator may have ties to Silk Road founder

 Why China wants to dominate Bitcoin

Cited in US v Ulbricht 14-cr-68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

**105**
TOTAL SHARES

   

### Search for Jobs

Millions of job openings!

- Accounting
- Finance
- Marketing
- Engineering
- Management
- Sales

Search     SEE ALL JOBS

glassdoor

#### Sponsored Links

**LifeLock® Official Site**
Purchase the LifeLock Ultimate® Plan and Stay Protected
LifeLock.com

**Hot Stock Alert - TAYO**
TAYO Adds Second West Texas Property to Portfolio. Invest Now!
thirdavenuedevelopment.com

**Bring Your Own Phone**
Get Unlimited* Talk, Text, & Data for $45/mo. Switch for $6.99!
StraightTalk.com

Buy a link here

### Most Popular Videos        by Taboola

 Diane Sawyer out as ABC World News

 The back story of Netflix's biggest show

 Angelina Jolie's "Maleficent" millions

 Hugh Jackman's 'X-Men' millions

## You May Also Like                Sponsored Content by Taboola


**Little Known Way to Pay Off Mortgage**
One Smart Penny


**Here's Why You No Longer Need A Human Financial Advisor**
Business Insider


**How Wealthy People Use Credit Cards To Their Advantage**
Next Advisor Daily

### More from CNN Money

- Obama: 'What have you done to my house?'
- Retailers score with $90 World Cup jerseys
- Inside the 'most powerful muscle car' ever made
- Move over 3D, 4K TV is coming 
- Why Starbucks is paying for college
- App turns your face into a cartoon

### Around the Web

If you use Gmail, you'll hate you never tried this. Andrew Skotzko

Devastated Daddy: 'Jersey Shore' Star Pauly D Will Miss Infant Daughter's First Birthday Because Of Custody Drama RadarOnline

National Geographic's Idea Of What America Will Look Like In 2050 Is Remarkable. Check Out These Photos ReDiscoverIt.net

Scientists have found "God's bathtub," a lake totally untouched by climate change Grist

[what's this]

#### Sponsored Links

**LifeLock® Official Site**
Purchase the LifeLock Ultimate® Plan and Stay Protected

**Hot Stock Alert - TAYO**
TAYO Adds Second West Texas Property to Portfolio. Invest Now!

**Bring Your Own Phone**
Get Unlimited* Talk, Text, & Data for $45/mo. Switch for $6.99!

**Map Your Flood Risk**
Find Floodplan Maps, Facts, FAQs, Your Flood Risk Profile and More!

Buy a link here

### Most Popular

 Stocks charging back

 Female Yahoo exec sued for sexual harassment

 Citi pay $7 billion in mortgage settlement

## Join the Conversation                    DISQUS

Cited in US v. Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

CNN Money

About CNNMoney
- Contact Us
- Advertise with Us
- User Preferences
- Closed Captioning

Content
- Business
- Markets
- Investing
- Economy
- Tech
- Personal Finance
- Small Business
- Luxury
- Media
- Video
- Interactive

Site Tools
- Site Map
- Watchlist
- Portfolio
- Job Search
- Real Estate Search
- Mortgage and Savings Center
- Calculators
- Corrections
- Market Data Alerts
- News Alerts

Stay Connected
- My Account
- Mobile Site & Apps
- Facebook
- Twitter
- LinkedIn
- YouTube
- RSS Feeds
- Newsletters
- Tumblr
- Google+

Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer Morningstar: © 2014 Morningstar, Inc. All Rights Reserved. Disclaimer The Dow Jones Indexes SM are proprietary to and distributed by Dow Jones & Company, Inc. and have been licensed for use. All content of the Dow Jones Indexes SM © 2014 is proprietary to Dow Jones & Company, Inc. Chicago Mercantile Association. The market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. FactSet Research Systems Inc. 2014. All rights reserved. Most stock quote data provided by BATS.

© 2014 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy. AdChoices.

Cited in US v Ulbricht 14cr68 Decided 7/9/14
Archived on 7/14/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

