

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 23, 2016

By ECF

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Ross William Ulbricht*, **S1 14 Cr. 68 (KBF)**

Dear Judge Forrest:

      The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter. AUSA Timothy Howard will remain counsel of record in the case.

      Respectfully,

      PREET BHARARA
      United States Attorney

By: _____
      SERRIN TURNER
      Assistant United States Attorney
      Southern District of New York

cc:    Joshua Dratel, Esq.