

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 23, 2016

<u>By ECF</u>

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 4 2016
```

Re:   *United States v. Ross William Ulbricht*, S1 14 Cr. 68 (KBF)

Dear Judge Forrest:

The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter. AUSA Timothy Howard will remain counsel of record in the case.

Respectfully,

PREET BHARARA
United States Attorney

By: *[signature]*
SERRIN TURNER
Assistant United States Attorney
Southern District of New York

cc:   Joshua Dratel, Esq.

So ordered,
KBF.
USDJ
2/23/16