UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

ROSS WILLIAM ULBRICHT,
    a/k/a "Dread Pirate Roberts,"
    a/k/a "Silk Road,"
    a/k/a "DPR,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF CASE

NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION

14 Cr. 68 (KBF)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case (in addition to AUSAs already on the case) and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York

                           by: /s/ Michael D. Neff
                              Michael D. Neff
                              Assistant United States Attorney
                              (212) 637-2107