UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14 Cr. 68 (KBF) |
| Plaintiff, | MOTION FOR ADMISSION |
| -v- | *PRO HAC VICE* |
| ROSS WILLIAM ULBRICHT, | |
| Defendant. | |

-----------------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul Grant, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Ross William Ulbricht in the above-captioned case.

I am in good standing at the bar of the state of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 6/23/2017

                                                            Respectfully submitted,

                                                            /s/ Paul Grant
                                                            Paul Grant
                                                            Law Office of Paul Grant
                                                            P.O. Box 2720
                                                           Parker CO 80134
                                                           Telephone: 303-909-6133
                                                           Email: paul_pglaw@yahoo.com