UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,                        14 Cr. 68 (KBF)

                Plaintiff,                DECLARATION IN SUPPORT OF
                                           MOTION FOR ADMISSION
       -v-                              *PRO HAC VICE*

ROSS WILLIAM ULBRICHT,

                Defendant.

-----------------------------------------------------X

STATE OF COLORADO    )
                              ) ss.:
CITY AND COUNTY    )
OF DENVER                )

      I, Paul Grant, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury:

      1. I am an attorney licensed to practice law in the State of Colorado and in good standing at the bar of the state of Colorado.  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I make this declaration in support of my motion for admission to the bar of this court to appear *pro hac vice* in this case.

      2.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: 6/23/2017                                Respectfully submitted,

                                            /s/ Paul Grant
                                            Paul Grant
                                            Law Office of Paul Grant