USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___June 29, 2017___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

            -v-

ROSS WILLIAM ULBRICHT,

                        Defendant.
------------------------------------------------------X

14 Cr. 68 (KBF)

ORDER FOR ADMISSION

*PRO HAC VICE*

The motion of Paul Grant for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing at the bar of the state of Colorado; and that his contact information is as follows:

    Applicant's Name: Paul Grant
    Firm Name: Law Office of Paul Grant
    Address: P. O. Box 2720
    City/ State/ Zip: Parker CO 80134
    Telephone: 303-909-6133

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Ross William Ulbricht in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 6/29/17

_____
United States District/ ~~Magistrate Judge~~