UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,                14 Cr. 68 (KBF)

              Plaintiff,                MOTION FOR RECUSAL

      -v-

ROSS WILLIAM ULBRICHT,

             Defendant.

-----------------------------------------------------X

Pursuant to 28 U.S.C. § 455, defendant Ross Ulbricht hereby moves the Court for an Order recusing the court in this matter.  This motion is based upon the Memorandum of Law in Support of Motion for Recusal, the Declaration of Ross Ulbricht, and the Declaration of Paul Grant In Support of Motion for Recusal, each of which is submitted with this motion.

Dated: 2/5/2018

                                          Respectfully submitted,

                                          /s/ Paul Grant
                                          Paul Grant
                                          Law Office of Paul Grant
                                          P.O. Box 2720
                                          Parker CO 80134
                                          Telephone: 303-909-6133
                                          Email: paul_pglaw@yahoo.com