UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

ROSS WILLIAM ULBRICHT,

                Defendant.

-----------------------------------------------------X

14 Cr. 68 (KBF)

MEMORANDUM OF LAW
IN SUPPORT OF MOTION
FOR RECUSAL

*[Handwritten annotation:] Ordered. This is frivolous and full of many misstatements of the record. It is DENIED without need for any further briefing. /s/ KBF 2/5/18*

    On February 4, 2015, Defendant Ross Ulbricht was convicted by his jury of various offenses and he was subsequently sentenced by the court to life imprisonment. Mr. Ulbricht has appealed his convictions and sentence to the Second Circuit Court of Appeals, and his appeal has been denied. On December 22, 2017, Mr. Ulbricht submitted his petition for writ of certiorari to the Supreme Court, and his petition is currently pending.

    There have been no proceedings in this court since Mr. Ulbricht was sentenced on May 29, 2015. Mr. Ulbricht now intends to pursue his right to file a Rule 33 Motion for New Trial Based on Newly Discovered Evidence, a motion which is due on or before February 5, 2018.

    Mr. Ulbricht is entitled to have his Rule 33 Motion and all other proceedings in this case presided over by a fair and impartial judge. A judge "shall disqualify [herself] in a proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). A judge must recuse herself in a proceeding in which the judge has a personal bias or prejudice concerning a

1