UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                        ECF CASE
------------------------------------------------------X
UNITED STATES OF AMERICA

                 v.                                NOTICE OF APPEARANCE AND REQUEST
                                            FOR ELECTRONIC NOTIFICATION

ROSS WILLIAM ULBRICHT,                                               14 Cr. 68 (KBF)

                 Defendant.
------------------------------------------------------X


TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney for the
                                                Southern District of New York

                                         by:_____
                                                Eun Young Choi
                                                Assistant United States Attorney
                                                (212) 637-2187


TO:    Defense Counsel (via ECF)