F1dgulbvd1                    Voir Dire

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA

4             v.                        14 CR 68(KBF)

5   ROSS WILLIAM ULBRICHT,
      a/k/a "Dread Pirate Roberts,"
6     a/k/a "DPR,"
      a/k/a "Silk Road,"
7
                  Defendant.
8
    ------------------------------x
9
                                       New York, N.Y.
10                                     January 13, 2015
                                       10:30 a.m.
11

12  Before:

13                 HON. KATHERINE B. FORREST,

14                                     District Judge

15                          APPEARANCES

16

17  PREET BHARARA
         United States Attorney for the
18       Southern District of New York
    SERRIN TURNER
19  TIMOTHY HOWARD
         Assistant United States Attorneys
20
    JOSHUA DRATEL
21  LINDSAY LEWIS
    JOSHUA HOROWITZ
22       Attorneys for Defendant

23  ALSO PRESENT:   NICHOLAS EVERT, AUSA Paralegal
                    MOLLY ROSEN, AUSA Paralegal
24                  VINCENT D'AGOSTINO, Special Agent, FBI
                    LINDA MORENO, Trial Consultant
25

F1dgulbvd1                    Voir Dire

1            (In open court)

2            (Prospective jury panel sworn)

3            THE COURT:  Good morning, everyone.  Please be seated.

4        Ladies and gentlemen, I know it's crowded in here.

5    And the way this process works is, we'll start moving people

6    pretty quickly.  We're going to put 16 people pretty quickly

7    into the box and people can start filling in with some of the

8    seats.  And then there will be a lot of fluid movement and some

9    people will be excused and there will be some more seats

10   opening up, so this standing won't last very long.

11           My name is Judge Katherine Forrest and I am the judge

12   in this matter, which is a criminal matter.  And we're going to

13   be picking a jury today for this criminal matter.  It's

14   expected that this trial is going to last somewhere between

15   four and six weeks.

16           Now, I know that you folks have already filled out the

17   written questionnaires and that was step one last week in

18   selection of the jury for this case.  Today is the second and

19   final step of that jury selection process.  So let me describe

20   for you folks how we're going to proceed and then get the

21   people the first 16 into the box.

22           What we're going to do is have the 16 in the box and

23   then I'm going to ask some questions, but I'm going to need

24   everybody to listen because you may well be, if you're not

25   initially put in the box, you may be put in the box at some

F1dgulbvd1                    Voir Dire

1    point.  It is always the case that whoever the first 16 that's

2    in the box, not all of them end up in the box by the time we're

3    done.  There's always some movement.  So we always have a

4    situation where people from the audience then are called upon

5    to fill in.

6            Now, you've all been given a list of just biographical

7    questions and the pen.  The pen is not for you to fill out that

8    biographical information.  The pen is really for you to use the

9    back of that piece of paper, the blank side, to write down

10   anything you want to remember as we're going along.

11           For instance, I'll be asking questions of the folks in

12   the box, you out there if you're not picked will be listening,

13   and if you believe that you would have had a yes answer to one

14   of my questions, you might want to just note that down so that

15   when I put you in the box and I say were there any questions

16   that I asked that you would have answered yes to, you'll say

17   oh, sure, there were, and on the back of your piece of paper

18   you'll have noted down what they were, all right.

19           I'm going to have Joe, just because there are so many

20   people here right now, put the first 16 in the box.  It will be

21   random.  The first 12 will be the first jury panel and then the

22   other four are the alternate jurors, but again, there will be

23   some fluid movement between folks out there and in here.

24           Joe, why don't you put the first 16 in the box.  We do

25   it in a random -- sort of like an old Bingo wheel to pick your

F1dgulbvd1                     Voir Dire

1    names out.  Literally, your cards are in there and he puts his

2    hand in and picks it out.

3          THE DEPUTY CLERK:  The first prospective juror, Juror

4    No. 50, 50.  Juror no. 50, please take the first seat in the

5    first row closest to me, right here.  You might want to walk

6    around to make it easy for you.

7          Juror no. 49, 49.  Juror no. 49, please take the

8    second seat in the first row closest to me.  The third

9    prospective juror, juror no. 181.  Juror 181, please take the

10   third seat in the first row closest to me.  The fourth

11   prospective juror, juror no. 65.  Juror no. 65, please take the

12   fourth seat in the first row closest to me.  The fifth

13   prospective juror, juror no. 101, 101.  Juror no. 101, please

14   take the fifth seat in the first row closest to me.  The sixth

15   prospective juror, juror no. 102, 102.  Please take the sixth

16   seat in the first row furthest from me.  The seventh

17   prospective juror, juror no. 154.  Juror no. 154, please take

18   the first seat in the second row closest to me.

19         THE COURT:  You can walk all the way around this way

20   if it's easier.

21         THE DEPUTY CLERK:  The eighth prospective juror, juror

22   no. 143.  143, please take the second seat in the second row

23   closest to me, second seat, second row.  The ninth prospective

24   juror, juror no. 63.  Juror no. 63, please take the third seat

25   in the second row closest to me.  The tenth prospective juror,

F1dgulbvd1                    Voir Dire

1    juror no. 140, 140.  Juror no. 140, please take the fourth seat

2    in the second row.

3         The eleventh prospective juror, juror no. 153, 153.

4    Juror no. 153, please take the fifth seat in the second row.

5    The 12th prospective juror, juror no. 38.  Number 38, please

6    take the sixth seat in the second row.  Prospective alternate

7    juror no. 1, juror no. 61.  Number 61, please take the second

8    seat closest to me in the last row.  Prospective alternate

9    juror no. 2, juror 59, 59.  Mr. 59, please take the second seat

10   in the last row.  I realize I just said Mr. 59, I apologize.

11   Alternate prospective juror no. 107.  Please take the third

12   seat in the last row.  And the last prospective alternate juror

13   no. 4, four, juror 106.  Number please take the seat in the

14   last row.

15        THE COURT:  Thank you, everyone.  As I said, I want

16   everybody to be listening to the questions because I'll be

17   asking some of you, without a doubt, to fill in a spot now and

18   again.  So a number of you will come from the back of the room

19   into the jury box and I will, at that time, ask you were there

20   any questions which I asked to which you had a yes answer.  So

21   you'll want to keep track of those on the back of your piece of

22   paper so that you can remember those.

23        Now, before I do that, I want to give you folks just

24   some preliminary instructions.  The purpose of these questions

25   is to enable us to select a jury that's going to be fair and

1    impartial in this case.  Now, my questions to you and your

2    answers to those questions are in no sense evidence in this

3    case and you shouldn't regard them or any thoughts that they

4    may raise in your minds as having any bearing on this case.

5           The questions are not meant to embarrass you in any

6    way, but just to elicit the basic kinds of information that we

7    need for the jury selection process.

8           Now, your oath obligates you to give fair and truthful

9    answers to the questions that I'm going to ask of you.  It's

10   your solemn duty to serve as a fair and impartial juror if

11   you're able to do so, but it is equally your solemn duty not to

12   serve if, for any reason, you cannot be fair and impartial in

13   this case.  Accordingly, you have to disclose to the Court any

14   fact or belief that might prevent you from being fair and

15   impartial in this case.

16          And there will be an opportunity if, after asking all

17   of the questions, you still think there's something that

18   prevents you from being fair and impartial, there will be an

19   opportunity for you to indicate that at the time.

20          Now, it's very important that you don't say anything

21   in open court about the parties in this case or about views

22   that you have that could tend to impair the open-mindedness of

23   the others around you.  So if you believe that one of your

24   answers to a question requires you to give more explanation,

25   then I'm going to have you come over to what we call side bar,

F1dgulbvd1                    Voir Dire

which is an area over to my right, and then the court reporter
comes over and we have you tell us that answer if it needs more
explanation privately with the lawyers and with me.

So if you feel like you need to give a fuller
explanation that might impair other's open-mindedness, don't
just blurt it out.  We'll have you come on over and do it at
side bar.

Now, as I said earlier, this is a criminal case, which
means that the defendant is punishable under the laws of the
United States if the jury finds him guilty beyond a reasonable
doubt of the crimes charged.  In a criminal case, the defendant
is presumed innocent until proven guilty.  It's the
government's burden of proof to establish the defendant's guilt
beyond a reasonable doubt.  And I'm going to instruct the jury
on what this burden of proof means after the evidence is
presented.

Now, the charges against a criminal defendant are
included in a document that we call an indictment.  An
indictment is merely an accusation.  It's a statement from the
government about what the government intends to prove at a
criminal trial.  It's not evidence against the defendant, and
you cannot draw any negative inference against him from its
existence.

The defendant here has pled not guilty to each of the
charges against him.  The accusations and the denial by the

F1dgulbvd1                    Voir Dire

defendant of those accusations, that raises questions of fact
which a jury then is tasked with deciding.  The jury in a
criminal case decides the questions of fact, not the judge, the
jury.

          The only evidence that you can consider as bearing on
a defendant's guilt is the evidence received in this trial,
which is going to consist of testimony of witnesses under oath
and exhibits that the Court receives into evidence.  I have no
knowledge of the facts of this case and nothing that I ever say
constitutes evidence.

          Now, what I'm going to do is briefly summarize the
charges against the defendant now and then we're going to go on
to the questions I told you I would ask.

          Now, as I told you, the indictment is simply an
accusation containing charges.  It is not evidence.  Here, the
indictment charges an individual by the name of Ross William
Ulbricht who the government alleges used the aliases Dread
Pirate Roberts or the three letters DPR and Silk Road.  The
indictment charges him in seven counts, all of the counts
concern the defendant's alleged operation and management of an
alleged black market Internet website known as Silk Road
between the years 2011 and 2013.

          The government alleges that the defendant deliberately
designed and administered Silk Road to enable users to buy and
sell illicit drugs and other illegal goods and services,

F1dgulbvd1                    Voir Dire

1    including computer-hacking tools and services and false

2    identification documents, and to do so anonymously and outside

3    of the reach of law enforcement.

4           Now, I want to assure you that while the facts in this

5    case involve a website and involve the Internet, you don't have

6    to have any particular expertise to serve as a juror on this

7    case because all of the evidence that you are going to need to

8    render a verdict will be evidence received into evidence at

9    this trial.

10          Now, Counts One through Four charge the defendant with

11   various narcotics offenses based on illegal drugs that were

12   allegedly sold on Silk Road.  Count Five charges the defendant

13   with conspiring to commit or help other commit computer-hacking

14   based on the alleged sale of computer-hacking tools and

15   services on Silk Road.  Count Six charges the defendant with

16   conspiring to traffic in false identification documents based

17   on the alleged sale of fake IDs, fake passports and other

18   fraudulent identification documents on Silk Road.  And finally,

19   Count Seven charges the defendant with conspiring to commit

20   money laundering based on the payment system used on Silk Road

21   which relied on Bitcoins, a form of digital payment.  The

22   government alleges that the defendant designed Silk Road's

23   particular payment system to facilitate the illegal

24   transactions that were conducted allegedly on Silk Road and to

25   conceal the proceeds of those transactions from law

F1dgulbvd1                    Voir Dire

enforcement.  The defendant denies all of the charges in the

indictment and has pled not guilty to all of them.

          Now, I'm going to start asking the questions.  So if

anyone has a yes answer who is in the jury box, please raise

your hand and I'll take you one by one.  If you're in the

audience and you have a yes answer to one of my questions, make

sure that you note it down using the piece of paper and the pen

that you have been provided.

          Ladies and gentlemen, does any juror have any personal

knowledge or knowledge from other sources of the charges in the

indictment against this defendant?

          Does any juror feel that he or she could not view a

case involving these charges fairly and impartially?

          Does any juror believe that the actions involved in

such charges should not be a crime?

          As I noted before, the defendant in this case is named

Ross William Ulbricht.  I'm going to ask the defendant, please,

sir, to stand.  Does any juror feel any bias or prejudice

against this defendant?  You may be seated, sir.  Thank you.

          Does any juror know Mr. Ulbricht or has any juror or

have any of the juror's friends, relatives or associates that

you know of had any dealings with him, either directly or

indirectly?

          Does any juror have any bias for or against the U.S.

government, the United States Attorney's Office or any federal

F1dgulbvd1                    Voir Dire

1    or state law enforcement agency or for or against people who

2    work in law enforcement?

3            Does any juror have any opinion about the enforcement

4    of federal laws in general or federal cyber crime laws in

5    particular that might prevent you from being fair and impartial

6    in this case?

7            Does any juror have any opinion about the drug laws or

8    drug legalization that might affect your ability to be fair and

9    impartial in this case?

10           Has any juror served in the military, police,

11   intelligence or security services of any other nation, state or

12   political entity?

13           Now, this case is likely to receive ongoing media

14   attention.  The Court wants to make sure that this case is

15   decided solely on the evidence in the courtroom and not based

16   on things that are said outside of the courtroom.  Accordingly,

17   I will be advising you regularly, and indeed at every break,

18   that you must avoid speaking to anybody about the case and to

19   avoid reading about the case in newspapers, watching anything

20   on television, reading anything on the Internet about this

21   case.

22           Is there anybody who has a problem following those

23   requirements?  I'm sorry.

24           THE DEPUTY CLERK:  Number four.

25           THE COURT:  Number four, is it because you have

F1dgulbvd1                      Voir Dire

1    already seen something about this case?

2              JUROR:  No.  I can't make the four to six weeks.

3              THE COURT:  You can't make the four to six weeks?

4    Okay.  We're going to get to the timing issue in a few moments

5    and then we'll have an opportunity for people to flag

6    particular issues they may have.

7              As it happens from time to time when a courthouse like

8    this big federal courthouse is picking juries all over the

9    courthouse, sometimes there are people out in front handing out

10   fliers and there may have been people out there today handing

11   out fliers.  Did any of the prospective jurors here in the box

12   take one of those fliers?

13             We have juror no. 6.  Anybody else?  Juror no. 7,

14   juror no. 8.  Anyone else?  Okay.  Six, seven, eight and

15   alternate number four.

16             Let me just start with juror no. 6, did you read the

17   flier?

18             JUROR:  No, not yet.

19             THE COURT:  Would you mind putting that flier to the

20   side and not reading it until you have been dismissed as a

21   juror or if you're retained as a juror not looking at it until

22   the conclusion of this case?

23             JUROR:  Okay.

24             THE COURT:  Juror no. 7, have you read the flier?

25             JUROR:  No.

F1dgulbvd1                    Voir Dire

1          THE COURT:  Would you mind doing the same thing,
2   putting that flier aside, not reading it until you are either
3   dismissed or until the conclusion of this case?
4          JUROR:  Certainly.
5          THE COURT:  Juror no. 8, have you read the flier?
6          JUROR:  No.
7          THE COURT:  Would you mind doing the same thing,
8   putting it aside and not reviewing it until the conclusion of
9   this case?
10          JUROR:  No, I don't mind.
11          THE COURT:  What's that?
12          JUROR:  I don't mind.
13          THE COURT:  Thank you.  Alternate juror no. 4, have
14   you read the flier?
15          JUROR:  No.
16          THE COURT:  And would you mind also putting that to
17   the side and not reviewing it until you are dismissed or the
18   conclusion of this case?  Is that all right?
19          JUROR:  Yes.
20          THE COURT:  There's a glare right behind you because
21   you have, like, a halo effect because of the sun right behind
22   you; that's why I was asking you to repeat yourself.
23          There also were posters that were out in front of the
24   courthouse about potential matters going on in this courthouse
25   right now.  Did any of the prospective jurors see any of those

F1dgulbvd1                     Voir Dire

1    posters?

