UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14 Cr. 68 (KBF) |
| Plaintiff, | DECLARATION OF PAUL GRANT IN SUPPORT OF PETITION FOR REHEARING RE MOTION FOR RECUSAL |
| -v- | |
| ROSS WILLIAM ULBRICHT, | |
| Defendant. | |

-----------------------------------------------------X

I, Paul Grant, pursuant to 28 U.S.C. § 1746, hereby affirm under penalty of perjury:

I am an attorney licensed in the State of Colorado and I am admitted *pro hac vice* in this case for purposes of my representation of Ross Ulbricht in this matter. I state the following to be true:

1. I have thoroughly reviewed the public docket in the case of *United States v. Ross Ulbricht*, Case No. 14 Cr. 68 (KBF), and my statements in the Motion for Recusal were made upon the basis of what I have seen in documents available in the public docket, what I have seen in hearing and trial transcripts in the public docket, and on information provided to me by Mr. Ulbricht's trial counsel, Joshua L. Dratel.

2. My statements in the Motion for Recusal were also based on my review of the juror questionnaires, which were provided to me by trial counsel. I am now informed that the juror questionnaires that I reviewed are sealed documents.

3. My Declaration in Support of the Motion for Recusal, therefore, incorrectly stated that I had

1

not reviewed any sealed documents.   See Doc. 302.

4.   Based on my review of the sealed juror questionnaire materials available to me, I can state that defense counsel was provided with the names of the prospective jurors, and with their city of residence, but defense counsel was not provided with any juror addresses.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of February, 2018.

                                        /s/ Paul Grant  
                                        Paul Grant