UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 28, 2018
```

-------------------------------------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
                                        :           14 Cr. 68 (KBF)
                                        :
            -v-                         :
                                        :           ORDER
                                        :
                                        :
ROSS WILLIAM ULBRICHT,                  :
                          Defendant.    :
-------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:


        By letter dated February 26, 2018 (ECF No. 321), Paul Grant, counsel for

defendant requested copies of the sealed documents filed in this action.

        On February 27, 2018, former counsel for Mr. Ulbricht, Joshua Dratel, wrote

to the Court (ECF No. 322) indicating that he has already provided Mr. Grant with

copies of all the sealed (or *ex parte* or otherwise publicly unavailable) filings.

        Accordingly, based upon Mr. Dratel's representation to the Court, Mr. Grant's

request at ECF No. 321 is DENIED.


        SO ORDERED:

Dated:       New York, New York
             February 28, 2018


                                        _____
                                             KATHERINE B. FORREST
                                             United States District Judge