**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 9 2018

## NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States of America v.

Ross William Ulbricht

Docket No.: 14 Cr. 68 (KBF)
Hon. Katherine B. Forrest
(District Court Judge)

Notice is hereby given that Ross William Ulbricht appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] Order denying request for extension, Doc 309, Order Re Pet Rehearing Doc 319 (specify)

entered in this action on Doc 309 - 2/5/2018 Doc 319 2/21/2018 (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [ ] Other [✓]

Defendant found guilty by plea [ ] trial [ ] N/A [✓].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: ____________ N/A [✓]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Paul Grant

Counsel's Address: Law Office of Paul Grant 19501 E. Mainstreet, # 200
Parker, CO 80138

Counsel's Phone: 303-909-6133

Assistant U.S. Attorney: Eun Young Choi

AUSA's Address: United States Attorney's Office Southern District of New York
One St. Andrew's Plaza New York NY 10007

AUSA's Phone: 212-637-2187

Signature

4/654/01/203974 #505.00 3/12/18 gt

FedEx carbon-neutral envelope shipping

Express

PARKER, CO 80138
UNITED STATES US

TO SDNY ATTN: CASHIERS
UNITED STATES DISTRICT COURT
500 PEARL ST

NEW YORK NY 10087

(303) 909-6133 REF:
INV:
PO: DEPT:

FedEx Express



FedEx.
TRK# 0201 7899 1681 4760

WED - 07 MAR 10:30A
PRIORITY OVERNIGHT

E3 PCTA

10007
NY-US
EWR



FID 514670 07MAR18 FOKA 546C1/07F6/0C8A




RECEIVED
2018 MAR -9 PM 2:39
CLERK'S OFFICE
S.D.N.Y.



Sign In

PARKER, CO US

**Delivered**

*Signed for by: G.GELANDI*

NEW YORK CITY, NY US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 3/09/2018 - Friday | | |
| 12:20 pm | Delivered | New York, NY |
| 8:18 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 7:40 am | At local FedEx facility | NEW YORK, NY |
| 3/08/2018 - Thursday | | |
| 10:12 pm | At local FedEx facility | NEW YORK, NY |
| 12:57 pm | Delivery exception<br>Customer not available or business closed | NEW YORK, NY |
| 8:50 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 8:47 am | At local FedEx facility | NEW YORK, NY |
| 3/07/2018 - Wednesday | | |
| 8:53 pm | At local FedEx facility | NEW YORK, NY |
| 1:45 pm | Delivery exception<br>Customer not available or business closed | NEW YORK, NY |
| 1:25 pm | On FedEx vehicle for delivery | NEW YORK, NY |
| 12:23 pm | Delivery exception<br>Package at station, arrived after courier dispatch | NEW YORK, NY |
| 12:23 pm | At local FedEx facility | NEW YORK, NY |
| 10:11 am | In transit | NEW YORK, NY |
| 10:11 am | Address corrected | |
| 9:09 am | At local FedEx facility | NEW YORK, NY |
| 6:55 am | Arrived at FedEx location | NEWARK, NJ |
| 3:55 am | Departed FedEx location | MEMPHIS, TN |
| 12:43 am | Arrived at FedEx location | MEMPHIS, TN |
| 3/06/2018 - Tuesday | | |
| 7:26 pm | Left FedEx origin facility | LITTLETON, CO |
| 5:41 pm | Picked up | LITTLETON, CO |
| 3:15 pm | Shipment information sent to FedEx | |
| 2:15 pm | Picked up<br>Tendered at FedEx Office | DENVER, CO |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking Number** | 789916814760 | **Service** | FedEx Priority Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Receptionist/Front Desk |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Third Party | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday | **Standard transit** | 3/07/2018 by 10:30 am |

Ask FedEx

**OUR COMPANY**

About FedEx
FedEx Blog
Our Portfolio
Corporate Responsibility
Investor Relations
Newsroom

**MORE FROM FEDEX**

FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**

Change Country