USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 7, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                                                                                           :

UNITED STATES OF AMERICA                  :

                                                       :           14 Cr. 68 (KBF)

                -v-                               :

                                                       :           <u>ORDER</u>

ROSS WILLIAM ULBRICHT,                   :
                           Defendant.    :

------------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      The Court does not retain exhibits for this or any other cases. All materials are either posted on the docket or filed with sealed records. In its Order issued earlier today, the Court has addressed the sealed records requests.

      The Court is not in possession of any of the other materials defendant requests in his letter of May 6, 2018. (ECF No. 331.) As to the spreadsheets requested, these spreadsheets are prepared by the parties; the Court does not separately retain copies. The Court does note, however, that the parties also have the questionnaires and the Court's Orders that referenced the questionnaires (by juror number) to separate the jurors into waves.

Therefore there is an alternate path to determine which juror may have answered which questions in what manner.

SO ORDERED.

Dated:   New York, New York
         May 7, 2018

_____
KATHERINE B. FORREST
United States District Judge