**UNITED STATES DISTRICT COURT**

<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

United States of America
Plaintiff,
    -against-

00068

1:13 CR. ~~06919~~ (KBF (Retired))

**MOTION FOR ADMISSION**

**PRO HAC VICE**

<u>Ross Ulbricht</u>
<u>Defendant.</u>

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern Districts of New York, Jason S. "Jay" Leiderman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Ross Ulbricht in the above-captioned action.

**AFFADAVIT:**

I hereby declare under penalty of perjury that am in good standing of the bar of the state of California (Bar #203336) and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

This affadavit was signed this 27th Day of March 2019 at Ventura, Califonrnia.

By _[signature]_____
_Jason S. "Jay" Leiderman

Dated: 27 March 2019

Respectfully Submitted,

Applicant Signature: _[signature]_____

Applicant's Name: Jason S. "Jay" Leiderman

Firm Name: Jay Leiderman Law

Address: 770 County Square Drive 101

City/State/Zip: Ventura, California 93003

Telephone/Fax: 805-654-0200 / 805-654-0280

Email: jay@criminal-lawyer.me

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America
Plaintiff,
-against-

00068

1:13 CR. 0659-19 (KBF (Retired))

ORDER FOR ADMISSION

PRO HAC VICE

Ross Ulbricht
Defendant.

The motion of, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of California; and that his/her contact information is as follows.

Dated: 27 March 2019

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Jason S. "Jay" Leiderman

Firm Name: Jay Leiderman Law

Address: 770 County Square Drive 101

City/State/Zip: Ventura, California 93003

Telephone/Fax: 805-654-0200 / 805-654-0280

Email: jay@criminal-lawyer.me

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

United States District / Magistrate Judge



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JASON SCOTT LEIDERMAN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JASON SCOTT LEIDERMAN, #203336, was on the 6th day of December 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of March 2019.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
C. Wong, Senior Deputy Clerk

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617            TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

March 22, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JASON SCOTT LEIDERMAN, #203336 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

**LAW OFFICES OF JAY LEIDERMAN**
CERTIFIED CRIMINAL LAW SPECIALISTS

Jay Leiderman Law
770 County Square Drive, Suite 101
Ventura, California 93003

SAN FRANCISCO CA 940
25 MAR 2019 PM 2 L

US POSTAGE ) PITNEY BOWES

ZIP 94102
02 1W
0001403192 MAR 25 2019
$000.50°

THE STATE BAR OF CALIFORNIA
180 Howard Street, San Francisco, California 94105-1617

93003-540726