UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

Plaintiff,

    -against-

Ross Ulbricht

Defendant.

1:14 CR. 06919-1 (KBF (Retired))

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern Districts of New York, Jason S. "Jay" Leiderman hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Ross Ulbricht in the above-captioned action.

Jason S. "Jay" Leiderman

Dated: 28 March 2019

Respectfully Submitted,

Applicant Signature:*/s/Jay Leiderman*

Applicant's Name: Jason S. "Jay" Leiderman

Firm Name: Jay Leiderman Law

Address: 770 County Square Drive 101

City/State/Zip: Ventura, California 93003

Telephone/Fax: 805-654-0200 / 805-654-028

Email: jay@criminal-lawyer.me