UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

                -v-

ROSS WILLIAM ULBRICHT,

                Defendant.

-----------------------------------------------------X

14 Cr. 00068-1 (KBF)

PROPOSED ORDER ALLOWING ATTORNEY JAY LEIDERMAN TO BE ADMITTED TO THIS COURT *PRO HAC VIV*

The motion of JASON S. "JAY" LEIDERMAN, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he/she is a member in good standing of the bar of the state of California; and that his/her contact information is as follows.

Dated: 27 March 2019

Respectfully Submitted,

Applicant Signature:_____

Applicant's Name: Jason S. "Jay" Leiderman

Firm Name: Jay Leiderman Law

Address: 770 County Square Drive 101

City/State/Zip: Ventura, California 93003

Telephone/Fax: 805-654-0200 / 805-654-0280

Email: jay@criminal-lawyer.me

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

United States District / Magistrate Judge