UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

          -v-

ROSS WILLIAM ULBRICHT,

                Defendant.

-----------------------------------------------------X

14 Cr. 00068-1 (KBF)

DECLARATION OF JAY LEIDERMAN IN SUPPORT OF HIS MOTION TO BE ADMITTED TO THIS COURT *PRO HAC VIVE*

I, JAY LEIDERMAN, pursuant to SDNY LOCAL RULE 1.3, hereby affirm under penalty of perjury:

    I am an attorney licensed in the State of Califoprnia and I am seeking admission to this Court *pro hac vice* in this case for the purpose of filing a *habeas corpus (2255)* petition in the above-titled action.

    I have never:

    1.    been convicted of a felony,

    2.    I have never been censured, suspended, disbarred or denied admission or readmission by any court,

    3.    I have no present disciplinary charges pending against me.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed this 28th day of March, 2019.

                                                             */s/ Jay Leiderman*

                                                            Jay Leiderman