

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JASON SCOTT LEIDERMAN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JASON SCOTT LEIDERMAN, #203336, was on the 6th day of December 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of March 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, Senior Deputy Clerk

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

March 22, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JASON SCOTT LEIDERMAN, #203336 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

LAW OFFICES OF JAY LEIDERMAN
CERTIFIED CRIMINAL LAW SPECIALISTS



Jay Leiderman Law
770 County Square Drive, Suite 101
Ventura, California 93003

THE STATE BAR OF CALIFORNIA
180 Howard Street, San Francisco, California 94105-1617

SAN FRANCISCO CA 940

25 MAR 2019 PM 7 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 94102
02 1W
0001403192MAR 25 2019
$ 000.50°

SAN FRANCISCO
CA 940

93003-540726

93003-540725



