USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

ROSS WILLIAM ULBRICHT,

                Defendant.

-------------------------------------------------------X

14 Cr. 68 (KBF)

NOTICE OF DEFENDANT ROSS ULBRICHT'S MOTION FOR DISCOVERY IN PROCEEDING PURSUANT TO 28 U.S.C. § 2255

PLEASE TAKE NOTICE that upon the attached Declarations of Paul Grant and of Andrew Sayler, and upon all prior papers and proceedings herein, the defendant, Ross Ulbricht, will move before the Court, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the following relief: an order allowing Mr. Ulbricht to receive and use, as appropriate in his 28 U.S.C. § 2255 proceeding, the content of three sealed magistrate files, files identified as 13 MAG 2258, 13 MAG 2274, AND 13 MAG 2275, and for any such other and further relief as the Court deems just and proper.

Executed this 11th day of June, 2019
Parker, Colorado

/s/ Paul Grant
Paul Grant
Law Office of Paul Grant
19501 E. Mainstreet, Suite 200
Parker, CO 80138
303-909-6133

This matter has assigned to me for all purposes. The Government shall file a response to this motion on or before June 28, 2019. Defendant shall file a reply on or before July 8, 2019.

Dated: June 14, 2019
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE