AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14 Cr. 68 (LGS) |
| Ross William Ulbricht | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                    .

Date:  06/26/2019                                             /s/ Vladislav Vainberg
                                                                                  *Attorney's signature*

                                                                     Vladislav Vainberg (VV1239)
                                                                     *Printed name and bar number*

                                                                     United States Attorney's Office
                                                                     Southern District of New York
                                                                     One Saint Andrew's Plaza
                                                                     New York, NY 10007
                                                                                  *Address*

                                                                     vladislav.vainberg@usdoj.gov
                                                                                  *E-mail address*

                                                                     (212) 637-1029
                                                                                  *Telephone number*

                                                                     (212) 637-2429
                                                                                  *FAX number*