UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14 Cr. 68 (LGS) |
| Plaintiff, | NOTICE OF DEFENDANT ROSS ULBRICHT'S MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255 |
| -v- | |
| ROSS WILLIAM ULBRICHT, | |
| Defendant-Petitioner. | |

-----------------------------------------------------X

PLEASE TAKE NOTICE that upon the attached Declarations of Paul Grant and of Andrew Sayler and of Ross Ulbricht, and the accompanying Memorandum of Law, the defendant, Ross Ulbricht, will move before the Court, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, for the following relief: an order pursuant to 28 U.S.C. § 2255, to vacate, set aside or correct his sentence, and for any such other and further relief as the Court deems just and proper.

Executed this 28th day of June, 2019

/s/ Paul Grant
Paul Grant
Law Office of Paul Grant
19501 E. Mainstreet, Suite 200
Parker, CO 80138
303-909-6133