|  | Seizure Number | Purchase Date | Vendor | Date Analyzed | Net Weight (g) | Drug Detected |
|---|---|---|---|---|---|---|
| 1 | 20123901-00022501 | 1/8/2012 | JUERGEN2001 | 2/15/2012 | 0.98 | MDMA |
| 2 | 20123901-10252601 | 1/8/2012 | CHEMICAL BROTHERS | 2/17/2012 | 1 | MDMA |
| 3 | 20123901-00022401 | 1/8/2012 | JUERGEN2001 | 3/1/2012 | 0.85 | Amphetamine |
| 4 | 20123901-10261601 | 1/8/2012 | AMSTERDAMGOODS | 2/15/2012 | 1 | MDMA |
| 5 | 20123901-00023701 | 1/8/2012 | SESAMPINO | 2/15/2012 | 0.97 | MDMA |
| 6 | 20123901-00025901 | 1/8/2012 | MDMATE | 2/15/2012 | 1 | MDMA |
| 7 | 20123901-00025601 | 1/8/2012 | NAMASTE | 2/16/2012 | 0.31 | MDMA |
| 8 | 20123901-00024401 | 1/8/2012 | STREET PHARMACY | 2/21/2012 | 2.6 | MDMA |
| 9 | 20123901-00023701 | 1/8/2012 | SESAMPINO | 2/28/2012 | 1.1 | Cocaine Hydrochloride |
| 10 | 20123901-00023301 | 1/8/2012 | MROUID | 3/1/2012 | 11.1 | Meth Hydrochloride |
| 11 | 20123901-10263901 | 1/8/2012 | SUNSHINE | 3/6/2012 | 0.1 | 2C-B |
| 12 | 20123901-00023801 | 1/8/2012 | PEACE AND LOVE | 3/6/2012 | 0.13 | Oxycodone |
| 13 | 20123901-00026501 | 1/8/2012 | WALTER | 3/6/2012 | 0.19 | DMT |
| 14 | 20123901-00024501 | 1/8/2012 | HASHUK | 3/13/2012 | 1 | Marijuana |
| 15 | 20123901-00023401 | 1/8/2012 | ALTEREGO | 3/16/2012 | 19.2 | Morphine, Codine, Thebaine |
| 16 | 20123901-00023501 | 1/8/2012 | CRIPLED CRANIUM | 3/16/2012 | 0.011 | LSD |
| 17 | 20123901-00025801 | 1/8/2012 | YESHUA | 3/21/2012 | 1.2 | Bufotenine |
| 18 | 20123901-10390601 | 3/1/2012 | DUTCHAANBOD | 4/10/2012 | 0.61 | Cocaine Hydrochloride |
| 19 | 20123901-00037201 | 3/1/2012 | IVORY | 5/4/2012 | 0.24 | 2C-B/MDMA |
| 20 | 20123901-10390801 | 3/1/2012 | NORIEGA | 5/7/2012 | 0.49 | Heroin Hydrochloride |
| 21 | 20123901-10390701 | 3/1/2012 | MADE IN HOLLAND | 5/11/2012 | 0.35 | MDMA |
| 22 | 20123901-10390901 | 3/1/2012 | DRJOHNHALPERN | 5/11/2012 | 0.27 | MDMA |
| 23 | 20123901-00037601 | 3/1/2012 | SKYY | 5/14/2012 | 1.3 | MDMA/MDDMA |
| 24 | 20123901-00037901 | 3/1/2012 | DOPEYDWARF | 5/14/2012 | 0.24 | MDMA |
| 25 | 20123901-00038001 | 3/1/2012 | DAGOBERT | 5/14/2012 | 0.28 | MDMA |
| 26 | 20123901-00038101 | 3/1/2012 | MITANOX | 5/14/2012 | 1 | MDMA |
| 27 | 20123901-00039301 | 3/1/2012 | BLAATZ0R | 5/4/2012 | 0.93 | Amphetamine |
| 28 | 20123901-00039401 | 3/1/2012 | MISTERSAFE | 5/14/2012 | 1.7 | MDMA |
| 29 | 20123901-00042101 | 3/1/2012 | MRNICE1 | 5/14/2012 | 0.1 | Heroin |
| 30 | 20123901-00042201 | 3/1/2012 | GOOGLEYED | 6/1/2012 | 16 | (No Controlled Substance) |
| 31 | 20123901-00055901 | 5/18/2012 | KITTYCAT | 7/24/2012 | 0.34 | MDMA |
| 32 | 20123901-00056101 | 5/29/2012 | DUTCHQUALITYBEANS | 7/24/2012 | 2 | MDMA |
| 33 | 20123901-00056201 | 5/18/2012 | MAGICALBONNY | 7/24/2012 | 0.63 | MDMA |
| 34 | 20123901-00056401 | 5/18/2012 | CLOUDSURFER | 7/24/2012 | 1 | MDMA |
| 35 | 20123901-00056501 | 5/18/2012 | SCHIZOFREEN | 7/25/2012 | 0.3 | MDMA |
| 36 | 20123901-00056501 | 5/18/2012 | SCHIZOFREEN | 7/25/2012 | 0.93 | MDMA |
| 37 | 20123901-00056301 | 5/18/2012 | AMSTERDOPE | 8/22/2012 | 0.97 | Amphetamine |
| 38 | 20123901-00062001 | 5/18/2012 | ABZU | 7/25/2012 | 1 | MDMA |
| 39 | 2013390100044601 | 3/6/2013 | BEST DUTCH DRUGS | 4/26/2013 | 1.1 | MDMA |
| 40 | 2013390100044701 | 3/6/2013 | EMONKEY | 4/26/2013 | 1.2 | MDMA |
| 41 | 2013390100045401 | 3/6/2013 | CHEMICALSISTERS | 4/26/2013 | 0.47 | MDMA |
| 42 | 2013390100045101 | 3/6/2013 | UGLYDOLL | 5/17/2013 | 0.21 | Heroin/MDMA |
| 43 | 2013390100044201 | 3/6/2013 | HAPPYTIMEZZ | 5/23/2013 | 0.44 | Cocaine Base |
| 44 | 2013390100044401 | 3/6/2013 | CHARLIEANDMOLLIE | 5/23/2013 | 0.49 | Cocaine Hydrochloride |
| 45 | 2013390100044501 | 3/6/2013 | ABZU | 7/18/2013 | 1 | Amphetamine |
| 46 | 2013390100045201 | 3/7/2013 | THE DUTCH GUY | 7/18/2013 | 0.089 | DMT |
| 47 | 2013390100044301 | 3/6/2013 | FREDTHEBAKER | 8/1/2013 | 0.014 | LSD |
| 48 | 2013390100045301 | 3/6/2013 | AAKOVEN | 8/1/2013 | 0.032 | LSD |
| 49 | 2013390100048201 | 3/6/2013 | NEVITA | 7/31/2013 | 1 | 25i-NBOMe |
| 50 | 2013390100049301 | 3/6/2013 | MERCURY 31 | 4/26/2013 | 2.1 | MDMA |
| 51 | 2013390100049401 | 3/6/2013 | DUTCHFLOWERS | 4/29/2013 | 1.3 | MDMA |
| 52 | 2013390100061401 | 4/11/2013 | AMSTERDOPE | 8/1/2013 | 0.1 | 5-MeO-DMT |



GOVERNMENT EXHIBIT 801
14 Cr. 68 (KBF)