EXH D 2255 MOTION
GX802

# Undercover Purchases from Silk Road Made by DEA New York Field Office

| Purchase Date | Vendor | Drug Ordered | Delivery Date | Lab Test Date | Net Weight (g) | Drug Detected |
|---|---|---|---|---|---|---|
| 9/22/2011 | ITALIANPILOT | heroin | 10/4/2011 | 10/11/2011 | 0.21 g | heroin |
| 1/3/2012 | PAPERCHASING | heroin | 1/12/2012 | 1/19/2012 | 0.39 g | heroin |
| 2/10/2012 | PHARMVILLE | oxycodone | 2/15/2012 | 5/10/2012 | 5.7 g | oxycodone |
| 3/6/2012 | PHARMVILLE | oxycodone | 3/11/2012 | 6/21/2012 | 26.3 g | oxycodone |
| 3/6/2012 | PHARMERJOHN | heroin | 3/9/2012 | 6/21/2012 | 2.9 g | heroin |
| 5/4/2012 | HYPERCITY | amphetamine | 5/11/2012 | 8/31/2012 | 0.46 g | amphetamine |
| 5/31/2012 | KALONJI | crack cocaine (cocaine base) | 6/8/2012 | 12/3/2012 | 5.3 g | cocaine base |
| 6/18/2012 | VICODIN | oxycodone | 6/28/2012 | 1/24/2013 | 0.54 g | oxycodone |
| 8/16/2012 | VICODIN | oxycodone | 8/21/2012 | 3/11/2013 | 2.7 g | oxycodone |
| 9/14/2012 | MOXYCOTTON | oxycodone | 9/26/2012 | 4/4/2013 | 2.3 g | oxycodone |
| 9/14/2012 | DEADHEAD777 | heroin | 9/26/2012 | 3/29/2013 | 0.52 g | heroin |
| 10/19/2012 | MOXYCOTTON | oxycodone | 10/25/2012 | 4/10/2013 | 2.3 g | oxycodone |
| 5/14/2013 | NOD | cocaine | 5/21/2013 | 8/29/2013 | 7.0 g | cocaine |

GOVERNMENT EXHIBIT 802
14 Cr. 68 (KBF)