EXHIBIT H TO 2255 MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 13, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
 :
UNITED STATES OF AMERICA :
 :
 : 14 Cr. 68 (KBF)
 -v- :
 : ORDER
 :
ROSS WILLIAM ULBRICHT, :
                      Defendant. :
 :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

    The Court has received a letter motion dated February 12, 2018, requesting that various documents and records be added to the public docket. (ECF No. 313.)

    The Court notes that the record in this matter has long been closed, and that the appeal to the Second Circuit is complete. The appeal to the Supreme Court relies on the record as it was. In any event, this Court is particularly careful to ensure that all matters generally publicly filed have been.

    While <u>voir dire</u> transcripts are not routinely publicly filed, the Court GRANTS defendant's first (unopposed) request to file the transcript of the in-court jury <u>voir dire</u>. The transcript will be posted separately.

    As to defendant's second and third requests, the Court notes that there were numerous conferences (again, as fully reflected in transcripts on the public docket) whereby every aspect of jury selection was placed fully before the parties, discussed, and agreed to. The Juror Questionnaire was sent numerous times to both the Government and the defendant for review and comment. The first page of the

questionnaire stated in all caps and bold that "All information contained in this questionnaire will be kept confidential and under seal." Neither party noted any objection. However, to dispel a misconception, the jury in this case was not "anonymous." Counsel of record always had access to the names and addresses of the full venire panel.

Accordingly, defendants' second and third requests are DENIED.

SO ORDERED.

Dated: New York, New York
February 13, 2018

*K. B. Forrest*

---
KATHERINE B. FORREST
United States District Judge

2