United States District Court
Southern District of New York

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Case No. 1:14-cr-00068-LGS |
| Ross William Ulbricht | |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Mr. Ross William Ulbricht, Defendant in the above-captioned action.

I am in good standing of the Bar of the state of Texas as well as Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required pursuant to Local Rule 1.3.

[Remainder of Page Left Blank Intentionally]

Dated June 28, 2019.

/s Zachary Lee Newland
Zachary Lee Newland
Senior Litigation Counsel
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Tel: (802) 444-4357
Fax: (802) 779-9590
E-mail: zach@brandonsample.com
Texas Bar: 24088967
https://brandonsample.com

*Counsel for Ross William Ulbricht*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 28th day of June 2019, via CM/ECF on all counsel of record.

s/ Zachary L. Newland
Zachary L. Newland