```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
United States of America,                                    :
                               Plaintiff                     :
                                                             :         19 Cr. 68 (LGS)
           -against-                                         :
                                                             :              ORDER
Ross William Ulbricht,                                       :
                               Defendant                     :
------------------------------------------------------------ :
                                                             X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Defendant filed a Motion to Vacate under 28 U.S.C. 2255 on June 28, 2019.  It is hereby

**ORDERED** that the Government shall file a response to the Motion to Vacate by July 24, 2019.

Dated: July 1, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**