United States District Court
Southern District of New York

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ross William Ulbricht,<br><br>Defendant. | Case No. 1:14-cr-00068-LGS |

## RENEWED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Mr. Ross William Ulbricht, Defendant in the above-captioned action.

I am a member in good standing of the Bar of the state of Texas as well as Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required pursuant to Local Rule 1.3.

[Remainder of Page Left Blank Intentionally]

Dated July 2, 2019.

>/s Zachary Lee Newland
> Zachary Lee Newland
> Senior Litigation Counsel
> **Brandon Sample PLC**
> P.O. Box 250
> Rutland, Vermont 05702
> Tel:  (802) 444-4357
> Fax: (802) 779-9590
> E-mail: zach@brandonsample.com
> Texas Bar: 24088967
> https://brandonsample.com
>
> *Counsel for Ross William Ulbricht*

## CERTIFICATE OF CONFERENCE

I, Zachary L. Newland, hereby certify and affirm that prior to the filing of this motion I conferred with opposing counsel for the United States to obtain their position on this motion. Opposing counsel stated that they are unopposed to this motion.

> s/ Zachary L. Newland
> Zachary Lee Newland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 2nd day of July 2019, via CM/ECF on all counsel of record.

> s/ Zachary L. Newland
> Zachary L. Newland