United States District Court
Southern District of New York

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ross William Ulbricht<br><br>Defendant. | Case No. 1:14-cr-00068-LGS |

## ORDER GRANTING ADMISSION PRO HAC VICE

The motion of applicant Zachary Lee Newland, for admission to practice and appear *pro hac vice* in the above-captioned action on behalf of Mr. Ross William Ulbricht is **GRANTED**.

Applicant Zachary Lee Newland has declared that he is a member in good standing of the Bar of the state of Texas and of Colorado; and that his contact information is as follows:

    Name:        Zachary Lee Newland
    Firm:         Brandon Sample PLC
    Address:    P.O. Box 250, Rutland, Vermont 05702
    Telephone: (802) 444-4357
    Fax:         (802) 779-9590
    E-mail:     zach@brandonsample.com and ecf@brandonsample.com

Applicant Zachary Lee Newland having requested admission *pro hac vice* to appear for all purposes as counsel for Mr. Ulbricht, Defendant, in the above-entitled action.

It is hereby **ORDERED** that Applicant Zachary Lee Newland is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys practicing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge