United States District Court
Southern District of New York

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Ross William Ulbricht<br><br>   Defendant. | Case No. 1:14-cr-00068-LGS |

## Defendant's Unopposed Motion To Substitute Counsel

Defendant Ross William Ulbricht ("Ulbricht"), by and through the undersigned counsel brings this Motion to Substitute Counsel. Ulbricht requests that Mr. Paul Grant of the Law Office of Paul Grant be withdrawn as Ulbricht's attorney of record, and that Zachary L. Newland of the Brandon Sample PLC law firm be substituted as new counsel. Zachary Newland is admitted to practice in this court *pro hac vice* in this matter.

Dated July 2, 2019.

/s Zachary Lee Newland
Zachary Lee Newland
Senior Litigation Counsel
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Tel:  (802) 444-4357
Fax: (802) 779-9590
E-mail: zach@brandonsample.com
Texas Bar: 24088967
https://brandonsample.com
*Counsel for Ross William Ulbricht*

## CERTIFICATE OF CONFERENCE

I, Zachary L. Newland, hereby certify and affirm that prior to the filing of this motion I conferred opposing counsel for the United States to obtain their position on this motion. Opposing counsel stated that they are not opposed.

s/ Zachary L. Newland
Zachary Lee Newland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 2nd day of July 2019, via CM/ECF on all counsel of record.

s/ Zachary L. Newland
Zachary L. Newland
