United States District Court
Southern District of New York

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Case No. 1:14-cr-00068-LGS |
| Ross William Ulbricht, | |
| Defendant. | |

## RENEWED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Mr. Ross William Ulbricht, Defendant in the above-captioned action.

I am a member in good standing of the Bar of the state of Texas as well as Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required pursuant to Local Rule 1.3.

[Remainder of Page Left Blank Intentionally]

Dated July 2, 2019.

        /s Zachary Lee Newland
        Zachary Lee Newland
        Senior Litigation Counsel
        **Brandon Sample PLC**
        P.O. Box 250
        Rutland, Vermont 05702
        Tel: (802) 444-4357
        Fax: (802) 779-9590
        E-mail: zach@brandonsample.com
        Texas Bar: 24088967
        https://brandonsample.com

*Counsel for Ross William Ulbricht*

## CERTIFICATE OF CONFERENCE

I, Zachary L. Newland, hereby certify and affirm that prior to the filing of this motion I conferred with opposing counsel for the United States to obtain their position on this motion. Opposing counsel stated that they are unopposed to this motion.

        s/ Zachary L. Newland
        Zachary Lee Newland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 2nd day of July 2019, via CM/ECF on all counsel of record.

        s/ Zachary L. Newland
        Zachary L. Newland