United States District Court
Southern District of New York

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ross William Ulbricht<br><br>　　　　Defendant. | Case No. 1:14-cr-00068-LGS |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Zachary Lee Newland, submit this Declaration in Support of Motion for Admission Pro Hac Vice on behalf of Ross William Ulbricht. As required by the Local Rules, this declaration is provided in support of Ulbricht's motion for admission *pro hac vice* of Zachary Newland. I, Zachary Lee Newland, declare under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. My name is Zachary Lee Newland, I am over the age of eighteen, of sound mind at the time of making this declaration, and personally familiar with the facts and circumstances at issue in this declaration.

2. This declaration is provided pursuant to Rule 1.3(c) of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, in support of my application for an order for admission to practice *pro hac vice* and appear as counsel for Mr. Ross Ulbricht, Defendant in the above-captioned case.

3. I am a member in good standing of the Bar of the state of Texas and the state of Colorado. I am admitted to practice before the following courts:

| Name of State or Court | Bar Number | Date Admitted | Bar or Court Status |
|---|---|---|---|
| Texas State Bar | 24088967 | 12/12/2013 | Active |
| Colorado State Bar | 52305 | 09/25/2018 | Active |
| Supreme Court of United States | 308608 | 02/25/2019 | Active |
| DC Circuit Court of Appeals | N/A | 11/15/2016 | Active |
| 5th Circuit Court of Appeals | N/A | 7/20/2016 | Active |
| 7th Circuit Court of Appeals | N/A | 11/14/2016 | Active |
| 9th Circuit Court of Appeals | N/A | 5/14/2018 | Active |
| 10th Circuit Court of Appeals | N/A | 4/20/2018 | Active |
| 11th Circuit Court of Appeals | N/A | 07/10/2018 | Active |
| Northern District of Texas | N/A | 4/1/2016 | Active |
| Southern District of Indiana | N/A | 7/14/2016 | Active |
| Southern District of Illinois | N/A | 07/25/2018 | Active |
| Northern District of Illinois | N/A | 08/06/2018 | Active |
| Central District of Illinois | N/A | 02/04/2019 | Active |
| District of Colorado | N/A | 01/03/2019 | Active |
| District of Columbia U.S. District Court | VT0002 | 03/04/2019 | Active |

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me in any forum.

7. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of June 2019

_____
Zachary Lee Newland