

# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Zachary Lee Newland**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **25th** day of **September** A. D. **2018** and that at the date hereof the said **Zachary Lee Newland** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **1st** day of **July** A. D. **2019**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk