# EXHIBIT A

I, Ross William Ulbricht, do hereby consent to the substitution of attorney Zachary Newland on my behalf to provide representation in the pending 28 U.S.C. § 2255 motion proceedings in the Southern District of New York. I wish to have attorney Zachary Newland represent me in this matter and my previous attorney Paul Grant to withdraw from the case.

Dated July 10, 2019.

_____
Ross William Ulbricht