```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  United States of America,                                 :
                                                            :
                                                            :         19 Cr. 68 (LGS)
                     -against-                              :
                                                            :         ORDER
  Ross William Ulbricht,                                    :
                                                            :
                                           Petitioner.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, two separate motions to vacate under 28 U.S.C. § 2255 were filed in this action by two separate counsel (Dkts. 355, 361);

WHEREAS, there is material uncertainty regarding which counsel represents Petitioner (Dkt. 369). It is hereby

**ORDERED** that, by **August 1, 2019**, the two counsel who filed motions to vacate shall meet-and-confer with each other and with Petitioner. The purpose of the meet-and-confer shall be to determine who represents Petitioner. It is further

**ORDERED** that, by **August 6, 2019**, the two counsel shall file a joint letter providing who represents Petitioner.

The Clerk of Court is respectfully requested to close Docket No. 369.

Dated: July 19, 2019
       New York, New York

                                                          _____
                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE