**PAUL GRANT**
*LAW OFFICE OF PAUL GRANT*
19501 E. Mainstreet, #200
Parker CO 80134
paul_pglaw@yahoo.com
303-909-6133

July 31, 2019

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
500 Pearl Street
New York NY 10007

Re:    United States v. Ross William Ulbricht, 14 Cr. 68 (LGS)
       Request for leave to withdraw as counsel for Ross Ulbricht

Dear Judge Schofield:

    I write to request leave to withdraw as counsel on behalf of Defendant Ulbricht. I have conferred with Mr. Ulbricht and he concurs with this request.

    Mr. Ulbricht wishes to be represented by attorney Newland, who has already entered his appearance in this criminal matter.

    Wherefore, I respectfully request that I be allowed to withdraw as counsel for Mr. Ulbricht.

Respectfully submitted,

/s/ Paul Grant
Paul Grant

cc: Eun Young Choi, via ECF
    Assistant United States Attorney
    Zachary L. Newland, via ECF