USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSS WILLIAM ULBRICHT,

        Petitioner,

  -against-

UNITED STATES OF AMERICA

        Respondent.
------------------------------------------------------------X

14 Cr. 68 (LGS)

19 Civ. 7512 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS on November 13, 2019, an Order was issued regarding Petitioner's motion for relief from his conviction pursuant to 28 U.S.C. § 2255.  The Order stated that Petitioner must "either return [an accompanying attorney-client privilege waiver form] to the court by January 14, 2020, or file a letter by the same date stating a basis for not returning the document." 14 Cr. 68 at Dkt No. 380;

  WHEREAS on November 18, 2019, Petitioner filed an emergency motion to stay the Order regarding attorney-client privilege and requesting a motion for reconsideration of that Order.  14 Cr. 68 at Dkt. No. 381; 19 Civ. 7512 at Dkt No. 11;

  WHEREAS, the emergency motion is construed as the letter from Petitioner stating the basis for not returning the attorney-client privilege waiver form.  It is hereby

  **ORDERED** that Petitioner's emergency motion to stay the Order is **denied** and motion for reconsideration is **denied**.  It is further

  **ORDERED** that the parties shall meet and confer regarding the scope of the attorney-client waiver.  The parties shall, by **December 3, 2019**, file a letter with the Court regarding their

discussions and attach a proposed attorney-client waiver form, including competing language to reflect any differences between the parties. The letter shall as to each point of disagreement explain each party's position.

Dated: November 19, 2019
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**