Brandon Sample
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: brandon@brandonsample.com
https://2255motion.com
Vt Bar # 5573

*Attorney for Ross William Ulbricht*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA,
                                          :
       Plaintiff,                     NOTICE OF APPEARANCE
                                          :

  -  v  -                           :

                                          :

ROSS WILLIAM ULBRICHT,            :     No.: 1:14-cr-00068-LGS

       Defendant.                     :

                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     The Clerk will please enter the appearance of Mr. Brandon Sample as counsel for Ross William Ulbricht.

                                     Respectfully submitted,

                              By:   /s/Brandon Sample
                                       Brandon Sample

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 2nd day of April, 2021, via CM/ECF on all counsel of record.

/s/Brandon Sample
Brandon Sample

**Ross William Ulbricht – Notice of Appearance**

Page 2 of 2