

Via ECF Filing Only

April 2, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

RE: *United States v. Ulbricht*, No. 1:14-cr-00068-LGS
 Motion for Substitution of Counsel

Dear Judge Schofield:

Ross William Ulbricht ("Ulbricht"), through undersigned counsel, respectfully moves to substitute Mr. Brandon Sample as counsel for Ulbricht. On December 6, 2019, the Court granted Mr. Zachary Newland leave to appear *pro hac vice* in this matter. At the time of Mr. Newland's appearance, Mr. Newland was an associate of Brandon Sample PLC. Mr. Newland has since ended his employment with Brandon Sample PLC. Mr. Ulbricht elected to continue with representation by Brandon Sample PLC. Mr. Brandon Sample of Brandon Sample PLC has entered his appearance in this matter. (ECF 385).

In light of Mr. Newland's departure from Brandon Sample PLC and Mr. Sample's appearance in this matter, the Court should substitute Mr. Sample as counsel for Ulbricht.

Respectfully submitted,

/s/ Brandon Sample
Brandon Sample
Email: brandon@brandonsample.com
Phone: 802-444-4357
Vermont Bar # 5573

*Attorney for Ross William Ulbricht*

cc: All counsel of record, via ECF notification
 Mr. Ross William Ulbricht, via U.S. Mail only
 File

Brandon Sample PLC  brandonsample.com  Tel: (802) 444-4357
P.O. Box 250  clemency.com  Fax: (802) 779-9590
Rutland, VT 05702  sentencing.net  info@brandonsample.com