UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :

ROSS WILLIAM ULBRICHT                  :

                                                      :         19 Civ. 7512 (LGS)
          - v. -                              :         S1 14 Cr. 68 (LGS)
                                                     :

UNITED STATES OF AMERICA           :

                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Pursuant to 28 U.S.C. § 1746, I, Timothy T. Howard, declare the following under penalty of perjury:

        1.     I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Southern District of New York. I am currently the Co-Chief of the Office's Complex Frauds and Cybercrime Unit. Former AUSA Serrin Turner and I were responsible for the prosecution of Ross William Ulbricht through his conviction following a jury trial.

        2.     I am aware of a recent *Vanity Fair* article which asserts, in relevant part, that Ulbricht "was offered a plea deal, which would have likely given him a decade-long sentence." (*See* 19 Civ. 7512, Dkt. 32, Ex. 1.) I hereby attest, based on my personal knowledge, that (1) no such plea offer was ever extended to Ross William Ulbricht, or conveyed to his then-counsel; and (2) contrary to petitioner's recent claim based on this *Vanity Fair* article, the Government did not extend "a different, more favorable plea offer to Ulbricht than the pre-indictment offer." The only plea offer extended to Ross William Ulbricht was the pre-indictment offer discussed at the final pretrial conference on December 17, 2014, which would have permitted Ulbricht to plead guilty to charges carrying a mandatory minimum sentence of ten years and a maximum sentence of life imprisonment, with a recommended United States Sentencing Guidelines range of life imprisonment.

      3.      On April 9, 2021, I spoke by telephone with Serrin Turner, and he confirmed the accuracy of the statements made above in paragraph 2.

Dated:      April 9, 2021
                 New York, New York

                                                           Timothy T. Howard
                                                           Assistant United States Attorney
                                                           Southern District of New York