UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| - v. - | ) **S1 14 Cr. 68 (LGS)** |
| ROSS ULBRICHT, | ) |
| Defendant. | ) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ David R. Felton
David R. Felton
Assistant United States Attorney
(212) 637-2299

cc: All counsel (by ECF)