# EXHIBIT 3
# (PSR Filed Under Seal)