2              Alternate juror no. 1, did you read the poster?

3              JUROR:  In passing, driving, yeah, I read a couple of

4    them.  That's it.

5              THE COURT:  We'll take that up in a minute.  Did

6    anybody else?  All right.

7              Was anybody approached by anybody on their way into

8    the courthouse?  Somebody who attempted to have a conversation

9    with you or made comments to you about any case?  All right.

10             Number one, why don't you come on down, alternate

11   number one.  Why don't you come on down for one second?

12             JUROR:  Leave my stuff here?

13             THE COURT:  Yes, you can leave that.

14             (At the side bar)

15             (Juror present)

16             THE COURT:  Alternate number one, do you recall

17   anything about the content of the posters that you saw?

18             JUROR:  I saw something that said web hosting and like

19   WTF.  That was pretty much it.  I was kind of passing in the

20   car and just looking over really quickly.

21             THE COURT:  Okay.  And is there anything about that

22   which you connected with this case?

23             JUROR:  I knew what we were coming into and I figured

24   that that's probably what this was about but other than that,

25   no.

F1dgulbvd1                    Voir Dire

1          THE COURT:  Okay.  Did it have any meaning to you?

2          JUROR:  Not really.

3          THE COURT:  Now, it's very important that the jury,

4     once a jury is impanelled, and even during the jury selection

5     process, that people try to avoid reading anything about this

6     case, considering anything that's -- relates to this case in

7     any way that occurs outside of the courtroom.

8          Would you be able to follow that instruction?

9          JUROR:  I think so.

10         THE COURT:  Is there anything about what you saw on

11    that poster that makes you feel that it in some way may bias

12    you or give you a view about the merits of the case that you

13    now come into this courtroom with already?

14         JUROR:  No.

15         THE COURT:  Do you feel that you can be fair and

16    impartial in this case?

17         JUROR:  Yes, yeah.

18         THE COURT:  Counsel, is there anything else you'd like

19    to ask?

20         MR. DRATEL:  Just instruct her not to discuss this

21    with any other juror what she saw.

22         THE COURT:  All right.  It's very important that if

23    there are breaks and other things that occur as -- as we're

24    doing the jury selection process and at any other point in time

25    that you not share with any other juror what you've seen, and

F1dgulbvd1                    Voir Dire

1    I'll be giving that same instruction to all jurors, all right?

2            JUROR:  All right.

3            THE COURT:  Can you follow that instruction?

4            JUROR:  Yes.

5            THE COURT:  Anything else?

6            MR. DRATEL:  Thank you.

7            THE COURT:  Thank you.  You may return.

8            (In open court)

9            THE COURT:  All right.  Has any prospective juror ever

10   used a website by the name of Silk Road?

11           Does any juror have any problem with hearing or vision

12   or any other problem that would prevent you from giving your

13   full attention to all of the evidence during this trial?

14           Is any juror taking any medication that would make it

15   difficult for you to give your full attention to the evidence

16   at this trial?

17           Does any juror have any difficulty reading or

18   understanding the English language?

19           Does any juror have any religious, philosophical or

20   other beliefs that would make you unable to render a guilty

21   verdict in this criminal case?

22           Has any juror had any legal or paralegal training?

23           As I mentioned before, this case is going to take four

24   to six weeks we expect to try.  Sometimes things go faster.

25   Sometimes they go a little bit slower, but that I think is a

F1dgulbvd1                    Voir Dire

1   pretty good estimate.  And we'll give you indications as we go

2   along if we think we're going to substantially beat that or if

3   we're going to miss that date, but four to six weeks is a

4   pretty good estimate.

5           Now, the right to a jury trial is obviously a very

6   important -- indeed, it's a critical right in our American

7   legal system, and it's very important that citizens serve on

8   juries to make that work.  If we don't have citizens who serve

9   on juries, the jury system simply cannot work.

10          We do know it's an inconvenience for people to sit on

11  juries and to often take out what are weeks from their

12  schedules and that there would be something else you'd be doing

13  today if you weren't sitting here or standing here in this

14  courtroom.  We appreciate that.  We understand that.

15          But is there any prospective juror who, as you sit

16  here right now understanding the importance of serving as a

17  juror nonetheless believes that you cannot serve for a case

18  that will potentially last four to six weeks?

19          Now, on the questionnaires, we asked about that time

20  frame.  Did any of you fill out that you did have a problem

21  that you were called?  Okay.  Number one and number seven,

22  eight, nine, ten and alternate one.

23          So we have alternate one, number one and who else, and

24  number four?  Who else?  Five, six.  Okay.  Raise your hands

25  again.  So I have no. 1, 4, 6, 7, 8, 9, 10 and alternate no. 1

F1dgulbvd1                    Voir Dire

 1   and 4.  We're going to take you folks one by one down here.

 2   We'll have you line up whenever you get down here line up we'll

 3   tell you tell us your juror number and we'll go through it.

 4   Thank you.

 5            (At the side bar)

 6            (Juror present)

 7            THE COURT:  Whoever we have, we'll take you one by

 8   one.  Come up here if you would, sir.

 9            Give me the juror number you were given downstairs.

10            JUROR:  Fifty.

11            THE COURT:  So on the questionnaire, your

12   questionnaire didn't indicate that you had a hardship.  What's

13   the nature of your hardship?

14            JUROR:  I just recently signed in for college, so I

15   start the 28th.

16            THE COURT:  You start where?

17            JUROR:  The 28th for college.

18            THE COURT:  Oh, for college.

19            JUROR:  Yeah.

20            THE COURT:  Where are you going to be going to

21   college?

22            JUROR:  Bronx Community College.

23            THE COURT:  And are you going to be going at night or

24   during the day?

25            JUROR:  In the day.

F1dgulbvd1                    Voir Dire

1        THE COURT:  And when do you start?

2        JUROR:  The 28th, this month.

3        THE COURT:  Apart from college, is there any other

4   issue you've got?

5        JUROR:  No.  Nothing else.

6        THE COURT:  Okay.  We're going to have you stand back

7   to the side for a moment, okay?  Let's find out what the array

8   of issues are and let's get the next to person up, please.

9        (Juror present)

10       THE COURT:  Now, you are alternate no. 4?

11       JUROR:  Four.

12       THE COURT:  What's your juror number?

13       JUROR:  106.

14       THE COURT:  Now, you didn't fill out any hardship on

15   the questionnaire, I don't think.

16       JUROR:  No.

17       THE COURT:  So what's the nature of the issue?

18       JUROR:  It's, like, I'm a project manager in a hotel.

19   We just started remodeling, renovating the hotel on the 23rd

20   floor down.  And it's just, I'm really needed to help on the

21   job.  We do a lot of renovation down in the Westin Hotel, 43rd

22   Street, and we charge -- I'm in charge of the project.

23       THE COURT:  Has your employer indicated any problem

24   with you continuing to work if you --

25       JUROR:  Yeah.  She asked me when I was coming down

F1dgulbvd1                    Voir Dire

1   here would I come here at night.  I said no.  It's too much, so
2   I don't know.  See what happens.  I don't know.
3            THE COURT:  She's given you an alternative where you
4   can go in at night?
5            JUROR:  No.  She told me to come out at night.  I have
6   to fill out things, but still, I'm not going at night.  Too old
7   for that now.
8            THE COURT:  All right.  But she's not indicated that
9   you would lose your job in any way?
10           JUROR:  No.
11           THE COURT:  All right.  We're going to have you just
12   step back there.
13           JUROR:  All right.
14           (Juror present)
15           THE COURT:  Come on up.  You are 102?
16           JUROR:  102.
17           THE COURT:  In the box, you are number six.
18           JUROR:  I have to ask, is it four weeks you said that
19   we have?
20           THE COURT:  It could be four weeks, five weeks or even
21   six weeks.  We're not sure yet.  It will be somewhere between
22   four and six weeks.
23           JUROR:  That's the reason why I'm asking, because if
24   it's six weeks, I can't do it.
25           THE COURT:  How come?

F1dgulbvd1                    Voir Dire

| | |
|---|---|
| 1 | JUROR:  I have to go to work.  Who is going to take |
| 2 | care of my bills when I go -- when I'm not working? |
| 3 | THE COURT:  Well, now what job do you have? |
| 4 | JUROR:  A home health aide. |
| 5 | THE COURT:  And you understand you do get a jury fee |
| 6 | for being here?  Has your employer told you that you would not |
| 7 | get paid? |
| 8 | JUROR:  I didn't ask him anything, but last time I |
| 9 | served, they did give me money, yes.  They did pay me for the |
| 10 | day those dates. |
| 11 | THE COURT:  Do you think you can serve if the trial |
| 12 | lasts four weeks or five weeks? |
| 13 | JUROR:  Yes.  I'll try four weeks. |
| 14 | THE COURT:  All right.  So now, we can't make any |
| 15 | promises, but most people have jobs and most people end up with |
| 16 | a similar situation, and so we'll consider this, but almost |
| 17 | everybody's in the same boat. |
| 18 | JUROR:  Okay. |
| 19 | THE COURT:  All right. |
| 20 | JUROR:  All right.  Thank you. |
| 21 | (Juror present) |
| 22 | THE COURT:  All right.  You are seated four in the |
| 23 | box. |
| 24 | JUROR:  Four. |
| 25 | THE COURT:  What's your juror number? |

F1dgulbvd1                    Voir Dire

```
 1              JUROR:  Number 65.

 2              THE COURT:  What's the nature of your issue?

 3              JUROR:  I'm a student and I work as well.  My school

 4    schedule starts January 28.  It's my last semester of school

 5    and it's a clinical course.  I'll need to be in school Tuesdays

 6    and Wednesdays the whole day.

 7              THE COURT:  What time during the day?

 8              JUROR:  Tuesdays, it's 6:00 to 8:40 p.m.  Wednesdays,

 9    it's 8:00 a.m. to 8:00 p.m.  It's a clinical day for Wednesday.

10              THE COURT:  What kind of class, is it?

11              JUROR:  It's a nursing course.

12              THE COURT:  Is it a book course or is it a practical

13    course?

14              JUROR:  Practical.

15              THE COURT:  It's a course where you're actually

16    dealing with the people?

17              JUROR:  In the hospital; yes.

18              THE COURT:  Okay.  Why don't you step back over there

19    for a moment.

20              JUROR:  Thank you.

21              (Juror present)

22              THE COURT:  You are alternate number one?

23              JUROR:  Alternate one.

24              THE COURT:  What juror number are you?

25              JUROR:  61.
```

F1dgulbvd1                    Voir Dire

 1            THE COURT:  What's the nature of your issue?

 2            JUROR:  I have two things:  I mean, I'm a construction

 3     company owner and I have to have payroll and all that, and I

 4     don't have anybody to cover me for that time period.  Plus, I

 5     have two young children in daycare.  My husband travels for his

 6     job.  And I, you know, daycare closes at 6:30.  I live in

 7     Westchester.  It took me two and-a-half hours to get here

 8     today.  I mean, I don't know what the traveling situation is

 9     going to be like.  And I don't have coverage to, you know, I

10     may not have coverage for my children at home.

11            THE COURT:  In terms of the job, we're not going to

12     sit on Fridays, so Fridays is not going to be a day when the

13     jury is going to sit.

14            JUROR:  Okay.

15            THE COURT:  Almost everybody's got a job.

16            JUROR:  I know, I understand that.

17            THE COURT:  So we have to find a way to have people

18     serve even when they have jobs.  In terms of the childcare, we

19     end on time every day.  And if we need to make sure that -- we

20     make sure that you're out by 5:00 on the dot and you can then

21     head off to pick up your kids, do you think with those things

22     you could find a way to make it work?

23            JUROR:  It's hard, like, in the morning, I get up 6:30

24     in the morning to get here at 9:00.  It's a little ridiculous.

25     I don't know.  Last time we got out at 12:00 and, I mean, I

F1dgulbvd1                    Voir Dire

1    made it back in, like, an hour, but with the 5:00 traffic, I

2    don't know it what's going to happen.

3              THE COURT:  What we'll do is there are --

4              JUROR:  And then there's an extended -- because I

5    usually pick them up at 5:30, so I have to pay now extra money

6    to keep them there until 6:30, and then they close at 6:30, so

7    that's an extra expense for me, too.

8              THE COURT:  I hear you.  Unfortunately, your situation

9    with childcare and with the job is no different than a bunch of

10   folks.

11             JUROR:  I understand.

12             THE COURT:  And it's not that the Court isn't

13   sympathetic to your situation; it's that we're going to try to

14   make it work, okay?

15             JUROR:  All right.

16             THE COURT:  Thank you.

17             (Juror present)

18             THE COURT:  Hi, there.  You were in the tenth seat?

19             JUROR:  Yes.

20             THE COURT:  What's your juror number?

21             JUROR:  140.

22             THE COURT:  And what's the nature of your issue?

23             JUROR:  I have an elder parent that I see.  She's in

24   California and I'm a New York City teacher.  I take my time out

25   to go see her and I would be going in February.

F1dgulbvd1                    Voir Dire

<table>
<tr><td>1</td><td>THE COURT:  What time in February?</td></tr>
</table>

1                THE COURT:  What time in February?

2                JUROR:  It's the week that we have off for winter

3       break.

4                THE COURT:  That would be the middle of February, the

5       middle of the late February?

6                JUROR:  Yes.

7                THE COURT:  Around the President's Day weekend?

8                JUROR:  Uh-huh.

9                THE COURT:  Well, this case may be over by then.  I

10      can't predict it, though.

11               JUROR:  I don't have a problem with serving at all.  I

12      just don't -- I'm dedicated; I need to see her.  It's been a

13      year since I've seen her, so I do have to see her.

14               THE COURT:  Have you bought a ticket yet?

15               JUROR:  No.

16               THE COURT:  So, there are -- look, I understand about

17      your issue and we're sympathetic to your issue.  This case may

18      go from four to six weeks, and I can't promise you it's going

19      to be done before the six weeks is out, but we're hopeful it

20      will come in closer to the four-week time, but we don't know.

21      But at this point in time, there are any number of people who

22      have got childcare issues and --

23               JUROR:  I understand.

24               THE COURT:  -- parent issues and things like that.  So

25      we'll be as efficient as we possibly can, but with that said,

F1dgulbvd1                    Voir Dire

1    is there any way that you can nonetheless serve?  I'd be happy

2    to call your school and try to get some additional time off.

3              JUROR:  I just transferred to a new school, as well.

4    That's another thing.  I transferred to a different school.

5              THE COURT:  I can call them saying I'm a judge.

6              JUROR:  No, I would not be happy not to be able to see

7    her.

8              THE COURT:  No, I'm saying you might be able to see

9    her but take some additional time.  I would call school and get

10   some additional time for you to see her.

11             JUROR:  Oh, that would be fine, if they gave me

12   another week to go see her.

13             THE COURT:  Right.

14             JUROR:  Then that's not a problem.

15             THE COURT:  I would have to check that out with the

16   school.

17             JUROR:  All right.

18             THE COURT:  Why don't you go back.

19             JUROR:  Thank you.

20             THE COURT:  Was there anybody else who had their hand

21   up?  No.  All right.  Thank you.

22             JUROR:  Do you want me to sit down?

23             THE COURT:  You can go sit down.  As I understand it,

24   we have.

25             MR. DRATEL:  I thought there was one other, juror no.

F1dgulbvd1                    Voir Dire

1    9 who said she had an issue.

2             THE COURT:  But she didn't come up when we asked.

3             MR. DRATEL:  Okay.

4             THE COURT:  In the Court's view, the issues come down

5    to juror no. 4 who has got the practical nursing situation,

6    which I think is difficult to replicate.  That's juror no. 65,

7    seated in the fourth position.  And otherwise, the others I

8    think --

9             MR. DRATEL:  Juror no. 1 is a student.  He's starting

10   class on the 28th.

11            THE COURT:  Starting class on the 28th.

12            MR. TURNER:  We believe so, too.

13            MR. DRATEL:  The only one other thing I want to ask,

14   and I know it's a loaded question and I'm not saying if they

15   answer yes they get excused, but just to see what their

16   response is for our purposes in terms of evaluating down the

17   road, ask them if it's going to have an impact on them if they

18   serve and if they are picked and they're on the jury, to what

19   extent are they going to be thinking about their job or their

20   kids or things like that.

21            THE COURT:  I think everybody thinks about their job

22   and their kids all the time, so I don't want it open-ended that

23   much, but let me do an inquiry.

24            Okay.  Folks, why don't we get the first fellow over

25   here.

F1dgulbvd1                    Voir Dire

 1              (Juror present)

 2              THE COURT:  You're going to be excused.

 3              JUROR:  Okay.

 4              THE COURT:  Get your stuff and Joe will give you back

 5     your information.

 6              (Juror excused)

 7              (Juror present)

 8              THE COURT:  Sir, we're going to ask you to stay on the

 9     jury.  Now, I understand your situation, and I want you to

10     understand that the Court is very mindful of the fact that you

11     have a job that you want to be at and that you've got this

12     remodeling project, but we have a lot of people out there who

13     have jobs and it's not so very different from a lot of them are

14     going through.

15              With that said, do you think that you'd be able to

16     serve on this jury in a fair and impartial way even though the

17     Court has heard your request to be excused?

18              JUROR:  Yeah, why not?  Yeah.

19              THE COURT:  Thank you, sir.

20              (Juror present)

21              THE COURT:  You're going to be excused and you can get

22     your paperwork from Joe.

23              JUROR:  Thank you.

24              (Juror excused)

25              MR. DRATEL:  That was 140 -- no, 165?  That was juror

F1dgulbvd1                    Voir Dire

1   no. 4.

2          THE COURT:  I think we're all set.  Thank you.

3          (In open court)

4          THE DEPUTY CLERK:  Prospective juror no. 1, juror no.

5   136, 136.

6          THE COURT:  As 136 is coming up filling in the first

7   spot, let me say that those of you who spoke to us over here

8   and didn't get excused, we heard you.  And for anybody else,

9   once you come in because we're now going to be filling in some

10  spots, in terms of the four- to six week period of time, look,

11  I understand that it's very inconvenient for some people, but I

12  want to make sure that if you believe you have a hardship, it's

13  a true hardship, not just a job that you would rather be at

14  than being here, something where it's really going to present

15  an insurmountable issue.  And if you need me to call somebody,

16  that's what I'm here for.  I'm a public servant.  I'm happy to

17  call somebody for you.

18          So when you're contemplating whether or not you raise

19  an issue, keep that very much in mind and only raise the issue

20  if you really need to.

21          THE DEPUTY CLERK:  Prospective fourth juror, juror no.

22  33, 33.  Number 33, take the fourth seat, the empty one in the

23  first row.

24          THE COURT:  Prospective juror no. 1 and I know you

25  have two numbers, everybody gets two numbers, one in the box

F1dgulbvd1                    Voir Dire

1    and one elsewhere, where there any questions which I asked so

2    far to which you would have had a yes answer?

3              JUROR:  No.

4              THE COURT:  Thank you, sir.

5              Prospective juror no. 4?

6              JUROR:  Yes.

7              THE COURT:  Were there any questions that I asked in

8    which you would have had a yes answer?

9              JUROR:  Yes.

10             THE COURT:  Which ones?

11             JUROR:  It was early on around the third question, I

12   believe.  It had to deal with the things that were on the

13   website that he was selling.  The number one problem I have is

14   I'm an educator, I'm a teacher.  I have a problem with the fact

15   he was selling fake IDs and my students can possibly purchase

16   that.  It is a problem.

17             THE COURT:  Let me sort of have you think about this,

18   which is I want everybody to be absolutely clear that these are

19   allegations only.  The fact of the indictment does not mean

20   that the defendant has done anything at all.  He is presumed

21   innocent, and it's just the nature of the charges.

22             So the question is going to be when the evidence comes

23   in, can you look at the evidence in a fair way and say, hey,

24   does this evidence meet the elements of the crime in terms of

25   the law as the Court instructs you.

F1dgulbvd1                    Voir Dire

1          If you think just the nature of the charges cause you

2     bias, I need to know about it.  If you think you can listen to

3     the evidence fairly and impartially, tell me that.

4          JUROR:  I find some bias in it; yes.

5          THE COURT:  You are excused, sir.  Thank you very

6     much.  Let's fill in the fourth spot again, and I appreciate

7     your honesty.

8          THE DEPUTY CLERK:  Prospective fourth juror, juror no.

9     135, 135.  Juror no. 135, please take the seat that was

10    vacated.

11         THE COURT:  Prospective juror in the fourth seat, were

12    there any questions that I asked to which you would have had a

13    yes answer?

14         JUROR:  Yes.  The one about commuting, is it four- to

15    six weeks?  I live in Rockland County, Valhalla, New York, and

16    it's difficult getting over here.

17         THE COURT:  Unfortunately, in the Southern District,

18    we draw from that area all the time, and the requirement to

19    serve on a jury is equally applicable to folks up in Rockland

20    as it is to people who are in Westchester as to people in

21    Manhattan.  So that in and of itself wouldn't be a reason to

22    get off, all right?

23         JUROR:  All right.

24         THE COURT:  With that said, would you be able to put

25    any annoyance that you have aside when you're contemplating the

F1dgulbvd1                    Voir Dire

1    evidence, would you be able to look at the evidence and be able

2    to evaluate the charges based on the evidence?

3              JUROR:  Okay.

4              THE COURT:  Thank you.

5              Let's go on now.  In a moment, I'm going to ask that

6    the counsel for the parties introduce themselves and the other

7    folks at their table, and I'm going to ask you if you know of

8    any of these people.  And I'm going to ask also you folks at

9    the table to turn around because I want the folks out there

10   behind you to be able to see your faces.

11             Mr. Turner, why don't you introduce yourself, others

12   at your table and have everybody turn around.

13             MR. TURNER:  My name is Serrin Turner.  I represent

14   the United States in this matter.  My colleagues are Assistant

15   U.S. Attorney Timothy Howard, FBI Special Agent Vincent

16   D'Agostino and two paralegals on the case, Nicholas Evert and

17   Molly Rosen.

18             THE COURT:  Thank you.  Does anybody in the jury box

19   know any of the folks at the government's table?

20             Mr. Dratel.

21             MR. DRATEL:  Thank you.  Good morning.  I'm Joshua

22   Dratel.  I represent Mr. Ulbricht.  I'll let them introduce

23   themselves, as well, the lawyers at the table.

24             MS. LEWIS:  I'm Lindsay Lewis.   I represent Ross

25   Ulbricht.

F1dgulbvd1                    Voir Dire

1          MR. HOROWITZ:  Josh Horowitz.  I represent Ross

2     Ulbricht.

3          MS. MARINO:  Linda Marino here on behalf of

4     Mr. Ulbricht.

5          MR. DRATEL:  And Mr. Ulbricht is here as well.

6          THE COURT:  Ladies and gentlemen, does anybody know

7     any of the individuals at the defense table?

8          I'm going to read you certain names of potential

9     witnesses here or individuals whose names may come up during

10     the trial just, because you know an individual by this name

11     doesn't mean you know the individual I'm talking about.  We'll

12     take it step by step.

13          The first name I'm going to spell for you after I try

14     to pronounce it, but it's a bit difficult is Jared

15     Der-Yeghiayan D-E-R Y-E-G-H-I-A-Y-A-N.  Raise your hand if you

16     know any of these folks.  Thomas Kiernan, K-I-E-R-N-A-N; Gary

17     Alford, A-L-F-O-R-D; Darren Critten, C-R-I-T-T-E-N; Ilhwan Yum,

18     I-L-H-W-A-N Y-U-M; Benedikt Grundal, B-E-N-E-D-I-K-T.

19          MR. TURNER:  I believe we have a more up-to-date

20     witness list.

21          THE COURT:  All right.  I always like up-to-date

22     witness lists.

23          MR. TURNER:  Just for the record, Mr. Critten, I

24     believe, is Diron Critten, not Darren.

25          THE COURT:  It was Darren Critten on the new list.

F1dgulbvd1                    Voir Dire

1             MR. TURNER:  That's a mistake, your Honor.

2             THE COURT:  The next name is Christopher Beeson,

3      B-E-E-S-O-N;  Richard Bates, B-A-T-E-S;  Michael Duch, D-U-C-H;

4      Andrew Michael Jones;  Brian Shaw, along with the others that I

5      have read.  All right.

6             Now, has anybody had any direct or indirect dealings

7      with any of those people, even if you don't know them or

8      wouldn't think you have a personal relationship with any of

9      them?  Do you know them at all?  No?  All right.

10            Now, I'm going to ask you some questions that also

11     relate not just to you but also to direct family members, close

12     relatives or associates.  So if you know somebody who is very

13     close to you who would answer yes to this question, then I want

14     you to answer it yes.

15            Has any juror had any dealings with or been employed

16     by the U.S. Attorney's Office or federal, state or local law

17     enforcement?

18            We have number seven, number nine, alternate one.  No.

19     7, 9, and alternate no. 1.  Anyone else?

20            Number seven, who is related to whom or who knows

21     whom?

22            JUROR:  My son works for the federal government.

23            THE COURT:  And what agency does he work?

24            JUROR:  TSA, Homeland Security.

25            THE COURT:  Do you know his job title?

F1dgulbvd1                     Voir Dire

1              JUROR:  Yes.  Special agent in charge.

2              THE COURT:  And is he involved with cyber crime at

3     all, do you know?

4              JUROR:  No.

5              THE COURT:  Is there anything about your son's

6     employment by the TSA that makes you feel that you could not be

7     fair and impartial in this case?

8              JUROR:  No.

9              THE COURT:  Is there anyone else that you wanted to

10    raise?

11             JUROR:  No.

12             THE COURT:  Prospective juror no. 9, who do you know?

13             JUROR:  My daughter.

14             THE COURT:  What is her position?

15             JUROR:  She's a police officer.

16             THE COURT:  NYPD?

17             JUROR:  Yes.

18             THE COURT:  And is she on any special task forces here

19    in the city?

20             JUROR:  No.

21             THE COURT:  Is she on street patrol?

22             JUROR:  Yes.

23             THE COURT:  Is there anything about your daughter's

24    position in law enforcement that makes you feel that you could

25    not be fair and impartial in this case?

F1dgulbvd1                    Voir Dire

1                JUROR:  No.

2                THE COURT:  Alternate no. 1 number one, who do you

3     know?

4                JUROR:  I have two cousins that are police officers in

5     the Ossining Police Department, as well as many friends and

6     acquaintances also in the Ossining Police Department.

7                THE COURT:  So you know a lot of folks from the

8     Ossining Police Department?

9                JUROR:  Yes.

10               THE COURT:  Is there anything about the fact that you

11    know people in the police department of Ossining that makes you

12    feel that you could not listen to the evidence in this case and

13    be fair and impartial in this case?

14               JUROR:  No.

15               THE COURT:  Anyone else that I missed?  Yes.  Number

16    eight?

17               JUROR:  My sister is a federal probation officer in

18    Brooklyn.

19               THE COURT:  Anyone else?

20               JUROR:  My ex-husband is a retired sergeant with the

21    NYPD.

22               THE COURT:  Is there anything about either your sister

23    or your ex-husband's employment that makes you feel you could

24    not be fair and impartial in this case?

25               JUROR:  No.

F1dgulbvd1                    Voir Dire

1          THE COURT:  Does any juror have any close friends or

2     do they themselves work as a prosecutor, a criminal defense

3     lawyer or a private investigator?  Yes, number one.

4          JUROR:  Yes.

5          THE COURT:  And what, is it you or your close friends?

6          JUROR:  Close friends.

7          THE COURT:  What position do they have?

8          JUROR:  Criminal defense lawyer.

9          THE COURT:  And are they here in New York City?

10          JUROR:  Yes.

11          THE COURT:  And do they deal with any particular type

12     of case or all manner of cases?

13          JUROR:  All manner of cases, I think.

14          THE COURT:  They deal with drug cases, assaults, the

15     run-of-the-mill, everything?

16          JUROR:  Yes.

17          THE COURT:  All right.  How close a friend is this?

18          JUROR:  Very close, very good.

19          THE COURT:  Somebody you see a lot?

20          JUROR:  Yes.

21          THE COURT:  On a weekly basis?

22          JUROR:  Yes.

23          THE COURT:  Would you be able to, during the course of

24     this trial, not share with that friend anything at all about

25     this case?

F1dgulbvd1                    Voir Dire

1          JUROR:  Absolutely.

2          THE COURT:  And is there anything about your friend's

3   position as a criminal defense attorney that makes you feel

4   that you would be biased either against the government or

5   against the defendant in listening to the evidence in this

6   case?

7          JUROR:  No.

8          THE COURT:  Do you believe you could be fair and

9   impartial?

10          JUROR:  Yes.

11          (Continued on next page)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

F1ddulbv2                     Voir dire

1          THE COURT:  All right.  Anybody else?  All right.

2          Now, has any juror or any of your close friends or

3     associates been involved in any offense of the type that has

4     been charged in the Indictment here?

5          Now, have any of you been the victim of computer

6     hacking or identity theft?

7          All right.  Now, some witnesses for the government may

8     have past criminal convictions or may have been involved in

9     some of the crimes charged in the Indictment.  Those witnesses

10    have pled guilty and are testifying pursuant to lawful

11    cooperation agreements.  Some of these witnesses may be hoping

12    that their cooperation will result in a reduced sentence or

13    some benefit.  There is nothing unlawful about the government's

14    use of such witnesses.  Do any of you have any problems with

15    that type of witness that would make you unable to be fair and

16    impartial in this case?

17         Now, some of the evidence in this trial will come in

18    in the form of data obtained via pen registers or track and

19    trace devices which are used to monitor electronic

20    communications.  This data was intercepted without the

21    defendant's consent.  I instruct you now that this type of

22    evidence does not violate the rights of the defendant and that

23    it is perfectly proper for this type of evidence to be

24    introduced at this trial for your consideration.

25         With that in mind, do you have any feelings about the

F1ddulbv2                        Voir dire

use of pen registers or track and trace devices or other forms

of electronic surveillance that would make it difficult for you

to consider such evidence fairly and impartially in this case?

            Now, some of the evidence in this case may also come

from searches performed by law enforcement officers.  I

instruct you that these searches were legal and that the

evidence obtained from those searches is admissible in this

case, if a proper foundation is laid.

            Does anyone have any strong feelings about searches

conducted by law enforcement officers, or the use of evidence

obtained from such searches at trial, that would make it

difficult for you to be fair and impartial in this case?

            All right.  Now, under our system of law, the facts

are for the jury to decide and the law is for the Court.  These

two areas are separate and distinct.  At the end of the case it

is the judge's job to instruct the jury on the law, and you are

required to accept the law as I explain it to you.  It is the

jury's job to determine the facts, using the Court's

instructions on the law.  Is there any prospective juror who is

either unwilling or unable to apply the law as the Court would

explain it to you?

            Now, the law provides that only evidence presented

here in court may be used by you to determine guilt or

innocence of the defendant.  Is there anyone who would have

difficulty with that instruction?

F1ddulbv2                         Voir dire

Now, under our system of laws, every defendant is
presumed innocent and he cannot be found guilty unless a jury,
having heard all of the evidence in the case, unanimously
decides that the evidence proves his or her guilt beyond a
reasonable doubt.  Is there anyone who has any difficulty
accepting that law?

Now, it is not pleasant duty to find another
individual guilty of committing a crime.  Is there any juror
who feels that even if the evidence established the defendant's
guilt beyond a reasonable doubt that he or she may not be able
to render a guilty verdict unrelated to the law or the
evidence?

Now, will each juror accept the proposition of law
that the question of punishment is for the Court alone to
decide and that possible punishment must not enter into the
deliberation of the jurors as to the guilt or the innocence of
the defendant?  Anyone can't accept that?

Now, the defendant is not required to call any
witnesses or to produce any evidence or to take the stand.  If
the defendant elects not to take the witness stand, you may
draw no unfavorable inference of any kind from the fact that he
has chosen not to do so.  That may not enter into your
decision.  Is there any juror who would be unable to accept and
follow that instruction?

Now, I have tried to direct your attention to possible

F1ddulbv2                          Voir dire

 1    reasons why you might not be able to sit as a fair and

 2    impartial juror.  Apart from your answer to any question, I

 3    want you now to ask yourself is there any fact, circumstance,

 4    opinion, impression, attitude that you have, personal

 5    experience that you may have that you believe would prevent you

 6    if you're accepted as a juror in the trial of this case from

 7    listening to the evidence with an open mind and deciding every

 8    issue fairly and impartially solely upon the evidence as you

 9    hear from the witnesses and in accordance with the Court's

10    instructions of the law?  Is there anything else you need to

11    tell me that would make you unable to be fair and impartial?

12            All right.  Now we are going to go on to the next

13    step, which is called peremptories.

14            Now, I want to just tell you -- let me do the

15    questionnaires first.  Before we get to the peremptories, you

16    will tell us a little bit about yourself.  But let me tell you

17    about the peremptory process.  There will undoubtedly, I

18    guarantee it, be some of you in the back who are going to fill

19    in up here, because after the folks in the box have an

20    opportunity to tell us a little bit about themselves, which

21    comes from just answering some of the questions on that final

22    questionnaire that you got handed this morning, after you have

23    done that, we'll have you stand up one by one.  Then there will

24    be an opportunity for the government and the defense to give

25    Post-Its to us and certain of you will be asked -- you will be

F1ddulbv2                        Voir dire

1    excused.  You should not think twice about why.  You will just

2    take your card from Joe and you will return to the room and

3    another name will be spun out of this big old box here and that

4    person will be called into the box.  Do not think twice about

5    it.

6            All right.  So we are going to start with number one

7    and I'm going to ask you to take that --

8            MR. DRATEL:  Your Honor, one moment.

9            (Pause)

10           MR. DRATEL:  Just one moment, your Honor.

11           THE COURT:  Sure.

12           (Pause)

13           THE COURT:  You can turn over your bio questions

14   there, and we will have each of you stand up and tell us a

15   little bit about you.

16           MR. DRATEL:  Just one thing.

17           THE COURT:  You want a brief sidebar?

18           MR. DRATEL:  Yes.

19           THE COURT:  Let's have a brief sidebar while you folks

20   are looking at your bio questions and we will make it quick.

21           (Continued on next page)

22

23

24

25

F1ddulbv2                         Voir dire

1            (At the sidebar)

2            MR. DRATEL:  I checked with my co-counsel just to be

3     sure I didn't miss it, but I don't think the Court asked some

4     questions about credibility in terms of law enforcement.  We

5     have a number of law enforcement officers testifying.

6            THE COURT:  I believe we asked that in the juror

7     questionnaire but let me ask.

8            MR. DRATEL:  I don't think so, no.

9            THE COURT:  No?  I am happy to ask it again.

10           MR. DRATEL:  It was not in the questionnaire.

11           THE COURT:  I will do it as for or against law

12    enforcement.

13           MR. DRATEL:  Yes.

14           THE COURT:  Anything else?  OK.  Thank you.

15           (In open court)

16           THE COURT:  One more question, ladies and gentlemen,

17    which is there are going to be a number of witnesses

18    potentially from law enforcement.  And does any prospective

19    juror believe that he or she would be biased for or against the

20    testimony of a law enforcement witness just because they are

21    from law enforcement?

22           (Pause)

23           In other words, will you give the police more

24    credibility or less credibility just by virtue of them being

25    the police or the DEA or other law enforcement?

F1ddulbv2                     Voir dire

1              All right.  Thank you.

2              Now, let's start with juror number one.  Why don't you

3     tell us a little bit about yourself, sir?

4              JUROR:  Do I have to stand.

5              THE COURT:  Please stand up.

6              JUROR:  My name is my (unintelligible).  I am a

7     retired ambulatory surgery coder --

8              THE COURT:  Let me just say that you don't have to say

9     your number because we know what position you are in.  So you

10    could say your juror number.  That is an easier way than having

11    people have to go through all of that.  Go ahead, sir.

12             JUROR:  I am a retired ambulatory surgery coder at

13    Mount Sinai Hospital.  I have been retired for almost two

14    years.  I reside in Harlem.

15             What else?

16             THE COURT:  And are you married or significant other?

17             JUROR:  Significant other.

18             THE COURT:  Any kids?

19             JUROR:  Five kids.

20             THE COURT:  What does your spouse or significant other

21    do?

22             JUROR:  She is a nursing dispatcher at Montefiore

23    Hospital.

24             THE COURT:  And are your kids grown?

25             JUROR:  Yes.

F1ddulbv2                    Voir dire

|    |                                                            |
|----|------------------------------------------------------------|
| 1  | THE COURT:  What do they do?                                |
| 2  | JUROR:  One is a pharm D in Maryland.  He works for        |
| 3  | the federal FDA.  And my other son is a teacher, private    |
| 4  | schoolteacher.  And that's it, basically.                   |
| 5  | THE COURT:  All right.  And do you read any newspapers     |
| 6  | or periodicals on a regular basis?                          |
| 7  | JUROR:  I read a lot, yes.  I read The Times and a lot      |
| 8  | of history.  I read a lot.                                  |
| 9  | THE COURT:  All right.  Any TV shows you watch on a        |
| 10 | regular basis?                                             |
| 11 | JUROR:  Not really, just mainly the news.                  |
| 12 | THE COURT:  OK.  Thank you.                                |
| 13 | Number 2.                                                  |
| 14 | JUROR:  Hi.  I'm 42 years old.  I live in the Bronx.       |
| 15 | I live with my husband and two children.  I'm a high school|
| 16 | guidance counselor.  I have worked for the New York City   |
| 17 | Department of Education for 20 years.                       |
| 18 | My husband is -- he is a delivery driver for a bakery      |
| 19 | and he is a painter.  My eldest is 23 and he works for     |
| 20 | JPMorganChase.                                             |
| 21 | I have a master's in history and a master's in            |
| 22 | guidance and counseling.  And in my spare time I read, I cook.|
| 23 | Magazines and newspapers, I don't really read -- not       |
| 24 | on a regular basis.  I don't read -- I usually -- CNN or maybe|
| 25 | I will read The Times on the Internet but that's about it. |

F1ddulbv2                        Voir dire

          And television programs, Modern Family.  I like to
watch Reliable Sources and GPS on the weekends.  That is about
it.

          THE COURT:  Your son, is he on the banking side or
some other area?

          JUROR:  He is doing data entry.  He just started.  He
just graduated last May.  It is very low level.

          THE COURT:  Thank you.  Number 3.

          JUROR:  I'm 31 years old and I lived in New York all
my life.  I live in Yonkers, although I lived in the Bronx most
of my life.  And I reside with my sister.

          For the last five years I have been working as a
social worker.  And I have an ex-wife.  She is a school
administrator with CUNY.  I have a two-year-old daughter.
Highest level of education right now is I'm pursuing my
master's degree in social work.

          I don't really have a lot of spare time.  I spend most
of my time with my daughter.  I don't really read newspapers or
magazines and I don't really own a television so I don't watch
TV either.

          THE COURT:  What does your sister do?  Is she
employed?

          JUROR:  She is a personal trainer.

          THE COURT:  In terms of your social work, are you
specializing in any particular area?

F1ddulbv2                    Voir dire

1           JUROR:  Right now just clinical-based work and my grad

2    school studies, and at work I work with mental health and

3    youth.

4           THE COURT:  Thank you, sir.

5           Number 4.

6           JUROR:  Hi.  I'm 29 years old.  I'm from Rockland

7    County, born and raised in Nyack, New York.  I live in Spring

8    Valley now.

9           For the past five years I have been working for

10   Rockland Orthopedics, which is in Suffern.

11          I am not married, no kids.  I have a boyfriend who

12   works for -- he is an exterminator.

13          Education, I went to medical -- I completed medical

14   billing and coding in White Plains at Berkeley -- I'm sorry, at

15   Stamford.  In my spare time, I don't know, hang with friends,

16   things likes that.

17          Magazines, I don't really read newspapers, no.  And

18   TV, not really.  I listen to a lot of music.

19          THE COURT:  All right.  Thank you.  Number 5.

20          JUROR:  I am 51 years old.  I live in the United

21   States for 44 years.  I live in Manhattan, in Murray Hill.  I

22   work in the television industry.  I am the president and

23   general manager of a TV channel called Cooking Channel.  I

24   worked there for 17 years.

25          I am married to my wife, who I live here in the city

F1ddulbv2                          Voir dire

with.  We do not have any children.  My wife works in Social

Services.  She is an executive for a nonprofit.  And I have a

MBA in marketing and finance, and in my spare time I like

cycling, playing guitar, taking classes online.  I watch a lot

of television but that doesn't pay the bills, and that is it.

          THE COURT:  All right.  In terms of the social

services that your wife does, does she concentrate in any

particular area?

          JUROR:  In low income housing and shelters.

          THE COURT:  Thank you.

          All right.  Number 6.

          JUROR:  I'm 65 years old.  I live in the Bronx.  I'm a

home health aide.  I work for the Bronx Home Attendant Service.

          I am a widow.  I have three adult children.  One is a

carpenter.  One is a teacher.  One is a college student looking

for a job.

          In my spare time I go to church.  I read my Bible.  I

watch television and the news.

          THE COURT:  All right.  Thank you.

          Number 7.

          JUROR:  I am 47 years old.  I live in Westchester

County, Bronxfield.  My granddaughter lives with me while she

is attending college.  I am single.  And I am a retired chief

radiation therapist at one of the hospitals here in Manhattan.

          And in my spare time I like to cook, go to the gym and

F1ddulbv2                          Voir dire

1    read.

2              THE COURT:  What do you read?

3              JUROR:  I read like daily words.  I am reading the

4    Bible in chronological order and magazines.  I like magazines.

5              THE COURT:  All right.  Thank you.

6              JUROR:  Sure.

7              THE COURT:  Number 8.

8              JUROR:  I am juror number 143.  I am 47 years old.  I

9    was born and raised in New York City.  I live in Rockland

10   County with my ex-husband and my son and my daughter.  My

11   daughter is a student at -- a junior at Boston University, and

12   my son is a senior at Tapanzee High School in Rockland County.

13             I have been employed for almost eleven years -- I am

14   the executive assistant to a CEO for a company in Orangeburg.

15   We manufacture shelters for the military.  It is in Orangeburg.

16   I still live with my ex-husband.

17             And that is it.  I work fulltime.

18             THE COURT:  All right.  Do you read anything on a

19   regular basis?

20             JUROR:  Just the Huffington Post and things like that.

21             THE COURT:  Any TV that you watch regularly?

22             JUROR:  Just, you know, a lot of entertainment news

23   and Shopping Network.

24             THE COURT:  All right.  Thank you.

25             JUROR:  You are welcome.

F1ddulbv2                    Voir dire

1              THE COURT:  Number 9.

2              JUROR:  I'm 49 years old.  I live in Harlem.  I've

3    lived in New York all my life.  I am a 911 operator for the

4    past 20 years.  Not married.  I have three adult children and

5    one 10-year-old.  The oldest --

6              THE COURT:  What do your adult kids do?

7              JUROR:  My oldest daughter, she is a doctor.  My

8    oldest son, he just started working at Morgan Stanley.  And my

9    third oldest son, he lives in Pennsylvania with his father.

10   And then the 10-year-old is in junior high school.

11             So I have taken online courses at the University of PA

12   in Human Resources, and in my spare time I spend it with my

13   family, church and movies, dinner.  That is about it.

14             I do read certain magazines, Essence, Money Magazine,

15   Triple A, and I watch the news and some children's shows with

16   my son.

17             THE COURT:  All right.  And then your child, I think

18   you said it was your son at Morgan Stanley?

19             JUROR:  Right.

20             THE COURT:  Is he in the banking area --

21             JUROR:  No.  He works in the gym area.

22             THE COURT:  All right.  And we talked about your

23   daughter at the NYPD before?

24             JUROR:  Right.

25             THE COURT:  That was the one you mentioned earlier?

F1ddulbv2                       Voir dire

1          JUROR:  Right.

2          THE COURT:  All right.  Thank you.

3          Number 10.

4          JUROR:  I'm juror 140.  I am a teacher.  I worked for

5     the DOE for over 20 years.  I am born in California but I lived

6     in New York for the last 28 years.  I live in Upper West Side.

7     My husband is involved with the restaurants.  He is a

8     consultant.

9          I have four children.  The oldest is in logistics in

10    California.  A daughter is a baker in Oregon.  My son is an EMT

11    for NYFD, and my youngest son is a college student taking a

12    year off.  And I am not really a big TV watcher.  I watch some

13    news, Jeopardy.  I read mostly all educational things.  I study

14    French.  I speak Spanish.  I have two master's degrees.

15         THE COURT:  What are your master's degrees in?

16         JUROR:  Education, reading, early childhood.

17         THE COURT:  All right.  Thank you.

18         Number 11.

19         JUROR:  Hello.  I'm 64 years old.  I live in

20    Manhattan.  I live with my two children.  The first one is

21    working in business and makes her own jewelry, and my youngest

22    one doing -- she is with a designer.

23         And in my spare time I watch game shows and I go to

24    church and I help young children in church.

25         THE COURT:  All right.  Thank you.  And, I'm sorry,

F1ddulbv2                          Voir dire

1    did you say what your job was?

2                JUROR:  Certified nursing assistant.

3                THE COURT:  All right.  Thank you.

4                OK.  Number 12, please, sir.

5                JUROR:  Hi.  I am 49 years old.  I have been in the

6    United States all my life.  I currently live in the Bronx.

7    Presently I live with my mother, brother and grandmother, and I

8    am going through a divorce.

9                Over the last five years, I have been an IT, an HR

10   manager for the company.  I have been there for like 27 years.

11               My ex-wife, she is a registered nurse.  She works in a

12   hospital.

13               My children are small.  I have a daughter who is 13

14   and a son, he is 9.  I have a bachelor's degree in computer

15   science.  In my spare time I play with the computer, listen to

16   music.  I don't read any newspapers.  Everything is done

17   electronically.  And I don't watch TV, really.  I don't really

18   have any time so mostly on the computer.

19               THE COURT:  All right.  Thank you.

20               Alternate Number 1.

21               JUROR:  Hi.  I am 39 years old.  I live in

22   Westchester.  For over 16 years now, I have been the owner of a

23   construction company with my brother.  I live with my husband

24   and my two small children, who are 2 and 3.  And I have a

25   master's -- I'm sorry, I have a bachelor's degree in business

F1ddulbv2                        Voir dire

1    management.  I don't have much spare time with the two children

2    but when I do, I like to read, mostly novels, and I do like to

3    read magazines.  I do have a subscription to People Magazine.

4    Newspapers, I do read regularly at work.  We get the newspaper

5    every day.

6              THE COURT:  What kind of newspaper, which ones?

7              JUROR:  We get The Times and they also get the

8    Westchester Journal.

9              And as for television, I watch kids shows or whatever

10   else I can watch.  I watch a lot of Netflix also.

11             THE COURT:  Thank you.

12             Alternate number 2, sir.

13             JUROR:  I'm 56 years old.  I've lived in the United

14   States, I was born here, lived here all of my life.  I live

15   here also in Manhattan all my life.

16             I work as a doorman, night shift.  I work for a

17   company called PNG, who owns the building.  I have worked there

18   17 years.  I live alone.  I am not married.  And no children.

19             And in my spare time I catch up on some sleep because

20   I work the night shift, but when I am awake I watch a lot of

21   television, mostly like the History Channel, the TMC, Turner

22   Movie Classics, because I love old movies, and then Science

23   Channel.

24             As to reading, I am not much on newspapers and

25   magazines.  I also like to read mysteries and scary stories.

F1ddulbv2                    Voir dire

1                And that's about it.

2                THE COURT:  All right.  Thank you.

3                Alternate number 3, sir.

4                JUROR:  Hi.  I'm 67 years old.  I live in Westchester

5     County.  For the last 25 years I lived with my wife and my

6     15-year-old son.  Presently employed for a construction

7     management firm for the last 38 years.  Finished just

8     12th grade.  I like to work around the house.  Try to keep up

9     with the 13-year-old.  That is my weekend.

10               I love to read, work on the house, and take care of

11    three dogs and three cats.

12               THE COURT:  What kind of things do you read?

13               JUROR:  Mostly best seller list or history, and

14    attempt to rad the Sunday Times if I have time.

15               THE COURT:  Thank you.  What does your wife do?

16               JUROR:  She is a stay-at-home mom but she is a CPA.

17               THE COURT:  Thank you.

18               Alternate number 4.

19               JUROR:  Good morning.  My name is (unintelligible).  I

20    was born in the Carolinas.  I have been living here 17.  64

21    years old.  I work at the Plaza Hotel for 32 years, and I work

22    at the Westbrook now for nine years.  I am married for 40

23    years.  And my wife, she works for like a law firm.  It is not

24    a law firm.  She is a secretary, like writes all the

25    information.

F1ddulbv2                        Voir dire

1          And I am married.  I have two kids.  I've got a boy

2    and a girl.  My daughter, she went to university.  She is

3    working here as a manager, and now she works as a manager here

4    on 23rd Street Housing here and now she is pregnant.  She is an

5    at-home mom -- going to be a mom soon.  And my son is in his

6    30s and he is incarcerated now.  And he is 37 years old.

7          THE COURT:  Is there anything about your son's

8    experience with the criminal justice system that makes you feel

9    that you couldn't be fair and impartial in this case?

10         JUROR:  No.  What happened in this case is totally

11   different from that case, which maybe I think is good.  But

12   there is nothing more I could say.  Because is was with

13   somebody and picked up at a crime scene and like that was his

14   involvement in it.  One jury found him innocent and he has been

15   in New Jersey.

16         THE COURT:  OK.  So we will take that in just a

17   moment.  OK?  Actually, why don't we just have a sidebar to

18   discuss that other issue.

19         Was there anything else?  Do you read anything on a

20   regular base?

21   A.  No.  I would say I watch TV.  Mostly Sapphire, Chicago

22   Police, those kinds of pictures.

23         THE COURT:  Thank you.  Why don't you come on down and

24   we will just take up one issue.

25         (At the sidebar)

F1ddulbv2                    Voir dire

1          THE COURT:  OK.  I couldn't quite hear.  What was the

2     nature of the charge against your son?

3          JUROR:  He went to New Jersey to pick up a friend and

4     the friend committed a crime.  And so he went to court in

5     Jersey, and they found him innocent, the jury.  And then the

6     other defendant went to trial, and under New Jersey law if he

7     is found guilty, he will be trial over again.  They tried him

8     over and they found him guilty.  You know, it was like weird.

9     The first jury found him innocent.

10         THE COURT:  So is there anything about your -- was

11    there any drugs involved in that issue?

12         JUROR:  No.  It was a home invasion or something.

13    Then when picked the guy up, they arrested him, too.

14         THE COURT:  Now, it sounds like your son had an

15    experience with juries.  Is there something about that

16    experience -- anything about that experience that makes you

17    feel that you couldn't be fair and impartial in this case?

18         JUROR:  It is New Jersey law but I don't know why the

19    first jury find him innocent and they find him guilty, the

20    second jury.  I don't understand that.

21         THE COURT:  Do you think that that would make you

22    biased in some way either in favor of or against defendants in

23    criminal cases here?

24         JUROR:  I don't like too much -- I'm not too familiar

25    with computers and stuff like that so I don't -- I couldn't

F1ddulbv2                       Voir dire

1   hear, you know what I am saying.  He is right now at Rutgers

2   University Law School.

3          THE COURT:  Let me just speak with counsel for a

4   moment.  Why don't you step over there.

5          JUROR:  OK.

6          (Prospective juror not present)

7          THE COURT:  I can't understand enough about what he is

8   saying to quite get whether or not there is an issue here or

9   not.  It sounds likes he is suggesting that there may not be an

10  issue, but he sounds like also, on the other hand he is

11  suggesting that he has had experience with the jury system and

12  he didn't quite understand.

13         Do counsel have any particular views about this?  The

14  fact that he isn't articulate doesn't mean that he can't serve

15  as a juror.

16         MR. DRATEL:  I think his answers with respect to this

17  case, that is different, and that he made a distinction.

18         MR. TURNER:  I guess I was a little troubled that he

19  wasn't able to give a clear answer to your Honor's question

20  about whether he has a bias.

21         THE COURT:  Let me ask one more question and then just

22  let him go back.

23         (Prospective juror present)

24         THE COURT:  OK.  So in this case there is going to be

25  evidence that will be presented, and as a member of the jury

F1ddulbv2                    Voir dire

you will be asked to evaluate that evidence as to this

particular defendant.  Do you think that given all your

experiences in life and also with your son --

            JUROR:  I do it like three or four times.

            THE COURT:  -- do you think you could be fair and

impartial?

            JUROR:  Yes.

            THE COURT:  OK.  Thank you.

            (In open court)

            THE COURT:  All right.  Ladies and gentlemen, what we

do next, we go to that peremptory round.  Now, there are --

just to get yourselves prepared, there are six rounds for the

peremptories as we get to the 12.  So right now, just to be

clear, we are only -- the peremptories are only against the

first 12.  We will have a separate round that I will then make

clear to everybody against the four.  So the four of you up

there, your names aren't going to be called.  Your numbers

aren't going to be called right now because we are going to do

the alternates separately.

            All right.  So why don't you folks get your Post-Its

in line.

            MR. DRATEL:  Could we take a short break, your Honor,

so we can discuss --

            THE COURT:  We are going to.  We are going to go right

on through.  You all can gather around each other.  It is just

F1ddulbv2                          Voir dire

1    the just the way we did it before.

2                MR. DRATEL:  As you know, your Honor, there is a lot

3    to it in terms of figuring out the composition.

4                (Pause)

5                THE COURT:  All right.  We will do another minute and

6    then we will collect the Post-Its.

7                (Pause)

8                All right.  Let's hand up the Post-Its now.

9                THE CLERK:  Jurors number 102, 154 and 143,

10   corresponding seats 6, 7 and 8.

11               THE COURT:  All right.  Ladies and gentlemen, what

12   we're going to be doing now is calling three of you from the

13   back, and you will then fill in the spots for in spots 6, 7 and

14   8, and I will be asking you if you would have answered "yes" to

15   any of the questions which I previously asked and then also to

16   give a brief bio.

17               OK, Joe.  Let's call 6, 7 and 8 to fill in those

18   spots.

19               THE CLERK:  Potential juror number 6, juror number

20   155.  155.  Will you please take the last seat in the first

21   row.

22               Potential juror number 7, juror number 43 --

23   four-three -- number 43, will you please take the first seat in

24   the second row closest to me.  It might make it easier, sir, if

25   you would like to walk around here that way.

F1ddulbv2                          Voir dire

1          And potential juror number 8, juror number 171,

2     one-seven-one.  171, please take the second seat in the second

3     row.

4          THE COURT:  All right.  Prospective juror number 6

5     down there in the first row, were there any questions that I

6     had asked before that you would have given a "yes" answer to?

7          JUROR:  Please repeat number one.

8          THE COURT:  The very first question I asked, yep.

9          Does any juror have any personal knowledge or

10    knowledge from other sources of the charges in the Indictment

11    against the defendant?

12         JUROR:  No.

13         THE COURT:  Do you know anything about that?

14         JUROR:  No.

15         THE COURT:  Are there any other questions that you

16    would like to have repeated or that you think you would have a

17    yes answer to?

18         JUROR:  No.

19         THE COURT:  All right.  Do you want to stand up and

20    tell us a little bit about yourself?

21         JUROR:  I'm 20 years old.  I lived in this country for

22    20 years.  I live in the Bronx, New York, with my parents.  I

23    am currently a student at FIT.  Never been married.  Don't have

24    kids.  In my spare time I read a lot, like Complex magazine.  I

25    do not read the newspaper.  I watch some TV, mostly movies on

F1ddulbv2                        Voir dire

1   Netflix.

2            THE COURT:  What kind of magazines do you read?

3            JUROR:  Complex.

4            THE COURT:  Which newspapers do you read?

5            JUROR:  I don't read no newspapers.  I also do some

6   ice skating.  I play baseball back then, and that is pretty

7   much it.

8            THE COURT:  Thank you.  You may be seated.

9            Prospective juror number 7, were there any questions

10  that I asked before to which you would have had "yes" answers?

11           JUROR:  Yes, your Honor.  I did see someone holding a

12  poster as I came into the court this morning.

13           THE COURT:  OK.  And did you read the poser?

14           JUROR:  Yes, I did.

15           THE COURT:  OK.  We'll take that up in a minute.

16           Were there any other questions to which you would have

17  had a "yes" answer?

18           JUROR:  Yes.  I have had a number of family members

19  employed in law enforcement agencies here in New York.

20           THE COURT:  And which family members, which kinds of

21  agencies?

22           JUROR:  My father was a New York State -- supervisor

23  for the Division of Parole.  I had two uncles in U.S. Customs

24  and my brother is required from the United States Coast Guard.

25           THE COURT:  OK.  Now, were there any other questions

F1ddulbv2                           Voir dire

1   to which you would have had a "yes" answer?

2              JUROR:  The last one would be I just recently had my

3   credit card numbers stolen apparently over the Internet and was

4   just called on it yesterday.

5              THE COURT:  OK.  Any others?

6              JUROR:  No.

7              THE COURT:  OK.  Now, in terms of the family members

8   that you got and had in terms of their positions in law

9   enforcement, is there anything about their positions that makes

10  you feel that you couldn't be fair and impartial in this case?

11             JUROR:  No, your Honor.

12             THE COURT:  Is there anything about their positions

13  that makes you feel you would biased for or against law

14  enforcement?

15             JUROR:  No, your Honor.

16             THE COURT:  In terms of your credit card number

17  stolen, as we know, that can happen in any variety of ways, was

18  there anything about that which makes you feel that at this

19  point in time you could not listen to the evidence in this case

20  fairly and impartially?

21             JUROR:  No, your Honor.

22             THE COURT:  All right.  Then we will take up the

23  poster in just a moment.

24             Let me just ask if, number 8, were there any questions

25  to which you would have had a yes answer?

F1ddulbv2                    Voir dire

1          JUROR:  Yes.  My English is not -- you know, I could

2     speak it a little but I don't understand too much.  That is the

3     only one I have.

4          THE COURT:  OK.  All right.  Did you go to school in

5     this country?

6          JUROR:  Yes, ma'am, but --

7          THE COURT:  Did you --

8          JUROR:  I didn't do college, I went to ninth grade.

9          THE COURT:  To ninth grade?

10         JUROR:  Yes.

11         THE COURT:  You didn't take any college courses?

12         JUROR:  No.

13         THE COURT:  Do you read English?

14         JUROR:  A little bit.

15         THE COURT:  What is your job?

16         JUROR:  I am a golfer.  I work for American Golf

17    Company.

18         THE COURT:  For golf?

19         JUROR:  For 25 years for golf.

20         THE COURT:  OK.  All right.  You can be excused.

21         Let's fill in number 8, and then I am going to take

22    number 7 at sidebar after we have got number 8 in.

23         THE CLERK:  Prospective juror number 8, juror number

24    98 -- nine-eight.  Juror number 98, will you please take the

25    seat that was vacated.

F1ddulbv2                    Voir dire

1          THE COURT:  All right.  Prospective juror number 8,

2     were there any questions that I asked before to which you would

3     have had yes answers?

4          JUROR:  Just two.  I received a pamphlet which I

5     didn't read and I have no problem putting aside.  The second is

6     I have a brother who works for the federal government.

7          THE COURT:  And what position does your brother have

8     in the federal government?

9          JUROR:  You works for the DOD.

10         THE COURT:  OK.  And is there anything about your

11    brother's position with the DOD that makes you feel you

12    couldn't be fair and impartial in this case?

13         JUROR:  No.

14         THE COURT:  Does your brother, to the best of your

15    knowledge, have any position at the DOD that involves cyber

16    issues?

17         JUROR:  I don't know.

18         THE COURT:  All right.  OK.  We'll come back to you

19    for your bio in a moment.  Let's take number 7 down here for a

20    second, please, sir.  Come on down.

21         There is one seat I can in the front row if there is

22    somebody who is dying to sit down, and there may be another

23    seat in the front row over there.

24         VOICE:  They went to the bathroom.

25         (At the sidebar)

F1ddulbv2                     Voir dire

1          THE COURT:  What poster did you see?

2          JUROR:  I saw a man holding a poster saying, "No

3   victim, no crime."

4          THE COURT:  And did you associate that in any way with

5   this case?

6          JUROR:  Immediately.

7          THE COURT:  OK.  And, now, the fact that you saw that,

8   are you going to be able to put that out of your mind and

9   listen to what the evidence is in this case?

10          JUROR:  I think so, your Honor.

11          THE COURT:  And to be fair and impartial in this case?

12          JUROR:  I think so, your Honor.

13          THE COURT:  OK.  When you say you think so, will you

14   be able to?

15          JUROR:  Yes, your Honor.

16          THE COURT:  All right.  Thank you.

17          And did you see anything else?

18          JUROR:  No.

19          THE COURT:  OK.  You didn't get one of the pamphlets?

20          JUROR:  No, I did not.  I didn't see anything.

21          THE COURT:  All right.  Thank you.

22          (Prospective juror not present)

23          MR. DRATEL:  Why did he associate it with this case?

24          THE COURT:  Because it has got the name.  All the

25   people are down there with the name on it.

F1ddulbv2                        Voir dire

1              Number 7, could you come back for one second?

2              (Prospective juror present)

3              THE COURT:  One more question, which is why did you

4    associate it with this case versus some other case?

5              JUROR:  Because in jury selection in the big jury room

6    last week, we were given the questions that you gave to us,

7    that you read to us, the same ones, so it was the only case

8    that I know of.

9              THE COURT:  So you just didn't know of another case?

10             JUROR:  I was wondering, it sounds like this case.

11             THE COURT:  OK.  But you don't know one way or the

12   other whether this case has victims or no victims or what

13   relevance that would have to the law?

14             JUROR:  No.  I don't know anything about the case

15   other than the questions that were given to us.

16             THE COURT:  You understand the Court would instruct

17   the jury on the applicable law at the end of the case?

18             JUROR:  Yes.

19             THE COURT:  You do.  Are you able to follow that law?

20             JUROR:  I think so, your Honor.  Yes, your Honor.

21             THE COURT:  Thank you.  You can step aside.

22             (Prospective juror not present)

23             THE COURT:  I don't see any reason to strike him.  How

24   about you folks?

25             MR. TURNER:  No, your Honor.

F1ddulbv2                    Voir dire

1          THE COURT:  All right.  Let's return.

2          (In open court)

3          THE COURT:  Let's do the bio for number 7 and 8.

4          Stand up sir, number 7, and tell us a little bit about

5    yourself.

6          JUROR:  I'm 63 years old.  I was born here in

7    Manhattan, raised in the Bronx.  I lived there 20 years.  Moved

8    to Brooklyn, lived there 20 years.  Worked on Staten Island a

9    few years.  Worked in Queens for six years.  And now I live in

10   Manhattan, where I have now retired after having worked 20

11   years as a social work supervisor in the mental health field in

12   support of housing, specifically providing housing for formerly

13   homeless and mentally ill adults.

14         THE COURT:  Did you say -- do you have a spouse or

15   significant other?

16         JUROR:  I have a domestic partner for 20 years.

17         THE COURT:  What is their job?

18         JUROR:  He is an editor and a writer mostly for

19   nonfiction.

20         THE COURT:  OK.  Any particular area of nonfiction?

21         JUROR:  I really don't know, your Honor.

22         THE COURT:  OK.  All right.  And do you read books,

23   magazines on a regular basis?

24         JUROR:  I read some magazines.  I read The New York

25   Times most of the day.

F1ddulbv2                    Voir dire

1          THE COURT:  What kind of magazines do you read?

2          JUROR:  National Geographic, Yankee.

3          THE COURT:  All right.

4          JUROR:  That is about it.

5          THE COURT:  All right.  Thank you.

6          Number 8.

7          JUROR:  I'm 43.  I am originally from Pennsylvania.  I

8    have been in White Plains for five years.  I am a

9    neurobiologist.  I run a medical research lab in White Plains.

10   I have been there for five years.

11         I am single.  I live alone.  I have no children.  I

12   have Ph.D.'s in molecular biology and genetics.  I don't have a

13   lot of spare time, but when I do I read primarily nonfiction

14   relating to technology, and I don't watch TV.

15         THE COURT:  All right.  And when you say science and

16   technology, do you read anything in particular to the computer

17   technology field?

18         JUROR:  Physics.

19         THE COURT:  All right.  OK.

20         We are into the second round for the peremptories, and

21   we are going to get through this.  In just a couple of minutes,

22   I will ask you folks for your Post-Its.

23         We will do about two minutes for this and then we will

24   pick up the Post-Its.

25         (Pause)

F1ddulbv2                    Voir dire

1           THE COURT:  All right.  Let's get our Post-Its.

2           All right.  Here we go with round two.  Again, those

3   of you in the back, I am going to call up some of you and you

4   will fill in the empty spots.  Then what we'll do is we'll take

5   a quick break before we continue along with this same process.

6   Then there will be just a quick break.  People will be able to

7   stretch their legs, but hold on.

8           THE CLERK:  Jurors number 155, 63 and 155 -- excuse

9   me, 153, corresponding seats 6, 9 and 11.  155, 63 and 153.

10          THE COURT:  OK.  6, 9 and 11 are excused, and then

11  will pick three folks randomly to fill in those spots and we

12  will take our break.

13          When we take our break, I am just going to have you

14  folks -- there is a restroom in that jury room back there that

15  you can use.  There is also restrooms in the hall that you can

16  use.  And we'll just take about a five-minute break.  As

17  quickly as we can get out, get back in.  Try and take your own

18  place.  Those of you in the box, you will take your own spots

19  as soon as you get back in.

20          All right.  Joe, fill in spots, 6, 9 and 11.

21          THE CLERK:  Prospective Juror Number 6, Juror No.

22  11 -- one-one -- Juror No. 11, will you please take the last

23  seat in the first row -- well, not the last seat, the

24  second-to-last seat in the first row.

25          Prospective juror number 9, juror number 12, one-two,

F1ddulbv2                         Voir dire

1   juror number 12, will you please take the third seat in the

2   second row.

3           And prospective juror number 11, juror number

4   five-five -- Juror 55 -- Juror 55, will you please take the

5   fifth seat in the second row.

6           THE COURT:  All right, everyone.  Now, what we're

7   going to do is we're going to take a short break.

8           Note, please, it is very, very important that you not,

9   any of the prospective jurors, those of you who are out in the

10  audience, those of who are in the box, all of you, no one speak

11  about this case to each other or to anyone else.  It's very,

12  very important that you not speak about this case.  All right?

13          So just take a quick break.  Come on back in.  Sit

14  down.  We're going to resume in five minutes right here.

15          Thank you.

16          THE CLERK:  All rise.

17          (At the sidebar)

18          THE COURT:  Now is an obvious time to talk amongst

19  yourselves and get yourselves organized for the next round.  I

20  just wanted to make sure that you understood the agenda for the

21  break.

22          MR. DRATEL:  I understand, your Honor.  It's just --

23          THE COURT:  Terrific.

24          MR. TURNER:  Your Honor, for scheduling purposes, we

25  are going to go straight through and then break for lunch?

F1ddulbv2                    Voir dire

1                THE COURT:  Yes.

2                MR. TURNER:  Thank you.

3                (Recess)

4                (In open court)

5                THE COURT:  All right.  Let's all be seated.

6           And we were going to start with number 6.  Hold on.

7      It is number 6 -- 6, 9 and 11.

8           Number 6, were there any questions that I've asked for

9      earlier to which you would have had a "yes" answer?

10               JUROR:  Yes.

11               THE COURT:  OK.  Which ones?

12               JUROR:  My cousin is a NYPD police officer.

13               THE COURT:  Who is it?

14               JUROR:  Cousin.

15               THE COURT:  Your cousin.  All right.  And are you

16     close to this cousin?

17               JUROR:  Yes.

18               THE COURT:  OK.  And do you believe that that would

19     make you biased in favor of or against law enforcement?

20               JUROR:  No.

21               THE COURT:  Do you believe you could be fair and

22     unbiased in this case?

23               JUROR:  Yes.

24               THE COURT:  All right.  And is your cousin on any kind

25     of special detail that you know of?

F1ddulbv2                         Voir dire

1           JUROR:  No.

2           THE COURT:  No.  Anything else that you would have

3    answered "yes" to?

4           JUROR:  No.

5           THE COURT:  All right.  Number 9, that is you.  Were

6    there any questions that I had asked earlier to which you would

7    have had a "yes" answer?

8           (Pause)

9           JUROR:  There is something.  It is the Justice

10   Department, something to do with the Justice Department.  And I

11   can't be more explicit.  I have a slight prejudice.  I think I

12   could be objective in this case but I'm not sure.

13          THE COURT:  All right.  Were there any other questions

14   to which you would have a "yes" answer?

15          JUROR:  No.

16          (Continued on next page)

17

18

19

20

21

22

23

24

25

F1dgulbvd3                    Voir Dire

1              THE COURT:  We'll take that in a moment.

2              No. 11, were there any questions that I asked earlier

3    to which you would have had a yes answer?

4              JUROR:  No.

5              THE COURT:  Let me get the bio of no. 6 and no. 11.

6    Stand up, no. 6 tell us a little bit about yourself.

7              JUROR:  I'm 46 years old, born and raised in New York

8    City.  I live in the East Village.  And I'm a bus operator for

9    nine years in the New York City Transit.  I'm married with two

10   kids and completed one year of college.  Spare time, I spend it

11   with the kids.  I like to exercise.  And I read the local

12   papers.

13             THE COURT:  What are your local papers that you read?

14             JUROR:  The News, the Post.

15             THE COURT:  And what did you study in college in those

16   courses?

17             JUROR:  Business management.

18             THE COURT:  Business management?

19             JUROR:  Yes.

20             THE COURT:  Thank you.  No. 11, tell us a little bit

21   about yourself.

22             JUROR:  I'm 40 years old.  I live in this country for

23   20 years.  I have three children.  I live with my girlfriend.

24   I work for a news local organization called News 12.  I went to

25   school for two years.  And I have an associate's degree in

F1dgulbvd3                    Voir Dire

1   technology and I watch news.

2            THE COURT:  Is your girlfriend employed?

3            JUROR:  Right now, she's getting a job as accounting.

4            THE COURT:  In accounting?

5            JUROR:  Yes.

6            THE COURT:  Okay.

7            No. 9, why don't you come on down and we'll talk with

8   you over here at the side bar for a moment.

9            (At the side bar)

10           (Juror present)

11           THE COURT:  What is your juror number?

12           JUROR:  Pardon?

13           THE COURT:  What's your juror number?

14           JUROR:  Twelve.

15           THE COURT:  No. 12.  Okay.  So what's the nature of

16  your issue or concern or potential bias you said?

17           JUROR:  It's how they get --

18           THE COURT:  Keep your voice down.

19           JUROR:  How they get witnesses to testify.

20           THE COURT:  All right.  Is it generally speaking

21  something that you came to this court already thinking about or

22  was it triggered by one of my questions today?

23           JUROR:  It was triggered by what you mentioned about

24  witnesses.

25           THE COURT:  Okay.  It is the case that it's possible

F1dgulbvd3                    Voir Dire

1   that there could be some witnesses who are what we call

2   cooperating witnesses --

3            JUROR:  Yes.

4            THE COURT:  -- in this case, and those are individuals

5   who may themselves be guilty of a crime and they may, in fact,

6   have been involved in incidents at issue, but the government

7   has made an agreement with them and they're going to cooperate

8   and testify.

9            JUROR:  Right.

10           THE COURT:  And that's a perfectly lawful thing for

11   the government to do.

12           JUROR:  Yes.

13           THE COURT:  Do you have some concern about the

14   government's use of witnesses like that and would you be biased

15   either for or against their testimony in some manner?

16           JUROR:  I know this is the way to do it and it's

17   usually justified in every way, but I also know -- I know

18   sometimes it's not.  It's just sometimes there can be that kind

19   of occasion.  I know that.

20           THE COURT:  Do you think in this case you'd be able to

21   listen to the evidence given by all witnesses, including

22   potential cooperator witnesses, and assess the credibility of

23   those witnesses according to who the witness is and at the time

24   as you hear them on the stand and whatever you assess about

25   them while they're on the stand as opposed to assuming

F1dgulbvd3                    Voir Dire

1   credibility either for or against them because of who they are,

2   either a cooperating witness?

3           JUROR:  I think I can be objective.

4           THE COURT:  You do?

5           JUROR:  Yes.

6           THE COURT:  Why don't you stand on the side for a

7   moment.

8           JUROR:  All right.

9           (Juror not present)

10          MR. SERRIN:  Your Honor, I suppose I'm somewhat

11  concerned.  I mean, she's from a foreign country.  A lot of

12  times foreign countries have different regimes in terms of

13  cooperating witnesses.  She may have a much different

14  expectation.  And she did raise this on her own and she gave,

15  in response to your Honor's question, an affirmative answer,

16  but she did seem to have some serious hesitation at first about

17  the credibility of a cooperating witness and we have two of

18  them in this case.

19          THE COURT:  Mr. Dratel.

20          MR. DRATEL:  What she expressed is really not

21  inconsistent with the instruction that the Court told them

22  you're going to give the jury, which is, cooperating witnesses

23  are to be viewed with greater concern than average witnesses

24  and their credibility is to be determined by a special

25  standard.  It's not same.  She said she could be objective

F1dgulbvd3                    Voir Dire

1    here.  She has been here 40 years.  I don't have to question

2    her.  She's from the UK.  It's not a particularly different

3    system and she understands precisely what is going on.

4             THE COURT:  I think it's a close-enough call that if

5    one of you wants to use your peremptory as to this particular

6    witness, you can do that, but I'm not going to strike her for

7    cause at this time.

8             MR. DRATEL:  Thank you.

9             MR. SERRIN:  Thank you.

10             (In open court)

11             THE COURT:  All right.  No. 9, why don't you, as

12    you're getting settled there, tell us a little bit about

13    yourself.

14             JUROR:  I'm 68 and I live in lower Manhattan, Nolita,

15    with my husband, and we don't have children.  And he is a

16    production editor for Harper Collins.  And I'm a writer and

17    freelance writer and teacher and I read the news.  I get my

18    news mainly from the Internet, but I read the New Yorker and I

19    read -- I read the headlines of the post.  I read the Wall

20    Street Journal, the Times.

21             THE COURT:  Thank you.

22             JUROR:  Thanks.

23             THE COURT:  Do you watch any TV on a regular basis?

24             JUROR:  Downton Abbey and Charlie Rose.

25             THE COURT:  Thank you.  Thank you.  Ladies and

F1dgulbvd3                    Voir Dire

1    gentlemen, let's to our third round of the peremptories.  Let's

2    try to make this one a little quicker.  Let's get the defense

3    Post-It.

4              THE DEPUTY CLERK:  Jurors no. 135, 11 and 12,

5    corresponding seats four, six and nine.

6              THE COURT:  Joe is, in a moment, going to call three

7    more names and fill in three more, folks.  That will allow

8    three more folks to sit down and get ourselves ready for the

9    fourth round.  We just had our third round.  We'll get ready

10   for our fourth.  Let's fill in four, six and nine.

11             THE DEPUTY CLERK:  Prospective juror no. 4, 134.

12   Juror No. 134, will you please take the fourth seat in the

13   first row.  Prospective juror no. 6, juror no. 97, will you

14   please take the sixth seat in the first row.  And prospective

15   juror no. 9, juror no. 93.  Juror No. 93, will you please take

16   the third seat in the second row.

17             THE COURT:  Prospective juror no. 4, were there

18   questions that I asked to which you would have had a yes

19   answer?

20             JUROR:  Yes.  Somebody gave me a flier when I was

21   coming in.

22             THE COURT:  Did you read it?

23             JUROR:  I put it aside.  I didn't read it yet.

24             THE COURT:  Could you put it aside until you are

25   either dismissed from the case and until the evidence is all in

F1dgulbvd3                     Voir Dire

1    and the case is completely over?

2              JUROR:  Yes.

3              THE COURT:  All right.  Anything else?

4              JUROR:  No.

5              THE COURT:  Any other questions you would have had a

6    yes answer to?

7              JUROR:  No.

8              THE COURT:  All right.  No. 6, any questions you would

9    have had a yes answer to?

10             JUROR:  Yes, your Honor.  I had previous law

11   enforcement work experience with them, and I saw the poster.  I

12   do have legal studies and time.

13             THE COURT:  And time meaning how long the trial is

14   going to be?

15             JUROR:  Yes.

16             THE COURT:  In terms of law enforcement, is it you

17   yourself or someone else?

18             JUROR:  I volunteer with them and I do know people.

19             THE COURT:  When you say volunteer, who do you

20   volunteer with?

21             JUROR:  NYPD.  I volunteer with them for a year

22   and-a-half.

23             THE COURT:  When was that?

24             JUROR:  Three years ago.

25             THE COURT:  Is there anything about your experience

F1dgulbvd3                    Voir Dire

 1   with the NYPD that makes you feel that you would be biased

 2   either in favor of or against law enforcement?

 3          JUROR:  No.

 4          THE COURT:  And in terms of legal studies, what were

 5   you studies?

 6          JUROR:  I am currently a student at Nyack College

 7   studying criminal justice with a minor in psychology and

 8   biblical studies.

 9          THE COURT:  Is there anything about those studies that

10   makes you feel that you couldn't be fair and impartial in this

11   case and accept the instructions on the law that the Court

12   gives you?

13          JUROR:  I'm not sure.  I'm not completely sure.  I

14   have my own interpretation already of the law.  We studied the

15   laws already from the court and I'm not sure would I be

16   able --

17          THE COURT:  All right.  You can go.  Let's get a new

18   no. 6 in.  That's okay.  I want the honest answer.  The only

19   reason I do it quickly is so that we can move on.  Let's get a

20   new no. 6 and then we'll get to no. 9.

21          THE DEPUTY CLERK:  Prospective juror no. 6, Juror No.

22   146.  Ma'am, will you please take the sixth seat in the first

23   row.

24          THE COURT:  No. 6, were there any question that I

25   asked before that you would have had a yes answer to?

F1dgulbvd3                    Voir Dire

1          JUROR:  No.

2          THE COURT:  Thank you.

3          No. 9, any questions that I asked before that you

4    would have had a yes answer to?

5          JUROR:  No.

6          THE COURT:  Let's get a little bit of a bio from four,

7    six and nine.  Number four.

8          JUROR:  I'm 63 years old.  I was born and raised in

9    New York City.  I live in the lower east side right now for 40

10   years.  And I've been working for the post office in the City

11   Hall area for about 32 years.  I work as a sales associate and

12   currently a passport agent.  And I'm divorced and I live alone.

13   I have one grown son.  He's working for the headquarters for

14   Walgreens in Chicago.  And I completed two years of college,

15   but I didn't finish.  And on my spare time, I like to go to the

16   movie theaters and watch movies.  And I don't read any

17   particular magazines or -- regularly, but newspapers, I read

18   the free papers if that counts, the AM and the Metro, and I

19   watch television at home.

20         THE COURT:  What kinds?

21         JUROR:  Sometimes -- programs and business news,

22   regular news and sitcoms and some TCM, old movies.

23         THE COURT:  And you said that you're a sales agent.

24   Is that with a store?

25         JUROR:  No, no.  I'm a passport agent at the post

F1dgulbvd3                    Voir Dire

1    office.

2              THE COURT:  I see.  Are you a postal employee?

3              JUROR:  Yes.

4              THE COURT:  And so you're one of the individuals who

5    accepts applications for passports?

6              JUROR:  Yes.

7              THE COURT:  Now, you heard earlier that I said that

8    one of the allegations in this case that it will be the

9    government's burden to prove is the possibility of false

10   identification documents.  Among those false identification

11   documents could be false or allegedly false passports.

12             Do you think that you would be able to view that

13   evidence fairly and impartially, even though you are yourself a

14   passport agent with the U.S. Postal Service?

15             JUROR:  Yes.

16             THE COURT:  Thank you.

17             JUROR:  Thank you.

18             THE COURT:  No. 6, tell us a little bit about

19   yourself.

20             JUROR:  I'm 45.  I've been in this country about 36

21   years.  In live in Westchester with my ex-husband and my three

22   children.  I'm a network analyst.  I have a bachelor in

23   computer science.  Right now, I work for a healthcare system

24   doing their code information management.  In my spare time, I

25   watch the Cooking Channel and football, and I think that's it.

F1dgulbvd3                    Voir Dire

1              THE COURT:  Do you read anything in particular?

2              JUROR:  Not really, just things in general, any kind

3    of paper, books in passing.

4              THE COURT:  And did you say what your ex-husband does

5    or your husband?

6              JUROR:  He works for radio station.  He does their

7    broadcasting for a Caribbean station.

8              THE COURT:  Where are you from originally?

9              JUROR:  The Isle of Man.

10             THE COURT:  Thank you.

11             JUROR:  Thank you.

12             THE COURT:  No. 9.

13             JUROR:  I'm 39 and I was born in this country.  I live

14   in Westchester with my husband and daughter who is six.  I'm a

15   teacher for 15 years in Yonkers and my husband is an

16   educational consultant.  I have two masters degrees, one in

17   elementary education and one in reading.  In my spare time, I

18   spend it with my family, friends, exercising, traveling.  I

19   read Self magazine, Cooking Light.  I don't read any

20   newspapers.  And mostly, we watch comedies or sitcoms.

21             THE COURT:  Thank you.  All right.  Ladies and

22   gentlemen, we'll do the fourth round.  Let's get your Post-Its

23   in just a moment.

24             MR. DRATEL:  A brief side bar?

25             THE COURT:  Yes.

F1dgulbvd3                    Voir Dire

1          (At the side bar)

2          THE COURT:  Mr. Dratel.

3          MR. DRATEL:  In addition to the charges in the case

4    about the identification documents, there's also going to be

5    evidence that the defendant himself received false

6    identification documents and so I think if we can ask that

7    juror, juror no. 4 I think it is, yeah, who is a post office

8    employee about whether that might have an impact, because that

9    may not be something that's contested necessarily.  So it's not

10   a question of evaluating the credibility of the evidence.  It's

11   really effectively the evidence itself that is going to come in

12   about the charges.

13         THE COURT:  I don't want to go into the nature of the

14   evidence here because it could get us down a morass.  I don't

15   think there's any basis for a cause strike right now.  If you

16   want to use a peremptory on that juror, you are welcome to.

17              Is there anything else?

18         MR. DRATEL:  No.  I was just thinking.

19         THE COURT:  Similar to what we had the other time with

20   the government, so you can use your peremptories as you see

21   fit.

22              (In open court)

23         THE COURT:  All right.

24         THE DEPUTY CLERK:  Juror no. 134, 98 and 55,

25   corresponding seats four, 11 and eight.

F1dgulbvd3                    Voir Dire

1           THE COURT:  So we're going to get three more folks to

2    come in and sit down, and then we're going to be getting

3    ourselves ready for the fifth round.  Two rounds left for this

4    part and then it's just the alternates after that.

5           Let's get our folks for seats four, eight and 11.

6           THE DEPUTY CLERK:  Prospective juror no. 4, juror no.

7    141.  Juror No. 141, please take the fourth seat in the first

8    row.

9           Prospective juror no. 8, juror no. 53, 53.  Juror No.

10   53, will you please take the second seat in the second row.

11          Prospective juror no. 11, Juror no. 111, 111.  Juror

12   No. 111, please take the fifth seat in the second row where the

13   lady is getting up.

14          THE COURT:  Prospective juror no. 4 four, were there

15   any questions I asked earlier to which you would have had a yes

16   answer?

17          JUROR:  No.

18          THE COURT:  Thank you.

19          Prospective juror no. 8, were there any

20   questions -- you're in the eighth spot.

21          JUROR:  Sorry.

22          THE COURT:  That's all right.  Prospective juror no.

23   8, were there any questions I had asked before to which you

24   would have had a yes answer?

25          JUROR:  No.

F1dgulbvd3                    Voir Dire

1          THE COURT:  Prospective juror no. 11, were there any

2     questions before to which you would have had a yes answer?

3          JUROR:  No.

4          THE COURT:  Thank you.  Why don't you, no. 4, tell us

5     a little bit about yourself.

6          JUROR:  I'm 46.  I've lived in this country for 25

7     years.  In the Bronx now for 18 years.  I live with my two

8     grandchildren and granddaughter.  I currently work for Metro

9     North as a coach cleaner.  And I've never been married.  My

10    oldest son, he works as an magician and my daughter started

11    working for an answering service for doctors.  I have an

12    associate degree in hospitality management and in my spare

13    time, I babysit shop, read books and I also watch TV like

14    forensic science, whatever my granddaughter watches.

15         THE COURT:  What kinds of books do you read?

16         JUROR:  Like James Patterson, romance novels, stuff

17    like that.

18         THE COURT:  Thank you.  Prospective juror no. 8.

19         JUROR:  That's me.  I am 67.  I was born in Manhattan.

20    I presently live in midtown Manhattan.  I'm retired.  I was a

21    deputy city registrar for the Department of Health.  I signed

22    off on corrections to birth and death records.  I was married.

23    I have no children.  I'm divorced.  I went to Marymount and I

24    received a medical administration certificate.  I volunteer for

25    God's Love We Deliver food kitchens, that kind of thing, Ronald

F1dgulbvd3                    Voir Dire

1   McDonald.  I watch Law and Order and the Cooking Channel, and

2   I don't -- I'm not really addicted to any newspapers or

3   anything like that.

4            THE COURT:  You're not addicted to them.  Do you

5   sometimes peruse them?

6            JUROR:  Not even sometimes.  Too depressing.

7            THE COURT:  All right.  What was your ex-husband's

8   position, job?  Profession?

9            JUROR:  Hairdresser.

10           THE COURT:  Now, juror no. 11, there you are, sir,

11  tell us a little bit about yourself.

12           JUROR:  Okay.  I am 59 years old, born and raised in

13  New York.  I live in Yonkers, New York.  I work in television

14  advertising sales for the past 30 years.  I have a domestic

15  partner of 13 years.  He is a retired Air Force lieutenant

16  colonel now working for Homeland Security TSA headquarters in

17  Virginia.  College graduate.  I read every newspaper I can get

18  my hands on, and if it's a documentary, that's what I watch on

19  television.

20           THE COURT:  Thank you.  Now, you had -- you said you

21  are retired Air Force?

22           JUROR:  My partner is.

23           THE COURT:  He's retired from the Air Force, and he is

24  currently employed by Homeland security?

25           JUROR:  TSA headquarters.  He develops the airport

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

F1dgulbvd3                    Voir Dire

1   security for all airports in the United States.

2          THE COURT:  All right.  Is there anything about his

3   position with Homeland Security that makes you feel that you

4   would be biased in favor of the government or against the

5   government in this lawsuit?

6          JUROR:  Not at all.

7          THE COURT:  Do you think you can be fair and unbiased

8   in this lawsuit?

9          JUROR:  Yes.  I can be fair.

10          THE COURT:  Thank you, sir.  You may be seated.

11          So we are into the fifth round, one and one.  Let's

12   get ourselves some Post-Its here.  We have one round after

13   that, then we go to the alternates.  Ladies and gentlemen, we

14   are getting there.  Let's get our Post-Its.

15          THE DEPUTY CLERK:  Juror nos. 141 and 111.  So we're

16   going to fill in two and then we're going to go get ready for

17   our sixth and last round of peremptories as to the 12, all

18   right?  Let's get somebody in seat number four and seat number

19   11.

20          Prospective juror no. 4, juror no. 124, 124, juror no.

21   124, please take the fourth seat in the first row.  And

22   prospective juror no. 11, juror no. 85, 85.

23          MR. DRATEL:  May we have a brief side bar.

24          THE DEPUTY CLERK:  Juror no. 85, take the fifth seat

25   in the second row.

F1dgulbvd3                    Voir Dire

1      THE COURT:  Let me get through some of these

2   preliminaries, and then we'll do that.  All right.

3      We have a new person in seat four and somebody heading

4   towards seat 11.  The person in seat four, were there any

5   questions that I had asked before earlier today that you would

6   have had yes answers to?

7      JUROR:  No.  I don't have any problem with the

8   questions that you asked.

9      THE COURT:  So neither of you have any questions you

10   would have given yes answers to, is that right?

11      JUROR:  Yes.

12      JUROR:  No.

13      THE COURT:  So I'm getting answers of no

14   questions -- no "yes" answers to any of my questions from both

15   four and 11.  Before we get to your bios, let me take counsel

16   at side bar.  We're getting ready for our sixth and last round

17   of the 12 and then we have the alternates.

18      (At the side bar)

19      THE COURT:  Mr. Dratel.

20      MR. DRATEL:  Yes, on round four, which was a

21   two-round -- two challenge round and initially thought it was a

22   1-challenge round, so I had -- I think, I forget the

23   number -- I don't remember the number but the point was that in

24   the second one that I challenged it was not the juror I

25   intended to challenge, the two jurors who are sitting next to

F1dgulbvd3                    Voir Dire

1    each other, one is 98, one is 93.  I challenged 98.  I intended
2    to challenge 93.
3              THE COURT:  Is 98 still there?
4              MR. DRATEL:  No.  I said I wrote 98.
5              THE COURT:  So 93 you meant to challenge?
6              MR. DRATEL:  Yeah.
7              THE COURT:  And they're currently in what seat?
8              MR. DRATEL:  They're in seat nine.
9              MS. MARINO:  Nine.
10             THE COURT:  You still have one peremptory left.  It's
11   not it a cause strike.
12             MR. DRATEL:  I'm just saying that it was a mistake.
13             THE COURT:  I hear you.  I can't give you any more
14   peremptories than the rules allow in this round.  You have one
15   more round, okay.
16             (In open court)
17             THE COURT:  So we have number four and 11.  Number
18   four, tell us a little bit about yourself.
19             JUROR:  I'm a registered nurse.  I've been doing that
20   for 25 years.  I came to this country in 1977.  I'm 47 years
21   old.  I don't have any spare time.  I'm not married.  I'm
22   single.  I have a degree, a Bachelor of Science.  No spare
23   time.  I don't read the paper, don't watch TV except for
24   Scandal and the Walking Dead.
25             THE COURT:  Thank you.  Number 11, tell us a little

F1dgulbvd3                    Voir Dire

1    about yourself.  Stand up.  It would help to get a good sound.

2              JUROR:  I am 55 years old.  I work as a security

3    business.  I live with my -- well, my father lives with me in

4    the Bronx.  I was married for 20 years, divorced three years

5    ago.  Yes, I do love to read.  I like to read Sports

6    Illustrated, the Chief, the Daily News, and etc.

7              Also, on my spare time, I watch CNN and FOX.  I love

8    sports, okay, I have a son, 31 years old.  He works in the

9    Manhattan as a doorman.  That's about it.

10             THE COURT:  And you said you work in the security area

11   of -- in what capacity?  What's your job?

12             JUROR:  What I do is, I check the monitors at the -- I

13   work in the office.  I work and I check TV monitors in a

14   building.

15             THE COURT:  And you said your father lives with you.

16   Is he retired from a particular occupation?

17             JUROR:  Yes, he is, yes, he is.  He's 90 years old and

18   he came from Puerto Rico.

19             THE COURT:  What did he do when he was working?

20             JUROR:  He was a truck driver.

21             THE COURT:  Okay.

22             JUROR:  Okay.

23             THE COURT:  What did your wife do?

24             JUROR:  My wife, she was basically a house -- cooking

25   and stuff like that.

F1dgulbvd3                    Voir Dire

 1              THE COURT:  Stay-at-home mother?

 2              JUROR:  Yes.

 3              THE COURT:  Okay.  Let's go on to the last round of

 4     the peremptories against the 12, and then we'll go to the two

 5     rounds as to the alternates and then we're done.  All right.

 6     Let's get the last Post-It as to the panel of 12.

 7              THE DEPUTY CLERK:  Juror nos. 124 and 93,

 8     corresponding seats four and nine.

 9              THE COURT:  So we'll get two of you folks in just a

10     moment to come up and fill in; and we'll return our attention

11     to the filling of seats four and nine.

12              THE DEPUTY CLERK:  Prospective juror no. 4, juror no.

13     116, 116.  Juror No. 116, will you please take the fourth seat

14     in the first row.  And prospective juror no. 9, Juror No. 92,

15     92.  Ninety-two, will you please take the third seat in the

16     second row?

17              THE COURT:  All right, number four, were there any

18     questions I had asked earlier to which you would have had yes

19     answers?

20              JUROR:  I saw that there was picketing out front, but

21     I didn't see what it was about.

22              THE COURT:  Did you associate it for any particular

23     reason with this case?

24              JUROR:  No.  I had gone in the other entrance and it

25     was so backed up, they told us to come around here and I was

F1dgulbvd3                    Voir Dire

1    stressed about being late.

2                THE COURT:  Were there any other questions to which

3    you would have had a yes answer?

4                JUROR:  No.

5                THE COURT:  Thank you.  Number nine, any questions to

6    which you would have had a yes answer?

7                JUROR:  No.

8                THE COURT:  Why don't we hear a little about bit you,

9    number four.

10                JUROR:  I'm 48.  I lived in the United States all my

11   life, except for a couple of stints overseas.  I live in

12   Morningside Heights in Manhattan.  I live with my family, my

13   husband, who is an associate professor of history at Bronx

14   Community College, and I have two kids, ages nine and 11,

15   almost 12.  Over the last five years, I've been a writer and

16   editor in academic medicine here in New York.  And then I have

17   a master's in teaching social studies.  In my spare time, I do

18   things with my family, traveling locally, going to museums,

19   things like that.  We get the Times and I, you know, read it as

20   best I can, and we get the New Yorker and the New York -- and

21   New York magazine, which I scarcely have a chance to read.  I

22   read some books, and we don't have a TV, so I don't watch TV or

23   TV news.

24                THE COURT:  What kind of books to you read when you're

25   reading books?

F1dgulbvd3                    Voir Dire

1          JUROR:  Mostly biographies.  And I'm reading mostly

2     biographies, histories of New York City, history mostly.

3          THE COURT:  All right.  Thank you.  You may be seated.

4          No. 9, tell us a little bit about yourself.

5          JUROR:  Okay.  I'm 26 years old.  I lived in this

6     country for 17 years.  I live in the Bronx with my mom and dad.

7     Over the last five years well.  I worked -- I'm currently

8     working with the Social Security Administration.  I've been

9     there for four years as a claims representative and I just

10    started as what they call a technical expert and the previously

11    before that, I was a college student.

12         Not married.  No children.  I have a Bachelor's of

13    Science in business administration and political science.  And

14    on my spare time, I'm with my friends, with my family.  I do

15    some cooking.  I usually just read Glamour magazine.  I don't

16    read newspapers unless they're in the office and might look

17    through them, but I don't really read them.  I do watch news

18    and just movies on TV.  That's it.

19         THE COURT:  And you said that you're now going to be a

20    technical expert.  Does that mean like a computer technical

21    expert?

22         JUROR:  Yes; similar to that, like, I'll fix any

23    problems from the office when needed.

24         THE COURT:  For the computer?

25         JUROR:  Yeah or for the staff overall.

F1dgulbvd3                    Voir Dire

1          THE COURT:  Do you have some particular training in

2     that?

3          JUROR:  Not really.  I guess training comes with the

4     job over the years, so nothing specific.

5          THE COURT:  All right.  So you're like the IT help

6     desk?

7          JUROR:  Yes.  Pretty much.

8          THE COURT:  Thank you.  Alternates no. 1, 2, 3 and 4,

9     we had heard a little bit about you before, right?  We did the

10    bios.  Am I remembering this correctly?  Yes.  I remember

11    hearing from each of you, so I'm thinking I have heard about

12    you.  We're going to go into the rounds as to alternates one,

13    two, three and four only.  There are just two rounds of these,

14    one and one each round.  After this, we're going to take a

15    lunch break, so food is not far away.  Let's get our Post-Its

16    for the first round of the alternates.

17         THE DEPUTY CLERK:  Juror nos. 59 and 107,

18    corresponding seats alternate two and alternate three.

19         THE COURT:  So we're going to get two folks into

20    alternate spot two and alternate spot three, and then we'll go

21    into our last round all together, it's our last round for the

22    alternates and our last round for everyone.  Let's fill in two

23    and three.

24         THE DEPUTY CLERK:  Alternate juror no. 2, prospective

25    alternate juror no. 2, juror no. 173, 173.  Would you please

F1dgulbvd3                    Voir Dire

1    take the second or the third seat in the second row?

2              And prospective alternate juror no. 3, juror no. 156,

3    156.  Juror No. 156, will you please take the third seat in the

4    last row.

5              THE COURT:  Alternate no. 2.

6              JUROR:  Yes.

7              THE COURT:  Were there any questions I had asked

8    earlier that you would have had a yes answer to?

9              JUROR:  No.

10             THE COURT:  Alternate no. 3, were there any questions

11   earlier that I had asked to which you would have had a yes

12   answer to?

13             JUROR:  Yes.  Two questions.

14             THE COURT:  Which ones?

15             JUROR:  On did you serve in the military outside the

16   United States, that is yes.

17             THE COURT:  Which military did you serve in?

18             JUROR:  In Ovaya (ph) 30 something years ago.

19             THE COURT:  Is there anything about your military

20   service that makes you believe that you're unable to be fair

21   and impartial in this case?

22             JUROR:  No.

23             THE COURT:  Do you believe that your military service

24   would make you more biased towards law enforcement?

25             JUROR:  No.

F1dgulbvd3                    Voir Dire

1          THE COURT:  Do you believe you can be unbiased here?

2          JUROR:  Yes.

3          THE COURT:  What's the other question or questions to

4     which you had yes answers?

5          JUROR:  I did pick up one of the fliers.  I didn't get

6     a chance to read it.

7          THE COURT:  Are you willing to put that to the side

8     until the close of the evidence and the termination of this

9     case?

10          JUROR:  Yes.  I don't possess it anymore.

11          THE COURT:  You threw it out?

12          JUROR:  Yes.

13          THE COURT:  Thank you.  Why don't you tell us,

14     alternate no. 2 first a little bit about yourself.

15          JUROR:  I'm 42 years old.  I was born in this country.

16     I reside in Manhattan right now.  I'm a Zumba instructor and a

17     health coach, so I have a -- I work with a product brokerage

18     company.  We do a lot of stuff on the Internet.  I have been

19     married.  I was married to an officer, divorced, getting a

20     divorce, in the middle of a divorce.

21          THE COURT:  When you say officer, do you mean NYPD?

22          JUROR:  Yeah.  He retired.

23          THE COURT:  Is there anything about the fact that you

24     were married to somebody in the NYPD that makes you feel like

25     you would be either biased for or against law enforcement?

F1dgulbvd3                    Voir Dire

1          JUROR:  No.  I have two children, one is in the Army

2    and I have a Bachelor's in English literature.  I work out.  In

3    my spare time, I take my dog for a walk, movies, dinner.  I

4    read a lot of books, a lot of motivational books, finance

5    books.  And I like to watch Modern Family and the Flash,

6    Gotham.  That's it.

7          THE COURT:  And does the fact that you have a son you

8    said in the Army --

9          JUROR:  Uh-huh.

10         THE COURT:  -- does that make you feel that you would

11   be unable to be fair and biased towards the U.S. government in

12   this case?

13         JUROR:  No.

14         THE COURT:  Do you feel like you can listen to the

15   evidence here fairly and impartially as to all parties?

16         JUROR:  Yes.

17         THE COURT:  Thank you.  Number three, alternate three.

18         JUROR:  I'm 53 years old.  I've lived in the United

19   States around 33, 34 years.  I live in Westchester with my wife

20   and two young children around ten and 12.  I am operating

21   engineer for an international regulation organization in

22   Manhattan.  I worked for them around seven years.  My wife is a

23   housewife.  She takes care of the kids.  I have graduated from

24   the State University of New York, Bachelor of Art, Humanities.

25   I also teach electricity, technical subjects.  I read

F1dgulbvd3                    Voir Dire

1   newspapers, the New York Times, Time magazine, nature and

2   National Geographic.  I haven't watched TV for a couple of

3   years since NetFlix became popular and when I watched TV prior,

4   basically it's nature shows.

5          THE COURT:  Thank you.  You may be seated, sir.

6          All right, ladies and gentlemen, we have our last

7   round, one and one as to the alternates.  Let's get our last

8   Post-It from folks.

9          THE DEPUTY CLERK:  Alternate juror no. 2, no. 173.

10         THE COURT:  So we'll get somebody to fill in that

11  spot.

12         THE DEPUTY CLERK:  Prospective alternate juror no. 2,

13  juror no. 81.  Juror no. 81, will you please take the vacated

14  seat.

15         THE COURT:  All right.  Alternate no. 2, were there

16  any questions that I had asked earlier that you would have had

17  a yes answer to?

18         JUROR:  No, no.

19         THE COURT:  All right.  And why don't you tell us a

20  little bit about yourself.  Stand up if you could.  Thank you.

21         JUROR:  I'm 64 years old.  I live in Westchester

22  County.  I'm single.  I served in the military and I work for

23  Merigold Fathers.  I have no children.  I have 14 years of

24  school.  I worked as a med tech.  That's about all.

25         THE COURT:  So does your service in the U.S. Army make

F1dgulbvd3                    Voir Dire

1    you feel that you would be biased for or against the U.S.

2    government or law enforcement in this case?

3              JUROR:  No.

4              THE COURT:  Do you believe you could be fair and

5    impartial in this case?

6              JUROR:  Yes.

7              THE COURT:  You may be seated, sir.  Is the jury

8    acceptable to the government?

9              MR. SERRIN:  Yes, your Honor.  Thank you.

10             THE COURT:  Is the jury acceptable to the defendant?

11             MR. DRATEL:  Yes, your Honor.

12             THE COURT:  Ladies and gentlemen, I am pleased to say

13   that we have completed jury selection in this matter.  Those of

14   you who have not been accepted and did not need to be called as

15   jurors here, I want to thank you for being here and being

16   present.  It's only with the ability to call on folks to sit

17   and to serve that our jury system works.

18             Mr. Pecorino, will give you your cards and have you

19   return back down to wherever he tells you to go, the jury room.

20   And those of you who have been selected, just sit still for a

21   moment while Joe takes care of that paperwork.

22             We're going to read your juror numbers into the record

23   and then let you folks have some lunch, which we have already

24   got for you in the next room, and then they'll release you for

25   lunch.

F1dgulbvd3                    Voir Dire

1          I'm going to have Mr. Pecorino read your numbers into
2   the record so we're sure we have all the right juror numbers in
3   the right spots and then we're going to spare you in.  All
4   right.
5          THE DEPUTY CLERK:  Juror no. 1, juror 136; juror no.
6   2, juror 49; juror no. 3, juror 181; juror no. 4, juror 166
7   (sic); juror no. 5, juror 101; juror no. 6, juror 146; juror
8   no. 7, juror 43; juror no. 8, juror 53; juror no. 9, juror 92;
9   juror no. 10, juror 140; juror no. 11, juror 85; and juror no.
10  12, juror 38.
11         Alternate juror no. 1, juror 61; alternate juror no.
12  2, juror 81; alternate juror no. 3, juror 156; and alternate
13  juror no. 4, 106.
14         JUROR:  I'm so sorry.  I'm 116.  Did I mishear you
15  when I was sitting down?
16         THE DEPUTY CLERK:  I apologize.  It's 116.
17         THE COURT:  That's why we do it.  Mr. Pecorino, will
18  you please swear in the jury.
19         THE DEPUTY CLERK:  Jurors, please rise.
20         (Continued on next page)
21
22
23
24
25